UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ASHLEY DIAMOND

                    Plaintiff,

v.

TIMOTHY WARD, et al.,

                    Defendants.

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, Plaintiff files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff:    Ashley Diamond

    Defendants:  Timothy Ward
                     Sharon Lewis
                     Javel Jackson
                     Ahmed Holt
                     Robert Toole
                     Benjamin Ford
                     Jack Sauls

    Brooks Benton
    Grace Atchison
    LaChesha Smith
    Aretha Smith
    Rodney Jackson

  (2) The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

N/A

  (3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  For Plaintiff:  Elizabeth Littrell
         Chinyere Ezie
         Tyler Rose Clemons
         Maya G. Rajaratnam

  For Defendants: Christopher M. Carr, Attorney General for the State of Georgia
         Jennifer Ammons, General Counsel for Georgia Department of Corrections

Submitted this 23rd day of November, 2020.

/s/ *Elizabeth Littrell*
Elizabeth Littrell, Ga. Bar No. 454949
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

*On Behalf of Counsel for Plaintiff*
