UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASHLEY DIAMOND,<br>                Plaintiff,<br>v.<br>TIMOTHY WARD, et al.,<br>                Defendants. | CASE NO. 5:20-CV-00453-MTT |

**PLAINTIFF'S CONSENT MOTION TO EXCEED PAGE LIMIT**

Plaintiff Ashley Diamond, by and through her attorneys and with the consent of Defendants Ward, Lewis, J. Jackson, Holt, Toole, Ford, Benton, Atchison and Sauls ("Defendants"), hereby moves for leave to exceed the page limit for her forthcoming Motion for a Preliminary Injunction against Defendants. Local Rule 7.4 limits all briefs in support of a motion to twenty pages unless leave to exceed is granted by the Court for good cause shown. Plaintiff has good cause to require ten additional pages because, despite Plaintiff's good-faith effort to comply with the twenty-page limit, ten pages in excess of the limit are necessary to fully and completely present the arguments for the Court's consideration and resolution of the motion.

Plaintiff intends to seek a preliminary injunction on five of the nine claims set forth in Plaintiff's Amended Complaint. Accordingly, her Memorandum of Law in support of this Motion must detail, for the first time in this case, the factual and evidentiary support for Plaintiff's claims, the legal arguments that support each of the five claims, along with the legal and factual arguments that demonstrate Plaintiff satisfies the additional requirements necessary for entry of a preliminary injunction. While Plaintiff has made a good-faith effort to be concise, Plaintiff respectfully

requests an additional ten pages in order to properly present the five distinct claims underlying her forthcoming Motion, and facilitate the Court's resolution of these matters.

Plaintiff conferred with counsel for Defendants regarding her request for a page extension, and Defendants consent to this Motion.[1]

## CONCLUSION

For the foregoing reasons, Plaintiff's Consent Motion to Exceed the Page Limit of her forthcoming Motion for a Preliminary Injunction should be granted, and Plaintiff should be permitted to submit a Memorandum of Law in support of her Motion for Preliminary Injunction not to exceed thirty (30) pages.

Dated: March 26, 2021

Respectfully Submitted,

/s/ A. Chinyere Ezie
A. Chinyere Ezie*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

Elizabeth Littrell
Elizabeth Littrell, Ga. Bar No. 454949
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

Tyler Rose Clemons*
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org

Maya G. Rajaratnam*
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Phone: (334) 956-8307
Fax: (334) 956-8481
Email: maya.rajaratnam@splcenter.org

*Counsel for Plaintiff Ashley Diamond*
*\* Admitted Pro Hac Vice*

---

[1] Plaintiff's forthcoming Motion of Preliminary Injunction is not directed at Defendants Arneika Smith, Rodney Jackson, or Lachesha Smith, but their counsel were also notified as a courtesy.

## CERTIFICATE OF SERVICE

I, A. Chinyere Ezie, hereby certify that the foregoing document was served on March 26, 2021 to all counsel of record via ECF.

Respectfully submitted,

/s/ A. Chinyere Ezie
A. Chinyere Ezie*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

*Counsel for Plaintiff Ashley Diamond*
*\* Admitted Pro Hac Vice*