UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ASHLEY DIAMOND,

    Plaintiff,

v.

TIMOTHY WARD, et al.,

    Defendants.

CASE NO. 5:20-CV-00453-MTT

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, this Court's equitable powers, and the All Writs Act, Plaintiff Ashley Diamond moves this Court for the issuance of a protective order (1) enjoining Defendants and their agents from retaliating against Ms. Diamond and John Doe, or any other witness, including GDC staff; and (2) enjoining Defendants and their agents from taking any adverse action against Ms. Diamond based on the altered designations of her as a PREA aggressor and security threat group member.

The grounds for this Motion are set forth in the accompanying Memorandum of Law. Plaintiff also respectfully refers the Court to the Declaration of Ashley Diamond, the Declaration of Dr. Randi C. Ettner, the Declaration of James Aiken, the Declaration of Jammi Blake Duckworth, the Declaration of John Doe, the Declaration of A. Chinyere Ezie, with attached exhibits, and the Declaration of Maya G. Rajaratnam, filed herewith. To the extent the Court seeks additional evidence before issuance of this Order, Plaintiff requests limited expedited discovery.

Plaintiff respectfully requests an evidentiary hearing on this Motion.

1

Dated: April 9, 2021

Respectfully submitted,

/s/ Elizabeth Littrell
Elizabeth Littrell, Ga. Bar No. 454949
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

Tyler Rose Clemons[*]
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org

Maya G. Rajaratnam[*]
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Phone: (334) 956-8307
Fax: (334) 956-8481
Email: maya.rajaratnam@splcenter.org

A. Chinyere Ezie[*]
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

*Counsel for Plaintiff Ashley Diamond*
*\* Admitted Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I electronically filed Plaintiff's Motion for a Protective Order, supporting Memorandum of Law, and all accompanying Declarations and Exhibits thereto with the Clerk of the Court and all counsel of record using the CM/ECF system.

<u>/s/ Maya G. Rajaratnam</u>
Maya G. Rajaratnam*
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Phone: (334) 956-8307
Fax: (334) 956-8481
Email: maya.rajaratnam@splcenter.org

*Counsel for Plaintiff Ashley Diamond*
* *Admitted Pro Hac Vice*