# EXHIBIT A:
# CURRICULUM VITAE

# JAMES EVANS AIKEN
## CORRECTIONAL FACILITIES EXPERT

**SUMMARY OF QUALIFICATIONS:**

I am President of James E. Aiken & Associates, Inc., a consulting firm specializing in prison management and adjustment matters. In July 2004, the United States Congress appointed me to serve on the National Prison Rape Elimination Commission for a five year term. I also served as Director of Corrections for the United States Virgin Islands, and Commissioner for the Indiana Department of Correction. I began my corrections career in 1971 at the South Carolina Department of Corrections as a counselor with the Comprehensive Drug Abuse Treatment Program. Also, while with the South Carolina Department of Corrections, I held positions as Deputy Regional Administrator in the Midlands Correctional Region (managing 16 prisons), Deputy Warden and Administrative Assistant to the Warden of the Manning Correctional Institution, Deputy Warden and Warden at the Central Correctional Institution (state penitentiary), and Warden of the Women's Correctional Center.

I have over forty-nine (49) years of experience in correctional administration, facility operations/management, inspection/assessment of facility performance and technical assistance consultations with clients in the United States, Dutch Kingdom, Canada, Costa Rica, Puerto Rico, and U.S. Virgin Islands. I have provided services to federal, state, county and local correctional facilities and jurisdictions in the areas of prison management, inmate classification, correctional leadership/organizational development, management of prison disturbances, system productivity, cost containment, enhancing prison security systems, managing the violent youthful offender in adult prisons, gang/security threat group (STG) management, executive training for new and experienced wardens,, super maximum security facility management training, assessment of prison security/operational performance, prison staffing analyses, reduction of prison-critical security events (murder/suicide/riot/hostage situation), and advising governments relative to prison privatization transactions and/or productivity.

In addition to consulting with various Departments of Correction, I have consulted with the U.S. Department of Justice, National Institute of Corrections, and attorneys and rendered expert testimony in capital, criminal and civil cases. I have been qualified as an expert and provided such testimony in the states of Washington, Ohio, Georgia, Arizona, Delaware, North Carolina, Montana, Pennsylvania, New York, South Carolina, Indiana, Virginia, Maryland, Louisiana, Oregon, New Hampshire, Missouri, Alabama, Mississippi, Florida, Texas and the United States District Courts of New York, Connecticut, Virginia, Ohio, South Carolina, Michigan, Arizona, West Virginia, Florida, Texas, Georgia, Alabama, Missouri, Tennessee, District of Columbia and Pennsylvania as well as the Court of Queen's Bench, Canada relative to: future danger posed to inmates, staff and the community by trial defendants, the ability of inmates to adjust to prison, classification of inmates to determine proper confinement levels, prison conditions, and other matters generally relating to prisons, jails, and criminal justice matters. I have also assisted the legislative and executive branches of government on the state and federal levels by providing expert advice concerning budgetary issues and statutory reforms regarding confinement facilities and systems.

A major focus of my career has been the assessment and restoration of facilities and systems that have experienced chronic and acute security critical events and management shortfalls. These have included issues of:

- Inmate management and security;
- Staff malfeasance;
- Corruption;
- Prison violence;
- Security critical-event prevention, evaluation, and management;
- Budget shortfalls;
- Public loss of trust in the confinement system;
- Inmate loss of trust in the professionalism of confinement facility staff;
- Staff loss of trust in the professionalism of administrators;
- Emergency response and preparedness;
- Inmate disruptive and violent behavior management;
- Confinement facility and system culture assessment and improvement;
- Confinement facility and system overall performance assessment;
- Performance of death penalty executions of condemned inmates;
- Inmate classification system (design, implementation and monitoring);
- Addressing civil legal complaints;
- Adherence with court orders;
- Inmate disciplinary system performance assessments;
- Confinement facility security technology (development, implementation and monitoring);
- New prison construction;
- Renovation of existing confinement facilities to enhance security performance;
- Confinement facility operational policy and procedure issues;
- Post order development, reassessment, interpretation, and monitoring;
- Facility operational performance assessments;

- Policy development and interpretation;
- Contraband control;
- Staff training and development;
- Evaluation of training;
- Employee productivity evaluations;
- Employee discipline;
- Confinement facility cost containment strategies;
- Use of force and restraint evaluation and implementation;
- Criminal and administrative investigations (operational evaluations) of confinement setting critical incidents;
- Staff supervision, and;
- Gang/SGT management.

Additionally, I have provided consulting services to the U.S. Department of Justice, National Institute of Corrections, as well as served as a private contract provider to federal, state and county jurisdictions in a number of areas including, but not limited to:

- Inmate classification;
- Management of women offenders;
- Managing violent youthful offenders in adult prisons;
- Managing prison security systems;
- Prison culture change;
- Correctional leadership development;
- Assessment of security operational performance;
- Executive training for new and experienced wardens;
- Prison critical event avoidance;
- Management of super-maximum security prisons;
- Management of the hard-to-manage violent inmate;
- Riot/gang management;
- Use of force evaluation and application, and;
- Post critical event evaluations.

3

**EMPLOYMENT HISTORY:**

August 1994 to present, President, James E. Aiken and Associates, Inc. (correctional consultant firm); August, 1992 to August 1994, Director, Bureau of Corrections, United States Virgin Islands and consultant; March, 1989 to August, 1992, Commissioner, Indiana Department of Correction; April, 1987 to March 1989, Deputy Regional Administrator, South Carolina Department of Corrections; May, 1982 to April, 1987, Warden, Central Correctional Institution (state penitentiary) South Carolina Department of Corrections; September, 1979 to May, 1982, Warden, Women's Correctional Center, South Carolina Department of Corrections; September, 1976 to September, 1979, Deputy Warden for Administration, Central Correctional Institution(state penitentiary) South Carolina Department of Corrections; February, 1974 to September, 1976, Deputy Warden for Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections; September, 1972 to February 1974 Administrative Assistant to Warden, Manning Correctional Institution, South Carolina Department of Corrections; September, 1971 to September, 1972, Social Worker for Substance Abuse Treatment, South Carolina Department of Corrections.

**RELEVANT EXPERIENCE:**

**Director, Bureau of Corrections, United States Virgin Islands**

Held the position as Director that encompassed authority and responsibility for the overall administration of the Corrections Bureau for the United States Virgin Islands jails and prison). Worked closely with other territorial agencies, the legislature, courts and federal governmental agencies.
Duties were to coordinate a project to re-establish a jail/prison correctional system which was diminished by overcrowded conditions, lack of medical care, escapes, and noncompliance to court orders, corruption, general mismanagement, negative media, gang involvement, work force dysfunction, and public mistrust.

**Commissioner, Indiana Department of Correction**

Responsible for the overall administration of the Department of Correction for the State of Indiana, which consisted of forty-six (46) separate adult and juvenile facilities (population 14,000) and parole services (population 3,490), with an operations budget of $305 Million.

Reported directly to the Governor of the State of Indiana and worked closely with the legislature, state and federal agencies, the courts and the public. Duties including establishing an operational mission and priority of issues for the agency; establishing agency mission goals; managing overpopulation; developing a new basic employee supervision program; and reorganizing daily operations to ensure a more responsive and efficient structure.

Accomplishments include but are not limited to:

*Offender Health Care Delivery:* The department contracted with the Indiana University School of Medicine to provide a medical director for clinical services. Developed and implemented a program to reduce cost and increase the quality of medical care.

*Security:* Created the Division of Security to address agency security needs. Initiated a gang intelligence network to track and evaluate their activities. Increased contraband control efforts by additional searches, drug testing, use of K-9 units, providing additional training and equipment, and increased prosecution efforts. I designed a 650 bed maximum security unit that conformed to modem correctional security management and Court mandates. Regularly conducted meetings with the National Guard, State Police, as well as other mutual aid agencies to coordinate and develop an emergency response and disaster preparedness program. Conducted full response drills to evaluate the agency's response capability. Evaluated and enhanced escape prevention/ apprehension measures. Conducted security audits and inspections of facilities.

*Offender Relations:* Established an Offender Relations Division and appointed a coordinator. This division functions as part of Internal Audits and works in tandem with the Division of Internal Affairs, the Operations Division and the Division of Legislative and Information Services. The task of this division is to resolve offender grievances and complaints that originate from inside the agency and resolve them prior to court involvement.

*Prison Population:*

- Completed site selection, plans and construction of a new Maximum Security Institution;

- Increased community corrections coverage from 35 to 50 counties (from 3,500 to 7,000 clients);

- Established community service/restitution programs;

- Established county work release programs;

- Established residential treatment programs and created home detention utilizing electronic monitoring;

- Created over five hundred (500) new emergency prison beds within the first nine months of tenure.

*Juvenile Justice:*

- Reduced Indiana Boy's School population from a high of 670 in 1989 to a low of 380 in 1990;

- Conducted comprehensive reviews using several committees of community representatives concerning treatment programs, educational programs and employee training programs;

- Established a Research Department at the Indiana Boy's School;

- Tripled group home placements during 1992;

- Increased community involvement and recreational programs at both Indiana Boy's School and Indiana Girl's School.

*Cost Containment:* Successfully developed a plan to increase participative management and input to the budget process. Meetings were held with State Budget Agency personnel on a regular basis to increase the Budget Agency's participation in the department's budget preparation regarding cost control. The operational budget of 305 million dollars was successfully reduced by 41 million dollars for fiscal year 1992.

## Deputy Regional Administrator, Midlands Correctional Region, South Carolina Department of Corrections

Served as the Deputy Chief Administrator for the following: Directly planned, prescribed and supervised activities of sixteen (16) institutions, including minimum, medium and work release, shock probation (boot camp), restitution centers and maximum security facilities. Also, had general supervision of a ninety-seven (97) million dollar budget, as well as a work force of 2,500 employees. Duties also included policy development and interaction with lawmakers, management of over population, the community and other departmental agencies concerning long-range agency planning and developing agency future needs. Additionally, made selections of institutional heads, as well as being involved in new facility design, reviewed all use of force actions, and provided supervision to prison wardens during emergency situations and normal operations.

## Warden, Central Correctional Institution, South Carolina Department of Corrections

Served as Warden of one of the largest correctional facility in South Carolina with 1800 medium/-maximum/super maximum custody inmates, 530 staff members, and an operating budget of eight (8) million dollars. Served as the chief administrator for the following areas/- activities: Directly planned, prescribed and supervised all security control and safety activities/operations, as well as, conducted announced and unannounced inspections of the institution. Interviewed, selected and evaluated employee's performance and effected other personnel actions as required. Personally responsible for all activities involving population management, security and treatment staff and coordinated and supervised all welfare/morale services for inmates to include medical delivery and access. Supervised and coordinated all activities with representatives from non- departmental agencies. Duties also involved emergency preparedness, interpreting all laws, policies, rules and regulations, compliance with court orders (conditions of confinement) and operating procedures for employees and inmates. Studied and analyzed long-range department requirements for institutions, as well as participating in litigation action involving the South Carolina Department of Corrections. Duties also included meeting with the Inmate Advisory Council and acting on recommendations received from the Inmate Grievance Committee, as well as meeting with members of the legislature on matters relating to corrections. Also was responsible for carrying

out the capital punishment laws for the state of South Carolina, and providing for high security management for populations that were under the jurisdiction of the South Carolina Department of Mental Health and for populations in pre-adjudication status that required more intense security to which the jail system could not provide.

**Warden, Women's Correctional Institution, South Carolina Department of Corrections**

Served as the chief administrator for the following: Directly planned, prescribed and supervised all security, control and safety activities and operations, personally responded to all disturbances and emergencies, interviewed/selected and evaluated employee's performance, counseled employees, supervised and coordinated all activities of the security and treatment staff, management of overpopulation, coordinated ad supervised all welfare and morale services for female inmates including clothing, food service, mail service, visitation, medical services, religious services, educational programs and recreational programs. Supervised the implementation and executing of all laws, policies, rules, regulations and operating procedures applicable to the Women's Correctional Center. Also, studied and reviewed all available records/files on assigned inmates to evaluate their behavioral changes and rehabilitation progress. Duties also included meeting with the Inmate Advisory Council as well as receiving and acting upon recommendations received from the Inmate Grievance Committee.

**Deputy Warden/Administration, Central Correctional Institution, South Carolina Department of Corrections**

Served as the Institutional Coordinator for the following areas/activities:
Maintenance/construction, boiler room/energy, food service, employee parking, canteen services, Adjustment Committee, mail service, all security systems, transportation, pest control, criminal investigations and emergency response.

**Deputy Warden/Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections**

Served as the Institutional Coordinator for the following areas: Youthful Offender Division, medical services, living areas, maintenance/construction, laundry services, visitation, emergency response, security, transportation, food service, commissary, administrative/punitive segregation, officer's quarters, classification teams, inmate interview/correspondence, recreation programs, energy (usage/conservation), Parole Board (prepared parole evaluations), supervision of security staff of fifty-five (55) employees, Chairman of Employee Evaluation Committee, purchasing, inmate pay and Chairman of Adjustment Committee. Prepared correspondence for the warden, conducted the majority of institutional investigations, coordinated all escape apprehension efforts and remained on twenty-four (24) hour call.

**Administrative Assistant/Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections**

Responsibilities included vocational rehabilitation, alcoholics anonymous, Project Mate (Paraprofessional Counseling Program), Classification Team #2, Pastoral Care, Drug Abuse Treatment Program, Recreation Program, Occupational Safety and Health Act (O.S.H.A.), Emergency Response, Work Release Program, Education Program, tours, Employee Evaluation Committee member and inmate interviewing/correspondence. Performed duties of the deputy warden in his absence and remained on twenty- four (24) hour call at all times.

**Social Worker/Drug Abuse Treatment Program, Manning Correctional Institution, South Carolina Department of Corrections**

Responsibilities included conducting group therapy and individualized counseling to offenders with drug problems. Conferred with the warden and staff to integrate the Drug Abuse Program with other institutional activities. Served as a member of the Adjustment committee and the Warden's Treatment Team.

**EDUCATION & TEACHING EXPERIENCE:**

Received a Master's Degree in Criminal Justice from the University of South Carolina and Bachelors of Arts Degree from Benedict College, Columbia, South Carolina. Also served as an Adjunct Professor at the Indiana University-Purdue University in Indianapolis, and have taught courses in corrections at the university and technical college levels.