IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ASHLEY DIAMOND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| vs. | ) | 5:20-CV-453-MTT |
| | ) | |
| TIMOTHY WARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned, J. Kyle Brooks, who, pursuant to Local Rule 83.1.4, respectfully requests to withdraw from this case, showing the Court as follows.

1. The undersigned was previously employed as an Assistant Attorney General by a state government agency, the Georgia Department of Law. While so employed, the undersigned appeared in this action on behalf of Defendants Timothy Ward, Sharon Lewis, Javel Jackson, Ahmed Holt, Robert Toole, Benjamin Ford, Jack Sauls, Brooks Benton, Grace Atchison, Lachesha Smith, and Rodney Jackson.

2. The undersigned resigned from the Georgia Department of Law, effective March 23, 2021. The undersigned has since entered private practice. By virtue of his resignation from the Georgia Department of Law, the undersigned is no longer representing or acting on behalf of any party in this or other litigation whom he previously represented while employed as an Assistant Attorney General.

3. Following the undersigned's resignation, other counsel employed by the Georgia Department of Law, Robert B. Shapiro and Roger A. Chalmers, entered appearances in this action on behalf of Defendants Timothy Ward, Sharon Lewis, Javel Jackson, Ahmed Holt, Robert Toole, Benjamin Ford, Jack Sauls, Brooks Benton, Grace Atchison, Lachesha

1

Smith, and Rodney Jackson. *See* Docs. 42, 25. Mr. Shapiro, Mr. Chalmers, and the Georgia Department of Law will continue to represent these Defendants as the case proceeds.

WHEREFORE, for the foregoing reasons and pursuant to M.D. Ga. L.R. 83.1.4, J. Kyle Brooks respectfully requests that the Court enter an order approving his withdrawal from this action and terminating him from the docket as counsel of record for any party.

Respectfully submitted this 12th day of April, 2021.

/s/ J. Kyle Brooks
J. Kyle Brooks
Georgia Bar No. 773561
600 Peachtree Street, N.E.
Suite 3900
Atlanta, Georgia 30308
Tel: (404) 920-0341
Fax: (404) 68-2988
Email: kbrooks@buckleybeal.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Roger A. Chalmers
Robert B. Shapiro
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Annarita McGovern
Terry L. Long
Satcher & McGovern, LLC
288 South Main Street
Suite 100
Alpharetta, Georgia 30009

Elizabeth Litrell
Southern Poverty Law Center
P.O. Box 1287
Decatur, Georgia 30031

Maya G. Rajaratnam
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104

Tyler Rose Clemons
Southern Poverty Law Center
201 St. Charles Avenue
Suite 2000
New Orleans, Louisiana 70170

A. Chinyere Ezie
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012

/s/ J. Kyle Brooks
J. Kyle Brooks
Georgia Bar No. 773561
600 Peachtree Street, N.E.
Suite 3900
Atlanta, Georgia 30308
Tel: (404) 920-0341
Fax: (404) 68-2988
Email: kbrooks@buckleybeal.com