# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ASHLEY DIAMOND,<br>      Plaintiff,<br><br> v.<br><br>TIMOTHY WARD, et al.,<br>      Defendants. | Case No. 5:20-cv-00453-MTT |

## PLAINTIFF'S NOTICE OF ONGOING NEGOTIATIONS REGARDING PROTECTIVE ORDER REFERENCED IN THE SCHEDULING AND DISCOVERY ORDER (ECF 47)

Comes now, Plaintiff, Ashley Diamond, and files this Notice to inform the Court that although the Parties agree that a Protective Order relating to discovery matters is warranted in this case, see ECF 47 at 6, the Parties have not yet reached agreement with respect to the contents. Plaintiff circulated to Defendants a draft proposed protective order on April 2, 2021 but are still awaiting Defendants' responses. On April 14, 2021, Plaintiff contacted Defendants and requested an opportunity to meet to resolve issues concerning the protective order ahead of the Parties' stipulated April 16, 2021 deadline to finalize and file a Protective Order. ECF No. 47, at 6 (Sec. IV.G). However, Defendants first availability for a conference is next week. Accordingly, Plaintiff submits this notice to inform the Court that negotiations concerning the Protective Order remain ongoing and agrees to notify the Court if the Parties ultimately reach an impasse that requires Court intervention.

Dated: April 16, 2021            Respectfully submitted,

                          /s/ *Elizabeth Littrell*
                          Elizabeth Littrell, Ga. Bar No. 454949

Maya G. Rajaratnam[*]
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org
Email: maya.rajaratnam@splcenter.org


Tyler Rose Clemons[*]
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org

A. Chinyere Ezie[*]
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

*Counsel for Plaintiff Ashley Diamond*

[*] Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 16 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record.

      s/ *Elizabeth Littrell*
      Elizabeth Littrell, Ga. Bar No. 454949

      Southern Poverty Law Center
      P.O. Box 1287
      Decatur, GA 30031
      Phone: (404) 221-5876
      Fax: (404) 221-5857
      Email: beth.littrell@splcenter.org

      *Counsel for Plaintiff*