IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ASHLEY DIAMOND,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:20-CV-453 (MTT) |
| **TIMOTHY WARD, et al.,** | ) ) ) |
| Defendants. | ) ) |

## ORDER TO PRODUCE STATE PRISONER
## FOR FEDERAL HEARING

TO: RELEASES AND AGREEMENTS
ATTENTION: SANDRA D. ABRAMS
GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **ASHLEY ALTON DIAMOND**, **GDC 1000290565 / EF 751505,** presently incarcerated at the Coastal State Prison in Garden City, Georgia, for in the above-styled proceeding beginning at **9:30 a.m.** on the **12th day of May**, **2021**, before the undersigned in Courtroom A on the second floor of the United States Courthouse, 475 Mulberry Street, Macon, Georgia.

**SO ORDERED**, this 29th day of April, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT