# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ASHLEY DIAMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-453 (MTT) |
| | ) |
| TIMOTHY WARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

As discussed at the April 28, 2021 hearing, documents filed by the Defendants in support of their response brief may be filed in their entirety with restricted status. The Court may subsequently decide to place certain documents or portions of documents on the public record.

**SO ORDERED**, this 29th day of April, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT