# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ASHLEY DIAMOND,<br>      Plaintiff,<br><br>  v.<br><br>TIMOTHY WARD, *et al.*,<br>      Defendants. | Case No. 5:20-cv-00453-MTT |

## PLAINTIFF'S MOTION TO WITHDRAW ATTORNEY TYLER ROSE CLEMONS

Pursuant to Local Rule 83.1.4, Plaintiff Ashley Diamond moves this Court for the withdrawal of her attorney Tyler Rose Clemons. Attorney Clemons has accepted a position as Acting Assistant Professor of Lawyering at New York University and will no longer be employed by the Southern Poverty Law Center as of May 28, 2021. Ms. Diamond consents to Attorney Clemons's withdrawal and will be adequately represented and informed about the ongoing progress of this matter through her other attorneys.

Dated: May 27, 2021

Respectfully submitted,

/s/ *Tyler Rose Clemons*
Tyler Rose Clemons*
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org

Elizabeth Littrell, Ga. Bar No. 454949
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

1

Maya G. Rajaratnam[*]
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Phone: (334) 956-8307
Fax: (334) 956-8481
Email: maya.rajaratnam@splcenter.org

/s/ *A. Chinyere Ezie*
A. Chinyere Ezie[*]
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

*Counsel for Plaintiff Ashley Diamond*

[*] Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record.

/s/ *Tyler Rose Clemons*
Tyler Rose Clemons
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org
*Counsel for Plaintiff*