UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASHLEY DIAMOND,<br><br>       Plaintiff,<br><br>  v.<br><br>TIMOTHY WARD, *et al.*,<br><br>       Defendants. | No. 5:20-cv-00453-MTT |

**JOINT MOTION OF THE PARTIES TO AMEND SCHEDULING ORDER**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Parties jointly move to amend the scheduling order dated April 8, 2021 as set forth below. As set out at the status conference held June 8, 202, the Parties agreed that Defendants would file a Certificate of Completion ("Certificate") confirming that production of outstanding discovery requests in connection with preliminary motions filed on April 9, 2021 is complete and agreed upon the following amended schedule:

1) Plaintiff's Expert Disclosure and Motions to Amend the Pleadings or to Join Parties (formerly due July 6, 2021) is now due 30 days from the filing of the Certificate;

2) Defendant's Expert Disclosure (formerly due September 3, 2021) is now due 90 days from the filing of the Certificate; and

3) Supplemental Expert Disclosure (formerly due October 4, 2021) is now due 120 days from the filing of the Certificate.

Respectfully submitted.

July 6, 2021                    /s/ Elizabeth Littrell
                                              Elizabeth Littrell, Ga. Bar No. 454949
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

Scott D. McCoy[*]
Southern Poverty Law Center
P.O. Box 10788
Tallahassee, FL 32302
Phone: (334) 224-4309
Email: scott.mccoy@splcenter.org

Maya G. Rajaratnam[*]
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Phone: (334) 956-8307
Fax: (334) 956-8481
Email: maya.rajaratnam@splcenter.org

A. Chinyere Ezie[*]
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

*Counsel for Plaintiff Ashley Diamond*

[*] *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document and all attachments were served on all counsel of record through the Court's CM/ECF system.

/s/ Elizabeth Littrell
Elizabeth "Beth" Littrell

*Counsel for Plaintiff Ashley Diamond*