IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASHLEY DIAMOND,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY WARD, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 5:20-cv-453 (MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

As discussed and agreed at the March 23, 2022 status conference, Plaintiff Ashley Diamond's motion for preliminary injunctive relief (Doc. 50) is consolidated with the trial on the merits, as permitted by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."); *see also Univ. of Tex. v. Camenisch*, 451 U.S. 390, 395 (1981) (A district court must give "clear and unambiguous notice [of the court's intent to consolidate the trial and the hearing] either before the hearing commences or at a time which will still afford the parties a full opportunity to present their respective cases."). Accordingly, Diamond's motion for preliminary injunctive relief (Doc. 50) shall be **CONSOLIDATED** with the trial on the merits.

**SO ORDERED**, this 24th day of March, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT