

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

## MINUTE SHEET
## OF COURT PROCEEDINGS
*(via Zoom)*

| | | | |
|---|---|---|---|
| Date: | 4/14/2022 | Type of Hearing: | Status Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Kim Tavalero | Law Clerk: | Ben Roth |
| Courtroom: | A | | |

**Case Number: 5:20-cv-453 (MTT)**

| | | |
|---|---|---|
| Ashley Diamond | Counsel: | A. Chinyere Ezie<br>Beth Littrell<br>Maya Gyan Rajaratnam<br>Scott McCoy<br>Jennifer Vail |
| v. | | |
| Timothy Ward, et al. | Counsel: | Roger Chalmers |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 47 minutes**

| | |
|---|---|
| 4:00 pm | Called to order. Identification of parties. Preliminary remarks by the Court. The Court addressed the parties regarding the discovery issues identified by plaintiff's counsel. |
| 4:03 pm | Response by Mr. Chalmers. |
| 4:04 pm | Response by Ms. Littrell. |
| 4:05 pm | The Court addressed the parties regarding the discovery issues identified by defendants' counsel. |
| 4:05 pm | Response by Ms. Ezie. |
| 4:07 pm | Response by Mr. Chalmers. |
| 4:09 pm | Response by Ms. Littrell. |
| 4:11 pm | The Court addressed the parties regarding the length of depositions. |

Ashley Diamond v. Timothy Ward, et al
5:20-cv-453 (MTT)
Page 2

| | |
|---|---|
| 4:13 pm | Response by Ms. Littrell. |
| 4:14 pm | Response by Mr. Chalmers. |
| 4:16 pm | The Court addressed the parties regarding 30(b)(6) depositions. |
| 4:17 pm | The Court addressed the parties regarding deposition exhibits. Discussions regarding deposition exhibits. |
| 4:21 pm | The Court addressed the parties regarding the cell phone data—no restrictions at this time. |
| 4:22 pm | Discussions regarding extending discovery.  The Court will extend discovery 45 days. |
| 4:28 pm | Discussion regarding defendants' depositions. |
| 4:31 pm | The Court addressed the parties regarding moving forward and trial credibility. |
| 4:32 pm | Response by Ms. Littrell regarding two videotaped interviews with Investigator Farlow (October and February). |
| 4:35 pm | Response by Mr. Chalmers regarding distinction between PREA investigation and an internal investigation. |
| 4:41 pm | The Court addressed the parties.  If there are any recorded statements taken by GDC (PREA or not), the existence of those statements SHALL be disclosed to plaintiff's counsel.  If the recorded statement cannot be produced, defendants' counsel SHALL disclose the basis for nonproduction. |
| 4:45 pm | Response by Ms. Littrell. |
| 4:46 pm | Response by Ms. Ezie. |
| 4:47 pm | Response by Mr. Chalmers. |
| 4:47 pm | Adjourned. |