IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASHLEY DIAMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-453 (MTT) |
| | ) |
| TIMOTHY WARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff Ashley Diamond's amended complaint seeks, among other things, injunctive and declaratory relief because of alleged violations of her constitutional rights while in the custody of the Georgia Department of Corrections ("GDC"). Doc. 36. On August 1, 2022, Diamond was released and is no longer in the custody of the GDC or Coastal State Prison. Doc. 158-2. An inmate's release from prison moots claims for injunctive and declaratory relief. *Zatler v. Wainwright*, 802 F.2d 397, 399 (11th Cir. 1986). With Diamond paroled, the defendants now move to dismiss Diamond's claims for declaratory and injunctive relief on mootness grounds. Doc. 158. Diamond agrees her claims for declaratory and injunctive relief are now moot and does not oppose dismissal. Doc. 159. Accordingly, the defendants' motion (Doc. 158) is **GRANTED**.


Diamond's claims for declaratory and injunctive relief are **DISMISSED without prejudice**. Only Diamond's claims for money damages remain.[1]

In a separate motion, the defendants also request relief from the bi-weekly reporting obligation established by the Court's order dated March 28, 2022.  Doc. 156. In response, Diamond withdrew her motion for protective order (Doc. 51) and does not otherwise oppose the defendants' motion to terminate their bi-weekly reporting obligation.  Doc. 160.  Accordingly, the defendants' motion (Doc. 156) is **GRANTED**.

**SO ORDERED**, this 9th day of August, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Similarly, the defendants request dismissal of Diamond's motion for preliminary injunctive relief, which the Court had since consolidated with a trial on the merits.  Doc. 158 (citing Doc. 143).  In response, Diamond withdrew her motion.  Doc. 160.