# EXHIBIT 6



# Transcript of Brooks Benton

**Date:** May 10, 2022
**Case:** Diamond -v- Ward, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1                  UNITED STATES DISTRICT COURT

2             FOR THE MIDDLE DISTRICT OF GEORGIA

3                      MACON DIVISION

4   ------------------------------ x

5   ASHLEY DIAMOND,                 :

6             Plaintiff            :

7      vs                           : Case No.

8   TIMOTHY WARD et al.,            : 5:20-CV-00453

9             Defendants           :

10  ------------------------------ x

11

12

13             Videotaped deposition of

14                    BROOKS BENTON

15

16             VIA VIDEO/TELECONFERENCE

17              TUESDAY, MAY 10, 2022

18             10:09 a.m. EASTERN TIME

19

20

21

22

23  Job No.: 444141

24  Pages: 1 - 296

25  Reported by: Lisa V. Feissner, RDR, CRR, CLR

```
1    A P P E A R A N C E S:

2    ON BEHALF OF PLAINTIFF:

3        A. CHINYERE EZIE, ESQUIRE

4        RACHEL MEEROPOL, ESQUIRE

5        CENTER FOR CONSTITUTIONAL RIGHTS

6        666 Broadway

7        7th Floor

8        New York, NY 10012

9        212.614.6467

10       cezie@ccrjustice.org

11

12   ON BEHALF OF DEFENDANTS AND THE WITNESS:

13       ROGER CHALMERS, ESQUIRE

14       OFFICE OF THE ATTORNEY GENERAL OF GEORGIA

15       40 Capital Square, SW

16       Atlanta, GA 30334

17       404.458.3500

18       rchalmers@law.ga.gov

19

20

21

22

23

24

25
```

```
1    A P P E A R A N C E S (cont'd):

2    ON BEHALF OF DEFENDANT JAVEL JACKSON:

3        PAUL HENEFELD, ESQUIRE

4        HENEFELD & GREEN

5        3017 Bolling Way, NE

6        Suite 129

7        Atlanta, GA 30305

8        (404) 841-1275

9        pah@aps-law.com

10

11   A L S O   P R E S E N T:

12       RJ BUCKLER, Videographer

13       JOHN SCHMIEG, A/V Technician

14

15

16

17

18

19

20

21

22

23

24

25
```

C O N T E N T S

EXAMINATION OF BROOKS BENTON                PAGE

    By Ms. Ezie                                7

    By Mr. Chalmers                            284

E X H I B I T S

(Attached to transcript)

BENTON DEPOSITION EXHIBIT                    PAGE

1   Offender Grievance Form                  99

    DEF_1150

2   Offender PREA Classification Details     113

    DEF_1425 - DEF_1423

3   emails re: Offender Diamond Contact      129

4   email re: Counselor Meeting with         152

    Offender Diamond, Ashley (1000290565)

5   emails re: Offender Diamond              154

    Weekly report July 20-24

6   Individual Officer Profile               166

    Re: Brooks L. Benton

    DEF _028527 - DEF _028533

7   SART Investigation Checklist             176

    DEF_888

8   Sexual Abuse Incident Review Checklist   179

    DEF_1410

9   email re: Diamond report.                183

```
1              E X H I B I T S  (cont'd)

2            (Attached to transcript)

3   BENTON DEPOSITION EXHIBIT                    PAGE

4   10  emails RE: Ashley Diamond               188

5       (GDC: 1000290565)

6   11  GEORGIA DEPARTMENT OF CORRECTIONS        191

7       PREA Procedures

8   12  Sworn statement                         196

9       DEF_960 - DEF_961

10  13  Letter Re: Third Notice of              208

11      Constitutional and PREA Violations

12      On Behalf of Ashley Diamond

13      (GDC ID: 1000290565)

14  14  email re: Diamond, Ashley #1000290565   216

15  15  Declaration of Grace Atchison           233

16  16  emails RE: Diamond, Ashley              240

17      GDC #1000290565 Third party report

18  17  Memo RE: Prison Rape Elimination Act -  247

19      DIAMOND, ASHLEY ALTON -

20      GDC#1000290565, Aggressor - Unknown

21      DEF_940

22  18  emails Re: Weekly Report on Offender    276

23      Diamond, Ashley GDC#1 000290565

24  19  email Offender Ashley Diamond           277

25      Attorney Call Appointment with attachment
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 10:09:23 |
| 2 | VIDEOGRAPHER:  Here begins recording | 10:09:23 |
| 3 | number one in the videotaped deposition of Brooks | 10:09:26 |
| 4 | Benton in the matter of Ashley Diamond versus | 10:09:30 |
| 5 | Timothy Ward, et al., held in the United States | 10:09:33 |
| 6 | District Court for the Middle District of Georgia, | 10:09:36 |
| 7 | Macon Division, Case Number 5:20-cv-00453-MTT. | 10:09:39 |
| 8 | Today's date is May 10th, 2022.  The time | 10:09:46 |
| 9 | on the monitor is 10:09 a.m. Eastern Standard | 10:09:50 |
| 10 | Time. | 10:09:54 |
| 11 | The videographer today is RJ Buckler CLVS | 10:09:54 |
| 12 | representing Planet Depos.  This deposition is | 10:09:58 |
| 13 | taking place remotely via Zoom. | 10:10:00 |
| 14 | Would counsel please voice identify | 10:10:02 |
| 15 | themselves and state whom they represent. | 10:10:04 |
| 16 | MS. EZIE:  Good morning.  Chinyere Ezie | 10:10:06 |
| 17 | for the plaintiff Ashley Diamond with the Center | 10:10:10 |
| 18 | For Constitutional Rights.  I'm joined by my | 10:10:13 |
| 19 | colleague Rachel Meeropol. | 10:10:16 |
| 20 | MR. CHALMERS:  Good morning.  I'm Roger | 10:10:18 |
| 21 | Chalmers with the State Law Department.  I | 10:10:20 |
| 22 | represent the deponent Brooks Benton and the other | 10:10:22 |
| 23 | named defendants in the lawsuit except for one, | 10:10:24 |
| 24 | Javel Jackson. | 10:10:27 |
| 25 | MR. HENEFELD:  Good morning.  My name is | 10:10:30 |

Transcript of Brooks Benton
Conducted on May 10, 2022                    7

| | | |
|---|---|---|
| 1 | Paul Henefeld.  I'm with Henefeld & Green, and I | 10:10:31 |
| 2 | represent Javel Jackson. | 10:10:36 |
| 3 | VIDEOGRAPHER:  The court reporter today | 10:10:37 |
| 4 | is Lisa Feissner representing Planet Depos. | 10:10:39 |
| 5 | Would the court reporter please swear in | 10:10:42 |
| 6 | the witness. | 10:10:44 |
| 7 | BROOKS BENTON, | 10:10:55 |
| 8 | having been first duly sworn, was examined and | |
| 9 | testified as follows: | 10:10:55 |
| 10 | EXAMINATION | 10:10:56 |
| 11 | BY MS. EZIE: | 10:10:56 |
| 12 | Q     Good morning, Mr. Benton. | 10:11:00 |
| 13 | A     Good morning. | 10:11:03 |
| 14 | Q     Good to see you again. | 10:11:03 |
| 15 | I would like to just get started by | 10:11:05 |
| 16 | asking you to spell -- to say and spell your name | 10:11:09 |
| 17 | for the record, please. | 10:11:10 |
| 18 | A     Brooks, B-R-O-O-K-S, Benton, B-E-N-T-O-N. | 10:11:12 |
| 19 | Q     Mr. Benton, what's your birth date? | 10:11:19 |
| 20 | A     ███████. | 10:11:22 |
| 21 | Q     And have you taken a deposition before? | 10:11:25 |
| 22 | A     I'm sorry? | 10:11:31 |
| 23 | Q     Have you taken a deposition before? | 10:11:33 |
| 24 | A     No.  I've done a declaration. | 10:11:35 |
| 25 | Q     Got it. | 10:11:40 |

1        There are just a few things I'd like to          10:11:42

2   go over in that case.                                 10:11:44

3        For starters, as you see today, we're            10:11:45

4   taking this deposition remotely, which means that     10:11:49

5   there are a few things to keep in mind.               10:11:53

6        The first is that because there's a court        10:11:57

7   reporter here, I'm going to ask that your answers     10:12:00

8   today be verbal as opposed to things like gestures    10:12:03

9   or nodding.                                           10:12:07

10       So can you commit to giving clear verbal         10:12:09

11  answers to each of my questions, please?              10:12:11

12    A    Yes.                                           10:12:14

13    Q    Thank you.                                     10:12:15

14       Something else to keep in mind is that if        10:12:17

15  we speak over one another, which is to say, if you    10:12:21

16  begin answering a question while I'm still            10:12:25

17  speaking, or if I begin asking a question while       10:12:27

18  you're speaking, it will be difficult for the         10:12:30

19  court reporter to make a clean record.                10:12:33

20       So can we try our best not to interrupt          10:12:35

21  one another?                                          10:12:39

22    A    Yes.                                           10:12:40

23    Q    Thank you.                                     10:12:41

24       Now, over the course of the day, you             10:12:42

25  might hear objections to some of the questions I      10:12:47

| | | |
|---|---|---|
| 1 | ask from your counsel, Mr. Chalmers.  If he, based | 10:12:51 |
| 2 | on an objection, does not want you to answer my | 10:12:57 |
| 3 | question, he'll indicate that, typically. | 10:12:59 |
| 4 | So otherwise, if your counsel objects and | 10:13:03 |
| 5 | he does not instruct you not to answer, will you | 10:13:06 |
| 6 | proceed to answer my question, again, as long as | 10:13:09 |
| 7 | you have not been directed not to? | 10:13:13 |
| 8 | A     Yes. | 10:13:15 |
| 9 | Q     Thank you. | 10:13:17 |
| 10 | Now, we are from time to time going to | 10:13:18 |
| 11 | want to take breaks today for whatever reason, | 10:13:23 |
| 12 | lunch breaks, coffee breaks, bathroom breaks.  If | 10:13:26 |
| 13 | you'd like to take a break, all you have to do is | 10:13:31 |
| 14 | let us know.  I'd just ask that you don't take a | 10:13:34 |
| 15 | break while a question is pending. | 10:13:37 |
| 16 | Is that okay? | 10:13:40 |
| 17 | A     Yes. | 10:13:42 |
| 18 | Q     Thank you. | 10:13:42 |
| 19 | Now, earlier, you were asked whether -- | 10:13:44 |
| 20 | we were all asked whether anyone was in the room | 10:13:50 |
| 21 | with us, and I correct that. | 10:13:52 |
| 22 | You are currently in a room by yourself? | 10:13:55 |
| 23 | A     Correct. | 10:13:58 |
| 24 | Q     If anyone tries to enter the room or | 10:14:00 |
| 25 | joins you in the room, will you let us know? | 10:14:04 |

| | | |
|---|---|---|
| 1 | A      Yes. | 10:14:07 |
| 2 | Q      And that might take me to my next | 10:14:10 |
| 3 | question, which is, are there any other electronic | 10:14:13 |
| 4 | devices in the room with you other than this | 10:14:17 |
| 5 | laptop? | 10:14:19 |
| 6 | A      Yes. | 10:14:21 |
| 7 | Q      What devices are those? | 10:14:22 |
| 8 | A      I have my desktop computer and my cell | 10:14:25 |
| 9 | phone, my state cell phone. | 10:14:28 |
| 10 | Q      Okay.  Is it going to be necessary for | 10:14:32 |
| 11 | you to have your cell phone on during this | 10:14:34 |
| 12 | meeting, or is it possible to mute it or to store | 10:14:36 |
| 13 | it away when we're on the record? | 10:14:40 |
| 14 | A      I can mute it, but yes, it's a part of my | 10:14:42 |
| 15 | uniform, basically.  I can't leave without it. | 10:14:46 |
| 16 | Q      Understood.  Okay. | 10:14:49 |
| 17 |        If you wouldn't mind muting it, we'd | 10:14:50 |
| 18 | appreciate it.  Of course, if -- and minimizing | 10:14:53 |
| 19 | the extent to which you're kind of interacting | 10:14:56 |
| 20 | with it. | 10:14:59 |
| 21 |        Can you agree that during the course of | 10:15:00 |
| 22 | the deposition, you will not communicate with | 10:15:03 |
| 23 | anyone about the questions you're being asked in | 10:15:06 |
| 24 | the deposition using your device if we're on the | 10:15:09 |
| 25 | record? | 10:15:12 |

| | |
|---|---|
| 1 | A    Yes. | 10:15:13 |
| 2 | Q    Okay.  And, of course, if you -- if your | 10:15:14 |
| 3 | device or responsibilities are a reason you need | 10:15:20 |
| 4 | to take a break at any point, feel free to ask, | 10:15:22 |
| 5 | okay? | 10:15:25 |
| 6 | A    Yes. | 10:15:27 |
| 7 | Q    And right now on your laptop -- sorry, I | 10:15:29 |
| 8 | guess it's a desktop, are there any programs that | 10:15:34 |
| 9 | are running besides Zoom? | 10:15:36 |
| 10 | A    No.  There's no programs running on my | 10:15:40 |
| 11 | desktop. | 10:15:42 |
| 12 | Q    Okay.  And the desktop is how you're | 10:15:43 |
| 13 | connecting to this deposition, or is that via a | 10:15:45 |
| 14 | different device? | 10:15:48 |
| 15 | A    I'm connected via my laptop. | 10:15:50 |
| 16 | Q    Okay.  Are there any other programs | 10:15:52 |
| 17 | besides Zoom running on your laptop? | 10:15:55 |
| 18 | A    No. | 10:15:59 |
| 19 | Q    Okay.  If you could, during the | 10:16:00 |
| 20 | deposition while we're on the record, just have | 10:16:03 |
| 21 | Zoom running and not other programs, we would | 10:16:05 |
| 22 | appreciate it. | 10:16:10 |
| 23 | And I hate to say it, but in our recent | 10:16:12 |
| 24 | experience, we have had tech issues during these | 10:16:17 |
| 25 | depositions.  So if at any point you lose | 10:16:18 |

```
1    connection or you're unable to hear us or be          10:16:22
2    heard, we'll just take a break and try to get it      10:16:27
3    sorted, okay?                                          10:16:30
4        A    Yes.                                          10:16:31
5        Q    Now, did you bring any depositions -- any     10:16:31
6    documents to this deposition with you today?           10:16:36
7        A    No.                                            10:16:39
8        Q    You don't have any notes that you brought     10:16:40
9    and are referencing?                                   10:16:46
10       A    No.                                            10:16:48
11       Q    Okay.  Now, did you take any steps to          10:16:49
12   prepare for the deposition today?                      10:16:55
13       A    Steps, no.                                     10:16:59
14            (Cross-talk.)
15       A    I was given information -- I'm sorry.          10:17:01
16       Q    Okay.  I broke my own rule.  I did not         10:17:04
17   mean to cut you off.  So please continue.               10:17:07
18       A    No.  I was given information that this         10:17:11
19   deposition was going to take place today and what      10:17:14
20   time I needed to be on.                                 10:17:17
21       Q    Okay.  Did you meet with your attorneys        10:17:18
22   in connection with the deposition ahead of it?         10:17:25
23       A    Yes.                                           10:17:26
24       Q    Okay.  When did you meet for the               10:17:28
25   deposition?                                             10:17:32
```

| | | |
|---|---|---|
| 1 | MR. CHALMERS:  Objection. | 10:17:34 |
| 2 | Counsel, we've been down this path | 10:17:36 |
| 3 | before.  No.  Objection. | 10:17:37 |
| 4 | Do not answer. | 10:17:40 |
| 5 | MS. EZIE:  Just to confirm, we have an | 10:17:44 |
| 6 | agreement that we will not inquire either to the | 10:17:45 |
| 7 | date or the length of preparations for depositions | 10:17:47 |
| 8 | going forward?  Is that a mutual agreement, | 10:17:50 |
| 9 | Mr. Chalmers? | 10:17:53 |
| 10 | MR. CHALMERS:  It's not an agreement. | 10:17:54 |
| 11 | It's simply an objection.  It's an improper | 10:17:55 |
| 12 | question into privileged communications.  So my | 10:17:57 |
| 13 | objection stands. | 10:18:00 |
| 14 | MS. EZIE:  I asked about the date of a | 10:18:00 |
| 15 | meeting. | 10:18:02 |
| 16 | MR. CHALMERS:  Right. | 10:18:02 |
| 17 | MS. EZIE:  Can you explain how that | 10:18:03 |
| 18 | concerns a privileged topic. | 10:18:05 |
| 19 | MR. CHALMERS:  No, I will not explain. | 10:18:07 |
| 20 | My objection stands.  The witness will not | 10:18:09 |
| 21 | respond. | 10:18:10 |
| 22 | Q    Did you meet with your attorneys on more | 10:18:11 |
| 23 | than one occasion, Mr. Benton? | 10:18:13 |
| 24 | MR. CHALMERS:  You can answer that | 10:18:18 |
| 25 | question. | 10:18:19 |

1      A     No.                                          10:18:19

2      Q     Did you review any documents in              10:18:21

3  connection with your preparations for the              10:18:25

4  deposition?                                            10:18:26

5      A     No.                                          10:18:28

6      Q     You are aware that you're a defendant in     10:18:34

7  this case?                                             10:18:36

8      A     Yes.                                          10:18:36

9      Q     And have you reviewed the Complaint in       10:18:37

10 this case?                                             10:18:43

11     A     Yes.                                          10:18:43

12     Q     Okay.  And Mr. Benton, are you currently     10:18:43

13 an employee of the Georgia Department of               10:18:47

14 Corrections?                                           10:18:52

15     A     I am.                                         10:18:52

16     Q     Is it okay if I refer to the Georgia         10:18:54

17 Department of Corrections as GDC going forward?        10:18:57

18     A     Yes.                                          10:19:01

19     Q     How long have you worked at GDC in total?    10:19:03

20     A     29 years -- well, I'm sorry.  It will be     10:19:08

21 29 years December the 1st.                             10:19:16

22     Q     That's quite a while.                         10:19:20

23           Now, what was your background --             10:19:22

24 educational background at the time you joined GDC?     10:19:26

25     A     Bachelor's of arts degree in psychology,    10:19:30

1    sociology.                                          10:19:34

2        Q      Where did you complete your studies?     10:19:36

3        A      West Georgia, University of West Georgia. 10:19:38

4        Q      Okay.  And at the time of your initial   10:19:41

5    application, did you have any prior corrections     10:19:46

6    experience?                                         10:19:48

7        A      No.                                       10:19:50

8        Q      What was the last job you held prior to  10:19:50

9    joining GDC?                                         10:19:54

10       A      While I was in college, I worked at      10:19:56

11   Walmart as a stockman.                              10:19:58

12       Q      Got it.                                   10:20:03

13              What motivated you to apply to GDC?      10:20:05

14       A      Well, I grew up in Philadelphia,         10:20:08

15   Pennsylvania, and I always wanted to be -- go into  10:20:14

16   law enforcement of some kind.  And I had the        10:20:18

17   opportunity right before graduation and applied to  10:20:22

18   several agencies, probation being one of them, and  10:20:28

19   Georgia Department of Corrections being the other,  10:20:33

20   and received a notice from GDC for an interview.    10:20:36

21       Q      Got it.                                   10:20:43

22              And Mr. Benton, what's your current role 10:20:45

23   at GDC?                                              10:20:48

24       A      I am a warden, a prison warden.          10:20:50

25       Q      What facility?                            10:20:54

| | | |
|---|---|---|
| 1 | A      I'm currently at Phillips State Prison. | 10:20:56 |
| 2 | Q      Where is Phillips State Prison? | 10:21:00 |
| 3 | A      It's in Buford, Georgia. | 10:21:02 |
| 4 | Q      And what motivated you to join Phillips | 10:21:05 |
| 5 | State Prison as warden? | 10:21:10 |
| 6 | A      I had some medical issues that required | 10:21:12 |
| 7 | me to be closer to home, and the commissioner | 10:21:15 |
| 8 | helped me out by transferring me closer to home | 10:21:19 |
| 9 | and assigned me to Phillips State Prison with | 10:21:22 |
| 10 | Warden James Perry. | 10:21:25 |
| 11 | Q      Got it. | 10:21:28 |
| 12 | And when you say "home," where in Georgia | 10:21:30 |
| 13 | do you consider to be home? | 10:21:33 |
| 14 | A      Jefferson, Georgia, Jackson County. | 10:21:35 |
| 15 | Q      Got it. | 10:21:40 |
| 16 | And Mr. Benton, when did your appointment | 10:21:41 |
| 17 | at Phillips begin? | 10:21:43 |
| 18 | A      January 1st -- | 10:21:46 |
| 19 | Q      Okay. | 10:21:48 |
| 20 | A      -- 2022. | 10:21:49 |
| 21 | Q      Prior to joining Phillips as warden, were | 10:21:50 |
| 22 | you the warden of Coastal State Prison? | 10:21:57 |
| 23 | A      Yes, I was. | 10:22:01 |
| 24 | Q      When did that appointment begin? | 10:22:02 |
| 25 | A      July 1st, 2019. | 10:22:07 |

| | | |
|---|---|---|
| 1 | Q     And as warden of Coastal State Prison, | 10:22:11 |
| 2 | who did you report to? | 10:22:18 |
| 3 | A     Stan Shepard. | 10:22:22 |
| 4 | Q     Who's Stan Shepard? | 10:22:24 |
| 5 | A     The regional director of the southeast | 10:22:26 |
| 6 | region. | 10:22:29 |
| 7 | Q     Okay.  Did you report to anyone else? | 10:22:30 |
| 8 | A     No.  He was my immediate supervisor. | 10:22:35 |
| 9 | Q     And as warden of Coastal State Prison, | 10:22:39 |
| 10 | who reported to you? | 10:22:44 |
| 11 | A     My deputy wardens, deputy warden of | 10:22:47 |
| 12 | security, deputy warden of care and treatment, | 10:22:53 |
| 13 | deputy warden of administration, administrative | 10:22:56 |
| 14 | assistant, my secretary, operations analyst, the | 10:23:00 |
| 15 | STG, security threat group sergeant. | 10:23:08 |
| 16 | Q     Would it be possible for you to identify | 10:23:13 |
| 17 | those individuals by name and title? | 10:23:16 |
| 18 | A     Yes. | 10:23:21 |
| 19 | Q     Why don't you start with deputy of care | 10:23:27 |
| 20 | and treatment. | 10:23:32 |
| 21 | A     My deputy warden of care and treatment | 10:23:32 |
| 22 | was Ms. Kaigler, Briana Kaigler. | 10:23:34 |
| 23 | Q     Okay.  At what point was she your deputy | 10:23:38 |
| 24 | warden of care and treatment? | 10:23:40 |
| 25 | A     She recently -- | 10:23:42 |

1        (Cross-talk.)                                    10:23:46

2    A    She recently started -- I want to say she       10:23:47

3  started probably October of '21.  I'm not sure of      10:23:50

4  the exact date.                                        10:23:59

5    Q    Got it.                                         10:24:01

6         Prior to Ms. Kaigler, who was the deputy        10:24:03

7  warden of care and treatment at Coastal?               10:24:08

8    A    Carl Betterson.                                 10:24:11

9    Q    And how long did Carl Betterson serve in        10:24:13

10 that role?                                             10:24:17

11   A    Carl Betterson was a deputy warden of           10:24:18

12 care and treatment for approximately two years.        10:24:21

13   Q    Do you know what prompted him to leave          10:24:25

14 that role?                                             10:24:28

15   A    Yes.  He had a better opportunity for           10:24:30

16 advancement.                                           10:24:34

17   Q    Do you know what that opportunity was?          10:24:36

18   A    It was at a local college.  I can't             10:24:39

19 remember the name of the college.  But yes, he         10:24:42

20 went private.                                          10:24:48

21   Q    Got it.                                         10:24:50

22        Now -- and I'm sorry.  I was trying to          10:24:52

23 make a list of all the roles you identified.  But      10:24:55

24 do you want to go to the next position and             10:24:57

25 identify specifically who held that position           10:25:00

| | | |
|---|---|---|
| 1 | between June 2020 and your departure? | 10:25:03 |
| 2 | A     My deputy warden of security, Zechariah | 10:25:10 |
| 3 | Jones. | 10:25:19 |
| 4 | Q     Okay.  Zechariah held that position | 10:25:19 |
| 5 | continuously from about June 2020 to your | 10:25:23 |
| 6 | departure? | 10:25:26 |
| 7 | A     Yes.  He was -- yes.  Yes.  November | 10:25:28 |
| 8 | 2020, I want to say, he transferred from Smith | 10:25:34 |
| 9 | State Prison.  And like I said, these dates -- I'm | 10:25:43 |
| 10 | not good with dates. | 10:25:48 |
| 11 | Q     Do you know who served as the deputy | 10:25:49 |
| 12 | warden of security prior to Mr. Zechariah? | 10:25:51 |
| 13 | A     Yes, I do know, and his name escapes me. | 10:25:59 |
| 14 | Q     Okay.  Do you want to shift to the next | 10:26:04 |
| 15 | position you identified? | 10:26:09 |
| 16 | A     Yes.  Deputy warden of administration, | 10:26:11 |
| 17 | Phillip Glenn. | 10:26:15 |
| 18 | Q     And Phillip Glenn -- I'm sorry.  I | 10:26:18 |
| 19 | neglected to ask, could you -- as you're | 10:26:25 |
| 20 | describing these positions, could you summarize | 10:26:27 |
| 21 | what their job duties consisted of -- | 10:26:31 |
| 22 | A     Yes. | 10:26:35 |
| 23 | Q     -- and their roles. | 10:26:35 |
| 24 | A     Yes.  Phillip Glenn, he's the deputy | 10:26:37 |
| 25 | warden of administration.  He supervises several | 10:26:40 |

1    departments.  He was over food service.  He was          10:26:45

2    over the business aspect of the prison.  He was          10:26:48

3    over commissary, inmate commissary store.  And he        10:26:53

4    was over maintenance.                                    10:27:01

5        Q    Okay.  And just to jump back, the deputy        10:27:03

6    of care and treatment, what were their job duties?       10:27:08

7        A    Ms. Kaigler, she was over all care and          10:27:13

8    treatment duties.  She was over the mental health        10:27:16

9    department, the general population counselor             10:27:20

10   department.  She was over counseling.  She was           10:27:24

11   over education.  She was over vocational.  She was       10:27:27

12   over chaplaincy.                                         10:27:32

13       Q    Okay.  What about PREA coordination?            10:27:34

14       A    PREA, yes, that's all care and treatment,       10:27:42

15   yes.                                                     10:27:44

16       Q    And would Mr. Betterson's                       10:27:44

17   responsibilities have been the same?                     10:27:46

18       A    Yes.                                            10:27:51

19       Q    Okay.  And the deputy warden of security,       10:27:52

20   what was their responsibility at the prison?             10:27:54

21       A    The deputy warden of security is over all       10:27:57

22   uniform staff and unit managers.                         10:28:00

23       Q    Okay.  And so we've covered deputy warden       10:28:04

24   of care and treatment, administration, and               10:28:09

25   security.                                                10:28:12

| | |
|---|---|
| 1 | Who else reported to you by name and | 10:28:12 |
| 2 | title between 2020 and present? | 10:28:15 |
| 3 | A    At the time that I left, my secretary, | 10:28:21 |
| 4 | Ms. Preyer, Yolanda Preyer.  She was my secretary. | 10:28:28 |
| 5 | I was her direct supervisor.  And her duties were | 10:28:34 |
| 6 | answering phones, taking dictation, just basically | 10:28:37 |
| 7 | my right-hand woman.  She did everything. | 10:28:47 |
| 8 | Q    Got it. | 10:28:50 |
| 9 | And was there anyone else who reported to | 10:28:52 |
| 10 | you directly? | 10:28:55 |
| 11 | A    Yes.  The security threat group sergeant, | 10:28:57 |
| 12 | at the time, he had already left, and right before | 10:29:05 |
| 13 | I left or transferred, he came back.  And I tell | 10:29:08 |
| 14 | you, his name escapes me. | 10:29:16 |
| 15 | Q    Got it. | 10:29:21 |
| 16 | A    But he was over -- and I'll think of his | 10:29:23 |
| 17 | name in a minute.  But he was over all my security | 10:29:26 |
| 18 | threat group individuals.  His job duties were, | 10:29:29 |
| 19 | when offenders come into the system, come into | 10:29:34 |
| 20 | Coastal, he would prescreen them, take pictures of | 10:29:37 |
| 21 | any tattoos, do any backgrounds on them and their | 10:29:41 |
| 22 | affiliations, if they were affiliated. | 10:29:48 |
| 23 | Q    Got it. | 10:29:54 |
| 24 | And that individual, might his name have | 10:29:54 |
| 25 | been Mitchell? | 10:29:57 |

| | | |
|---|---|---|
| 1 | A      Yes.  Thank you.  Thank you. | 10:29:58 |
| 2 | Sergeant Mitchell. | 10:30:00 |
| 3 | Q      Got it. | 10:30:04 |
| 4 | Now, is there anyone else who reported | 10:30:07 |
| 5 | directly to you? | 10:30:09 |
| 6 | A      Yes.  My admin assistant -- and excuse | 10:30:10 |
| 7 | me.  I tell you, I've been going through a lot of | 10:30:21 |
| 8 | stuff.  But one thing is, I cannot recall names a | 10:30:25 |
| 9 | lot. | 10:30:28 |
| 10 | But I did have an admin assistant, and | 10:30:31 |
| 11 | she was responsible for any legal aspects of | 10:30:35 |
| 12 | policies and procedures.  Any policies and | 10:30:42 |
| 13 | procedures that come down to us from central | 10:30:45 |
| 14 | office, her responsibility was to get that out to | 10:30:48 |
| 15 | the staff and update the necessary books. | 10:30:52 |
| 16 | And any new staff that came on board, she | 10:30:58 |
| 17 | was over my media area as well, putting their name | 10:31:02 |
| 18 | and titles up on the television that was out in | 10:31:07 |
| 19 | the lobby to let other staff know of the new staff | 10:31:12 |
| 20 | that were coming on board. | 10:31:17 |
| 21 | Q      Got it. | 10:31:19 |
| 22 | If you think of her name over the course | 10:31:23 |
| 23 | of the day, you can just let us know. | 10:31:24 |
| 24 | A      Yes, I will. | 10:31:26 |
| 25 | Q      Now, Coastal State Prison where you used | 10:31:29 |

| | | |
|---|---|---|
| 1 | to work, we've been speaking about it for some | 10:31:35 |
| 2 | time, it's a men's prison, correct? | 10:31:37 |
| 3 | A    Correct. | 10:31:40 |
| 4 | Q    It's near Savannah, Georgia? | 10:31:42 |
| 5 | A    Correct. | 10:31:45 |
| 6 | Q    How many inmates does CSP -- can I call | 10:31:47 |
| 7 | it CSP from time to time, Coastal State Prison? | 10:31:53 |
| 8 | A    Yes. | 10:31:56 |
| 9 | Q    Okay.  How many inmates did CSP house at | 10:31:57 |
| 10 | the time -- approximately, at the time you joined | 10:32:03 |
| 11 | in July of 2019? | 10:32:05 |
| 12 | A    Approximately 1800 offenders. | 10:32:08 |
| 13 | Q    Okay.  Did that number fluctuate much | 10:32:15 |
| 14 | during your time as warden? | 10:32:19 |
| 15 | A    Yes.  We never physically had that many | 10:32:21 |
| 16 | inmates in the prison.  We never reached full | 10:32:26 |
| 17 | capacity.  That basically was how many beds we had | 10:32:29 |
| 18 | at the time that I was assigned there. | 10:32:33 |
| 19 | Q    So you had 1800 beds, not 1800 inmates? | 10:32:36 |
| 20 | A    Correct. | 10:32:41 |
| 21 | Q    Approximately how many inmates would you | 10:32:42 |
| 22 | say you had while you were there, at the high? | 10:32:44 |
| 23 | A    I think the most that I remember having | 10:32:48 |
| 24 | was over 17 -- over 1700, probably the low 1700s. | 10:32:52 |
| 25 | Q    Okay.  What about staff members?  I'm | 10:32:58 |

| | | |
|---|---|---|
| 1 | sorry.  Let me strike that. | 10:33:02 |
| 2 | As far as the people that were housed at | 10:33:03 |
| 3 | CSP, am I correct that they had a variety of | 10:33:08 |
| 4 | conviction backgrounds? | 10:33:14 |
| 5 | A     Yes. | 10:33:16 |
| 6 | Q     Some people at Coastal were there for | 10:33:17 |
| 7 | violent offenses? | 10:33:24 |
| 8 | A     Yes. | 10:33:25 |
| 9 | Q     And some people were there for nonviolent | 10:33:26 |
| 10 | offenses? | 10:33:32 |
| 11 | A     Yes. | 10:33:33 |
| 12 | Q     And you also had some residents who were | 10:33:33 |
| 13 | gang-affiliated? | 10:33:40 |
| 14 | A     Yes. | 10:33:41 |
| 15 | Q     Approximately -- and those individuals | 10:33:42 |
| 16 | often would be, I think, as you described earlier, | 10:33:47 |
| 17 | part of your either security threat group or | 10:33:51 |
| 18 | otherwise monitored by personnel? | 10:33:54 |
| 19 | A     Yes. | 10:33:58 |
| 20 | Q     Approximately how many inmates were | 10:34:00 |
| 21 | security threat group members, as far as perhaps | 10:34:04 |
| 22 | the high? | 10:34:06 |
| 23 | A     The highest that I remember being -- | 10:34:08 |
| 24 | Mitchell reporting to me was probably in the low | 10:34:13 |
| 25 | 300s, probably 310, 315, somewhere around there. | 10:34:16 |

1       Q      Got it.                                              10:34:22

2              And now, what about staff, how many staff            10:34:25

3    were there at Coastal when you joined in July                  10:34:29

4    2019, approximately?                                           10:34:34

5       A      Approximately 300, 320.                              10:34:39

6       Q      And what about at the time of your                   10:34:42

7    departure?                                                     10:34:46

8       A      Well, we were probably in the high 200s,             10:34:49

9    probably 280.                                                  10:34:57

10      Q      So your staffing levels at Coastal                   10:35:00

11   decreased over time?                                           10:35:03

12      A      Yes.                                                 10:35:05

13      Q      What were the sources of those decreases,            10:35:06

14   in your eyes?                                                  10:35:11

15      A      A lot of the -- a lot of the issues                  10:35:13

16   stemmed with COVID.  We lost a lot of staff.  When             10:35:18

17   COVID hit, they were -- what I would hear were                 10:35:23

18   afraid of catching COVID.  So they opted to go                 10:35:31

19   home.                                                          10:35:35

20      Q      Got it.                                              10:35:36

21             What's the lowest your staffing has been             10:35:38

22   since July 2019?                                               10:35:41

23      A      Oh, wow.  We had -- our vacancy rate, I              10:35:45

24   can't remember, but it was -- we had probably 70,              10:35:54

25   80 officer vacancies.  Our officer vacancy rate                10:36:02

| | | |
|---|---|---|
| 1 | was pretty high. | 10:36:08 |
| 2 | Q     Got it. | 10:36:09 |
| 3 | How did that impact your operations at | 10:36:11 |
| 4 | the facility? | 10:36:16 |
| 5 | A     Well, we had to ramp up our recruitment | 10:36:19 |
| 6 | and retention.  We had to shut some posts down | 10:36:27 |
| 7 | that were not more important than other posts and | 10:36:31 |
| 8 | man the more important posts. | 10:36:36 |
| 9 | Q     Can you give us an example of that? | 10:36:39 |
| 10 | A     So we had -- | 10:36:41 |
| 11 | (Cross-talk.) | 10:36:42 |
| 12 | A     We had split shift officers.  Split shift | 10:36:43 |
| 13 | officers are those officers that are five and two, | 10:36:46 |
| 14 | work five days a week and off on Saturday and | 10:36:49 |
| 15 | Sunday.  We called them split shift officers.  We | 10:36:51 |
| 16 | had to shut down a lot of those posts and put | 10:36:55 |
| 17 | those officers on shift to cover where the need | 10:36:58 |
| 18 | was. | 10:37:04 |
| 19 | Q     Okay.  As far as the operations of the | 10:37:05 |
| 20 | prison, I understand you're saying that between | 10:37:15 |
| 21 | 2019 and 2020, and 2021, I guess -- sorry. | 10:37:23 |
| 22 | What was your last day at Coastal, to be | 10:37:27 |
| 23 | clear? | 10:37:30 |
| 24 | A     My last physical day was, I want to say, | 10:37:30 |
| 25 | December 17th. | 10:37:36 |

1      Q      Okay.                                          10:37:38

2      A      But official -- my last official day was       10:37:39

3   December 31st.                                           10:37:42

4      Q      Okay.  Can we, for purposes of today's         10:37:43

5   deposition, describe the period between, I guess,        10:37:50

6   July 1st, 2019, and let's say the 17th of December       10:37:53

7   2021 as kind of your time at Coastal, just for           10:38:00

8   sake of using a shorter phrase?                          10:38:06

9      A      You said describe my time there?               10:38:09

10     Q      Yeah.  If I say during your time at            10:38:11

11  Coastal, will you understand that I'm referring to       10:38:13

12  the period between July 1st, 2019, and                   10:38:16

13  December 17th, 2021?                                     10:38:21

14     A      Okay.  Yes.  Now I am, yes.                    10:38:24

15     Q      Okay.  So how -- where did you observe         10:38:26

16  the staffing decreases during your time at               10:38:33

17  Coastal, aside from corrections officers?                10:38:37

18     A      To be honest with you, it fluctuated the       10:38:42

19  whole time I was there.  It reached its highest          10:38:50

20  during COVID, during the COVID season, late 2020         10:38:56

21  to '21.                                                  10:39:04

22     Q      Okay.  And when you say it reached its         10:39:06

23  highest, what do you mean?                               10:39:08

24     A      The highest vacancies.                         10:39:09

25     Q      Was that when you were hitting 70 or 80        10:39:12

1    officer vacancies?                                      10:39:17

2        A      It was during that time, yes.  In 2021,     10:39:22

3    that's when I got the 70, 80 officer vacancies.         10:39:24

4        Q      Is that the highest vacancy level you        10:39:28

5    experienced, or did it go higher at some point?         10:39:30

6        A      That was the highest.  That was the          10:39:35

7    highest that I experienced.                             10:39:37

8        Q      Okay.  And you said that you had to make     10:39:39

9    adjustments to the operations at Coastal in             10:39:43

10   response to those vacancies?                            10:39:48

11       A      Yes.                                         10:39:51

12       Q      Can you describe -- you described the        10:39:53

13   example of having to get rid of, I think, split         10:39:56

14   shift was the term that you used.                       10:39:59

15          Were there other adjustments that you had        10:40:02

16   to make?                                                10:40:03

17       A      Yes.  I requested overtime pay for those     10:40:05

18   officers that we needed to work extra hours.  So        10:40:11

19   that was an adjustment that we made, giving the         10:40:18

20   officers more time.                                     10:40:23

21       Q      Were there instances where you had to        10:40:25

22   have a single officer managing more than one            10:40:28

23   housing unit or dormitory at Coastal?                   10:40:34

24       A      Yes, there were times.                       10:40:39

25       Q      How many housing units -- what's the most    10:40:42

1    housing units that you had officers manning or          10:40:46

2    supervising at a time?                                  10:40:50

3        A    Probably one or two, two being the most        10:40:54

4    that I can recall.  I'm thinking back now.              10:41:00

5    Probably two.                                           10:41:07

6        Q    Okay.                                          10:41:08

7        A    Two or three dorms being the most, I           10:41:09

8    think three being the most dorms that we had to         10:41:12

9    have one officer manage two dormitories.                10:41:14

10       Q    And so that's to say that in a                 10:41:18

11   dormitory -- a dormitory, there might not be an         10:41:25

12   officer present because they would be attending to      10:41:28

13   another dormitory as part of their shift?               10:41:31

14       A    Correct.  They would be floating from one      10:41:36

15   dormitory to the other.                                 10:41:39

16       Q    Up to three dorm -- floating between up        10:41:40

17   to three dormitories at once?                           10:41:44

18       A    No.  Two dormitories, one officer between      10:41:45

19   two dormitories.                                        10:41:50

20       Q    Okay.                                          10:41:51

21       A    But we had three dormitories that we had       10:41:52

22   officers floating.  But one officer did no more         10:41:55

23   than two dormitories.                                   10:42:00

24       Q    Okay.  When Coastal State Prison is fully      10:42:02

25   staffed, how many officers are assigned to a            10:42:08

| | | |
|---|---|---|
| 1 | single dormitory? | 10:42:10 |
| 2 | A    One officer. | 10:42:13 |
| 3 | Q    Okay.  Now, you mentioned that there were | 10:42:14 |
| 4 | a number of vacancies during your time as warden. | 10:42:20 |
| 5 | Would you have welcomed additional | 10:42:25 |
| 6 | personnel? | 10:42:27 |
| 7 | A    Yes. | 10:42:30 |
| 8 | Q    How would you have utilized additional | 10:42:31 |
| 9 | personnel, if you had it? | 10:42:34 |
| 10 | A    We would have, of course, used those | 10:42:37 |
| 11 | officers on split shift officers, the ones that I | 10:42:41 |
| 12 | told you I had to reassign.  Of course, | 10:42:45 |
| 13 | transports, chow hall, various positions like | 10:42:54 |
| 14 | that, locations like that. | 10:42:58 |
| 15 | Q    Okay.  Would you have also reduced the | 10:43:00 |
| 16 | number of assignments, dormitory assignments that | 10:43:04 |
| 17 | each officer had? | 10:43:10 |
| 18 | A    Yes. | 10:43:11 |
| 19 | Q    Why would you have done that? | 10:43:13 |
| 20 | A    Because each dormitory would have one | 10:43:17 |
| 21 | officer per dormitory. | 10:43:22 |
| 22 | Q    Do you agree that would have been helpful | 10:43:23 |
| 23 | from an inmate safety perspective? | 10:43:26 |
| 24 | A    Yes. | 10:43:30 |
| 25 | Q    And since -- during your time at Coastal, | 10:43:32 |

1   did you see more problems -- did you experience          10:43:38

2   problems with inmate safety and inmate-on-inmate         10:43:44

3   violence?                                                10:43:49

4       A     Day one, yes.  It was my whole time at        10:43:51

5   Coastal.                                                 10:43:56

6       Q     What types of problems did you observe?       10:43:57

7             And excuse me if I'm blowing my nose a        10:44:03

8   lot today.                                               10:44:05

9       A     I didn't observe personally, but issues       10:44:05

10  that I would hear of would be fights in the              10:44:10

11  dormitory between inmate on inmate for various           10:44:14

12  reasons, as small as a candy bar or bathroom time        10:44:21

13  or anything of that nature.                              10:44:28

14      Q     During your time as warden, is it true        10:44:31

15  there were stabbings at the prison?                      10:44:35

16      A     During my time as warden or during my         10:44:39

17  time at Coastal?                                         10:44:42

18      Q     Was there ever -- during your time as         10:44:44

19  warden at Coastal.  Sorry.                               10:44:47

20      A     Okay.  All right.                             10:44:48

21            Yes, yes.                                      10:44:50

22      Q     Some fatal?                                    10:44:51

23      A     Yes.                                           10:44:54

24      Q     Approximately how many stabbings do you       10:44:56

25  recall?                                                  10:45:07

1      A     There were numerous over the two and a        10:45:07

2  half year period.                                       10:45:10

3      Q     Okay.  What other types of inmate safety      10:45:11

4  problems took place during your time as warden at       10:45:17

5  Coastal?                                                10:45:19

6      A     Other than the fighting and the               10:45:22

7  occasional assaults, that basically was it.             10:45:29

8      Q     And when you saw assaults --                  10:45:32

9      A     Well -- I'm sorry.                            10:45:33

10     Q     Please go ahead.                              10:45:37

11     A     I'm sorry.                                    10:45:39

12           Fights, the occasional stabbing.  We did      10:45:42

13  have -- we have PREAs.  Those are considered            10:45:47

14  assaults.  So we had those as well.                     10:45:52

15     Q     Do you recall how many PREAs you had on       10:45:57

16  an annual basis during your time as warden of           10:46:02

17  Coastal?                                                10:46:07

18     A     No, I do not recall the number.  I know       10:46:08

19  we had -- we recently, in 2021, had an audit, a         10:46:13

20  PREA audit, and I really can't recall the actual        10:46:18

21  number that the auditor told me.                        10:46:25

22     Q     Okay.                                         10:46:28

23     A     But it was under -- it was under a            10:46:29

24  hundred.                                                10:46:31

25     Q     Is it possible, just based on -- sorry.       10:46:34

1      Would numbers that appear in GDC's annual          10:46:38

2  PREA report likely be reflective of the number of     10:46:42

3  PREA incidents you received in a given year?          10:46:47

4      A     Yes.                                         10:46:50

5      Q     You're familiar with GDC's annual PREA       10:46:52

6  report?                                                10:46:55

7      A     I am.                                         10:46:58

8      Q     Okay.  And so based on those numbers that    10:46:59

9  are available, do you think it's possible that in      10:47:06

10  2019, you had about 36 PREAs that were filed at        10:47:10

11  the facility?                                          10:47:16

12      A     I don't remember that because I came in     10:47:23

13  the middle of 2019.  So I'm not aware of the total     10:47:25

14  number each year.                                      10:47:29

15      Q     Okay.  What about the numbers for 2020,     10:47:30

16  do you happen to be familiar with those?              10:47:34

17      A     No.  I did glance over the report during   10:47:37

18  that time frame, but I can't remember the number.     10:47:40

19      Q     Does 62 PREAs sound accurate?              10:47:44

20      A     Yes, probably, yes.                         10:47:54

21      Q     And am I correct that Coastal has also     10:47:55

22  had problems or issues related to inmate deaths       10:48:01

23  and COVID?                                             10:48:09

24      A     Yes, at the hospital, yes.                  10:48:12

25      Q     For a period, you were the facility that   10:48:15

1    was leading Georgia when it came to inmate              10:48:19

2    fatalities?                                             10:48:22

3        A    Yes.  So I was told, yes.                      10:48:24

4        Q    Okay.  Now, stepping back, what were your      10:48:26

5    job duties as warden of Coastal State Prison?           10:48:33

6        A    I oversaw the day-to-day operations            10:48:37

7    through subordinate staff.  I supervised by             10:48:40

8    walking around.  I went on inspections daily to         10:48:44

9    various parts of the prison, looking over the           10:48:50

10   infrastructure of the prison, speaking to inmates,      10:48:55

11   speaking to staff.                                      10:48:59

12       Q    And so is it fair to say that you had job      10:49:04

13   duties related to kind of the overall operation of      10:49:11

14   the prison?                                             10:49:17

15       A    Yes.                                           10:49:19

16       Q    What were your duties -- how would you         10:49:21

17   describe your responsibility with respect to kind       10:49:24

18   of the overall operation of the prison?                 10:49:27

19       A    It was my job to make sure the prison ran      10:49:31

20   smoothly.  It was my job, through my subordinate        10:49:34

21   staff, to make sure that the staff had what they        10:49:39

22   need in order to do their jobs.  It was my job to       10:49:42

23   make sure the offenders had what they needed and        10:49:47

24   received education and things that would advance        10:49:52

25   them after their prison term.                           10:49:59

1    Q      With respect to inmates, did you also          10:50:03
2  have a duty to ensure their health and safety?          10:50:05
3    A      Yes.                                            10:50:09
4    Q      And did you understand you had a duty to        10:50:10
5  protect prisoners from sexual abuse?                     10:50:15
6    A      Yes.                                            10:50:18
7    Q      And you also had a duty to make sure the        10:50:19
8  officer -- sorry -- the offenders received health        10:50:27
9  care when they needed it?                                10:50:30
10   A      Yes.                                            10:50:32
11   Q      And did you have a duty to kind of              10:50:32
12 supervise personnel at Coastal State Prison?             10:50:36
13   A      Yes, through subordinate staff and              10:50:41
14 directly, yes, combination.                              10:50:46
15   Q      And one of your responsibilities was            10:50:48
16 making sure the staff of Coastal State Prison            10:50:51
17 complied with federal and state law?                     10:50:53
18   A      Yes.                                            10:50:57
19   Q      As well as GDC policy?                          10:50:58
20   A      Correct.                                        10:51:01
21   Q      Now, when you were warden at Coastal, did       10:51:04
22 you complete performance reviews of any kind?            10:51:08
23   A      Yes.                                            10:51:11
24   Q      Of who?                                         10:51:13
25   A      Of my direct reports.                           10:51:16

| | | |
|---|---|---|
| 1 | Q    Okay.  And those are the people that you | 10:51:18 |
| 2 | named earlier today? | 10:51:23 |
| 3 | A    Yes. | 10:51:24 |
| 4 | Q    Did you receive performance reviews as | 10:51:26 |
| 5 | well? | 10:51:28 |
| 6 | A    Yes. | 10:51:30 |
| 7 | Q    Who gave you your performance reviews? | 10:51:31 |
| 8 | A    My supervisor, Stan Shepard. | 10:51:35 |
| 9 | Q    Okay.  Is Stan Shepard -- is he still | 10:51:38 |
| 10 | your supervisor to this day? | 10:51:43 |
| 11 | A    No. | 10:51:44 |
| 12 | Q    Who is your supervisor in your new role? | 10:51:46 |
| 13 | A    Shay Hatcher.  He's the unit -- he's the | 10:51:49 |
| 14 | regional director of the north region. | 10:51:53 |
| 15 | Q    Okay.  Now, did you also, as warden of | 10:51:55 |
| 16 | Coastal State Prison, have responsibilities | 10:52:01 |
| 17 | related to disciplining personnel who engaged in | 10:52:04 |
| 18 | misconduct? | 10:52:10 |
| 19 | A    Yes. | 10:52:10 |
| 20 | Q    Did you have duties related to ensuring | 10:52:11 |
| 21 | that personnel received proper training? | 10:52:15 |
| 22 | A    Yes. | 10:52:19 |
| 23 | Q    Including training related to the federal | 10:52:20 |
| 24 | Prison Rape Elimination Act? | 10:52:25 |
| 25 | A    Yes. | 10:52:27 |

| | | |
|---|---|---|
| 1 | Q    You're familiar with the federal Prison | 10:52:29 |
| 2 | Rape Elimination Act and its standards? | 10:52:34 |
| 3 | A    Yes. | 10:52:35 |
| 4 | Q    Is it okay if I call them the PREA -- | 10:52:35 |
| 5 | call the act and its standard PREA today? | 10:52:40 |
| 6 | A    Yes. | 10:52:43 |
| 7 | Q    Okay.  And let's see. | 10:52:45 |
| 8 | Have you received training related to | 10:52:50 |
| 9 | PREA? | 10:52:52 |
| 10 | A    Yes. | 10:52:53 |
| 11 | Q    When did you receive PREA-related | 10:52:55 |
| 12 | trainings? | 10:53:00 |
| 13 | A    PREA training has been ongoing annually | 10:53:01 |
| 14 | through in-service, warden meetings.  It seems | 10:53:05 |
| 15 | like every time we went to a meeting, you know, | 10:53:12 |
| 16 | they talked about a lot of various subjects, and | 10:53:14 |
| 17 | PREA was one of them. | 10:53:19 |
| 18 | Q    So you're expected to understand and | 10:53:21 |
| 19 | implement the standards as warden? | 10:53:26 |
| 20 | A    Yes. | 10:53:28 |
| 21 | Q    Are you familiar with the PREA resource | 10:53:29 |
| 22 | center? | 10:53:33 |
| 23 | A    Yes. | 10:53:34 |
| 24 | Q    You know it's an initiative run by the | 10:53:35 |
| 25 | DOJ? | 10:53:41 |

1        A      I'm sorry.                                    10:53:43

2        Q      I'll ask a different question.               10:53:47

3               How are you familiar with the PREA           10:53:49

4    resource center?                                        10:53:51

5        A      Through my trainings, it was mentioned.      10:53:55

6        Q      Okay.  So they're considered to be an        10:53:58

7    authority when it comes to the PREA standards?          10:54:01

8        A      Yes.                                          10:54:05

9        Q      And have you received training -- when is    10:54:06

10   the last time you received PREA training?               10:54:14

11       A      2021.  And I -- of course, I read            10:54:20

12   policies all the time, daily.  I read SOPs.  And        10:54:25

13   PREA, of course, is one of our policies.                10:54:30

14       Q      So you're familiar with GDC's PREA SOP       10:54:33

15   numbered 208.06?                                        10:54:36

16       A      I am.                                         10:54:41

17       Q      Okay.  And it's a policy that you have       10:54:43

18   responsibilities under as warden?                       10:54:47

19       A      I do.                                         10:54:51

20       Q      What are some of the responsibilities you    10:54:51

21   have under the PREA policy as warden -- when you        10:54:57

22   were warden of Coastal State Prison?                    10:55:01

23       A      To ensure that any allegation is fully       10:55:07

24   investigated in a timely manner.                        10:55:10

25       Q      Any allegation of sexual abuse or sexual     10:55:13

| | | |
|---|---|---|
| 1 | assault? | 10:55:18 |
| 2 | A     Yes. | 10:55:18 |
| 3 | Q     And you understood that officers -- the | 10:55:20 |
| 4 | officers you supervised at Coastal had a duty to | 10:55:26 |
| 5 | investigate PREA allegations? | 10:55:28 |
| 6 | A     Yes.  Staff assigned to that duty, yes. | 10:55:30 |
| 7 | Q     Had they had a duty to investigate until | 10:55:34 |
| 8 | they were able to make or reach a determination? | 10:55:38 |
| 9 | A     Yes. | 10:55:41 |
| 10 | Q     And what other duties did you have under | 10:55:44 |
| 11 | the PREA policy when you were at Coastal? | 10:55:49 |
| 12 | A     Just ensuring that that process ran | 10:55:55 |
| 13 | smoothly and ran by the policy, and like I said, | 10:55:57 |
| 14 | any allegation of any kind based on PREA was | 10:56:05 |
| 15 | immediately handled swiftly and investigated per | 10:56:12 |
| 16 | policy. | 10:56:19 |
| 17 | Q     Is it true that under the GDC's PREA | 10:56:20 |
| 18 | policy -- is it okay if I refer to the SOP 208.06 | 10:56:24 |
| 19 | as GDC's PREA policy today? | 10:56:30 |
| 20 | A     Yes. | 10:56:34 |
| 21 | Q     Okay.  Under GDC's PREA policy, as | 10:56:35 |
| 22 | warden, you had a duty to generate a coordinated | 10:56:40 |
| 23 | response plan to sexual abuse incidents, correct? | 10:56:43 |
| 24 | A     Correct. | 10:56:47 |
| 25 | Q     What's a coordinated response plan? | 10:56:48 |

1    A    Our response plan was based on our          10:56:55

2    investigation.  We had staff that was designated  10:56:57

3    to be the coordinator, retaliation specialist.    10:57:01

4    And so our plan was basically once the            10:57:08

5    investigation had started, to make sure that ran   10:57:13

6    smoothly and all aspects of the investigation was  10:57:17

7    handled appropriately and actions taken            10:57:21

8    accordingly.                                       10:57:24

9    Q    Did you have a duty to sign off on           10:57:26

10   investigations and their dispositions?            10:57:31

11   A    Once the SART team met and gave me their     10:57:34

12   recommendation, yes, my duty was to review their  10:57:39

13   recommendation and their evidence, based on what  10:57:42

14   was collected, and sign off on that, approving     10:57:47

15   that or disapproving that.                         10:57:51

16   Q    Okay.  As warden, did you also have a        10:57:53

17   duty to develop procedures related to evidence    10:57:58

18   retention and PREA complaints?                     10:58:00

19   A    Yes.                                          10:58:04

20   Q    Did you develop procedures related to        10:58:05

21   those issues?                                      10:58:09

22   A    Yes.  We have procedures in place.  PREAs    10:58:10

23   were confidential.  They were kept in the PREA    10:58:14

24   manager's office that was behind two locked doors. 10:58:18

25   They were not open for anyone to come in and       10:58:23

1    review them.                                    10:58:28

2        Q      And what about procedures related just to    10:58:30

3    collection and retention of evidence related to a    10:58:33

4    PREA complaint, did you have procedures you         10:58:36

5    developed concerning that matter?                   10:58:39

6        A      Yes.  Yes.  If there was any allegations    10:58:41

7    of sexual abuse, we had procedures where we would    10:58:44

8    call outside sources or a SANE -- SANE nurse,        10:58:49

9    sexual assault nurse, that would come and take       10:58:56

10   evidence, and we would forward that to our          10:58:59

11   external investigations unit separate from the      10:59:03

12   prison.                                             10:59:08

13       Q      What about video evidence?              10:59:09

14       A      Yes.  If there was any video -- if there    10:59:12

15   were any video evidence, we would retain that, and    10:59:15

16   that would be marked and kept with the packet,       10:59:18

17   with the investigation packet.                       10:59:26

18       Q      Got it.                                  10:59:27

19              So you, as warden, had a duty to ensure    10:59:28

20   that video evidence related to PREAs was retained?    10:59:32

21       A      Yes.  If it was available, yes.          10:59:36

22       Q      Did you have a duty under the policy to    10:59:39

23   ensure that inmates had safe housing?               10:59:45

24       A      Yes.                                     10:59:47

25       Q      And did you have a duty to ensure that    10:59:48

1    staffing levels at the prison were adequate as far        10:59:56

2    as PREA is concerned, or prevention of sexual             11:00:01

3    assault and abuse are concerned?                          11:00:04

4        A    I'm sorry.  Can you please repeat that?          11:00:06

5        Q    Sure.                                            11:00:09

6             Did you have a duty to review staffing           11:00:11

7    levels to see if they were appropriate to assist          11:00:15

8    in preventing abuse incidents?                            11:00:21

9        A    Yes.                                             11:00:28

10       Q    Okay.  How did you take -- what steps did        11:00:28

11   you take to implement the duty to kind of ensure          11:00:32

12   that inmates had safe housing?                            11:00:38

13       A    Basically, their housing assignments,            11:00:42

14   where they were housed, how they were housed.             11:00:47

15            And, you know, for different groups of            11:00:50

16   inmates, for instance, my transgenders that I had,        11:00:56

17   I would house them at the front of the dormitory          11:01:04

18   close to the officer station, would try to put            11:01:07

19   them in two-man rooms, two-person rooms.                  11:01:12

20            If they were in an open dormitory, they          11:01:16

21   would be close to the window, right at the control        11:01:18

22   room where the officer can see them sitting in the        11:01:21

23   control room.  And they would be right close to           11:01:24

24   the exterior door and the -- the exit door.               11:01:28

25            I implemented procedures like that.  That        11:01:33

1    was just some of the examples of some of the          11:01:35

2    procedures that I implemented for some of my          11:01:37

3    groups, the different groups that I had.              11:01:40

4         Q    Got it.                                     11:01:43

5              And we've been speaking a bit about         11:01:47

6    housing units within Coastal.                         11:01:49

7              How many housing units were there in        11:01:51

8    total?                                                11:01:53

9         A    Ten housing units, ten living units.        11:01:55

10        Q    Okay.  And were those broken into           11:02:00

11   dormitories, or how were they distinguished one       11:02:04

12   from the other?                                        11:02:07

13        A    I'm sorry.  I'm sorry.  We had 12.  I'm      11:02:08

14   trying to count them as I talk to you.  I think we    11:02:12

15   had 12 housing units.                                 11:02:15

16        Q    Was each housing unit a dormitory, or       11:02:17

17   were they designated in a different manner?           11:02:21

18        A    Each housing unit -- we had some open       11:02:23

19   dormitories, and we had some closed dormitories.      11:02:27

20   The closed dormitories were rooms that housed         11:02:31

21   anywhere from two inmates, some rooms housed four     11:02:37

22   inmates, some rooms housed six inmates.  The open     11:02:41

23   dormitories could house up to 48 offenders.  Our      11:02:46

24   specialty dormitories can house up to 90              11:02:54

25   offenders, 92 offenders.                              11:02:59

| | | |
|---|---|---|
| 1 | Q    Got it. | 11:03:02 |
| 2 | And earlier -- I'm so sorry. | 11:03:04 |
| 3 | Is it accurate to say, then, that Coastal | 11:03:09 |
| 4 | had 12 dormitories, or is there a different way | 11:03:12 |
| 5 | that the housing units were distinguished one from | 11:03:16 |
| 6 | the other? | 11:03:18 |
| 7 | A    They had 12 buildings, 12 buildings. | 11:03:19 |
| 8 | Some of the buildings had multiple dormitories | 11:03:24 |
| 9 | within those buildings. | 11:03:29 |
| 10 | Q    Okay.  So earlier, when you were speaking | 11:03:31 |
| 11 | about staff shortages at Coastal, how many -- | 11:03:35 |
| 12 | would officers be assigned to multiple buildings | 11:03:43 |
| 13 | or multiple dormitories? | 11:03:46 |
| 14 | A    Buildings. | 11:03:49 |
| 15 | Q    Okay.  So when an officer was floating, | 11:03:50 |
| 16 | they would be covering up to two buildings at a | 11:03:55 |
| 17 | time? | 11:03:59 |
| 18 | A    Yes. | 11:04:00 |
| 19 | Q    And how many dormitories are in each of | 11:04:02 |
| 20 | the buildings? | 11:04:07 |
| 21 | A    It varies.  It varies.  And unless you | 11:04:11 |
| 22 | know the layout of Coastal -- the front of | 11:04:18 |
| 23 | Coastal, there's seven dormitories -- seven | 11:04:22 |
| 24 | buildings.  And in those seven buildings, there's | 11:04:25 |
| 25 | four ranges, four individual ranges that have | 11:04:29 |

1  inmates in -- on each range, an A, a B, a C, a D          11:04:34

2  range.  And those go on --                                11:04:40

3      Q    And what is a range exactly?                     11:04:42

4      A    A range is an area within a dormitory            11:04:44

5  that's cut off from other areas in that dormitory         11:04:48

6  that can house up to 30 inmates on a range.               11:04:54

7      Q    Is it equivalent to a floor of a                 11:04:59

8  dormitory, or is there a different way to                 11:05:02

9  understand it?                                            11:05:05

10     A    There's two -- there's two ranges on the         11:05:07

11 main floor, and there's two ranges upstairs.             11:05:10

12     Q    Okay.  And what separates one range from         11:05:14

13 another?                                                  11:05:18

14     A    A door.                                          11:05:20

15     Q    A door that is kind of a locking door?           11:05:22

16     A    Yes.  Yes, it's a locking door to prevent        11:05:26

17 other inmates from going from range to range.            11:05:29

18     Q    Okay.  What other things should we know          11:05:33

19 about Coastal as far as its physical layout?  You         11:05:38

20 said there's seven buildings in the front.                11:05:41

21     A    Yes, and there's --                              11:05:44

22          (Cross-talk.)                                    11:05:46

23     A    Yes, ma'am.                                      11:05:46

24          And there's two buildings to the left --         11:05:49

25 if you're walking down the front -- the flattop,          11:05:50

1    as we called it, there's two buildings to the          11:05:55
2    left, one building housing a specialty dorm, our       11:05:58
3    evidence-based in another building housing RSAT,       11:06:03
4    residential substance abuse treatment offenders,       11:06:07
5    probation and inmates.  Those two dorms in             11:06:12
6    there -- there was two dorms.                          11:06:15
7          At the back of the prison was our ADA            11:06:16
8    dormitories, Americans with Disabilities Act           11:06:22
9    dormitories.                                           11:06:24
10          And then there was one dormitory to the         11:06:25
11   far right of the prison that housed our                11:06:29
12   residential substance abuse treatment offenders.       11:06:32
13   So it was a total of three dormitories that housed     11:06:35
14   RSAT.                                                  11:06:39
15      Q    Okay.  Now, where were inmates served          11:06:40
16   meals?  Did that vary?                                 11:06:49
17      A    Yes.  We had one dining hall that was in       11:06:52
18   the back of the prison that fed the ADA offenders,     11:06:56
19   and the RSAT dormitory in the evidence-based           11:07:04
20   dormitory.                                             11:07:10
21          And then there was the main dining hall         11:07:11
22   that fed the seven dormitories at the front of the     11:07:14
23   prison.                                                11:07:17
24          And then the stand-alone dormitory that         11:07:18
25   belonged to RSAT, they were all-inclusive.  They       11:07:21

1    had their own chow hall inside the dormitory.  So          11:07:24

2    they never left the building when they went to             11:07:29

3    eat.                                                       11:07:31

4        Q     You mentioned the evidence-based                 11:07:31

5    dormitory.  Where was that located on the Coastal          11:07:39

6    compound?                                                  11:07:42

7        A     It was on the far left of the prison.  If        11:07:44

8    you come inside the prison and you enter on the            11:07:47

9    flattop, as I call it, where the seven buildings           11:07:54

10   were, you take a left, and you walk straight down,         11:07:57

11   and the evidence-based building was in that                11:08:00

12   location.                                                  11:08:05

13       Q     And did the evidence -- the                      11:08:07

14   evidence-based dormitory, it did not have its own          11:08:10

15   chow hall?                                                 11:08:15

16       A     No.                                              11:08:16

17       Q     That's where you said they traveled to          11:08:16

18   eat at a chow hall that also served a few other            11:08:21

19   dormitories?                                               11:08:25

20       A     Yes.  The ADA dormitories, Americans with       11:08:25

21   Disabilities Act dormitories.                              11:08:29

22       Q     What was the -- about how far a travel          11:08:31

23   distance was the chow hall?                                11:08:35

24       A     Less than 50 yards.                              11:08:39

25       Q     Okay.  And as far as pill call, where did       11:08:46

1    inmates who were in the evidence-based dormitory          11:08:48

2    have to go for pill call?                                 11:08:51

3         A     Pill call, evidence-based inmates             11:08:54

4    walked -- medical was adjacent to the                    11:08:58

5    evidence-based dormitory.  Our medical building          11:09:00

6    was adjacent to our evidence-based building, and         11:09:04

7    they would walk to the outside window of medical         11:09:08

8    to receive their medication.                             11:09:13

9         Q     Approximately how many yards away would       11:09:14

10   you say those two buildings were?                        11:09:19

11        A     I would say about 30 yards.                   11:09:21

12        Q     Okay.  And the evidence-based dormitory,      11:09:32

13   it's also known at Coastal as the N building?            11:09:35

14        A     Yes.                                          11:09:37

15        Q     It's a dormitory that houses male            11:09:38

16   offenders?                                               11:09:42

17        A     Yes.                                          11:09:42

18        Q     How many beds are there in all?              11:09:43

19        A     One side had 96, and one side had 98.        11:09:53

20        Q     And by "side," what are you referring to?    11:09:59

21        A     When you walk into the evidence-based        11:10:03

22   dormitory, there's a foyer.  And in this foyer,          11:10:06

23   the two dormitories are split.  There's an A side        11:10:11

24   and a B side.                                            11:10:15

25             So if you walk into the dormitory, if you      11:10:17

1    turn to the right, that's dorm -- that's NA.  And          11:10:20

2    there's a door that you would have to -- the               11:10:25

3    officer would have to open for you to gain                 11:10:27

4    entrance into there.                                       11:10:30

5            Or if you turned to the left, there's a B          11:10:31

6    side that the officer would have to open and you           11:10:34

7    would gain entrance into there.  And right in the          11:10:37

8    center is a control room.                                  11:10:41

9        Q    When you described the sides, is that             11:10:42

10   another way of referring to a range, or is there           11:10:45

11   another way you'd refer to the dorm?                       11:10:49

12       A    Yes.  You can refer to that as a range,           11:10:51

13   yes.                                                       11:10:55

14           MS. EZIE:  Okay.  I see we've been going           11:10:55

15   for about an hour.  Can we take a short restroom           11:10:59

16   break or stretch break for folks?                          11:11:03

17           MR. CHALMERS:  Yes.  That would be good.           11:11:06

18   Thank you.                                                 11:11:07

19           VIDEOGRAPHER:  We're going off the                 11:11:08

20   record.  The time is 11:11.  This is the end of            11:11:09

21   recording 1.                                               11:11:12

22           (Recess from 11:11 a.m. until 11:23 a.m.)          11:11:14

23           VIDEOGRAPHER:  The time is 11:23.  We're           11:23:34

24   on the record at the start of recording 2.                 11:23:41

25           MS. EZIE:  Thank you.                              11:23:43

1   BY MS. EZIE:                                        11:23:47

2       Q     Okay.  So Mr. Benton, we were just       11:23:47

3   talking about the evidence-based dormitory at      11:23:49

4   Coastal.                                           11:23:54

5             What is the evidence-based dormitory, in 11:23:57

6   your words?                                        11:24:00

7       A     The evidence-based dormitory is a        11:24:01

8   dormitory that houses offenders that have met the  11:24:05

9   criteria to be housed in that area.                11:24:09

10            Evidence-based is a program that has been 11:24:15

11  established, and it works on self-programming       11:24:19

12  where the offenders play a part in the betterment   11:24:26

13  of their own lives by administrating --             11:24:33

14  administering groups and coming up with plans.      11:24:36

15  They basically form a community of education, of    11:24:48

16  positive programming, and do an outstanding job.    11:24:55

17            I was introduced to it at Coastal.  And   11:25:01

18  it's an outstanding program.  And all the           11:25:07

19  offenders in the prison, they try to get to that    11:25:12

20  dormitory.  That's their goal.                      11:25:16

21            And my goal, as warden at Coastal, was to 11:25:19

22  try to make the entire prison an evidence-based     11:25:23

23  prison.                                             11:25:27

24      Q     And what would that have entailed?        11:25:29

25      A     Just going dorm at a time, one dorm at a  11:25:33

1    time.  We started in N building because initially          11:25:37

2    I was told that was the faith and character                11:25:42

3    dormitory.  And so we started there because we             11:25:46

4    already had a strong foundation with the offender          11:25:51

5    population wanting something better for their              11:25:55

6    lives.  And so we turned the faith and character           11:26:00

7    dormitory over to an evidence-based dormitory.             11:26:04

8         And then once that was established, we                11:26:08

9    were going to venture off into creating an                 11:26:12

10   evidence-based dorm with another dormitory, and            11:26:16

11   that's literature, contracts, and take some                11:26:21

12   offenders that were graduates from the                     11:26:28

13   evidence-based dormitory and put them in these new         11:26:31

14   dormitories that we were trying to start up as an          11:26:38

15   evidence-based.                                            11:26:40

16   Q    Okay.  So -- but currently at Coastal                 11:26:42

17   State Prison, there is just one evidence-based             11:26:52

18   dormitory?                                                 11:26:57

19   A    No.  Before I left, there were                        11:26:57

20   approximately two, and they were working on a              11:26:59

21   third before I left.                                       11:27:01

22        So we had -- we had a dormitory in                    11:27:02

23   O building that was evidence-based, and we had a           11:27:07

24   dormitory in Q building that was evidence-based,           11:27:11

25   just one range.  You know, there's four ranges.            11:27:19

1    So one range in each dormitory was evidence-based.          11:27:22

2            But N building was the initial dormitory             11:27:27

3    that was deemed evidence-based, and those other             11:27:33

4    two smaller dormitories were added on.                      11:27:38

5    Q     And so what changed about the two smaller             11:27:41

6    dormitories at the point they became                        11:27:46

7    evidence-based?                                             11:27:48

8    A     Well, basically, it was the inmates that              11:27:50

9    were in there that were assigned to that                    11:27:57

10   dormitory, we wanted to try to incorporate the ADA          11:27:59

11   offenders.  We had a lot of individuals that were           11:28:04

12   in wheelchairs that could not be in N building              11:28:09

13   that wanted to be a part of evidence-based.                 11:28:13

14           So we basically brought the program to              11:28:15

15   them and made one of the dormitories that had a             11:28:18

16   lot of wheelchair offenders that met the criteria           11:28:22

17   and made that evidence-based.                               11:28:27

18           So we introduced the literature to them,            11:28:28

19   and they signed the necessary contracts, and                11:28:31

20   that's how we moved it from -- some of them in              11:28:37

21   N building to those other buildings.                        11:28:42

22   Q     Got it.                                               11:28:44

23           And so when you use the phrase                      11:28:46

24   "evidence-based," you're referring to a type of             11:28:49

25   programming that is offered to inmates?                     11:28:52

1        A      Yes.                                      11:28:55

2        Q      And it's not a phrase that's used to      11:28:57

3    designate dormitories that specifically house PREA   11:29:01

4    victims, correct?                                    11:29:06

5        A      Correct.                                  11:29:07

6        Q      And is it true that within N building,    11:29:09

7    the evidence-based dormitory housed inmates who      11:29:16

8    had a variety of criminal histories?                 11:29:19

9        A      Yes.                                      11:29:24

10       Q      Some of those offenders had violent       11:29:26

11   convictions?                                         11:29:32

12       A      Yes.                                      11:29:35

13       Q      Some of the offenders in the              11:29:36

14   evidence-based dormitory were convicted sex          11:29:39

15   offenders?                                           11:29:43

16       A      Probably, but I can't say factually.  But 11:29:46

17   probably.  You know, the evidence-based dormitory,   11:29:55

18   we did not screen for violence or any crime that     11:29:59

19   you committed in the past; it was based on what      11:30:08

20   you did while you were currently in prison.  It      11:30:12

21   was based on those facts and that information that   11:30:18

22   was collected by the counselors over that            11:30:20

23   dormitory and the senior counselor that ran the      11:30:25

24   program.                                             11:30:29

25       Q      Okay.  So you weren't, as part of the     11:30:33

1   creation of those dormitories, screening out            11:30:37

2   people who were -- had been convicted of sex            11:30:41

3   offenses, correct?                                      11:30:45

4       A    Correct.                                       11:30:46

5       Q    And you were not screening out, when it        11:30:47

6   came to housing people in N building, people who        11:30:50

7   were gang affiliated?                                   11:30:55

8       A    We would look at the affiliations.  If         11:30:59

9   they had no activity, no recent activity of any         11:31:03

10  kind, we would not ostracize them or, you know,         11:31:07

11  push them to the side.  We gave everyone an             11:31:14

12  opportunity to participate that met the criteria.       11:31:18

13      Q    Okay.  And so gang-affiliated offenders        11:31:23

14  were allowed to reside in the evidence-based            11:31:29

15  dormitory in N building?                                11:31:34

16      A    Some, yes.                                      11:31:35

17      Q    And what about people who had violent          11:31:37

18  convictions, they were also permitted to reside in      11:31:46

19  the evidence-based dormitory?                           11:31:49

20      A    Yes.  It was open to every inmate that         11:31:51

21  was in the prison.                                       11:31:54

22      Q    Got it.                                         11:31:58

23           And so what, if any, criteria were you         11:31:59

24  using to decide whether inmates could be permitted      11:32:01

25  in the dormitory?                                        11:32:05

1    A    The criteria, I cannot recall, but I did                11:32:07

2    remember seeing all the criteria prior to this               11:32:16

3    occurring.  But there's several -- several that              11:32:21

4    was noted that the offender had to have -- had               11:32:24

5    accomplished or met prior to even being                      11:32:30

6    interviewed.                                                 11:32:34

7         The last step is for an interview of the                11:32:36

8    offender by the chief counselor over that                    11:32:39

9    dormitory.  And based on those findings, then they           11:32:43

10   were either placed in the dormitory or told that             11:32:49

11   they did not meet the criteria.                              11:32:55

12   Q    Okay.  Now -- let's see.                                11:32:59

13        Now, Coastal State Prison was a mental                  11:33:02

14   health II level facility; is that correct?                   11:33:16

15   A    Correct.                                                11:33:18

16   Q    And within GDC, there's mental health                   11:33:19

17   level II facilities, right?                                  11:33:23

18   A    Yes.                                                    11:33:25

19   Q    There's also mental health level III                   11:33:26

20   facilities?                                                  11:33:30

21   A    Yes.                                                    11:33:31

22   Q    What's the distinction between the two?                11:33:31

23   A    Mental health level II offenders do not                 11:33:38

24   require as much attention as mental health                   11:33:44

25   level III and mental health level IV.                        11:33:47

1        Q     Okay.  And so facilities that are able --                    11:33:51
2    that are designated mental health level III                    11:33:56
3    facilities, am I correct that they are able to                    11:33:59
4    provide a greater amount of service related to                    11:34:02
5    mental health?                    11:34:06
6        A     Yes, you may say that, yes.                    11:34:10
7        Q     Okay.  And at no point was Coastal State                    11:34:12
8    Prison, while you were warden, designated a                    11:34:22
9    level III mental health facility, correct?                    11:34:25
10       A     Correct.                    11:34:28
11       Q     Now, I want to talk a little bit about                    11:34:31
12   the cell layout in the evidence-based dormitory.                    11:34:35
13             Am I correct that the dorms are not                    11:34:39
14   locked 24/7?                    11:34:42
15       A     Correct.                    11:34:45
16       Q     They're programmed to lock and unlock                    11:34:46
17   automatically?                    11:34:50
18       A     No.                    11:34:53
19       Q     How are -- when are they locked or                    11:34:55
20   unlocked?                    11:34:58
21       A     They are supposed to be locked at the end                    11:35:00
22   of the day when the offenders go to bed.                    11:35:06
23       Q     And is that -- how is that accomplished?                    11:35:11
24   Is there an officer -- is there a program that                    11:35:16
25   allows all the cells to be locked at once, for                    11:35:20

| | | |
|---|---|---|
| 1 | instance? | 11:35:24 |
| 2 | A     The officer walks the dormitory and | 11:35:24 |
| 3 | secures each door. | 11:35:27 |
| 4 | Q     Okay.  So it's a more manual system? | 11:35:30 |
| 5 | A     Yes. | 11:35:34 |
| 6 | Q     And so at the end of the day, what time | 11:35:36 |
| 7 | are you referring to? | 11:35:40 |
| 8 | A     11:00 p.m. | 11:35:43 |
| 9 | Q     Okay.  So at 11 p.m., the cells are | 11:35:45 |
| 10 | locked for the evening? | 11:35:48 |
| 11 | A     The last stand-up count of the day, yes, | 11:35:52 |
| 12 | when the offenders go in to be at their cells, | 11:35:55 |
| 13 | they're supposed to be secured. | 11:35:59 |
| 14 | Q     Got it. | 11:36:00 |
| 15 |       And can you describe the process by which | 11:36:01 |
| 16 | doors get secured? | 11:36:05 |
| 17 | A     Yes.  The officer -- once the officer | 11:36:09 |
| 18 | counts the inmate, the inmate -- the offender goes | 11:36:13 |
| 19 | into the room, and the door is secured, is closed. | 11:36:16 |
| 20 | Q     With a key? | 11:36:19 |
| 21 | A     No.  It locks.  Once the officer closed | 11:36:21 |
| 22 | the door, the door is supposed to secure right | 11:36:25 |
| 23 | there. | 11:36:28 |
| 24 | Q     Okay.  And so when you say "closed the | 11:36:29 |
| 25 | door," can you just describe how that functions? | 11:36:33 |

| | | |
|---|---|---|
| 1 | I'm trying to visualize it. | 11:36:36 |
| 2 | A     The doors are sliding doors. | 11:36:38 |
| 3 | Q     Okay. | 11:36:45 |
| 4 | A     And once the officer walks and the inmate | 11:36:45 |
| 5 | goes into the room, is officer closes the door, or | 11:36:51 |
| 6 | the offender closes the door, and it secures. | 11:36:54 |
| 7 | Q     Okay.  Now, every time the sliding door | 11:36:58 |
| 8 | is shut, does it lock, or only when an officer has | 11:37:06 |
| 9 | sort of ended the count for the day? | 11:37:12 |
| 10 | A     When the officer closes the door, the | 11:37:16 |
| 11 | door is supposed to secure. | 11:37:19 |
| 12 | Q     Okay.  When are doors reopened in the | 11:37:21 |
| 13 | morning? | 11:37:29 |
| 14 | A     When offenders are getting up to prepare | 11:37:30 |
| 15 | themselves for breakfast, the officer unlocks the | 11:37:34 |
| 16 | doors.  They can do it manually, or they can do it | 11:37:40 |
| 17 | from the control room. | 11:37:43 |
| 18 | Q     Okay.  What time of day does that occur? | 11:37:45 |
| 19 | A     Normally at 5:00 a.m. count. | 11:37:52 |
| 20 | Q     Okay.  So typically, in the | 11:37:54 |
| 21 | evidence-based dormitory, the cell doors are only | 11:37:59 |
| 22 | locked between 11:00 p.m. and 5:00 a.m.? | 11:38:03 |
| 23 | A     Typically, yes, normally. | 11:38:07 |
| 24 | Q     And beginning at 5:00 a.m., the doors can | 11:38:09 |
| 25 | be -- are at times unlocked via the control room? | 11:38:15 |

| | | |
|---|---|---|
| 1 | A    Correct. | 11:38:22 |
| 2 | Q    And so it doesn't require that -- it | 11:38:25 |
| 3 | doesn't require an interaction between an inmate | 11:38:28 |
| 4 | and an officer for the doors to unlock in the | 11:38:31 |
| 5 | morning? | 11:38:35 |
| 6 | A    Not necessarily.  Like I said, sometimes | 11:38:37 |
| 7 | the door can be opened manually, requiring a key | 11:38:40 |
| 8 | to go and unlock the door. | 11:38:45 |
| 9 | Q    Okay.  But the doors do not require a key | 11:38:47 |
| 10 | to lock? | 11:38:51 |
| 11 | A    If it's working in good order, no. | 11:38:55 |
| 12 | Q    Had there been issues with the doors in | 11:38:58 |
| 13 | the evidence-based dormitory? | 11:39:03 |
| 14 | A    Yes, there has been some issues. | 11:39:05 |
| 15 | Q    What issues have you experienced -- did | 11:39:07 |
| 16 | you experience in your time as warden in that | 11:39:12 |
| 17 | dormitory? | 11:39:15 |
| 18 | A    The offenders would try to manipulate the | 11:39:17 |
| 19 | doors because they did not want to be locked in | 11:39:21 |
| 20 | their room for whatever reason, so they would use | 11:39:24 |
| 21 | methods of preventing the door from securing all | 11:39:29 |
| 22 | the way.  It looked secure, but it really wasn't. | 11:39:33 |
| 23 | There would be some mechanical issues | 11:39:39 |
| 24 | with the doors that required maintenance to come | 11:39:42 |
| 25 | and adjust or repair the mechanisms, the locking | 11:39:44 |

1    mechanism.                                              11:39:50

2        Q    Got it.                                        11:39:52

3            So although doors are supposed to be           11:39:53

4    locked during certain hours, that wasn't always        11:39:57

5    the case in the evidence-based dormitory?              11:39:59

6        A    Correct.                                       11:40:03

7        Q    And in any event, inmate cells are            11:40:06

8    unlocked for the majority of the day?                   11:40:11

9        A    Correct.                                       11:40:14

10       Q    And during those hours, can inmates come      11:40:16

11   and go as they please?                                  11:40:21

12       A    Inmates in the dormitory are not supposed     11:40:25

13   to go into other inmates' rooms unless they're the     11:40:29

14   roommate.  Each cell in that dormitory are two-man     11:40:34

15   cells, two-person cells.  If the person does not       11:40:42

16   have a roommate, of course, then it turns into a       11:40:47

17   one-person cell.  But all of the rooms can house       11:40:49

18   up to two offenders.                                    11:40:54

19            And the procedure is -- was relayed to        11:40:56

20   that dormitory that if you do not live in that          11:41:03

21   room, you do not go into that room.                     11:41:05

22       Q    When you say "the procedure was relayed,"     11:41:08

23   what do you mean?                                       11:41:11

24       A    Procedure was relayed in writing and          11:41:12

25   verbally from security, from counselors, from me,      11:41:15

1    on inspection as a reminder.  That's what I meant          11:41:21

2    by "relayed."                                              11:41:26

3        Q    And the procedure, you mean the rule or           11:41:29

4    the recommendation that inmates do not enter cells         11:41:32

5    that do not belong to them?                                11:41:36

6            MR. CHALMERS:  Objection, form.                    11:41:38

7            You can answer.                                     11:41:39

8        Q    Mr. Benton?                                        11:41:46

9            MR. CHALMERS:  Warden Benton, you can              11:41:48

10   answer.                                                     11:41:50

11       A    I'm sorry.  Could you repeat the                   11:41:50

12   question?                                                   11:41:52

13       Q    Sure.                                              11:41:52

14            You stated the procedure was relayed.  I          11:41:53

15   wanted to confirm what procedure you were                   11:41:56

16   referring to.                                               11:41:58

17       A    Yes.  The procedure about inmates not              11:41:59

18   being allowed in other inmates' rooms if they were          11:42:03

19   not assigned to that room.                                  11:42:06

20       Q    And you said that it appeared in writing?          11:42:08

21       A    Yes.  Yes.  It was put out in memo form.           11:42:14

22   It was put out verbally by counselors and security          11:42:18

23   staff and administration staff, administrative              11:42:24

24   staff.                                                      11:42:28

25       Q    Where did that -- where did this rule, or          11:42:29

1    procedure, rather, appear in writing?                    11:42:32

2       A     In the form of memos from myself, from          11:42:36

3    the deputy warden of care and treatment, from the        11:42:40

4    counselor, the chief counselor that was over the         11:42:45

5    dormitory, and I want to say I saw it in one of          11:42:47

6    her contracts.                                           11:42:51

7       Q     When you say "her contracts," what do you       11:42:53

8    mean?                                                    11:42:58

9       A     The written contract.  Each offender that       11:42:58

10   is in the evidence-based dormitory signs a               11:43:01

11   contract that they are aware of the dos and the          11:43:05

12   don'ts.                                                  11:43:09

13      Q     Do you have -- does Coastal State Prison        11:43:12

14   maintain copies of those contracts?                      11:43:14

15      A     I believe they do.                              11:43:17

16      Q     Do you know where those records are             11:43:20

17   maintained?                                              11:43:22

18      A     It should be with the chief counselor           11:43:24

19   and/or a copy in the offender's file,                    11:43:32

20   institutional file.                                      11:43:36

21      Q     Who was the chief counselor of the             11:43:38

22   evidence-based dormitory?  Or strike that.               11:43:40

23            Was there a chief counselor of the              11:43:44

24   evidence-based dormitory?                                11:43:46

25      A     Yes, there was.                                 11:43:49

```
1      Q      Who was that person during your time as          11:43:51

2   warden?                                                     11:43:56

3      A      Here we go.  Her name, it escapes me.  I          11:43:58

4   apologize.                                                  11:44:06

5      Q      And was there any other staff that were           11:44:08

6   assigned to the evidence-based dormitory?                   11:44:17

7      A      Yes.  There were counselors assigned.  So         11:44:21

8   there were -- there were -- there was -- there was          11:44:27

9   a chief counselor, and there was a counselor, a             11:44:31

10  part of the evidence-based staff.                           11:44:38

11     Q      Those individuals were not present in the         11:44:40

12  dormitory at all times, correct?                            11:44:42

13     A      Not at all times, no.  Their offices were         11:44:45

14  in the dormitory.                                           11:44:51

15     Q      Okay.  Were there -- you mentioned that           11:44:53

16  in addition to perhaps being in inmate contracts,           11:45:02

17  the procedure you were describing about inmates             11:45:07

18  not entering others' rooms appeared in written              11:45:09

19  memos.  Is that accurate?                                   11:45:14

20     A      Yes, if I remember correctly.                     11:45:16

21     Q      Who, if anyone, received those memos?             11:45:19

22     A      They will be posted on the board in the           11:45:25

23  dormitory.                                                  11:45:28

24     Q      Where was the board in the dormitory?             11:45:30

25     A      When you walk into the dormitory, right           11:45:34
```

1    there on the wall, all the offenders were -- know          11:45:37

2    that if they want information, all they would have          11:45:43

3    to do is go to the board.  The counselors would             11:45:46

4    put up memos from myself, from the deputy wardens.          11:45:49

5    Any information that needed to be relayed to the            11:45:57

6    dormitory, information would be put on the                   11:46:00

7    bulletin board.                                              11:46:04

8        Q    Okay.  So the procedure you're describing          11:46:05

9    respecting entry into inmates' cells, it was                 11:46:10

10   not -- it did not come in the form of a memo that           11:46:17

11   was handed out to offenders individually, correct?          11:46:20

12       A    I can't -- I can't answer that question            11:46:24

13   honestly because I don't know if the chief                   11:46:27

14   counselor handed out the memos individually to              11:46:30

15   every offender.  I can't say that.  But all I know          11:46:34

16   is that it was relayed to the dormitory in memo            11:46:39

17   form, and the memo was put up on the reading               11:46:44

18   board.                                                       11:46:47

19       Q    Do you believe copies of that memorandum          11:46:49

20   exist between -- from the period of June 2020 to           11:46:53

21   the time of your departure?                                 11:46:59

22       A    It should.                                          11:47:03

23       Q    Where would those records have been               11:47:04

24   maintained?                                                  11:47:07

25       A    The chief counselor should have a copy of         11:47:10

| | | |
|---|---|---|
| 1 | it. | 11:47:15 |
| 2 | Q     And sitting here, you can't recall who | 11:47:15 |
| 3 | that person may be? | 11:47:20 |
| 4 | A     I'm looking at my phone right now, as a | 11:47:22 |
| 5 | matter of fact, to see if I can find her name. | 11:47:25 |
| 6 | And I apologize. | 11:47:27 |
| 7 | Q     Well, no need to do that, including | 11:47:29 |
| 8 | because we're hoping to have your undivided | 11:47:33 |
| 9 | attention. | 11:47:37 |
| 10 | A     Yes, ma'am. | 11:47:37 |
| 11 | Q     But if you do recall the name at some | 11:47:38 |
| 12 | point, please let us know. | 11:47:40 |
| 13 | Okay.  Now, was there any enforcement of | 11:47:41 |
| 14 | the rule preventing -- rather, procedure about | 11:47:51 |
| 15 | inmates not entering cells that do not belong to | 11:47:58 |
| 16 | them? | 11:48:02 |
| 17 | A     Yes.  Disciplinary reports would be | 11:48:02 |
| 18 | issued, up to removing the offender from the | 11:48:07 |
| 19 | dormitory. | 11:48:11 |
| 20 | Q     Okay.  Were there times that you're aware | 11:48:14 |
| 21 | of where the rule -- the procedure was not | 11:48:18 |
| 22 | followed? | 11:48:21 |
| 23 | A     Oh, yes.  Yes. | 11:48:22 |
| 24 | Q     It sounds like it was not uncommon for | 11:48:27 |
| 25 | the procedure not to be followed? | 11:48:29 |

Transcript of Brooks Benton
Conducted on May 10, 2022                                    66

| | | |
|---|---|---|
| 1 | A     No, no.  I was saying yes in the way | 11:48:32 |
| 2 | meaning that, yes, I'm quite sure the rule was not | 11:48:37 |
| 3 | followed every time.  The inmates, they -- some of | 11:48:45 |
| 4 | them choose to do what they want to do, and until | 11:48:49 |
| 5 | they're caught, you know, they'll continue to do | 11:48:51 |
| 6 | what they can get away with. | 11:48:55 |
| 7 | Q     That was true in your time as warden, | 11:49:01 |
| 8 | even in the evidence-based dormitory? | 11:49:03 |
| 9 | A     Oh, yes.  Oh, yes. | 11:49:05 |
| 10 | ████████████████████ | 11:49:07 |
| 11 | ████████████████████ | 11:49:14 |
| 12 | █████████████ | 11:49:17 |
| 13 | █████ | 11:49:19 |
| 14 | █████████████████ | 11:49:22 |
| 15 | ████████████████████ | 11:49:25 |
| 16 | ████████████████████ | 11:49:33 |
| 17 | █████████ | 11:49:38 |
| 18 | ████████████████ | 11:49:40 |
| 19 | ██████████████ | 11:49:46 |
| 20 | █████████. | 11:49:52 |
| 21 | Q     I want to make sure that we have a clear | 11:49:58 |
| 22 | visual of the layout of N building. | 11:50:02 |
| 23 | So can you describe it for us again -- | 11:50:09 |
| 24 | A     Yes. | 11:50:13 |
| 25 | Q     -- as far as kind of the physical layout? | 11:50:14 |

1      A      N building is a building consisting of                11:50:20

2    two dormitories, one on the A side, one on the B               11:50:26

3    side.  So we would call it NA and NB.                          11:50:31

4           When you walk into the front door of the                11:50:35

5    dormitory, there's a vestibule or a foyer, and you             11:50:38

6    walk -- when you walk in the front door, you walk              11:50:43

7    straight up to the front of the control room.                  11:50:46

8           If you turn to the right, you'll go on                  11:50:51

9    NA.  There's a door right there that you have to               11:50:54

10   walk through.  If you turn to the left, there's a              11:50:57

11   NB side.  You open that door, you walk in, you're             11:51:01

12   inside NB.                                                     11:51:06

13          Both dormitories, inside the dormitories,              11:51:09

14   there's two levels.  There's the main level, and              11:51:14

15   there's a second-story level.                                  11:51:18

16          One side holds, I want to say,                          11:51:23

17   96 offenders, and one side holds 90 -- no, I think             11:51:27

18   one side holds 91 offenders, and one side holds                11:51:32

19   90 offenders.                                                  11:51:36

20     Q      Thank you.                                             11:51:41

21          Are there -- and the thing that separates               11:51:43

22   the NA side from the NB side is a locked door; is              11:51:48

23   that correct?                                                  11:51:55

24     A      Correct.                                               11:51:55

25     Q      It's not a gate or a hallway, just a                   11:51:56

1    door?                                              11:52:01

2        A    No, it's a locked door, a small hallway,  11:52:02

3    and then another locked door that goes into the    11:52:07

4    other side of the dormitory -- I mean, other side  11:52:09

5    of the dorm.                                        11:52:12

6             So when you walk out of NA, you walk into 11:52:13

7    that foyer or that hallway that I mentioned        11:52:17

8    earlier.  Then you walk over to the other side to  11:52:19

9    NB, and there's another door, a locked door there  11:52:25

10   that will get you into NB once it's opened.         11:52:30

11       Q    Got it.                                    11:52:36

12            Mr. Benton, is there, by chance, a pen or  11:52:37

13   paper in the room with you?                         11:52:40

14       A    Yes.                                       11:52:42

15       Q    How are your drawing skills?  Do you       11:52:44

16   think you could sort of help us get an even better  11:52:48

17   visual of the NB side of the dormitory if we asked  11:52:52

18   you to show us where things are located?            11:52:55

19       A    I can try my best.                         11:53:00

20       Q    I won't hold it against you if you're not  11:53:03

21   Picasso.                                            11:53:08

22            What I am curious to know is, what the     11:53:08

23   common areas, if any, of the NB dormitory are.      11:53:12

24       A    The common areas -- once you walk into     11:53:20

25   the dormitory, it's an open dormitory.  It's -- as  11:53:23

1   soon as you walk in, you have cell doors on your          11:53:30

2   far right when you walk in, and they go down a            11:53:37

3   wall, they go down the back wall, and then they           11:53:41

4   come up a wall.                                           11:53:46

5          So in the middle of this dormitory, it's          11:53:50

6   an open dormitory.  The ceilings are 30 feet high,        11:53:52

7   because like I said, there's two floors.  And             11:53:59

8   that's the common area.  It's a big open area.            11:54:04

9          And within this common area, there's              11:54:08

10  tables where offenders are able to come out of            11:54:12

11  their rooms and sit down at the tables to talk to         11:54:15

12  one another.  There's TVs in these areas.                 11:54:21

13         There is a dayroom, as we call it, where          11:54:28

14  there's TVs in the dayroom where the inmates can          11:54:33

15  go inside a dayroom that has glass windows, you           11:54:36

16  can see who's inside the room just by standing            11:54:41

17  outside.  It's a glass room area.  And inside that        11:54:47

18  dayroom, there's TVs in there.                            11:54:51

19         The shower area is in the -- is in the             11:54:55

20  open area of the dorm.                                    11:54:59

21         So that's the picture of one side of              11:55:03

22  N building.                                              11:55:09

23         And the other side mirrors the other             11:55:09

24  side.  So the A side mirrors the B side.                  11:55:13

25  Everything you see in the A side, you're going to         11:55:16

1    see in the B side.                                    11:55:19

2        Q     Got it.                                      11:55:21

3              You mentioned showers.  Can you describe      11:55:22

4    the shower area -- strike that.                        11:55:28

5              To confirm, inmates in the N building did     11:55:31

6    not have showers in their cell?                        11:55:35

7        A     No, there's no showers in the cells.          11:55:38

8        Q     So where did inmates in NB shower?            11:55:41

9        A     Showers are in the common area against        11:55:47

10   the wall.  There's four showers on the wall.  And      11:55:50

11   there's shower curtains on each shower.                11:55:58

12       Q     They're not shower stalls with doors?         11:56:02

13       A     No.  No.  They had shower curtains.           11:56:06

14       Q     Can you describe the shower curtains?         11:56:10

15       A     Satin.  Some of them were -- some shower      11:56:15

16   curtains were rubber.  Some were a thick satin         11:56:23

17   shower curtain.  They were put on a pipe that          11:56:29

18   would slide -- that you could slide back and           11:56:35

19   forth.                                                 11:56:40

20       Q     Am I correct that the shower curtains         11:56:40

21   didn't run the full length of the shower?              11:56:43

22       A     The full length --                           11:56:50

23       Q     They didn't touch the ground?  They           11:56:51

24   stopped short of it?                                   11:56:55

25       A     No.  No.                                     11:56:56

1    Q    Do you know about how short of the floor          11:56:59
2 they stopped?                                             11:57:02
3         (Cross-talk.)                                     11:57:05
4    A    They would stop -- they would stop at the         11:57:06
5 shin area of an offender.                                 11:57:10
6    Q    Okay.  And were there any showers that            11:57:14
7 were completely private?                                  11:57:24
8    A    All the showers were private.  It was             11:57:28
9 only one -- the policy is one inmate per shower.          11:57:31
10   Q    But to confirm, they were in a -- the             11:57:37
11 showers were together in a common area?                  11:57:40
12   A    Yes.  They were in the dormitory.                 11:57:43
13   Q    And they were in a common area with               11:57:47
14 respect to one another, correct?                         11:57:51
15   A    Yes.                                              11:57:54
16   Q    So there were no doors separating one             11:57:56
17 shower to another shower?                                11:58:00
18   A    No.                                               11:58:02
19   Q    Just curtains?                                    11:58:04
20   A    Yes.                                              11:58:06
21   Q    And where were inmates supposed to dress          11:58:07
22 and undress when they were going to use the              11:58:13
23 shower?                                                  11:58:16
24   A    The showers were big -- big, spacious             11:58:18
25 showers.  So the inmates would bring their               11:58:26

1    clothing inside the shower with them and hang it          11:58:28

2    up on the adjacent wall.                                  11:58:30

3        Q    How big were the showers in NB?                  11:58:35

4        A    I can't give you the measurements.  All I        11:58:40

5    can tell you is that the showers were big enough          11:58:43

6    to probably put two or three guys in there at one         11:58:46

7    time.  It was spacious in there for one person.           11:58:52

8             And enough room for the offender to place        11:58:56

9    his clothing or their clothing up on above on one         11:59:00

10   of the rails to prevent it from getting wet.  So          11:59:06

11   when they finished their shower, they dried off           11:59:09

12   and got dressed before they came out of the               11:59:12

13   shower.                                                   11:59:15

14       Q    Okay.  At Coastal State Prison, were             11:59:17

15   there any showers that had shower doors instead of        11:59:21

16   curtains?                                                 11:59:28

17       A    No.  All the showers had curtains, but in        11:59:30

18   our segregation unit, there were doors -- bars on         11:59:33

19   those showers.                                            11:59:39

20       Q    Okay.  Within Coastal State Prison, were         11:59:40

21   there any housing units where an inmate could             11:59:47

22   shower without any other inmates in an adjacent           11:59:51

23   shower area?                                              11:59:56

24       A    No.  No.  Each dorm in Coastal, if it was        11:59:58

25   on the flattop, as I called it earlier, the seven         12:00:03

Transcript of Brooks Benton
Conducted on May 10, 2022                              73

| | | |
|---|---|---|
| 1 | dormitories on the top, there's a shower on each | 12:00:08 |
| 2 | range, and it's a spacious shower in there, and it | 12:00:12 |
| 3 | had a curtain as well.  All the showers had | 12:00:17 |
| 4 | curtains, slide curtains, except for segregation. | 12:00:20 |
| 5 | ███████████████████████ | 12:00:26 |
| 6 | ██████████████ | 12:00:29 |
| 7 | ████████████████ | 12:00:31 |
| 8 | ████ | 12:00:34 |
| 9 | ███████████████████████ | 12:00:40 |
| 10 | ████████████████████████ | 12:00:43 |
| 11 | ███████████████████████ | 12:00:48 |
| 12 | ████████████████████████ | 12:00:51 |
| 13 | ████████████████████ | 12:00:58 |
| 14 | █████████████ | 12:01:01 |
| 15 | ████████████████████ | 12:01:05 |
| 16 | ████████████████████ | 12:01:12 |
| 17 | ████ | 12:01:19 |
| 18 | ████ | 12:01:20 |
| 19 | ███████████████████████ | 12:01:24 |
| 20 | ███████████████████████ | 12:01:26 |
| 21 | ██████████████████████ | 12:01:30 |
| 22 | ██████████████████████ | 12:01:34 |
| 23 | ████████████████ | 12:01:40 |
| 24 | ████████████████████ | 12:01:46 |
| 25 | █████████████████████████ | 12:01:50 |

Transcript of Brooks Benton
Conducted on May 10, 2022                                    74

| # | | Time |
|---|---|---|
| 1 | ███████████████ | 12:01:56 |
| 2 | ███████████████████████ | 12:02:01 |
| 3 | ████████████████████████ | 12:02:05 |
| 4 | ████████████████████ | 12:02:08 |
| 5 | ██████ | 12:02:10 |
| 6 | Q    Okay.  Now, we haven't broached the | 12:02:12 |
| 7 | subject of Ashley Diamond yet.  But am I correct | 12:02:18 |
| 8 | that you're familiar with an inmate named Ashley | 12:02:20 |
| 9 | Diamond? | 12:02:24 |
| 10 | A    I am. | 12:02:25 |
| 11 | Q    Ashley Diamond was housed in the NB | 12:02:26 |
| 12 | building when she was at Coastal, correct? | 12:02:32 |
| 13 | A    Initially. | 12:02:35 |
| 14 | Q    She wasn't initially housed in NA and | 12:02:41 |
| 15 | then moved to NB? | 12:02:46 |
| 16 | A    Yes, you are correct. | 12:02:49 |
| 17 | ████████████████████ | 12:02:52 |
| 18 | ██████████████████ | 12:02:55 |
| 19 | ████████████████████ | 12:03:05 |
| 20 | ███████████████████ | 12:03:11 |
| 21 | ███████████████████ | 12:03:14 |
| 22 | ██████████████████ | 12:03:17 |
| 23 | ██████████████████ | 12:03:21 |
| 24 | Initially, Ms. Diamond was assigned to | 12:03:25 |
| 25 | NA, and then moved to NB. | 12:03:29 |

Transcript of Brooks Benton
Conducted on May 10, 2022                                     75

| | | |
|---|---|---|
| 1 | ██████████████████████ | 12:03:32 |
| 2 | ████ | 12:03:36 |
| 3 | ████████████████████ | 12:03:37 |
| 4 | ████████████████████ | 12:03:42 |
| 5 | ████████████████████████ | 12:03:46 |
| 6 | ██████████████████ | 12:03:50 |
| 7 | ████████████ | 12:03:54 |
| 8 | ██████ | 12:03:58 |
| 9 | ████████████████ | 12:03:59 |
| 10 | ████████████████████ | 12:04:06 |
| 11 | ████████████████████ | 12:04:16 |
| 12 | ████████████████████████ | 12:04:18 |
| 13 | ████████████████████████ | 12:04:21 |
| 14 | ██████████████████ | 12:04:27 |
| 15 | ████████ | 12:04:37 |
| 16 | ████████████████████████ | 12:04:38 |
| 17 | ██████████████ | 12:04:43 |
| 18 | ████ | 12:04:48 |

19    Q     And the dayroom in NB, you said, was a          12:04:51

20  contained room, but the walls or windows -- had      12:04:57

21  walls or windows made of glass?                       12:05:01

22    A     Had windows, yes.                              12:05:04

23    Q     How large were those windows?                  12:05:06

24    A     There was glass from the top to the            12:05:10

25  bottom, from the top of the door frame to the         12:05:13

| | | |
|---|---|---|
| 1 | bottom of the floor, if I remember correctly, as I | 12:05:18 |
| 2 | stated, that you could basically walk into the | 12:05:22 |
| 3 | dormitory and immediately look over to the dayroom | 12:05:26 |
| 4 | and tell who's in the dayroom. | 12:05:28 |
| 5 | ████████████████████████████████ | 12:05:31 |
| 6 | ██████████████████████████ | 12:05:35 |
| 7 | █████ | 12:05:40 |
| 8 | █████████████████████████ | 12:05:43 |
| 9 | ████████████████████████████ | 12:05:48 |
| 10 | ███████████ | 12:05:51 |
| 11 | █████████████████████████ | 12:05:53 |
| 12 | ██████████████████████████ | 12:06:01 |
| 13 | ████████████████████████████ | 12:06:05 |
| 14 | ██████ | 12:06:09 |
| 15 | █████████████ | 12:06:14 |
| 16 | █████████████████████████ | 12:06:16 |
| 17 | ████████ | 12:06:22 |
| 18 | ████████████████████████████ | 12:06:27 |
| 19 | █████████████ | 12:06:29 |
| 20 | ███████████████████████ | 12:06:32 |
| 21 | ████████████████████ | 12:06:37 |
| 22 | ██████████████ | 12:06:42 |
| 23 | ████████████████████████████ | 12:06:45 |
| 24 | ██████████████████ | 12:06:51 |
| 25 | ███████████ | 12:06:56 |

Transcript of Brooks Benton
Conducted on May 10, 2022                               77

| | | |
|---|---|---|
| 1 | ███████████████████ | 12:07:00 |
| 2 | ███████████████ | 12:07:02 |
| 3 | ████ | 12:07:06 |
| 4 | ██████████████████ | 12:07:07 |
| 5 | ███████████████ | 12:07:09 |
| 6 | ████████████████████ | 12:07:13 |
| 7 | ██████████████████ | 12:07:19 |
| 8 | ████████████████████ | 12:07:23 |
| 9 | █████ | 12:07:30 |
| 10 | █████████████████ | 12:07:31 |
| 11 | ████████ | 12:07:34 |
| 12 | █████ | 12:07:39 |
| 13 | ██████████████████ | 12:07:40 |
| 14 | █████████████ | 12:07:42 |
| 15 | ████ | 12:07:45 |

16      Q    Okay.  Now, we spoke briefly about an          12:07:46

17 inmate named Ashley Diamond.  You're aware that          12:08:00

18 Ashley Diamond is a transgender woman?                   12:08:04

19      A    Yes.                                           12:08:08

20      Q    How did you learn that Ashley Diamond was      12:08:08

21 transgender?                                             12:08:13

22      A    When Ms. Diamond was assigned to my            12:08:17

23 prison, I was given a phone call by Mr. Robert           12:08:21

24 Toole, division director, who advised me that I          12:08:25

25 would be receiving an offender named Ashley              12:08:28

1    Diamond who was a transgender.                        12:08:32

2        Q    Okay.  What did -- approximately when did    12:08:33

3    you receive that phone call from Toole?               12:08:36

4        A    I want to say -- I can't tell you            12:08:42

5    directly, but I want to say it was right before       12:08:47

6    she arrived at my facility, probably days,            12:08:51

7    probably a week prior to her being physically         12:08:56

8    assigned, arriving.                                   12:09:04

9        Q    Okay.  As warden, did you have many          12:09:07

10   interactions with Robert Toole?                       12:09:12

11       A    Not too many.  He's the division            12:09:16

12   director, so he would -- he would make his rounds.    12:09:19

13   Of course, he had the whole state prisons.  So he     12:09:24

14   would make his rounds at my facility from time to     12:09:30

15   time.                                                 12:09:33

16       Q    What did Mr. Toole communicate to you        12:09:33

17   during the call you described?                        12:09:38

18       A    Told me that I would be receiving an         12:09:42

19   offender named Ashley Diamond, and she was a          12:09:45

20   transgender.                                          12:09:49

21       Q    Did he explain why you were going to be      12:09:51

22   receiving her?                                        12:09:54

23       A    He told me that she was a high-profile       12:09:57

24   offender, and that he felt that she would do good     12:10:04

25   at Coastal State Prison.                              12:10:07

1       I had just left from being the warden at        12:10:09
2  Lee Arrendale State Prison who housed 1800          12:10:15
3  females.  So he said that he felt Coastal would be  12:10:19
4  a good fit for Ms. Diamond.                         12:10:23
5      Q    At the time of Mr. Toole's call, did you   12:10:27
6  have any understanding of who had decided to place  12:10:33
7  her at Coastal State Prison?                        12:10:36
8      A    No.  I assumed it was Mr. Toole, since he  12:10:41
9  was the director of facility operations, that he    12:10:45
10 was placing her there.                              12:10:49
11     Q    And did you have any understanding beyond  12:10:50
12 what you just conveyed of why Ashley Diamond was    12:10:55
13 being placed at Coastal State Prison?               12:10:59
14     A    Only what I just said, that he felt that   12:11:04
15 Coastal State Prison would be a good fit for her.   12:11:09
16     Q    Now, you indicated that Ashley Diamond     12:11:15
17 was described as a high-profile offender.           12:11:17
18          What does that mean?                       12:11:21
19     A    Basically, that she was incarcerated at    12:11:24
20 one other time, and that she was housed at another  12:11:29
21 facility.  And on this time of her incarceration    12:11:36
22 that he was sending her to Coastal, he did not      12:11:40
23 want to send her, I guess, to the prison that she   12:11:45
24 was at the first time she was incarcerated.         12:11:47
25     Q    So you understood that Ashley had been     12:11:55

1   incarcerated within GDC one prior time?          12:11:58

2       A    Yes.                                     12:12:01

3       Q    Were you -- did you learn anything about 12:12:02

4   what transpired during Ashley's first period of  12:12:07

5   incarceration?                                    12:12:10

6       A    I did some research.  I did some         12:12:12

7   research.  I looked Ashley Diamond up, as I do for 12:12:15

8   a lot of inmates coming to my facility.          12:12:18

9       Q    What did you learn?                      12:12:22

10      A    I learned that she was assigned to       12:12:25

11  Georgia Diagnostic and Classification Prison at   12:12:30

12  one point when she was incarcerated last.         12:12:33

13      Q    And when you said you looked her up,     12:12:38

14  where were you doing your research?               12:12:41

15      A    I looked in SCRIBE, the Georgia          12:12:46

16  Department of Corrections site that has all the   12:12:49

17  offenders.                                        12:12:54

18      Q    So what information was available about  12:12:55

19  Ashley on SCRIBE?                                 12:12:58

20      A    Nothing.  Just where her last prison was 12:13:00

21  and if there was any disciplinary reports written, 12:13:05

22  just basically has her history of when she was    12:13:09

23  incarcerated last at GDC.                         12:13:12

24      Q    Did you learn then or at any time        12:13:15

25  subsequent that Ashley had been sexually abused   12:13:23

1    during her first time in GDC?                    12:13:29

2        A      No.  No, I didn't -- I didn't learn that.    12:13:32

3              During my private research, when I was    12:13:37

4    home, I Googled Ashley Diamond and saw that she    12:13:40

5    had filed a lawsuit against GDC.                  12:13:46

6        Q      When did you -- and you learned that that    12:13:50

7    lawsuit alleged that she had been sexually abused    12:13:54

8    in prison?                                        12:13:59

9        A      Yes.                                    12:13:59

10       Q      When did you approximately do the -- your    12:14:00

11   Google research concerning Ashley?                12:14:04

12       A      I really can't recall, but I know it was    12:14:09

13   before she arrived.                               12:14:11

14       Q      And why did you decide to Google Ashley    12:14:12

15   before she arrived?                               12:14:16

16       A      Because I understood that she was a past    12:14:18

17   inmate of GDC and that she filed a lawsuit.  So I    12:14:24

18   was curious, and so I Googled her.                12:14:29

19       Q      And when did you first hear that Ashley    12:14:35

20   Diamond had filed a lawsuit?                      12:14:37

21       A      I can't recall when I first heard that.    12:14:39

22   I know I heard it, and I can't remember from who    12:14:43

23   or when.  But I remember hearing the information.    12:14:45

24       Q      Did you ever --                         12:14:58

25              (Cross-talk.)                           12:14:59

1    Q    My apologies.  Please continue.                    12:15:00

2    A    No, no, that was it.  I'm sorry.                    12:15:01

3    Q    Okay.  Did you ever speak to anyone                12:15:03

4    within GDC about Ashley's first lawsuit?                12:15:09

5    A    No, no, I did not.  That was before my             12:15:13

6    time.  Didn't know anything about it.  It did not       12:15:17

7    play a part in her coming to my facility.               12:15:23

8    Q    And are you aware that her first lawsuit           12:15:29

9    also alleged that she had problems accessing            12:15:35

10   health care for gender dysphoria?                       12:15:39

11   A    No.                                                12:15:43

12   Q    Is gender dysphoria a condition that               12:15:46

13   you've heard of before?                                 12:15:48

14   A    Yes.                                               12:15:50

15   Q    What's the context that you've heard               12:15:52

16   about gender dysphoria?                                 12:15:54

17   A    Gender dysphoria, the context that I               12:15:57

18   heard it in was that a person feels and believes        12:16:00

19   they are -- they identify with the opposite sex.        12:16:08

20   Q    Okay.  Were you familiar with gender              12:16:15

21   dysphoria in connection with your duties as             12:16:21

22   warden?                                                 12:16:24

23   A    Yes, I was.                                        12:16:24

24   Q    You have inmates at Coastal State Prison          12:16:25

25   who have gender dysphoria diagnoses?                    12:16:30

| | | |
|---|---|---|
| 1 | A     Yes, I did. | 12:16:33 |
| 2 | Q     Including Ashley Diamond? | 12:16:35 |
| 3 | A     Yes. | 12:16:39 |
| 4 | Q     Approximately how many inmates that you | 12:16:41 |
| 5 | encountered at Coastal State Prison had gender | 12:16:47 |
| 6 | dysphoria? | 12:16:50 |
| 7 | A     As I stated earlier, I think I had | 12:16:52 |
| 8 | approximately 15 to 16 offenders, transgender | 12:16:58 |
| 9 | offenders, and out of those, say, 16, probably a | 12:17:06 |
| 10 | little above half of that had gender dysphoria | 12:17:13 |
| 11 | diagnoses. | 12:17:18 |
| 12 | Q     Got it. | 12:17:22 |
| 13 | And so during your time as warden, there | 12:17:23 |
| 14 | were 15 or 16 transgender offenders who were | 12:17:27 |
| 15 | housed at Coastal State Prison? | 12:17:32 |
| 16 | A     Yes. | 12:17:34 |
| 17 | Q     Where within Coastal State Prison were | 12:17:39 |
| 18 | they housed as far as housing units? | 12:17:41 |
| 19 | A     Various dormitories throughout the | 12:17:45 |
| 20 | prison. | 12:17:47 |
| 21 | Q     What factors went into their housing | 12:17:49 |
| 22 | placements? | 12:17:53 |
| 23 | A     They were classified by the | 12:17:55 |
| 24 | classification committee, and based on my | 12:17:59 |
| 25 | directive and the classification committee's | 12:18:03 |

| | | |
|---|---|---|
| 1 | recommendations, they were placed in -- at the | 12:18:06 |
| 2 | front of dormitories that they were assigned to. | 12:18:10 |
| 3 | Q    Do you recall which of the dormitories at | 12:18:15 |
| 4 | Coastal housed transgender offenders at various | 12:18:21 |
| 5 | times? | 12:18:24 |
| 6 | A    Every last one of them.  All 12. | 12:18:25 |
| 7 | Q    And do all of the dormitories in Coastal | 12:18:28 |
| 8 | State Prison have a letter designation, like | 12:18:33 |
| 9 | N building? | 12:18:38 |
| 10 | (Cross-talk.) | 12:18:40 |
| 11 | A    A letter designation saying... | 12:18:41 |
| 12 | Q    How are the dormitories referred to?  How | 12:18:44 |
| 13 | are they distinguished?  By letter? | 12:18:47 |
| 14 | A    No.  The classification committee has the | 12:18:51 |
| 15 | designations of each dormitory.  And all -- the | 12:18:57 |
| 16 | majority of the dormitories are general population | 12:19:04 |
| 17 | dormitories. | 12:19:07 |
| 18 | There's some dormitories are designated | 12:19:07 |
| 19 | RSAT dormitories.  There's some dormitories | 12:19:09 |
| 20 | designated as evidence-based dormitories.  There's | 12:19:13 |
| 21 | some dormitories designated as ADA dormitories. | 12:19:19 |
| 22 | And that was the designation. | 12:19:25 |
| 23 | COURT REPORTER:  I think we lost the | 12:19:33 |
| 24 | witness. | 12:19:36 |
| 25 | MS. EZIE:  We sure did. | 12:19:38 |

| | | |
|---|---|---|
| 1 | Let's take a break. | 12:19:38 |
| 2 | VIDEOGRAPHER: We're going off the | 12:19:39 |
| 3 | record. It's 12:19. It's the end of recording 2. | 12:19:41 |
| 4 | (Recess from 12:19 p.m. until 1:03 p.m.) | 12:19:59 |
| 5 | VIDEOGRAPHER: The time is 1:03. We're | 13:02:59 |
| 6 | on the record at the start of recording 3. | 13:03:05 |
| 7 | MS. EZIE: Welcome back, everyone. I | 13:03:10 |
| 8 | hope you had a good meal. | 13:03:12 |
| 9 | BY MS. EZIE: | 13:03:09 |
| 10 | Q    So let's see. Right before the break, | 13:03:14 |
| 11 | Mr. Benton, we were speaking about Ashley Diamond | 13:03:18 |
| 12 | and whether you spoke to anyone about her prior to | 13:03:22 |
| 13 | her arrival at Coastal. You'd indicated that you | 13:03:26 |
| 14 | spoke to Robert Toole. | 13:03:29 |
| 15 | Is there anyone else you spoke to about | 13:03:31 |
| 16 | Ashley Diamond prior to her arrival at your | 13:03:34 |
| 17 | facility -- your former facility? | 13:03:37 |
| 18 | A    No. Mr. Toole is the only one that I | 13:03:40 |
| 19 | recall. | 13:03:44 |
| 20 | Q    Okay. Did you speak -- after you had | 13:03:45 |
| 21 | your call with Mr. Toole, did you speak to anyone | 13:03:49 |
| 22 | at Coastal about her arrival or what it might mean | 13:03:54 |
| 23 | for the facility? | 13:04:00 |
| 24 | A    No, because Mr. Toole had already told me | 13:04:03 |
| 25 | where to place Ashley Diamond. He told me to | 13:04:08 |

1   place her in my best dormitory, and that was my        13:04:13

2   evidence-based.  And that's where we put her.          13:04:16

3        I passed that information on to my intake         13:04:21

4   crew, advised them that we were getting Ashley         13:04:24

5   Diamond in once she completed -- because I think       13:04:30

6   that was -- if I'm not mistaken, I think that was      13:04:37

7   during COVID, the beginning of COVID, because I        13:04:42

8   think we were quarantining people.                     13:04:46

9        If I'm remembering correctly, I think we          13:04:49

10  were in the quarantine phases.  So anybody that        13:04:53

11  came in, we were quarantining them.  And I think       13:04:56

12  when she got there, we placed her in NA quarantine     13:05:01

13  for the first two weeks.                               13:05:06

14       So yes, that was the information I passed         13:05:08

15  on to my intake crew where she was going once they     13:05:11

16  intaked her in.                                        13:05:15

17  Q    Got it.                                           13:05:19

18       And you recall being told by Robert Toole         13:05:20

19  to place Ashley Diamond in your best dormitory?        13:05:24

20  A    He said, What dormitory -- if I remember          13:05:29

21  correctly, and this was a while ago, he said,          13:05:34

22  Where is your best dormitory; and I told him,          13:05:37

23  N building.                                            13:05:40

24       (Cross-talk.)                                     13:05:46

25  A    I'm sorry.                                         13:05:47

1      Q     So were you instructed to place Ashley          13:05:47
2  Diamond in N building at that time?                       13:05:50
3      A     Yes.                                            13:05:51
4      Q     And did you have an understanding about         13:05:54
5  why you'd been asked to identify the best                 13:06:00
6  dormitory?                                                13:06:02
7      A     At that time, no.  He -- basically, he          13:06:09
8  gave me instructions -- and I want to say -- and          13:06:13
9  like I said, I can't remember, but I want to say          13:06:15
10 probably during that period, it probably did come         13:06:19
11 up, but I can't recall.  And I don't want to              13:06:22
12 speculate or speak out of turn, but I think it may        13:06:26
13 have come up of why we wanted to place her in the         13:06:30
14 best dormitory, because of her safety.  But I             13:06:34
15 can't remember exact words.                               13:06:40
16     Q     Got it.                                         13:06:48
17           Is it fair to say that there were               13:06:49
18 concerns about Ashley's safety within GDC?                13:06:51
19     A     I didn't receive that when he told me           13:07:02
20 that.  I just assumed that we were -- because they        13:07:03
21 wanted her to be safe.  I didn't -- I didn't look         13:07:10
22 into anything about what he told me.  He just told        13:07:13
23 me, you know, to place her in that dormitory at           13:07:18
24 the front of the dormitory in the first room, and         13:07:22
25 that's what I did.                                        13:07:25

| | | |
|---|---|---|
| 1 | Q    Got it.  So Robert Toole ultimately | 13:07:28 |
| 2 | decided which cell Ashley Diamond should be housed | 13:07:32 |
| 3 | in? | 13:07:37 |
| 4 | A    Yes. | 13:07:38 |
| 5 | Q    You were not involved in that | 13:07:41 |
| 6 | determination? | 13:07:43 |
| 7 | A    No.  No. | 13:07:45 |
| 8 | Q    From the time -- and that cell, if I'm | 13:07:49 |
| 9 | not mistaken, after -- following quarantine, was a | 13:07:53 |
| 10 | cell in NB; is that correct? | 13:07:58 |
| 11 | A    No.  The first cell that she was placed | 13:08:02 |
| 12 | in was in NA.  That's where she was quarantined | 13:08:04 |
| 13 | at, in NA.  The first cell -- when you walk into | 13:08:08 |
| 14 | that dormitory, the first cell on the left was | 13:08:11 |
| 15 | where she was housed. | 13:08:14 |
| 16 | And then once she came off of quarantine, | 13:08:16 |
| 17 | then she was placed in NB, in the first cell | 13:08:19 |
| 18 | closest to the exit door in NB. | 13:08:22 |
| 19 | Q    Is that on the first or second floor of | 13:08:27 |
| 20 | the dormitory? | 13:08:30 |
| 21 | A    The first floor. | 13:08:30 |
| 22 | Q    Cell 136?  Does that sound right? | 13:08:32 |
| 23 | A    Yes, yes.  Closest to the door, yes. | 13:08:35 |
| 24 | Q    And from that point forward, was Ashley | 13:08:38 |
| 25 | Diamond's cell placement ever reconsidered? | 13:08:45 |

```
1      A      No.  No.                                    13:08:51

2      Q      Was -- do you know why Ashley Diamond --    13:09:02

3   sorry, strike that.                                   13:09:04

4           So no consideration was given to placing     13:09:06

5   Ashley Diamond on the second floor of the            13:09:09

6   dormitory?                                            13:09:10

7      A      No.  He wanted her on the first floor,      13:09:13

8   the first cell closest to the exterior door,          13:09:16

9   closest to the control room.                          13:09:20

10     Q      Is there a cell that is above her cell on   13:09:22

11  the second floor of the dormitory?                    13:09:27

12     A      It is.                                       13:09:29

13     Q      What number is that cell, if you recall?    13:09:33

14     A      I don't recall.                              13:09:35

15     Q      In any event, there's a cell immediately   13:09:36

16  above cell 136 on floor 2?                            13:09:38

17     A      Yes, it is.                                  13:09:42

18     Q      How close is that cell to the control      13:09:44

19  room?                                                 13:09:51

20     A      Of course, it's a little bit farther away  13:09:51

21  because it's up -- upstairs.  But if I had to give    13:09:53

22  an approximate, I would say -- well, Ashley           13:10:02

23  Diamond's cell on the first floor is approximately    13:10:12

24  probably about 10 feet from the control room --       13:10:15

25  about 20 feet from the control room.  So upstairs,    13:10:18
```

1    I would add probably about 10 more feet.          13:10:21

2       Q    Okay.  Can you describe the control room   13:10:24

3    in N building.                                     13:10:30

4       A    The control room is in the center of the   13:10:32

5    building.  When you walk in the front door, that's 13:10:34

6    the first thing you see.  You can't even see a     13:10:36

7    dormitory when you walk into the front door.       13:10:39

8           The front door opens, you walk down a       13:10:41

9    short hallway, a short, wide hallway, and you get  13:10:44

10   in at the control room.  There's a door that leads 13:10:49

11   into the control room.                             13:10:52

12          When you go into the control room, the      13:10:53

13   control room officer has access, visible access to 13:10:56

14   both sides, the A and B side, just by walking from 13:11:00

15   one side of the control room to the other.         13:11:03

16      Q    Got it.                                     13:11:08

17          And what is the physical layout of the      13:11:09

18   control room?                                      13:11:12

19      A    Physical layout of the control room,       13:11:13

20   there's desks.  There's a cage in there.  You open 13:11:16

21   the cage -- once you enter the door, you go up a   13:11:24

22   couple of stairs, and you're met with a cage door. 13:11:27

23   And you open that cage door, and you are then into 13:11:31

24   the control room.                                  13:11:35

25          There's counter space around the entire     13:11:37

1   control room, counter space right underneath the        13:11:41

2   window.  There are huge windows that are                13:11:44

3   probably -- I want to say probably four feet in         13:11:49

4   height, and it goes around the entire control room      13:11:53

5   where you can have -- where the offenders are           13:11:56

6   visible to the control room officer if she or he        13:12:00

7   is walking around in the control room.                  13:12:05

8       Q    Now, earlier you described N building          13:12:06

9   having two floors, correct?                             13:12:13

10      A    Yes.                                            13:12:15

11      Q    Is the control room also two stories           13:12:16

12  tall?                                                   13:12:20

13      A    No.  No.  But if you look out of the           13:12:21

14  control room window, you can see the upstairs           13:12:24

15  floors in both dormitories.  There's a railing --       13:12:28

16  there's a railing that's upstairs, and it goes all      13:12:32

17  around the inside of the dormitory on the upstairs      13:12:38

18  level.                                                  13:12:42

19          So if the officer walks to the end of the       13:12:42

20  control room and looks into the dorm, they can see      13:12:45

21  the downstairs, all the cells, and they can look        13:12:49

22  up and see upstairs, all the cells.                     13:12:53

23      Q    Got it.                                         13:12:55

24          So the cells on the second floor of             13:12:57

25  N building are equally visible if you are in the        13:13:02

1    control room?                                    13:13:06

2        A    Yes.                                    13:13:07

3        Q    Now, how many officers can be in the    13:13:08

4    control room at a given time?                    13:13:14

5        A    Besides the supervisor, just one.       13:13:19

6        Q    And was there a control room supervisor 13:13:21

7    during the time you were warden?                 13:13:25

8        A    The supervisors float throughout the    13:13:27

9    whole prison.  So the supervisor's job is to go  13:13:31

10   from dormitory to dormitory checking on the      13:13:35

11   officer and showing that the officers are making 13:13:38

12   their rounds and doing stuff like -- of that     13:13:41

13   nature.                                          13:13:46

14       Q    Okay.  And what type of equipment is in 13:13:46

15   the control room?                                13:13:54

16       A    The officers' radios, a telephone, and  13:13:58

17   that's about it.  Yeah.  Well, the officer carries 13:14:05

18   their radio on them.  But there's, of course, a  13:14:13

19   telephone there and -- yeah, that's about it.    13:14:17

20       Q    Is the control room where video         13:14:24

21   recordings from N building are also housed or    13:14:27

22   kept?                                            13:14:31

23       A    The box -- the big box is stored in the 13:14:32

24   control room, yes.                               13:14:40

25       Q    Okay.  Now, is the control room in      13:14:41

| | | |
|---|---|---|
| 1 | N building -- during your time as warden, was it | 13:14:46 |
| 2 | staffed 24/7? | 13:14:49 |
| 3 | A    No. | 13:14:51 |
| 4 | Q    And was the evidence-based dorm | 13:14:52 |
| 5 | N building, was it subject to the float policy you | 13:14:58 |
| 6 | described earlier due to staffing shortages? | 13:15:01 |
| 7 | A    There was no float policy.  It was | 13:15:05 |
| 8 | just -- yes, due to staff shortage, I made the | 13:15:09 |
| 9 | call to float that dormitory.  That was one of our | 13:15:13 |
| 10 | best dormitories -- or that was our best | 13:15:18 |
| 11 | dormitory. | 13:15:20 |
| 12 | Q    So there were not officers who were in | 13:15:22 |
| 13 | N building 24/7, correct? | 13:15:27 |
| 14 | A    There was officers in N building 24/7, | 13:15:32 |
| 15 | but some of the hours of that day were spent going | 13:15:39 |
| 16 | from -- going between two dormitories. | 13:15:43 |
| 17 | (Cross-talk.) | 13:15:48 |
| 18 | A    It wasn't an everyday thing, but from | 13:15:49 |
| 19 | time to time, due to being challenged with staff, | 13:15:52 |
| 20 | an officer was required to walk across to the | 13:15:57 |
| 21 | other dorm that was directly in front of it. | 13:16:01 |
| 22 | Q    What was the name of that dormitory? | 13:16:05 |
| 23 | A    That was T building, T as in Tom.  And | 13:16:09 |
| 24 | that was your RSAT building. | 13:16:12 |
| 25 | Q    Got it. | 13:16:15 |

| | | |
|---|---|---|
| 1 | And so there were times where, rather | 13:16:23 |
| 2 | than having one officer be continuously in | 13:16:26 |
| 3 | N building, the officers were floating between | 13:16:30 |
| 4 | dormitories? | 13:16:35 |
| 5 | A    Yes, between T and N, yes. | 13:16:36 |
| 6 | Q    And earlier, I had asked you a question | 13:16:44 |
| 7 | about how buildings are designated.  And you | 13:16:48 |
| 8 | provided me some helpful information about, you | 13:16:52 |
| 9 | know, some dorms being general population, RSAT, | 13:16:55 |
| 10 | what have you. | 13:16:58 |
| 11 | I was curious to know more granularly, | 13:17:02 |
| 12 | what names did buildings have. | 13:17:12 |
| 13 | Was each dormitory or building assigned a | 13:17:14 |
| 14 | letter name, like N building? | 13:17:18 |
| 15 | A    Yes, it was. | 13:17:19 |
| 16 | Q    So, for instance, there was -- was there | 13:17:20 |
| 17 | an A building? | 13:17:23 |
| 18 | A    No, there was not an A building.  There | 13:17:25 |
| 19 | was a T building, an N building, an O building, a | 13:17:28 |
| 20 | Q building, an L building, and a D, D as in delta, | 13:17:32 |
| 21 | building, an E, echo, building, F, J, K, and G and | 13:17:39 |
| 22 | H. | 13:17:48 |
| 23 | Q    Okay.  And Ashley was ultimately placed | 13:17:50 |
| 24 | in N building, correct? | 13:17:58 |
| 25 | A    Yes. | 13:18:01 |

1    Q     Okay.  And when did you first meet Ashley          13:18:02

2    Diamond?                                                 13:18:11

3    A     I met Ms. Diamond the day that she                 13:18:12

4    arrived at the facility.                                 13:18:15

5    Q     That day, if I'm not mistaken, was --              13:18:18

6    would have been June 3rd, 2020 -- or excuse me --        13:18:23

7    June 4th, 2020?                                          13:18:27

8    A     Yes.  Whatever day she arrived, yes, I             13:18:28

9    was on -- I don't know if I was on inspection or         13:18:33

10   not, but I came to intake, because she was               13:18:38

11   delivered to us, and she was there when I arrived.       13:18:44

12         She was in intake going through the                13:18:50

13   intake process when I arrived to intake.  I think        13:18:52

14   she was just about to take her picture.  The             13:18:55

15   officer was about to take her photo when I walked        13:18:58

16   in.                                                      13:19:01

17   Q     What do you recall about -- did you                13:19:02

18   interact with Ashley Diamond that day?                   13:19:07

19   A     Yes, I did.  I introduced myself to her.           13:19:10

20   She told me who she was.  I told her I was the           13:19:14

21   warden at Coastal, and she said she was glad to          13:19:19

22   meet me, happy to meet me.                               13:19:22

23   Q     How would you describe Ashley Diamond's            13:19:25

24   appearance?                                              13:19:28

25   A     She was dressed appropriately at that              13:19:29

1   time.  She had -- if I'm not mistaken, she had her          13:19:35
2   uniform on.  She had her -- like I said, she had            13:19:39
3   already went through -- I think she went through            13:19:42
4   the intake process already because she had her              13:19:44
5   blue striped uniform on.                                    13:19:46
6       Q      Was the uniform she was issued a male            13:19:51
7   uniform or a female uniform?                                13:19:54
8       A      It was a male uniform.                           13:19:56
9       Q      And could you tell from her appearance          13:20:00
10  that Ashley Diamond was transgender?                        13:20:04
11      A      I wouldn't say that, not from her                13:20:07
12  appearance, because she had -- she was dressed as           13:20:15
13  a male offender.  She had the blue stripes on.              13:20:18
14      Q      You served as a warden at a female               13:20:22
15  facility, correct?                                          13:20:27
16      A      I did.                                           13:20:28
17      Q      Two facilities, in fact?                         13:20:29
18      A      Yes.                                             13:20:32
19      Q      So you're familiar with the uniforms that       13:20:33
20  female offenders are issued?                                13:20:36
21      A      Yes.                                             13:20:38
22      Q      How would you describe those uniforms?          13:20:39
23      A      The female offender is issued a khaki           13:20:42
24  two-piece uniform.  The male offender, of course,          13:20:47
25  is issued a white with a blue stripe button-down.          13:20:50

1    Female has a khaki button-down two-piece uniform.        13:20:55

2         Q     Got it.                                        13:21:06

3               Now, let's see.  So ultimately, you were       13:21:07

4    not involved in the decision to house Ashley at          13:21:15

5    Coastal, correct?                                         13:21:20

6         A     Correct.                                       13:21:21

7         Q     And you were not involved in the               13:21:23

8    selection of her cell, initially, at least?              13:21:29

9         A     Correct.                                       13:21:32

10        Q     Did you ever learn that Ashley had             13:21:33

11   requested a female facility placement prior to           13:21:41

12   Coastal?                                                  13:21:45

13        A     No.                                            13:21:46

14        Q     Is that something you are aware of             13:21:47

15   sitting here today?                                       13:21:51

16        A     Yes.                                           13:21:52

17        Q     When did you become first aware that           13:21:53

18   Ashley Diamond had requested a female facility            13:21:57

19   placement?                                                13:21:59

20        A     If I'm not mistaken, and it's been a           13:22:01

21   while ago, I think it was from Ashley Diamond.            13:22:04

22        Q     What do you recall?                            13:22:07

23        A     I just recall -- and we've had numerous        13:22:10

24   conversations, Ashley Diamond and myself.  And           13:22:13

25   during one of those conversations, I believe she         13:22:16

1    said, Warden, you know, I'm trying to get to a          13:22:22

2    female facility, something of that nature.  And I       13:22:25

3    said, Okay.                                             13:22:27

4        Q     And, in fact, Ashley Diamond -- I'm           13:22:30

5    sorry.                                                  13:22:36

6              Did she explain to you why she was trying     13:22:36

7    to get to a female facility?                            13:22:39

8        A     No, she didn't go into too much detail at     13:22:40

9    that point.  She just said that she was trying to       13:22:43

10   get to a female facility.                               13:22:47

11             No, I take that back.                         13:22:49

12             She said she was trying to get to a           13:22:51

13   female facility because she felt that she would be      13:22:52

14   safer in a female facility versus a male facility.      13:22:59

15   She did say that.                                       13:23:02

16       Q     That's something she communicated to you?     13:23:03

17       A     Yes.                                          13:23:06

18       Q     On how many occasions did you have            13:23:08

19   communications to that effect, if you recall?           13:23:12

20       A     That was it.  That was it about that          13:23:15

21   topic.                                                  13:23:18

22       Q     Okay.  Now, it's true, Ashley Diamond         13:23:19

23   also submitted a grievance while she was at             13:23:24

24   Coastal State Prison seeking a transfer to a            13:23:28

25   female facility, correct?                               13:23:30

| | | |
|---|---|---|
| 1 | A     I can't recall.  I can't recall that. | 13:23:33 |
| 2 | Q     As warden, do you have any responsibility | 13:23:41 |
| 3 | when it comes to the grievance process? | 13:23:43 |
| 4 | A     Yes, I have staff, grievance coordinators | 13:23:47 |
| 5 | that are tasked with being over that, and I do | 13:23:52 |
| 6 | sign off on the grievances once they reach my | 13:23:57 |
| 7 | office. | 13:24:00 |
| 8 | Q     So you are, as warden, made aware of | 13:24:01 |
| 9 | grievances as they come in? | 13:24:06 |
| 10 | A     Yes, I am. | 13:24:08 |
| 11 | MS. EZIE:  Okay.  I would like to mark as | 13:24:14 |
| 12 | Exhibit -- Benton Exhibit 1 a document that was | 13:24:20 |
| 13 | produced in discovery as DEF_1150.  If you're able | 13:24:23 |
| 14 | to push it to Mr. Chalmers, the title of the | 13:24:31 |
| 15 | document should be DEF -- it should have DEF_1150 | 13:24:34 |
| 16 | in the title. | 13:24:40 |
| 17 | (Exhibit Benton-1 marked for | 13:24:46 |
| 18 | identification and attached to the transcript.) | 13:24:46 |
| 19 | BY MS. EZIE: | 13:24:46 |
| 20 | Q     And Mr. Benton, I'm going to show it to | 13:24:47 |
| 21 | you now.  It's a one-page document.  Let me know | 13:24:50 |
| 22 | if you're able to see my screen. | 13:24:52 |
| 23 | A     Yes. | 13:24:54 |
| 24 | Q     Let me know when you've had a chance to | 13:24:54 |
| 25 | read that, please. | 13:24:57 |

| | | |
|---|---|---|
| 1 | MR. CHALMERS: I have it, Counsel. | 13:25:18 |
| 2 | MS. EZIE: Thank you. | 13:25:20 |
| 3 | A    Yes, I've seen it. | 13:25:44 |
| 4 | Q    Okay.  And you've seen this document | 13:25:45 |
| 5 | before? | 13:25:47 |
| 6 | A    No, I can't recall me seeing this | 13:25:48 |
| 7 | document. | 13:25:51 |
| 8 | Q    But you do see that it was filed while | 13:25:52 |
| 9 | Ashley Diamond was at Coastal State Prison? | 13:25:58 |
| 10 | A    Yes.  Yes, I see Coastal State Prison on | 13:26:00 |
| 11 | that. | 13:26:02 |
| 12 | Q    This is an offender grievance form? | 13:26:03 |
| 13 | A    Yes, it is. | 13:26:10 |
| 14 | Q    And do you see that it indicates that the | 13:26:15 |
| 15 | form was received at Coastal State Prison on | 13:26:18 |
| 16 | June 15th, 2020? | 13:26:24 |
| 17 | A    Yes, yes, I see that date. | 13:26:28 |
| 18 | Q    And you see that Ashley Diamond is | 13:26:30 |
| 19 | indicating in this grievance that she's a | 13:26:37 |
| 20 | transgender woman? | 13:26:39 |
| 21 | A    Yes, I see that. | 13:26:41 |
| 22 | Q    And that she's indicating that she has | 13:26:43 |
| 23 | faced repeated sexual and physical assaults in GDC | 13:26:47 |
| 24 | custody? | 13:26:51 |
| 25 | A    Yes, I read that. | 13:26:52 |

```
 1        Q      And that she has also had a lack of          13:26:54

 2   constitutionally required medical care?                  13:27:00

 3        A      Yes, I read that.                             13:27:04

 4        Q      And that she has filed PREAs and has          13:27:09

 5   vocally requested to be transferred to a female          13:27:13

 6   facility?                                                 13:27:15

 7        A      Yes.                                          13:27:16

 8        Q      But she had not received a response to       13:27:16

 9   those requests.                                           13:27:19

10             Do you see that?                                13:27:20

11        A      Yes.                                          13:27:21

12        Q      When Ashley Diamond indicated to you that    13:27:25

13   she wanted to be housed at a female facility for         13:27:27

14   safety reasons, how did you respond?                     13:27:30

15        A      As I stated, it was a conversation           13:27:34

16   that -- it was basically, she told me that she           13:27:39

17   wanted to go to a female facility.  And I don't          13:27:42

18   remember my response, but I do remember her saying       13:27:48

19   that she would like to go to a female facility           13:27:50

20   because she feels that she would be safer.               13:27:53

21        Q      Did you take any steps, after having that    13:27:55

22   communication with Ashley, to explore whether she        13:27:58

23   could be placed at a female facility?                    13:28:03

24        A      I did not.                                    13:28:05

25        Q      And have you ever taken steps, during        13:28:09
```

1    your time as warden of Coastal State Prison, to          13:28:15

2    see whether Ashley Diamond's request to be at a          13:28:18

3    female facility could be accommodated?                   13:28:22

4        A    I did not.                                      13:28:25

5        Q    Now, are you -- do you have any                 13:28:34

6    understanding of the process by which transgender        13:28:40

7    people in GDC are given facility placements?             13:28:46

8        A    I am not.  I do not.                            13:28:51

9        Q    Are you familiar with the transgender           13:28:53

10   management SOP?                                          13:28:59

11       A    I've reviewed it some time ago, but             13:29:02

12   cannot recall -- I can't remember specifics.            13:29:07

13       Q    Now, you served as warden of two female         13:29:14

14   facilities, correct?                                     13:29:22

15       A    I did.                                          13:29:23

16       Q    Specifically, Whitworth state prison?           13:29:23

17       A    Yes.                                            13:29:28

18       Q    And Lee Arrendale State Prison?                 13:29:28

19       A    Yes.                                            13:29:33

20       Q    Can you tell us when you served as warden       13:29:33

21   at each facility?                                        13:29:38

22       A    I served as warden in July of 2013 at          13:29:42

23   Whitworth Women's Facility until July of 2017, I         13:29:51

24   was transferred to Lee Arrendale State Prison.           13:30:02

25       Q    Got it.                                         13:30:06

1        And what prompted your transfer from one                13:30:10

2  facility to the other?                                        13:30:12

3     A    The current warden at Lee Arrendale State             13:30:14

4  Prison was transferred to another facility, so                13:30:18

5  there was a vacancy, and I was transferred to that            13:30:24

6  facility.                                                     13:30:28

7     Q    Got it.                                               13:30:31

8        Now, Lee Arrendale and Whitworth, they                  13:30:33

9  both house female offenders?                                  13:30:36

10    A    Yes, they do.                                         13:30:38

11    Q    What security level were offenders at Lee             13:30:39

12  Arrendale?                                                   13:30:45

13    A    Lee Arrendale was a special missions                 13:30:47

14  prison, level V prison, and the security                     13:30:50

15  designations were minimum, medium, and maximum               13:30:55

16  security.                                                    13:31:02

17    Q    Maximum security within GDC is known as               13:31:05

18  closed security?                                             13:31:09

19    A    Yes, closed security, correct, yes.                   13:31:10

20    Q    Okay.  So at Lee Arrendale, there were                13:31:12

21  minimum, medium, and closed security offenders?              13:31:16

22    A    Correct.                                              13:31:20

23    Q    What about at Whitworth?                              13:31:21

24    A    The same.                                             13:31:24

25    Q    And so during your time as warden, were               13:31:31

| | | |
|---|---|---|
| 1 | there inmates at Lee Arrendale and Whitworth that | 13:31:35 |
| 2 | had been convicted of nonviolent offenses? | 13:31:42 |
| 3 |     A     Yes. | 13:31:45 |
| 4 |     Q     Including theft offenses? | 13:31:46 |
| 5 |     A     Yes. | 13:31:49 |
| 6 |     Q     Burglary? | 13:31:49 |
| 7 |     A     Yes. | 13:31:52 |
| 8 |     Q     Receipt of stolen property? | 13:31:53 |
| 9 |     A     Yes. | 13:31:58 |
| 10 |     Q     Were there offenders who had been | 13:31:58 |
| 11 | convicted of violent offenses? | 13:32:04 |
| 12 |     A     Yes. | 13:32:08 |
| 13 |     Q     At Lee Arrendale and Whitworth, were | 13:32:12 |
| 14 | there inmates who had health conditions that | 13:32:15 |
| 15 | required medical treatment? | 13:32:18 |
| 16 |     A     Yes. | 13:32:20 |
| 17 |     Q     Or mental health treatment? | 13:32:20 |
| 18 |     A     Yes. | 13:32:24 |
| 19 |     Q     When inmates needed medical care, were | 13:32:24 |
| 20 | they able to receive it? | 13:32:32 |
| 21 |     A     Yes. | 13:32:33 |
| 22 |     Q     When inmates at Lee Arrendale or | 13:32:34 |
| 23 | Whitworth required mental health care, were they | 13:32:37 |
| 24 | able to receive it? | 13:32:41 |
| 25 |     A     Yes. | 13:32:41 |

| | | |
|---|---|---|
| 1 | Q       And could they be transferred to | 13:32:42 |
| 2 | hospitals, if needed? | 13:32:44 |
| 3 | A       Yes. | 13:32:46 |
| 4 | Q       At Lee Arrendale and Whitworth, were | 13:32:49 |
| 5 | there inmates who required a mental health | 13:32:52 |
| 6 | level II services? | 13:32:56 |
| 7 | A       Yes. | 13:32:57 |
| 8 | Q       Were either facility able to accommodate | 13:32:58 |
| 9 | inmates who had mental health level III services? | 13:33:04 |
| 10 | A       Yes, Lee Arrendale. | 13:33:08 |
| 11 | Q       So Lee Arrendale was able to accommodate | 13:33:11 |
| 12 | both mental health level II and mental health | 13:33:15 |
| 13 | level III offenders? | 13:33:18 |
| 14 | A       Yes. | 13:33:22 |
| 15 | Q       And were there drug treatment programs at | 13:33:23 |
| 16 | Lee Arrendale or Whitworth? | 13:33:25 |
| 17 | A       Yes. | 13:33:27 |
| 18 | Q       Were there other types of programming | 13:33:28 |
| 19 | available to offenders? | 13:33:35 |
| 20 | A       Yes. | 13:33:36 |
| 21 | Q       Including educational programming? | 13:33:36 |
| 22 | A       Yes. | 13:33:42 |
| 23 | Q       And let's see. | 13:33:47 |
| 24 | During your time as warden, were there | 13:33:56 |
| 25 | ever inmates at Whitworth or Lee Arrendale that | 13:33:59 |

| | | |
|---|---|---|
| 1 | committed disciplinary infractions? | 13:34:03 |
| 2 | A    Yes. | 13:34:05 |
| 3 | Q    What kinds of disciplinary infractions? | 13:34:07 |
| 4 | A    Various kinds of theft, assault, | 13:34:12 |
| 5 | fighting, insubordination, failure to follow | 13:34:20 |
| 6 | instructions, lying, many, many different | 13:34:27 |
| 7 | offenses. | 13:34:32 |
| 8 | Q    Were there ever occasions where offenders | 13:34:34 |
| 9 | were found to be in possession of contraband? | 13:34:40 |
| 10 | A    Yes. | 13:34:44 |
| 11 | Q    What types of contraband? | 13:34:44 |
| 12 | A    Drugs, manufactured alcohol, weapons, | 13:34:48 |
| 13 | excessive property, tobacco. | 13:35:02 |
| 14 | Q    Were there ever occasions where offenders | 13:35:10 |
| 15 | were caught having sexual activity? | 13:35:14 |
| 16 | A    Yes. | 13:35:19 |
| 17 | Q    That was something that was also the | 13:35:23 |
| 18 | basis of disciplinary infractions at times? | 13:35:24 |
| 19 | A    Yes. | 13:35:27 |
| 20 | Q    How were disciplinary charges like the | 13:35:27 |
| 21 | charges we've been describing -- how were they | 13:35:31 |
| 22 | handled? | 13:35:34 |
| 23 | A    Through the disciplinary process. | 13:35:35 |
| 24 | Q    So there was a means of responding to | 13:35:39 |
| 25 | behavioral problems with inmates? | 13:35:45 |

```
1        A     Yes.                                    13:35:47

2        Q     Are you aware of cases where inmates who 13:35:49

3   committed disciplinary infractions were            13:35:54

4   transferred from female facilities to male         13:35:57

5   facilities?                                         13:36:01

6        A     No.                                      13:36:02

7        Q     Do you agree that committing disciplinary 13:36:04

8   infractions is not a reason why an inmate would be  13:36:10

9   ineligible -- a female inmate would be ineligible   13:36:13

10  for a female facility placement?                    13:36:18

11       A     Do I agree -- I'm sorry.  Say that again? 13:36:20

12       Q     Do you agree that female inmates should   13:36:23

13  not lose the ability to be housed at female         13:36:28

14  facilities just because they commit disciplinary    13:36:31

15  infractions?                                        13:36:33

16       A     Yes, I agree.                             13:36:35

17       Q     Okay.  And within Lee Arrendale and       13:36:37

18  Whitworth, were female inmates allowed to wear       13:36:43

19  cosmetics?                                           13:36:50

20       A     Yes.                                      13:36:51

21       Q     Were they allowed to wear their hair in   13:36:51

22  feminine hair styles?                                13:36:57

23       A     At planned times, yes.                    13:36:59

24       Q     Okay.  And were they able -- they were    13:37:04

25  not subject to restrictions on how long their hair  13:37:08
```

1    could be, for instance?                              13:37:11

2        A    Some were.  Some tried to grow their hair   13:37:14

3    all the way down past their midsection.  It was      13:37:24

4    just too long.  So they had to get a little trim.    13:37:28

5    But on average, no.                                  13:37:31

6        Q    There was no rule that prevented inmates    13:37:33

7    at Lee Arrendale or Whitworth, for instance,         13:37:38

8    having shoulder length hair?                         13:37:44

9        A    Oh, no.                                      13:37:45

10       Q    And female inmates at Lee Arrendale and     13:37:46

11   Whitworth, were they issued undergarments?           13:37:55

12       A    Yes.                                         13:37:58

13       Q    Including panties?                           13:37:58

14       A    Yes.                                         13:38:03

15       Q    And bras?                                    13:38:03

16       A    Yes.                                         13:38:05

17       Q    Were there ever periods where panties and   13:38:06

18   bras were not made available to inmates at Lee       13:38:11

19   Arrendale and Whitworth?                             13:38:14

20       A    Only to my transgender population that      13:38:16

21   required -- that requested boxers.                   13:38:19

22       Q    Okay.  So you did have some transgender     13:38:21

23   inmates at Lee Arrendale and Whitworth?              13:38:25

24       A    Oh, yes.                                     13:38:28

25       Q    But those inmates were transgender men?     13:38:29

1    A    Yes.                                          13:38:33

2    Q    Have you, in your time as warden of Lee       13:38:35

3    Arrendale and Whitworth, ever known of transgender 13:38:39

4    women to be housed at those facilities?           13:38:43

5    A    No.                                          13:38:47

6    Q    Now, do you have any understanding of the    13:38:48

7    criteria that are used to assign transgender      13:38:57

8    inmates to male versus female facilities?         13:39:03

9    A    No.                                          13:39:08

10   Q    And so you can't say one way or another       13:39:08

11   whether Ashley Diamond was eligible for a female   13:39:16

12   facility placement?                               13:39:20

13   A    No, I cannot.                                13:39:21

14   Q    Okay.  And to your knowledge, from the       13:39:22

15   time that Ashley arrived at Coastal State Prison   13:39:29

16   to the present day, was any attempt made to place  13:39:34

17   Ashley Diamond at a female facility?              13:39:38

18   A    Not to my knowledge.                         13:39:41

19   Q    Okay.  Now, after Ashley Diamond arrived     13:39:45

20   at Coastal State Prison, you see, from at least    13:39:51

21   the grievance that we reviewed, that she voiced    13:39:57

22   concerns about -- she voiced an interest in being  13:40:03

23   housed at a female facility, correct?             13:40:07

24   A    Yes.                                         13:40:10

25   Q    In addition to submitting PREAs and          13:40:11

| | | |
|---|---|---|
| 1 | grievances that talked about a female facility | 13:40:16 |
| 2 | placement, she spoke to you about those | 13:40:19 |
| 3 | preferences as well? | 13:40:23 |
| 4 | A    You said submitting PREAs in reference to | 13:40:26 |
| 5 | being transferred to a female facility? | 13:40:29 |
| 6 | Q    Correct.  That's something that Ashley's | 13:40:31 |
| 7 | grievance indicated that she did, right? | 13:40:37 |
| 8 | A    Oh, in the past, yes, prior to Coastal. | 13:40:40 |
| 9 | Q    That's something that, to your knowledge, | 13:40:44 |
| 10 | she did? | 13:40:47 |
| 11 | A    Yes, based on the grievance that I just | 13:40:48 |
| 12 | reviewed. | 13:40:50 |
| 13 | Q    Okay.  And, in fact, Ashley Diamond | 13:40:50 |
| 14 | requested a female facility placement in PREAs | 13:40:58 |
| 15 | that she submitted at Coastal as well; is that | 13:41:02 |
| 16 | right? | 13:41:06 |
| 17 | A    I can't recall.  She submitted PREAs. | 13:41:06 |
| 18 | She may have.  I just can't recall right at this | 13:41:12 |
| 19 | minute without seeing it for myself. | 13:41:15 |
| 20 | Q    But you do recall that, after arriving at | 13:41:17 |
| 21 | Coastal State Prison, Ashley voiced concerns about | 13:41:21 |
| 22 | her safety at Coastal, correct? | 13:41:24 |
| 23 | A    Yes. | 13:41:27 |
| 24 | Q    And she submitted PREA complaints | 13:41:28 |
| 25 | concerning incidents of alleged sexual abuse? | 13:41:35 |

1    A     Yes.                                            13:41:39

2    Q     Did she also speak to you about safety          13:41:40

3  concerns that she had?                                  13:41:46

4    A     Yes.                                            13:41:48

5    Q     What do you recall?                             13:41:50

6    A     As I stated earlier, she said she wanted        13:41:52

7  to go to a female facility because she felt that        13:41:55

8  remaining at a male facility, she would not be          13:42:01

9  safe.                                                   13:42:05

10   Q     Now, would you agree that transgender           13:42:06

11 people in men's prisons face unique risks when it       13:42:13

12 comes to sexual abuse?                                  13:42:19

13   A     Sexual abuse or any type of abuse?              13:42:24

14   Q     How about we say any type of abuse.             13:42:32

15   A     Sure, yes.                                      13:42:36

16   Q     But GDC policy recognizes that                  13:42:37

17 transgender offenders also face a heightened risk       13:42:42

18 of sexual assault; is that right?                       13:42:45

19   A     Yes.                                            13:42:47

20   Q     You agree that transgender offenders can        13:42:48

21 face a heightened risk of sexual assault in GDC         13:42:53

22 custody?                                                13:42:57

23   A     Yes, some of them, yes.                         13:43:00

24   Q     Particularly transgender women?                 13:43:02

25   A     I can't say that because it's on both           13:43:06

1   sides, if you're asking for my opinion.          13:43:11

2       Q    Okay.  So transgender people, both men   13:43:13

3   and women, can face a heightened risk of sexual   13:43:18

4   abuse within GDC?                                 13:43:22

5       A    Yes.                                      13:43:23

6       Q    And as a result, that -- whether         13:43:23

7   someone's transgender is part of the screening    13:43:27

8   process that GDC applies when it comes to          13:43:30

9   classifying offenders?                             13:43:36

10      A    Yes.                                      13:43:38

11           MR. CHALMERS:  Objection to form.         13:43:39

12      Q    There's a PREA victim classification     13:43:41

13  process within GDC?                                13:43:44

14      A    Yes.                                       13:43:48

15      Q    And when individuals identify as         13:43:49

16  transgender, that is considered to be a risk       13:43:54

17  factor for sexual victimization?                   13:43:57

18      A    Yes.                                       13:44:03

19      Q    And, in fact, Ashley Diamond was         13:44:03

20  classified as a PREA sexual victim when she        13:44:07

21  arrived at Coastal State Prison; is that correct?  13:44:10

22      A    I can't remember, but I think she was.    13:44:15

23      Q    PREA sexual victims are people who are   13:44:20

24  identified as being at a high risk for sexual      13:44:24

25  abuse?                                             13:44:29

| | | |
|---|---|---|
| 1 | A      Yes. | 13:44:29 |
| 2 | MS. EZIE:  I would like to mark as Benton | 13:44:35 |
| 3 | Exhibit 2 a document that, for purposes of | 13:44:39 |
| 4 | identifying it among the various documents, it | 13:44:46 |
| 5 | should say -- give me one moment -- PREA victim | 13:44:50 |
| 6 | classifications Coastal. | 13:44:58 |
| 7 | Tech friends, can you let me know if | 13:45:03 |
| 8 | you're able to see it or locate it?  I'm going to | 13:45:05 |
| 9 | put it on my screen, and hopefully that will help | 13:45:08 |
| 10 | you identify it as well. | 13:45:11 |
| 11 | This will be Benton Exhibit 2. | 13:45:12 |
| 12 | (Exhibit Benton-2 marked for | 13:45:14 |
| 13 | identification and attached to the transcript.) | 13:45:18 |
| 14 | BY MS. EZIE: | 13:45:18 |
| 15 | Q    And Mr. Benton, I'm just going to make it | 13:45:19 |
| 16 | full size and then ask you if you can see my | 13:45:21 |
| 17 | screen. | 13:45:24 |
| 18 | A/V TECH:  And I did find it here.  This | 13:45:27 |
| 19 | is the tech. | 13:45:29 |
| 20 | A      Yes. | 13:45:30 |
| 21 | Q      Thank you. | 13:45:30 |
| 22 | MS. EZIE:  Mr. Chalmers, let me know when | 13:45:33 |
| 23 | you have your copy. | 13:45:35 |
| 24 | MR. CHALMERS:  I will.  I don't have it | 13:45:36 |
| 25 | yet.  Is it a one-page document? | 13:45:39 |

| | | |
|---|---|---|
| 1 | MS. EZIE:  I believe it's three pages. | 13:45:41 |
| 2 | Q     So Mr. Benton, are you able to see the | 13:45:43 |
| 3 | first page, or would you like me to make the text | 13:45:47 |
| 4 | a little larger? | 13:45:50 |
| 5 | A     Yes, make it larger, please.  I can see | 13:45:50 |
| 6 | it, but it's very small. | 13:45:52 |
| 7 | Q     How is that? | 13:45:57 |
| 8 | A     Yes, that's good. | 13:45:58 |
| 9 | Q     Okay.  Let me know when you'd like me to | 13:45:59 |
| 10 | turn to the next page, please. | 13:46:02 |
| 11 | A     I've seen this document before. | 13:46:15 |
| 12 | Q     Okay.  Do you see -- let me just turn to | 13:46:16 |
| 13 | the next page, because again, there's more than | 13:46:18 |
| 14 | one page.  This is page 2.  Let me know if or when | 13:46:20 |
| 15 | you'd like me to move to the next page. | 13:46:25 |
| 16 | I'll represent that this was a | 13:46:38 |
| 17 | classification that was not performed at Coastal, | 13:46:40 |
| 18 | but it was performed at Georgia Diagnostic | 13:46:43 |
| 19 | Classification Prison. | 13:46:45 |
| 20 | A     Yes. | 13:46:47 |
| 21 | Q     But let me know when you'd like me to | 13:46:47 |
| 22 | move to the next page. | 13:46:49 |
| 23 | A     Yes, ma'am. | 13:46:50 |
| 24 | Q     Okay.  I should move or -- | 13:46:51 |
| 25 | A     Yes. | 13:46:54 |

1    Q     Okay.  This should be the last page.                    13:46:54

2    A     Yes, ma'am.                                             13:47:07

3          MS. EZIE:  Okay.  Mr. Chalmers, can we                  13:47:10

4    proceed?                                                      13:47:13

5          MR. CHALMERS:  Yes, I have it.                          13:47:14

6          MS. EZIE:  Okay.                                        13:47:16

7    Q     So Mr. Benton, you said you have seen                   13:47:17

8    this document before?                                         13:47:23

9    A     Yes, I have.                                            13:47:24

10   Q     What is this document, Benton Exhibit 2?                13:47:27

11   A     It's the offender PREA classification                   13:47:31

12   detail form that every offender fills out when               13:47:35

13   they arrive at the facility.                                  13:47:43

14   Q     Okay.  And the purpose of this form is to               13:47:44

15   identify whether someone is a PREA sexual victim?            13:47:51

16   A     Yes, ma'am.                                             13:47:57

17   Q     And this is the form that was completed                 13:47:59

18   for Ashley Diamond, to your knowledge?                        13:48:05

19   A     Yes, ma'am.  It should be completed on                  13:48:07

20   every offender, yes, ma'am.                                   13:48:10

21   Q     It was completed -- this page -- page 1                 13:48:11

22   of this exhibit is the PREA classification that              13:48:15

23   Ashley Diamond received on June 11, 2020, at                 13:48:19

24   Coastal State Prison?                                         13:48:26

25   A     Yes, ma'am.                                             13:48:26

1    Q    And it identified her as a sexual victim,                      13:48:27

2  including because she was a former victim of                          13:48:34

3  institutional prison or jail rape or sexual                           13:48:38

4  assault.                                                              13:48:46

5         Do you see that at the top?                                    13:48:46

6    A    Yes, ma'am.                                                    13:48:47

7    Q    So that's something that Coastal State                        13:48:48

8  Prison officials were notified of, that Ashley                        13:48:52

9  Diamond had experienced sexual assault or rape in                     13:48:55

10  prison before?                                                       13:49:00

11   A    Yes, ma'am.                                                    13:49:02

12   Q    It also indicated that Ashley Diamond had                     13:49:05

13  a developmental disability or a mental or physical                   13:49:09

14  illness or disability.                                               13:49:15

15        Do you see that?                                               13:49:17

16   A    Yes.                                                           13:49:18

17   Q    You were aware at some point that Ashley                      13:49:19

18  Diamond did have mental health conditions?                           13:49:26

19   A    Yes.                                                           13:49:29

20   Q    Including gender dysphoria?                                    13:49:30

21   A    Yes.                                                           13:49:32

22   Q    She also has post-traumatic stress                            13:49:34

23  disorder?                                                            13:49:40

24   A    Yes, ma'am.                                                    13:49:41

25   Q    That's something you were aware of during                     13:49:41

| | | |
|---|---|---|
| 1 | your time as warden? | 13:49:45 |
| 2 | A    Yes, ma'am. | 13:49:47 |
| 3 | Q    It also indicates that Ashley Diamond was | 13:49:48 |
| 4 | transgender or perceived to be transgender or | 13:49:54 |
| 5 | gender nonconforming? | 13:49:57 |
| 6 | A    Yes, ma'am. | 13:49:59 |
| 7 | Q    You were aware that Ashley Diamond was | 13:50:00 |
| 8 | transgender from the point that she arrived at | 13:50:03 |
| 9 | Coastal? | 13:50:06 |
| 10 | A    Yes, ma'am. | 13:50:06 |
| 11 | Q    And this form indicates that she had a | 13:50:08 |
| 12 | prior history of sexual victimization or sexual | 13:50:13 |
| 13 | abuse, correct? | 13:50:17 |
| 14 | A    Yes. | 13:50:18 |
| 15 | Q    And that she perceived herself as | 13:50:18 |
| 16 | vulnerable? | 13:50:24 |
| 17 | A    Yes. | 13:50:25 |
| 18 | Q    And that she also had a history -- a | 13:50:26 |
| 19 | conviction history that was exclusively | 13:50:31 |
| 20 | nonviolent. | 13:50:33 |
| 21 | Do you see that? | 13:50:34 |
| 22 | A    Yes. | 13:50:34 |
| 23 | Q    Okay.  So to my earlier question, does | 13:50:35 |
| 24 | this refresh your recollection that Ashley Diamond | 13:50:45 |
| 25 | was, indeed, classified as a PREA sexual victim | 13:50:48 |

| | | |
|---|---|---|
| 1 | when she arrived at Coastal State Prison? | 13:50:51 |
| 2 | A    Yes. | 13:50:53 |
| 3 | Q    Okay.  I'll stop the screen share. | 13:50:56 |
| 4 | And you're aware that when individuals | 13:50:59 |
| 5 | are PREA sexual victims, that special | 13:51:08 |
| 6 | considerations should be given to their housing | 13:51:11 |
| 7 | placements? | 13:51:14 |
| 8 | A    Correct. | 13:51:15 |
| 9 | Q    And are you aware that when offenders are | 13:51:16 |
| 10 | transgender, their housing placements are also | 13:51:19 |
| 11 | supposed to be reviewed biannually? | 13:51:23 |
| 12 | A    Yes. | 13:51:27 |
| 13 | Q    Was that a policy that was followed at | 13:51:27 |
| 14 | Coastal State Prison? | 13:51:32 |
| 15 | A    Yes. | 13:51:33 |
| 16 | Q    Who was responsible for reviewing | 13:51:34 |
| 17 | transgender housing placements biannually? | 13:51:38 |
| 18 | A    The classification committee. | 13:51:42 |
| 19 | Q    And what is the classification committee? | 13:51:45 |
| 20 | A    Classification committee is a group of | 13:51:49 |
| 21 | individuals that review an offender's file, | 13:51:52 |
| 22 | criminal history, work history, and determine, | 13:52:03 |
| 23 | based on skill set, based on behavior, where | 13:52:08 |
| 24 | they're placed. | 13:52:15 |
| 25 | Q    Who at Coastal State Prison is a member | 13:52:15 |

1    of that committee?                                    13:52:17

2        A    The chief counselor, another care and        13:52:19

3    treatment counselor, a security representative, a     13:52:25

4    sergeant or above, and the operations analyst.        13:52:30

5        Q    I know that was a few folks.                  13:52:34

6             Can you identify who held those roles by      13:52:38

7    name and title between June 2020 and the time of      13:52:42

8    your departure?                                       13:52:48

9        A    Oh, wow.  Ms. Rivers, Cynthia Rivers,         13:52:49

10   when I first arrived at Coastal, was the chief        13:52:59

11   counselor.                                            13:53:03

12            The counselors that sit on the               13:53:08

13   classification committee can vary.  There is          13:53:10

14   not -- there's not one name.  It's a group of         13:53:14

15   them.  And depending on what's going on on that       13:53:20

16   particular day, a care and treatment staff member     13:53:23

17   is chosen.                                            13:53:27

18            The policy says, you know, the chief          13:53:29

19   counselor, care and treatment staff, a security       13:53:30

20   representative, and the operations analyst.           13:53:33

21            So at that time, I can't give you a name.     13:53:35

22   The only name that I can give you is the chief        13:53:38

23   counselor who was over the classification             13:53:41

24   committee.                                            13:53:43

25       Q    And that was Ms. Rivers?                      13:53:44

1     A     Ms. Rivers at that time, yes, was over          13:53:45

2     the classification committee.  And the same thing     13:53:50

3     with the security representative.  They change.        13:53:52

4     As long as it's a sergeant or above.                  13:53:58

5     Q     Do you have any responsibilities related        13:54:01

6     to the classification committee?                      13:54:04

7     A     Yes.  If an offender is being classified        13:54:07

8     outside the institution, I have to sign off on it.    13:54:10

9     I have to be one of the signatures approving that     13:54:14

10    offender to be classified on a work detail outside    13:54:18

11    the institution.                                      13:54:21

12          If the offender is not being classified         13:54:23

13    on the outside of the institution, myself or the      13:54:25

14    deputy warden of care and treatment can sign off      13:54:28

15    on it.                                                13:54:31

16    Q     And what types of classifications can           13:54:32

17    offenders at Coastal State Prison receive?            13:54:35

18    A     We have different job classifications as        13:54:42

19    far as, you know, where these offenders work          13:54:49

20    throughout the day.                                   13:54:52

21          Of course, the living units, the                13:54:55

22    classification committee assigns them to a living     13:55:00

23    unit.  So work and living units, the                  13:55:04

24    classification committee is the one that              13:55:08

25    recommends them for those areas.                      13:55:12

1    Q    Okay.  And is a housing assignment a type          13:55:15

2    of classification?                                       13:55:23

3    A    Yes.  It's a part of the classification            13:55:25

4    as well, where an offender lives.                        13:55:28

5    Q    How so?                                             13:55:32

6    A    Based on mental health -- when an                   13:55:36

7    offender arrives at the institution, they're             13:55:43

8    screened by mental health, and they're screened by       13:55:45

9    general population counselors.  And then they meet        13:55:48

10   with their counselor.  And then within a seven-day       13:55:52

11   period, they receive their initial classification.       13:55:56

12   And that initial classification basically tells          13:56:01

13   them where they will be working at.                      13:56:05

14        When they arrive at the facility that               13:56:11

15   day, they're seen during the intake process by GP        13:56:13

16   counselors and mental health counselors.  And then       13:56:17

17   information is relayed to the classification chair       13:56:22

18   from mental health and the GP counselors about           13:56:24

19   where they live at.                                      13:56:29

20   Q    Got it.                                             13:56:31

21        But to confirm, this process was not the            13:56:33

22   process followed with respect to Ashley Diamond's        13:56:37

23   housing, correct?                                        13:56:40

24   A    Correct.                                            13:56:41

25   Q    Did the classification committee at                 13:56:43

| | | |
|---|---|---|
| 1 | Coastal State Prison complete biannual | 13:56:51 |
| 2 | reassessments of Ashley Diamond's housing? | 13:56:53 |
| 3 | A    It's supposed to be done.  I can't tell | 13:56:56 |
| 4 | you whether or not it was done or not. | 13:57:00 |
| 5 | Q    When classifications are -- when PREA | 13:57:03 |
| 6 | reassessments are completed, is there normally | 13:57:07 |
| 7 | some type of documentation that is generated? | 13:57:10 |
| 8 | A    Yes, there should be.  Yes, there is, | 13:57:14 |
| 9 | yes.  The mental health -- like I said, my mental | 13:57:22 |
| 10 | health departments plays a big part of that | 13:57:25 |
| 11 | assessment when an offender comes into the | 13:57:28 |
| 12 | facility. | 13:57:30 |
| 13 | Q    Okay.  So if Ashley Diamond received | 13:57:31 |
| 14 | biannual reassessments with respect to her | 13:57:35 |
| 15 | housing, they would be -- it would be reflected in | 13:57:39 |
| 16 | writing somewhere? | 13:57:42 |
| 17 | A    Yes, it should be. | 13:57:43 |
| 18 | Q    Now, you mentioned that there were 13 | 13:57:46 |
| 19 | other transgender offenders at -- sorry -- 15 to | 13:57:51 |
| 20 | 16 other transgender offenders at Coastal State | 13:57:56 |
| 21 | Prison. | 13:58:00 |
| 22 | Do you know if they received biannual | 13:58:01 |
| 23 | housing reassessments? | 13:58:04 |
| 24 | A    They're supposed to have.  I can't tell | 13:58:08 |
| 25 | you right -- sitting right here whether or not | 13:58:10 |

1    they did or not without looking at their file.          13:58:13

2        Q    Okay.  So you know there was a          13:58:15

3    requirement that applied to all transgender          13:58:19

4    offenders, including Ashley Diamond, that biannual          13:58:22

5    reassessments be completed?          13:58:26

6        A    Yes.          13:58:30

7        Q    And am I correct that part of that          13:58:31

8    reassessment was supposed to involve analyzing          13:58:35

9    whether adjustments should be made to an inmate's          13:58:39

10   housing?          13:58:47

11       A    Yes.          13:58:47

12       Q    Now, as a warden, you have a role when it          13:58:48

13   comes to, at the very least, housing -- sorry --          13:58:53

14   facility transfers; is that correct?          13:59:01

15       A    I have some say on specific transfers,          13:59:05

16   but not -- I don't get involved with the          13:59:10

17   day-to-day transfers that happen daily or weekly.          13:59:14

18       Q    Okay.  But you can make recommendations          13:59:18

19   about whether inmates are transferred away from          13:59:23

20   Coastal State Prison?          13:59:29

21       A    Yes.          13:59:30

22       Q    And you can make recommendations related          13:59:32

23   to safety transfer requests?          13:59:34

24       A    Yes.          13:59:38

25       Q    Who -- are your recommendations final, or          13:59:38

1    do they have to be approved by someone?          13:59:45

2        A     Oh, yes, they have to be approved by my     13:59:47

3    supervisor.  If it's a warden-to-warden swap,    13:59:49

4    per se, or if I want someone transferred, I would    13:59:54

5    have to contact my supervisor.                   13:59:59

6        Q     Okay.  And that's Stan Shepard?         14:00:01

7        A     Yes, at that time.                      14:00:07

8        Q     When Ashley Diamond notified you that she    14:00:08

9    wanted to be at a female facility for safety     14:00:10

10   reasons, did you contact Stan Shepard?           14:00:12

11       A     I don't -- I don't remember if I did or    14:00:16

12   didn't.  I honestly cannot remember if I did or    14:00:20

13   didn't.  I talked to him a lot, not just about    14:00:26

14   Ashley Diamond, but about different things       14:00:30

15   concerning the facility or just the day-to-day    14:00:34

16   operations.  So I cannot recall that.            14:00:40

17       Q     Did any of the other transgender inmates    14:00:42

18   who were housed at Coastal State Prison request    14:00:48

19   female facility placements, to your knowledge?    14:00:51

20       A     No.  No, ma'am.  Not to my knowledge.   14:00:54

21       Q     Sorry.  When you say "no," you're saying    14:01:01

22   they did not make those requests to you          14:01:03

23   personally?                                      14:01:04

24       A     Correct.                               14:01:05

25       Q     You don't know whether they, like Ashley    14:01:09

1    Diamond, submitted grievances seeking female          14:01:12

2    facility placements?                                   14:01:15

3        A    No, I do not recall seeing a grievance        14:01:15

4    come across my desk from any other transgender         14:01:18

5    requesting to be transferred to a female facility.     14:01:22

6        Q    But you can't say one way or another          14:01:26

7    whether grievances like that were filed?               14:01:30

8        A    No, I cannot.                                  14:01:33

9        Q    And do you know whether any of the other      14:01:35

10   transgender inmates at Coastal had requested           14:01:39

11   female facility placements prior to their arrival      14:01:43

12   at your facility?                                       14:01:48

13       A    I do not.                                      14:01:48

14       Q    Okay.  Were there any other transgender       14:01:49

15   offenders who were housed in the N building             14:01:56

16   alongside Ashley?                                       14:02:02

17       A    I don't know if alongside Ashley, but         14:02:05

18   there were other transgender offenders assigned to     14:02:08

19   N building in my tenure at Coastal.                     14:02:13

20       Q    What about during the time Ashley Diamond     14:02:19

21   was housed there?                                       14:02:21

22       A    Yes.                                           14:02:22

23       Q    Were they housed in NA or NB?                 14:02:24

24       A    Both.                                          14:02:28

25       Q    Do you recall the names of any of those       14:02:29

| | | |
|---|---|---|
| 1 | offenders? | 14:02:32 |
| 2 | A     No.  But if I saw their picture, I | 14:02:32 |
| 3 | probably would remember them.  But no, I do not | 14:02:35 |
| 4 | recall specific names. | 14:02:38 |
| 5 | Q     Okay.  Now, were transgender offenders | 14:02:45 |
| 6 | who were housed at Coastal State Prison, were they | 14:02:52 |
| 7 | allowed to wear female uniforms? | 14:02:58 |
| 8 | A     No. | 14:03:00 |
| 9 | Q     And that was true of Ashley Diamond as | 14:03:01 |
| 10 | well? | 14:03:05 |
| 11 | A     Correct. | 14:03:06 |
| 12 | Q     Were transgender offenders who were | 14:03:07 |
| 13 | housed at Coastal State Prison allowed to grow | 14:03:09 |
| 14 | their hair to their shoulders? | 14:03:14 |
| 15 | A     They were allowed to grow their hair.  I | 14:03:19 |
| 16 | would not say to their shoulders. | 14:03:20 |
| 17 | Q     So they were subject to restrictions on | 14:03:23 |
| 18 | their hair length that did not apply in female | 14:03:27 |
| 19 | prisons? | 14:03:31 |
| 20 | A     Probably you would be correct in that -- | 14:03:32 |
| 21 | Q     Okay. | 14:03:41 |
| 22 | A     -- statement, yes. | 14:03:42 |
| 23 | Q     Were transgender offenders at Coastal | 14:03:43 |
| 24 | State Prison allowed to access cosmetics? | 14:03:52 |
| 25 | A     Yes. | 14:03:55 |

| | | |
|---|---|---|
| 1 | Q     They were allowed to access cosmetics? | 14:03:57 |
| 2 | A     Yes.  They had some. | 14:04:00 |
| 3 | Q     Which cosmetics were they able to access? | 14:04:01 |
| 4 | A     As far as I'm aware, I allowed some of | 14:04:06 |
| 5 | them -- some of the transgenders to wear a minimum | 14:04:12 |
| 6 | amount of makeup, nothing loud. | 14:04:15 |
| 7 | Q     What type of makeup? | 14:04:18 |
| 8 | A     I'm not -- I'm not into the makeup realm, | 14:04:21 |
| 9 | so blushes, a little bit of lipstick, something | 14:04:25 |
| 10 | subtle. | 14:04:36 |
| 11 | Q     Were the makeup allowances at Coastal | 14:04:38 |
| 12 | State Prison more restrictive -- more limited than | 14:04:43 |
| 13 | during your time as warden at Whitworth and Lee | 14:04:47 |
| 14 | Arrendale? | 14:04:54 |
| 15 | A     Yes. | 14:04:54 |
| 16 | Q     And was Ashley Diamond ever permitted to | 14:04:55 |
| 17 | wear cosmetics? | 14:04:59 |
| 18 | A     Oh, yes.  Yes. | 14:05:01 |
| 19 | Q     Was she issued them by the facility? | 14:05:04 |
| 20 | A     That, I do not know.  All I do remember | 14:05:08 |
| 21 | is from time to time I would see her with makeup | 14:05:11 |
| 22 | on her face. | 14:05:14 |
| 23 | Q     Okay.  And so when you say she was | 14:05:16 |
| 24 | allowed to wear makeup, you're saying that you | 14:05:20 |
| 25 | tolerated it.  Is that fair? | 14:05:25 |

| | | |
|---|---|---|
| 1 | A     Yes. | 14:05:27 |
| 2 | Q     Are you aware of any process by which | 14:05:28 |
| 3 | transgender inmates could request and be approved | 14:05:32 |
| 4 | to wear cosmetics through the prison process -- | 14:05:36 |
| 5 | through a prison process? | 14:05:42 |
| 6 | A     Yes. | 14:05:44 |
| 7 | Q     What process was that? | 14:05:44 |
| 8 | A     If it was determined, of course, that | 14:05:48 |
| 9 | they were transgender and they had gender | 14:05:53 |
| 10 | dysphoria, they were allowed to obtain underwear, | 14:05:56 |
| 11 | bras and panties, through a process of me | 14:06:04 |
| 12 | basically writing a request up to central office | 14:06:07 |
| 13 | and giving them that designation and asking | 14:06:14 |
| 14 | permission for the transgender population to | 14:06:17 |
| 15 | obtain those items. | 14:06:23 |
| 16 | Q     Okay.  But what about cosmetics | 14:06:26 |
| 17 | specifically? | 14:06:29 |
| 18 | A     To be honest with you, I cannot recall | 14:06:31 |
| 19 | ever getting a request for cosmetics.  More so | 14:06:38 |
| 20 | bras and panties, undergarments. | 14:06:46 |
| 21 | MS. EZIE:  Okay.  I would like to mark as | 14:06:54 |
| 22 | Benton Exhibit 3 a document that was produced in | 14:06:56 |
| 23 | discovery as DEF_007408. | 14:07:00 |
| 24 | My tech friends, it should have the | 14:07:08 |
| 25 | title -- that number in the title.  If you can't | 14:07:11 |

| | | |
|---|---|---|
| 1 | find it, let me know, and I can put it in the | 14:07:15 |
| 2 | chat. | 14:07:17 |
| 3 | I'm putting it on my screen, and if you | 14:07:19 |
| 4 | could push it to Mr. Chalmers, I'd appreciate it. | 14:07:21 |
| 5 | A/V TECH:  This is the technician.  It | 14:07:25 |
| 6 | was 007408? | 14:07:26 |
| 7 | MS. EZIE:  Correct.  And DEF would be the | 14:07:28 |
| 8 | prefix.  It's on my screen now, so that hopefully | 14:07:32 |
| 9 | will help. | 14:07:35 |
| 10 | (Exhibit Benton-3 marked for | 14:07:18 |
| 11 | identification and attached to the transcript.) | 14:07:38 |
| 12 | BY MS. EZIE: | 14:07:38 |
| 13 | Q    Mr. Benton, are you able to see this | 14:07:41 |
| 14 | document? | 14:07:42 |
| 15 | A    You need to make it a little bit bigger. | 14:07:47 |
| 16 | Q    Okay. | 14:07:49 |
| 17 | A    Yes, ma'am. | 14:07:50 |
| 18 | Q    It's a two-page document.  So I'm going | 14:07:51 |
| 19 | to zoom it in, and you just let me know when you | 14:07:53 |
| 20 | need me to scroll down, okay? | 14:07:56 |
| 21 | A    Yes, that's good. | 14:07:58 |
| 22 | Q    Okay. | 14:07:59 |
| 23 | A    Yes, ma'am. | 14:08:41 |
| 24 | Q    Okay.  I should scroll down a little | 14:08:42 |
| 25 | further? | 14:08:44 |

1     A     Yes.                                          14:08:45

2     Q     Okay.  So now I'm straddling --               14:08:46

3           MR. CHALMERS:  I have the document.           14:08:50

4           MS. EZIE:  You do have it?  Great.            14:08:54

5     Q     So now I'm straddling pages 1 and 2.  I       14:08:56

6     think that's all of the text of the email besides   14:09:00

7     the signature block, just so you can see.           14:09:02

8           So going back up, let me know when you've     14:09:04

9     had a chance to read it.                            14:09:06

10    A     Yes.                                          14:10:16

11    Q     Okay.  So let's actually start with this      14:10:16

12    email, this portion of the email.                   14:10:25

13          So just to confirm, Mr. Benton, this is       14:10:27

14    an email thread that you received during your time  14:10:30

15    as warden?                                          14:10:33

16    A     Yes.  It appears, yes.                        14:10:35

17    Q     And it's discussing Ashley Diamond?           14:10:37

18    A     Yes.                                          14:10:43

19    Q     And this -- let's scroll back up.  This       14:10:44

20    is an email that you received in June -- on         14:10:48

21    June 12th of 2020?                                  14:10:53

22    A     Yes.                                          14:10:54

23    Q     Who is Tia Fletcher?                          14:10:55

24    A     Mental health unit manager.  She's over       14:10:59

25    my mental health unit.                              14:11:02

1      Q      Is she a GDC employee?                          14:11:04

2      A      No.  She's MHM.                                 14:11:07

3      Q      What is MHM?                                    14:11:16

4      A      That's a good question.  I know all these       14:11:21

5  acronyms.  Mental health -- I can't -- I can't             14:11:24

6  tell you right now.  It escapes me.  But it's a            14:11:32

7  mental health contractor that GDC has.                     14:11:37

8      Q      Got it.                                         14:11:43

9             And so at Coastal State Prison, you             14:11:44

10 relied on contracted health care providers to             14:11:49

11 provide services to inmates?                               14:11:53

12     A      Yes.  We had several outside contractors.       14:11:57

13 Mental health, medical, and RSAT.                          14:12:03

14     Q      Were you involved in their hiring or           14:12:08

15 selection?                                                 14:12:11

16     A      No.  That was central office.  That was a       14:12:13

17 state contract.                                            14:12:17

18     Q      Okay.  So did you know anything about the       14:12:18

19 background or qualifications of individual                 14:12:25

20 providers?                                                 14:12:28

21     A      Yes.  I had access to that.  A lot of           14:12:30

22 these staff members were already in place when I           14:12:33

23 got there.  But I had access to their information,         14:12:35

24 as warden.                                                 14:12:39

25     Q      What type of information did you have           14:12:40

1   access to?                                                    14:12:42

2       A     Their applications, their résumés, if I             14:12:44

3   requested.  Anything that I requested, I was                  14:12:48

4   given.                                                        14:12:51

5       Q     Okay.                                               14:12:51

6       A     Anything about anybody that worked inside           14:12:52

7   my facility, I had access to their credentials and            14:12:56

8   information.                                                  14:13:01

9       Q     And that's true of the mental health                14:13:05

10  providers contracted through MHM?  Is it MHM                  14:13:07

11  Centurion?  Is that accurate?                                 14:13:13

12      A     Yes, it's that now, yes.  They had                  14:13:14

13  changed over the years.                                       14:13:17

14      Q     Okay.  And what about medical providers,            14:13:19

15  were there contracted medical providers that                 14:13:23

16  Coastal State Prison used as well?                            14:13:27

17      A     Yes.  It's now called Wellpath.  It was             14:13:30

18  Medical College of Georgia for a long time.  And             14:13:34

19  just recently, within the last year, changed over            14:13:38

20  to Wellpath.                                                  14:13:42

21      Q     Okay.  Is Medical College of Georgia the           14:13:44

22  same as Augusta?                                              14:13:48

23      A     Yes.                                                14:13:50

24      Q     Okay.  And so those were providers that            14:13:51

25  were contracted from outside of GDC to provide               14:13:54

1    health care to inmates as well?                      14:14:01

2         A     It initially was Medical College of       14:14:04

3    Georgia, and then it transferred to Augusta          14:14:06

4    University, and then it transferred to Wellpath.     14:14:09

5         Q     Okay.  Did you have access to the         14:14:12

6    applications and résumés of those providers from     14:14:17

7    the physical health side?                            14:14:24

8         A     I did if I requested it.  I never         14:14:25

9    requested it.                                        14:14:27

10        Q     Okay.  To your knowledge, from June 2020  14:14:29

11   to present, did Coastal State Prison have any        14:14:36

12   gender dysphoria specialists in its employ?          14:14:40

13        A     Yes.                                       14:14:44

14        Q     Who were those individuals?              14:14:45

15        A     Our medical director, our director of     14:14:48

16   medical.  Of course, we had a full mental health     14:14:52

17   staff, psychiatrists, psychologists, mental health   14:14:57

18   counselors, certified counselors.                    14:15:02

19             In the medical field, like I said, I had   14:15:06

20   MDs, doctors, PAs, physician's assistants, RNs,      14:15:11

21   LPNs.                                                14:15:18

22        Q     I'm sorry.  Just to clarify, so you were  14:15:19

23   describing just now the types of mental health and   14:15:23

24   medical providers that you had at Coastal State      14:15:27

25   Prison, correct?                                     14:15:30

1      A      Yes.                                          14:15:30

2      Q      What about providers whose specialization     14:15:32

3   or expertise was the treatment of gender               14:15:35

4   dysphoria, did you have any such providers at          14:15:38

5   Coastal State Prison?                                  14:15:41

6      A      Yes.  Our medical directors -- our            14:15:42

7   medical directors that I've had over the years         14:15:45

8   were the ones that signed off on the designation       14:15:47

9   of gender dysphoria.                                   14:15:50

10     Q      So you're indicating that they -- when        14:15:53

11  you said, signed off on the diagnosis, what do you     14:15:57

12  mean?                                                  14:16:01

13     A      When they met with the doctors, based on      14:16:01

14  the doctors' determination and interaction with        14:16:09

15  the offender, they documented which offenders had      14:16:14

16  gender dysphoria.                                      14:16:22

17     Q      Okay.  So you had doctors who diagnosed       14:16:23

18  gender dysphoria for inmates at Coastal State          14:16:27

19  Prison, correct?                                       14:16:31

20     A      Yes.                                          14:16:32

21     Q      What about inmates -- sorry.                  14:16:32

22            What about physicians whose training or       14:16:36

23  specialization was gender dysphoria, did you check     14:16:38

24  résumés to see whether that was a specialty any of     14:16:41

25  the providers had prior to arriving at Coastal         14:16:48

|   |   |   |
|---|---|---|
| 1 | State Prison? | 14:16:51 |
| 2 | A    No, I did not. | 14:16:51 |
| 3 | Q    Okay.  And you don't know, sitting here | 14:16:53 |
| 4 | today, whether any of your providers, in addition | 14:16:58 |
| 5 | to treating -- or diagnosing the inmates you had | 14:17:03 |
| 6 | at Coastal with gender dysphoria, had gender | 14:17:06 |
| 7 | dysphoria as a specialty? | 14:17:10 |
| 8 | A    No, I did not. | 14:17:13 |
| 9 | Q    Okay.  So going back to this email, I'm | 14:17:14 |
| 10 | going to scroll down to the bottom. | 14:17:21 |
| 11 | Do you see that the first part of the | 14:17:27 |
| 12 | chain is from someone named Tamara Cantera? | 14:17:28 |
| 13 | A    Yes. | 14:17:34 |
| 14 | Q    Who is Tamara Cantera? | 14:17:34 |
| 15 | A    She was one of my mental health | 14:17:37 |
| 16 | counselors. | 14:17:38 |
| 17 | Q    She was also a contracted provider? | 14:17:39 |
| 18 | A    Yes. | 14:17:41 |
| 19 | Q    And she's describing in this email chain | 14:17:41 |
| 20 | an interaction that she had with Ashley Diamond | 14:17:49 |
| 21 | after her arrival at Coastal? | 14:17:52 |
| 22 | A    Yes. | 14:17:54 |
| 23 | Q    Do you see that in this email, Ashley | 14:17:56 |
| 24 | Diamond -- it indicates that she requested female | 14:18:02 |
| 25 | items? | 14:18:07 |

1        A      Yes.                                         14:18:08

2        Q      Including a bra with padding to hide         14:18:09

3   erect nipples?                                           14:18:13

4        A      Yes.                                         14:18:14

5        Q      And also a female package containing         14:18:15

6   cosmetics?                                               14:18:18

7        A      Yes.                                         14:18:20

8        Q      And she described that other transgender     14:18:20

9   inmates had sought cosmetics and other items?            14:18:30

10       A      Yes.                                         14:18:35

11       Q      Are you aware of Ashley Diamond ever         14:18:35

12  being issued a female package including cosmetics?       14:18:42

13       A      I am not aware.  I am aware of her            14:18:46

14  requesting undergarments.                                14:18:52

15       Q      Okay.  Are you aware of Ashley Diamond --     14:18:55

16  apart from, you know, it being referenced in this        14:19:00

17  email that she wished to have those items, are you       14:19:03

18  aware of her ever being issued a female package          14:19:06

19  including cosmetics?                                     14:19:10

20       A      I am not aware.                              14:19:11

21       Q      Are you aware of any other inmates at        14:19:12

22  Coastal State Prison who were ever issued a female       14:19:16

23  package containing cosmetics?                            14:19:21

24       A      I am not aware.                              14:19:22

25       Q      And you described -- I'll put that           14:19:29

1    exhibit down.                                          14:19:32

2          Well, let's see.  Before we step away, am        14:19:33

3    I correct that very shortly after Ashley Diamond's     14:19:40

4    arrival, she reported to your staff that she had       14:19:43

5    experienced sexual abuse at Georgia Diagnostic and     14:19:48

6    Classification Prison?                                 14:19:55

7       A    I'm aware now, yes.                            14:19:55

8       Q    Well, you were also made aware in June         14:19:57

9    2020, correct, when you received this email?           14:20:02

10      A    Yes.  You're probably correct, yes.            14:20:04

11      Q    Okay.  Do you recall any steps you             14:20:06

12   took -- sorry.  Strike that.                           14:20:11

13         Am I correct that under GDC policy,              14:20:13

14   there's a duty to investigate and forward for          14:20:16

15   investigation all PREA complaints?                     14:20:22

16      A    Yes.                                           14:20:26

17      Q    Even complaints that concern facilities        14:20:27

18   other than your own?                                   14:20:30

19      A    Yes.                                           14:20:32

20      Q    What's the process that is supposed to be      14:20:32

21   followed when you learn of a PREA incident at a        14:20:36

22   different facility?                                     14:20:40

23      A    The process is, once we find out -- when       14:20:43

24   an offender arrives at our facility and claims         14:20:47

25   something happened at another facility, we contact     14:20:50

1    that other facility's PREA or grievance                    14:20:53

2    coordinator, depending on what the allegation and          14:20:58

3    accusation is, if they said it took place at that          14:21:01

4    facility.                                                  14:21:04

5            We contact that person there, and we take          14:21:05

6    the statements from the individual, make copies,           14:21:11

7    and forward that to that facility.  However, we            14:21:17

8    also forward it on as well to investigations.              14:21:22

9        Q    Okay.  The PREA process you just                  14:21:28

10   described is a process that's required under GDC           14:21:34

11   policy?                                                    14:21:40

12       A    Yes.                                              14:21:40

13       Q    And did you take steps to investigate --         14:21:41

14   sorry.                                                     14:21:51

15           Did you follow the steps that you just            14:21:52

16   outlined when you learned that Ashley Diamond              14:21:54

17   experienced a PREA incident at GDCP that had not          14:21:58

18   yet been investigated by their SART team?                 14:22:03

19       A    I'm quite sure I did.  But like I said,          14:22:07

20   being this is over two and a half years later, I          14:22:10

21   can't recall unless I see a document.                      14:22:13

22       Q    Okay.  I'm going to take down my screen.         14:22:15

23           To confirm, if you had gone through the          14:22:21

24   notification process you just outlined, would             14:22:30

25   there be written documentation?                            14:22:32

| | | |
|---|---|---|
| 1 | A      Yes, yes.  It would have been from the | 14:22:38 |
| 2 | PREA coordinator or from the grievance | 14:22:41 |
| 3 | coordinator, depending on what it was.  In this | 14:22:43 |
| 4 | case, it was a PREA that she identified.  It would | 14:22:45 |
| 5 | have been the PREA coordinator contacting the PREA | 14:22:49 |
| 6 | coordinator there and obtaining witness statements | 14:22:52 |
| 7 | and us going through the PREA policy. | 14:22:57 |
| 8 | Q      Okay.  And as warden, you had a duty to | 14:23:00 |
| 9 | make sure that procedure was followed? | 14:23:04 |
| 10 | A      Yes.  The information passed on, yes. | 14:23:08 |
| 11 | Q      Okay.  Sitting here today, you're not -- | 14:23:11 |
| 12 | you can't say whether it was? | 14:23:17 |
| 13 | A      I cannot. | 14:23:19 |
| 14 | Q      Now, isn't it true that Ashley Diamond, | 14:23:23 |
| 15 | following her arrival at Coastal State Prison, | 14:23:34 |
| 16 | actually went several months without access to | 14:23:38 |
| 17 | female undergarments? | 14:23:43 |
| 18 | A      I cannot comment on that.  Like I said, | 14:23:46 |
| 19 | it's a process.  When she first got there, she was | 14:23:50 |
| 20 | in quarantine for several weeks.  After she got | 14:23:53 |
| 21 | into general population, moving freely, I can't | 14:23:58 |
| 22 | say whether or not she went a period of time | 14:24:05 |
| 23 | without it. | 14:24:09 |
| 24 | But I do know that there's a process.  We | 14:24:09 |
| 25 | can't just go and purchase something for an | 14:24:12 |

1   offender that says they are what they are.  They        14:24:14

2   have to -- I have to see something in writing from      14:24:18

3   the doctor saying that she suffers from gender          14:24:21

4   dysphoria.                                              14:24:26

5          And I take that document, I forward that         14:24:26

6   document to central office requesting the items         14:24:29

7   that she has requested.                                 14:24:33

8      Q    Okay.  Do you -- now, during your time as       14:24:36

9   warden, am I correct that you instituted a              14:24:46

10  process -- or a practice, rather, of having staff       14:24:50

11  members generate weekly reports concerning Ashley       14:24:59

12  Diamond?                                                14:25:02

13     A    Yes.                                            14:25:07

14     Q    Those are reports that were circulated          14:25:07

15  via email?                                              14:25:10

16          I'll ask another question.                      14:25:21

17          How were those weekly reports generated?        14:25:22

18     A    I'm sorry.  Some of them were verbal.           14:25:25

19  They would come and give the information to my          14:25:29

20  secretary, and then she would relay the                 14:25:31

21  information to me, and I would relay it to my           14:25:33

22  supervisor.                                             14:25:35

23     Q    Your supervisor here being Stan Shepard?        14:25:37

24     A    Yes.                                            14:25:40

25     Q    Is it true that at times, you would relay       14:25:42

Transcript of Brooks Benton
Conducted on May 10, 2022                    141

| | | | |
|---|---|---|---|
| 1 | | that information to him over email? | 14:25:45 |
| 2 | A | Text. | 14:25:49 |
| 3 | Q | Over text message? | 14:25:50 |
| 4 | A | Yes. | 14:25:52 |
| 5 | Q | So you did send text messages concerning | 14:25:53 |
| 6 | | Ashley Diamond? | 14:25:59 |
| 7 | A | Yes. | 14:26:02 |
| 8 | Q | Who did you send text messages to | 14:26:02 |
| 9 | | concerning Ashley Diamond?  Like, who were the | 14:26:06 |
| 10 | | recipients of text messages? | 14:26:08 |
| 11 | A | Stan Shepard. | 14:26:11 |
| 12 | Q | Is that the only person you text messaged | 14:26:15 |
| 13 | | with? | 14:26:17 |
| 14 | A | Yes. | 14:26:18 |
| 15 | Q | And what device did you use to send or | 14:26:18 |
| 16 | | receive text messages concerning Ashley Diamond? | 14:26:23 |
| 17 | A | My cell phone. | 14:26:26 |
| 18 | Q | Was that a GDC-issued device? | 14:26:29 |
| 19 | A | Yes. | 14:26:31 |
| 20 | Q | What's the phone number on that device? | 14:26:32 |
| 21 | A | ██████████████ | 14:26:37 |
| 22 | Q | Did you ever send text messages | 14:26:45 |
| 23 | | concerning Ashley Diamond from other devices than | 14:26:49 |
| 24 | | the cell phone you just mentioned? | 14:26:53 |
| 25 | A | No. | 14:26:55 |

| | |
|---|---|
| 1 | Q     And with respect to Stan Shepard, your | 14:26:56 |
| 2 | practice was to send text messages, not emails? | 14:26:59 |
| 3 | A     Yes.  It was a weekly report.  Anything | 14:27:04 |
| 4 | out of the normal daily occurrences, I would send | 14:27:08 |
| 5 | him text messages on, appointments, anything of | 14:27:15 |
| 6 | that nature. | 14:27:19 |
| 7 | Q     Whose idea was it to begin this practice | 14:27:20 |
| 8 | of issuing weekly reports? | 14:27:26 |
| 9 | A     Mr. Shepard. | 14:27:29 |
| 10 | Q     So it's something that he requested that | 14:27:32 |
| 11 | you do? | 14:27:34 |
| 12 | A     Yes. | 14:27:35 |
| 13 | Q     Do you recall when he made that request? | 14:27:37 |
| 14 | A     I cannot, to be honest with you. | 14:27:43 |
| 15 | Q     Do you know why he made the request? | 14:27:46 |
| 16 | A     I assumed he just wanted to make sure | 14:27:50 |
| 17 | that everything was going well with Ashley | 14:27:53 |
| 18 | Diamond.  He wanted to stay in the loop on | 14:27:56 |
| 19 | anything that happens concerning her.  And I took | 14:28:00 |
| 20 | it that way when he told me to start doing it, | 14:28:04 |
| 21 | start sending him weekly updates on anything that | 14:28:08 |
| 22 | happens to Ashley Diamond, anything that occurs, | 14:28:12 |
| 23 | any appointments, any -- anything of that nature. | 14:28:15 |
| 24 | Q     Are you aware that -- you're aware that | 14:28:25 |
| 25 | as of the summer of 2020, GDC was concerned that | 14:28:29 |

| 1 | Ashley Diamond might begin litigation against the | 14:28:33 |
| 2 | department? | 14:28:37 |
| 3 | A    I don't know -- I can't recall when.  I | 14:28:40 |
| 4 | just remember receiving a document in reference to | 14:28:44 |
| 5 | that.  But I can't recall when I received that. | 14:28:48 |
| 6 | Q    What document are you thinking of? | 14:28:50 |
| 7 | A    A document from your agency saying | 14:28:54 |
| 8 | something in reference to some of the complaints | 14:29:02 |
| 9 | that she was issuing. | 14:29:06 |
| 10 | Q    Got it. | 14:29:08 |
| 11 | Is it possible you're referring to a | 14:29:10 |
| 12 | third-party PREA notice? | 14:29:13 |
| 13 | MR. CHALMERS:  Objection, form. | 14:29:15 |
| 14 | You can answer. | 14:29:17 |
| 15 | A    No.  Just a document I received, I want | 14:29:19 |
| 16 | to say from your agency, with a list of concerns | 14:29:25 |
| 17 | that she had.  I can't recall if it was a PREA or | 14:29:29 |
| 18 | anything of that nature.  If it was a PREA, then I | 14:29:34 |
| 19 | would have passed it on to my PREA department, and | 14:29:38 |
| 20 | they would have started investigations. | 14:29:41 |
| 21 | Q    Okay.  So you were aware that Ashley | 14:29:43 |
| 22 | Diamond had safety concerns even after arriving at | 14:29:51 |
| 23 | Coastal State Prison, correct? | 14:29:58 |
| 24 | A    Yes. | 14:29:59 |
| 25 | Q    And even after being placed in the | 14:30:01 |

| | | |
|---|---|---|
| 1 | evidence-based dormitory? | 14:30:03 |
| 2 | A    Yes. | 14:30:05 |
| 3 | Q    What were some of the concerns -- the | 14:30:06 |
| 4 | safety concerns you were made aware of? | 14:30:10 |
| 5 | A    As I stated earlier, Ashley Diamond, when | 14:30:13 |
| 6 | I had a conversation with her, she said, Warden, I | 14:30:16 |
| 7 | would like to go -- to be assigned to a female | 14:30:20 |
| 8 | facility because I'm concerned for my safety.  And | 14:30:23 |
| 9 | that's basically how it went. | 14:30:27 |
| 10 | I'm trying to remember anything else that | 14:30:29 |
| 11 | she said in reference to that.  I don't really | 14:30:33 |
| 12 | know if she went into detail.  She just said -- | 14:30:36 |
| 13 | and she did tell me that she had some issues at | 14:30:40 |
| 14 | GDCP and that the staff there did not treat her | 14:30:49 |
| 15 | appropriately, the medical staff and the | 14:30:52 |
| 16 | administration. | 14:30:54 |
| 17 | MS. EZIE:  We've been going for about an | 14:31:00 |
| 18 | hour and a half.  Might I request a five-minute | 14:31:03 |
| 19 | break for the restroom? | 14:31:05 |
| 20 | MR. CHALMERS:  Yes, that sounds good. | 14:31:08 |
| 21 | MS. EZIE:  Do people anticipate needing | 14:31:12 |
| 22 | more than five minutes, or does that sound | 14:31:14 |
| 23 | sufficient? | 14:31:15 |
| 24 | THE WITNESS:  I'm good. | 14:31:18 |
| 25 | MS. EZIE:  Okay.  See you in -- 2:36. | 14:31:19 |

| | | |
|---|---|---|
| 1 | VIDEOGRAPHER:  We're going off the | 14:31:23 |
| 2 | record.  The time is 2:31.  It's the end of | 14:31:24 |
| 3 | recording 3. | 14:31:28 |
| 4 | (Recess from 2:31 p.m. until 2:38 p.m.) | 14:31:30 |
| 5 | VIDEOGRAPHER:  The time is 2:38.  We're | 14:38:39 |
| 6 | on the record at the start of recording 4. | 14:38:44 |
| 7 | BY MS. EZIE: | 14:38:50 |
| 8 | Q     Mr. Benton, we were talking just now | 14:38:51 |
| 9 | about cosmetics and undergarments.  You outlined a | 14:38:54 |
| 10 | process that you could follow to request | 14:39:06 |
| 11 | undergarments for transgender offenders, correct? | 14:39:10 |
| 12 | A     Yes. | 14:39:14 |
| 13 | Q     Were you aware of any process that | 14:39:14 |
| 14 | existed within GDC to request items such as access | 14:39:20 |
| 15 | to female cosmetics in a formal manner? | 14:39:27 |
| 16 | A     Yes, yes.  Working at a female prison, | 14:39:35 |
| 17 | I'm aware of, you know, they receive the packages, | 14:39:40 |
| 18 | like you said earlier. | 14:39:44 |
| 19 | And like I said, at Coastal, I cannot | 14:39:47 |
| 20 | recall any of my transgenders writing me | 14:39:51 |
| 21 | requesting makeup.  The only thing that I recall | 14:39:55 |
| 22 | some of them writing me is requesting | 14:40:01 |
| 23 | undergarments. | 14:40:03 |
| 24 | Q     Okay.  What items were in the female | 14:40:04 |
| 25 | package, in your experience? | 14:40:09 |

1    A    Oh, it's been a while ago.  Lipstick,    14:40:12

2  eyeliner -- I really don't know if eyeliner -- I    14:40:24

3  know lipstick, I know some blushes.  That's about    14:40:27

4  all I can remember.    14:40:32

5    Q    You're not aware of any of those items    14:40:35

6  being issued to transgender offenders at Coastal,    14:40:39

7  correct?    14:40:44

8    A    No, I'm not aware.    14:40:45

9    Q    And we just looked at an exhibit    14:40:50

10  together, Benton Exhibit 3, where you would agree    14:40:52

11  that Ashley Diamond was requesting access to the    14:40:56

12  female package inclusive of cosmetics, correct?    14:40:59

13    A    I saw that in that email where she    14:41:04

14  mentioned it --    14:41:06

15    Q    That's an email that you received?    14:41:08

16    A    -- wanting a package.    14:41:10

17    Q    Okay.  And that's an email that you    14:41:12

18  received?    14:41:14

19    A    Yes.    14:41:14

20    Q    Did you take any steps following receipt    14:41:16

21  of that email to see if Ashley could be issued a    14:41:19

22  female package?    14:41:23

23    A    I did not, because the manner in which I    14:41:24

24  received the email, it appeared, as Ms. Fletcher    14:41:27

25  said, this right here was confidential, and the    14:41:33

| | | |
|---|---|---|
| 1 | delivery process.  So I was just basically being | 14:41:38 |
| 2 | made aware of the conversation. | 14:41:41 |
| 3 | Q    So you didn't take any steps, following | 14:41:45 |
| 4 | receipt of that email, to see whether Ashley | 14:41:49 |
| 5 | Diamond was in the process of being issued a | 14:41:52 |
| 6 | female package? | 14:41:55 |
| 7 | A    I did not. | 14:41:57 |
| 8 | Q    And you don't know whether -- sorry. | 14:41:58 |
| 9 | And to your knowledge, she was never | 14:42:03 |
| 10 | issued a female package while at CSP? | 14:42:05 |
| 11 | A    I'm not aware.  I remember seeing makeup | 14:42:10 |
| 12 | on her face.  Don't know if that came by way of a | 14:42:13 |
| 13 | package.  But that's the only way I can right now | 14:42:16 |
| 14 | attribute why she would have makeup.  But I can't | 14:42:22 |
| 15 | say that I am aware. | 14:42:27 |
| 16 | Q    Okay.  Ashley Diamond is not the only | 14:42:28 |
| 17 | transgender offender that you saw wearing makeup | 14:42:36 |
| 18 | at times, correct? | 14:42:39 |
| 19 | A    Correct. | 14:42:41 |
| 20 | Q    Do you have any understanding of why | 14:42:44 |
| 21 | transgender offenders may wish to wear makeup? | 14:42:47 |
| 22 | A    Yes, I do. | 14:42:51 |
| 23 | Q    What's your understanding? | 14:42:52 |
| 24 | A    They identify with female.  So | 14:42:56 |
| 25 | identifying with female, they want the things that | 14:42:59 |

1    females have.                                    14:43:02

2        Q     Did you understand that being able to  14:43:05

3    have the things that females have in a prison     14:43:09

4    environment could be an aspect of their health    14:43:14

5    care as transgender people?                       14:43:16

6        A     Did I understand?                       14:43:20

7        Q     Yes.                                     14:43:22

8        A     Yes.                                     14:43:24

9        Q     Okay.  And specifically, that it could be 14:43:25

10   important to their gender dysphoria health care?  14:43:33

11       A     Yes.                                     14:43:38

12       Q     Okay.  Now, we were also speaking about 14:43:39

13   bras and underwear just before the break.  And you 14:43:51

14   saw that beginning in June of 2020, Ashley Diamond 14:43:55

15   requested issuance of female bras and panties,     14:44:00

16   correct, or female undergarments specifically?     14:44:06

17       A     Yes.                                     14:44:09

18       Q     Are you aware that Ashley Diamond did not 14:44:14

19   receive bras until September of 2020?              14:44:16

20       A     I'm not aware of the date.  But I am     14:44:23

21   aware that she did not initially receive that upon 14:44:25

22   arriving at Coastal because she had to go through  14:44:28

23   the process that everyone follows.                 14:44:32

24       Q     And the process you described about      14:44:43

25   requesting them to higher-ups within GDC, where is 14:44:44

1    that process outlined?                              14:44:48

2        A    The process was explained to me from my    14:44:53

3    supervisor.  Any of my transgenders, once they      14:44:55

4    followed the process and has been identified as     14:45:00

5    being diagnosed with gender dysphoria, may request  14:45:04

6    undergarments.                                      14:45:08

7            And I, at that point, would contact my      14:45:09

8    supervisor requesting those items once the doctor,  14:45:13

9    the medical doctor, has said that that offender     14:45:19

10   suffers from gender dysphoria.                      14:45:24

11       Q    Understood.                                14:45:29

12           During your time as warden of Coastal       14:45:30

13   State Prison, were there any other items that       14:45:32

14   transgender offenders were able to receive related  14:45:36

15   to their gender expression?                         14:45:39

16       A    The only ones that I remember just         14:45:42

17   blatant are, they wanted to receive undergarments.  14:45:45

18   That was the main and the biggest -- the biggest    14:45:49

19   item of request.                                    14:45:54

20           I cannot recall ever receiving a request    14:45:55

21   in writing from an offender requesting anything     14:45:59

22   other than bras and panties.                        14:46:03

23       Q    And I'll just note, with the exception of  14:46:09

24   the email we just saw where Ashley made a direct    14:46:11

25   request for cosmetics and a female package?         14:46:14

| | | |
|---|---|---|
| 1 | A     Correct.  That was, yes, further down | 14:46:16 |
| 2 | into the email, yes. | 14:46:19 |
| 3 | Q     But what about as far as procedures | 14:46:21 |
| 4 | within GDC, there was a procedure to request and | 14:46:26 |
| 5 | have undergarments issued to transgender | 14:46:30 |
| 6 | offenders, correct? | 14:46:33 |
| 7 | A     Yes. | 14:46:34 |
| 8 | Q     Was there a process to request and allow | 14:46:34 |
| 9 | transgender offenders to wear female -- to grow | 14:46:40 |
| 10 | their hair as long as females in GDC? | 14:46:46 |
| 11 | A     In a male prison? | 14:46:51 |
| 12 | Q     Yes. | 14:46:54 |
| 13 | A     I can't recall.  But I'm quite sure there | 14:46:55 |
| 14 | is a policy that outlines the dress code of an | 14:46:58 |
| 15 | inmate. | 14:47:04 |
| 16 | Q     You think -- is there a set of | 14:47:05 |
| 17 | accommodations that transgender offenders are able | 14:47:07 |
| 18 | to receive to the dress code policy, to your | 14:47:11 |
| 19 | knowledge? | 14:47:16 |
| 20 | A     Not to my knowledge. | 14:47:16 |
| 21 | Q     So within male prisons, transgender | 14:47:19 |
| 22 | offenders are expected to dress like male inmates, | 14:47:24 |
| 23 | correct? | 14:47:31 |
| 24 | A     Correct. | 14:47:32 |
| 25 | Q     And they're expected to follow the | 14:47:32 |

1    appearance guidelines that apply to male inmates,          14:47:36

2    correct?                                                    14:47:39

3        A     Correct, to a certain extent.                     14:47:39

4        Q     The exception that you're aware of only           14:47:44

5    applies to undergarments; is that accurate?                14:47:47

6        A     Undergarments and some makeup.  As I              14:47:52

7    stated, I allowed her to wear some makeup, or my           14:47:55

8    transgenders, I allowed them to wear some makeup.          14:47:58

9        Q     Got it.                                           14:48:01

10            But there was no process, that you're             14:48:03

11   aware of, for makeup to be formally issued to              14:48:04

12   those inmates by GDC?                                      14:48:09

13       A     In a male facility, no.                           14:48:12

14       Q     And so in instances where transgender            14:48:14

15   offenders were wearing makeup, it was likely               14:48:19

16   contraband?                                                14:48:22

17       A     Not necessarily.  As I stated, I myself          14:48:25

18   observed some of my transgenders with some subtle          14:48:31

19   makeup on, and I did not address it because it was         14:48:37

20   not -- it was not loud or blatant.  So I did not           14:48:41

21   address it.                                                14:48:46

22            I can't say what my officers did.  I              14:48:47

23   don't recall seeing any disciplinary reports on            14:48:50

24   any of my transgenders being in makeup, written up         14:48:56

25   for having makeup on.                                      14:49:02

1    Q    Okay.  But just to confirm, you're not              14:49:04

2  aware of a procedure where makeup was formally             14:49:06

3  issued to them?                                            14:49:14

4    A    Correct.                                            14:49:14

5    Q    Now -- let's see.                                   14:49:16

6        MS. EZIE:  So I'd like to mark as Benton             14:49:22

7  Exhibit 4 a document that was produced in                  14:49:24

8  discovery as DEF_0057 -- sorry, I'm not helping            14:49:30

9  you out, am I -- DEF_005797.  It's a one-page              14:49:44

10  document.                                                 14:49:53

11        I'm going to share it on my screen, and             14:49:53

12  I'm going to ask that the Planet Depos staff              14:49:56

13  kindly push it to Mr. Chalmers.                           14:49:58

14        (Exhibit Benton-4 marked for                        14:50:01

15  identification and attached to the transcript.)           14:50:02

16  BY MS. EZIE:                                              14:50:02

17    Q    Should I zoom in on the text a little              14:50:03

18  bit, Mr. Benton?                                          14:50:05

19    A    Please do.                                         14:50:05

20    Q    Okay.  Let's see.  Okay.                           14:50:06

21        And let me know when you've had a chance            14:50:16

22  to read that.                                             14:50:18

23    A    Yes, I read it.                                    14:50:19

24    Q    Do you see that this is an email to you            14:50:20

25  from Constance Nettles?                                   14:50:25

```
1        A      Yes.                                    14:50:28

2        Q      Who is Constance Nettles?               14:50:28

3        A      She's a GP counselor, general population 14:50:31

4    counselor.                                         14:50:35

5        Q      Okay.  She's not the counselor you were 14:50:36

6    thinking of earlier who's over the evidence-based  14:50:40

7    dormitory?                                         14:50:46

8        A      No.  Her name is Willesha Warren.        14:50:46

9        Q      Willesha Warren.  Okay.  Thank you for   14:50:50

10   remembering.                                        14:50:54

11       A      Yes.  Old brain.                        14:50:55

12       Q      Names aren't my strong suit either.     14:50:58

13              Okay.  And so do you see this is an email 14:51:02

14   that Constance Nettles sent you on August 7, 2020?  14:51:05

15       A      Yes.                                    14:51:10

16       Q      And in this email, she's indicating that 14:51:10

17   as of August 7th, 2020, more than two months after 14:51:15

18   Ashley Diamond's arrival, she had not received      14:51:20

19   any -- she had not received bras?                   14:51:26

20       A      Yes, I see that here.  But I don't know  14:51:28

21   if she had --                                       14:51:32

22              (Cross-talk.)                           14:51:33

23       A      I'm sorry.                              14:51:34

24       Q      I'm sorry.  Please continue.            14:51:34

25       A      No, I said I see that here in this email, 14:51:38
```

1    but I don't know if she had received some prior to          14:51:41

2    this because I have sent up several requests for            14:51:46

3    Ms. Diamond to receive undergarments.                       14:51:53

4          She would lose them; they would get                   14:51:56

5    stolen; and so I do remember sending up several             14:51:58

6    requests to get her panties and bras.  And for the          14:52:03

7    most part, she did receive it.                              14:52:07

8          Of course, this one right here, it's                  14:52:10

9    stating that she received one, but didn't receive           14:52:11

10   the other.                                                  14:52:13

11         MS. EZIE:  Okay.  Let's take a look at                14:52:26

12   another message.  This one is marked -- this one           14:52:27

13   is produced in discovery as DEF_007961.  This will         14:52:30

14   be Benton Exhibit 5.                                        14:52:41

15         Just give me one second to pull it up,                14:52:43

16   please.                                                     14:52:45

17         (Exhibit Benton-5 marked for                          14:52:46

18   identification and attached to the transcript.)            14:52:47

19   BY MS. EZIE:                                                14:52:47

20   Q    This, if I didn't say it already,                      14:53:00

21   produced in discovery as DEF_007961.  It's a               14:53:02

22   two-page document.  The second page, I believe, is         14:53:21

23   just -- doesn't have anything but signature                14:53:24

24   blocks.  But I'm going to turn back to the first           14:53:27

25   page, and let me know if you need me to make it            14:53:29

```
 1   any larger.                                        14:53:32
 2       A    Yes, please.                              14:53:33
 3            MS. EZIE:  And Planet Depos team, if you  14:53:34
 4   could push this to Mr. Chalmers, please, I'd       14:53:37
 5   appreciate it.                                     14:53:40
 6       A    Yes, I've seen it.                         14:53:59
 7       Q    Okay.  Do you see that it indicated --    14:54:00
 8            MR. CHALMERS:  (Inaudible).               14:54:05
 9            MS. EZIE:  Sorry.  Are you still waiting  14:54:06
10   for it?                                            14:54:09
11            MR. CHALMERS:  I have it now.             14:54:09
12       Q    Okay.  Do you see this is an email to you 14:54:11
13   from Yolanda Preyer?                               14:54:13
14       A    Yes.                                      14:54:15
15       Q    Dated July 23rd, 2020?                    14:54:16
16       A    Yes.                                      14:54:18
17       Q    She's the person you identified as your  14:54:19
18   secretary?                                         14:54:22
19       A    Yes.                                      14:54:23
20       Q    This is an example of one of the weekly  14:54:25
21   reports that you described earlier?               14:54:28
22       A    Yes.                                      14:54:31
23       Q    This one from July 20th to 24?           14:54:33
24       A    Yes.                                      14:54:41
25       Q    And do you see that it's indicating that 14:54:41
```

1    Ashley Diamond requested undergarments as of that        14:54:43

2    date as well, of this report?                            14:54:46

3        A     Yes.                                            14:54:54

4        Q     Okay.  Does this refresh your                   14:55:00

5    recollection that perhaps Ashley Diamond's               14:55:01

6    original request for undergarments was not filled        14:55:03

7    until August 14th with respect to panties, or            14:55:08

8    would you like to see some additional documents?         14:55:12

9        A     I'm sorry.  I cannot answer that because,      14:55:14

10   as I stated, she sent me several requests.  So           14:55:17

11   just seeing this one or another one out of               14:55:23

12   context, I can't say that that's when she first          14:55:27

13   received her items.                                      14:55:30

14          I would have to contact central office            14:55:31

15   and have them go back into their files to see when       14:55:34

16   they first sent her her items to Coastal.                14:55:37

17       Q     Okay.  I'll stop the screen share.            14:55:40

18          So you think there should be a record             14:55:43

19   that would show when Ashley Diamond first received       14:55:47

20   undergarments?                                           14:55:50

21       A     There should be some documentation             14:55:52

22   somewhere when she received her first -- I mean,         14:55:55

23   and she would have it as well.  But yes, there           14:55:58

24   should be some documentation of when she                 14:56:01

25   received -- started receiving undergarments and          14:56:04

1    panties.                                                    14:56:09

2        Q    Okay.  And you don't recall when that              14:56:09

3    request -- sorry.  You don't recall right now when          14:56:16

4    that request may have been made?                            14:56:23

5        A    The initial request, no, ma'am, I'm                14:56:25

6    sorry.                                                      14:56:29

7        Q    Okay.  Is it fair to say that at times,            14:56:29

8    the process of getting undergarments to                     14:56:43

9    transgender offenders could take months, if not            14:56:48

10   weeks?                                                      14:56:54

11       A    Yes.                                               14:56:55

12       Q    Did you ever encounter that issue with            14:56:57

13   respect to getting panties and bras to female              14:57:01

14   offenders at female facilities?                             14:57:04

15       A    Yes.                                               14:57:06

16       Q    There were months or weeks at female             14:57:07

17   facilities where female inmates did not have bras          14:57:12

18   or panties?                                                 14:57:15

19       A    You're talking about transgender?                  14:57:15

20       Q    No.                                                14:57:17

21       A    Okay.  I'm sorry.  I thought you were             14:57:18

22   talking about transgenders at female facilities.          14:57:20

23       Q    So it sounds like at female facilities,          14:57:23

24   you encountered transgender men who also had long         14:57:27

25   delays accessing undergarments that matched with          14:57:33

1    their gender; is that correct?                    14:57:36

2        A    Yes.                                      14:57:38

3        Q    But at female facilities, did            14:57:39

4    female-identified inmates wait long periods to    14:57:44

5    access bras or panties?                           14:57:46

6        A    No, because we had those in stock at the 14:57:48

7    prison, at the female facilities.                 14:57:52

8        Q    Understood.                              14:57:54

9             So if Ashley Diamond had been housed at a 14:57:56

10   female prison, the process of accessing bras and  14:58:00

11   panties would have been less complicated?         14:58:03

12       A    You could say that, yes.                 14:58:08

13       Q    You wouldn't expect that there might be  14:58:09

14   month-long delays --                              14:58:15

15       A    No.                                      14:58:17

16       Q    -- is that fair?  Okay.                  14:58:18

17            Okay.  Now, with respect to Ashley       14:58:21

18   Diamond's appearance -- I realize that the        14:58:39

19   pandemic might make answering this question a     14:58:42

20   little difficult.  But were there times that you  14:58:45

21   ever observed her with facial hair?               14:58:49

22       A    Yes.  Yes.  There were very few times,   14:58:54

23   but yes.                                          14:58:59

24       Q    Did you ever get an understanding about  14:59:00

25   how Ashley felt about having facial hair?         14:59:05

1    A    No, I didn't.  Ashley Diamond normally          14:59:09
2  kept herself up pretty good.  There was some           14:59:15
3  information in reference to her wanting to go to        14:59:22
4  the TC and that -- I'm trying to recall -- that        14:59:26
5  she got some bad information or whatnot, and for a      14:59:39
6  small period of time, she let herself go, and I        14:59:44
7  saw some facial hair one time when I was on            14:59:51
8  inspection.                                             14:59:55
9    Q    Got it.                                          14:59:59
10        Are you aware that Ashley Diamond sought         15:00:00
11 hair removal treatment while she was at Coastal         15:00:06
12 State Prison?                                           15:00:11
13   A    I did not.  I was not aware.                     15:00:11
14   Q    And sounds like you don't know whether           15:00:15
15 she ever received facial hair removal treatment?        15:00:26
16   A    No, I'm not aware.                               15:00:30
17   Q    Okay.  Now, Ashley Diamond, while at             15:00:32
18 Coastal, also received hormone therapy, correct?        15:00:44
19   A    Yes.                                             15:00:50
20   Q    And as part of her hormone therapy               15:00:50
21 treatment, she was required to have appointments        15:00:56
22 with endocrinologists?                                  15:00:59
23   A    Yes.                                             15:01:03
24   Q    Am I correct that at times, up to ten            15:01:03
25 months passed between her endocrinology                 15:01:11

| | | |
|---|---|---|
| 1 | appointments? | 15:01:15 |
| 2 | A      I'm not aware of that information. | 15:01:16 |
| 3 | Q      Did you have any role in scheduling | 15:01:19 |
| 4 | appointments for her? | 15:01:22 |
| 5 | A      No, ma'am. | 15:01:24 |
| 6 | Q      Do you know who, if anyone, did? | 15:01:26 |
| 7 | A      Medical.  I don't know the specific name | 15:01:29 |
| 8 | of the person responsible for Ashley Diamond, but | 15:01:34 |
| 9 | my medical staff would have been. | 15:01:39 |
| 10 | Q      Okay.  Now, we've spoke a little bit | 15:01:43 |
| 11 | about transgender offenders that you interacted | 15:01:54 |
| 12 | with at Whitworth and Lee Arrendale. | 15:01:57 |
| 13 | Approximately how many transgender men | 15:02:04 |
| 14 | have you met during your time with the department? | 15:02:08 |
| 15 | A      Oh, wow.  I would say close to a hundred, | 15:02:12 |
| 16 | because I was deputy warden of care and treatment | 15:02:26 |
| 17 | at Lee Arrendale for a time.  I was deputy warden | 15:02:28 |
| 18 | of security at Lee Arrendale for a time.  I left, | 15:02:31 |
| 19 | became warden at another facility, and then came | 15:02:36 |
| 20 | back to Lee Arrendale as warden. | 15:02:39 |
| 21 | So over those years that I was at Lee | 15:02:42 |
| 22 | Arrendale, I encountered transgenders. | 15:02:45 |
| 23 | Q      Okay.  Have you ever -- and sorry. | 15:02:48 |
| 24 | Approximately what time span, what years were you | 15:02:53 |
| 25 | working at Lee Arrendale in some capacity? | 15:02:55 |

| | | |
|---|---|---|
| 1 | A      2009 -- I was reassigned at the end of | 15:02:59 |
| 2 | 2008, but I was out on medical leave, so I did not | 15:03:04 |
| 3 | physically return until January of 2009 | 15:03:07 |
| 4 | physically, until 2013.  I left for four years and | 15:03:13 |
| 5 | came back in 2017 as warden. | 15:03:19 |
| 6 | Q      Got it. | 15:03:24 |
| 7 | Is there one document that provides a | 15:03:26 |
| 8 | good summary of all the roles you've had in | 15:03:29 |
| 9 | corrections? | 15:03:34 |
| 10 | A      I've held a lot of roles.  God has | 15:03:35 |
| 11 | blessed me to be in a lot of different positions | 15:03:43 |
| 12 | in my 30 years in corrections. | 15:03:47 |
| 13 | Q      So what would be a good document -- so I | 15:03:50 |
| 14 | don't have to trouble you with all the details of | 15:03:54 |
| 15 | your experience, what document, if any, would | 15:03:58 |
| 16 | reflect all the roles you've had? | 15:04:01 |
| 17 | A      Oh, I can't even begin to think of what | 15:04:04 |
| 18 | document.  I mean, I can tell you all the roles | 15:04:10 |
| 19 | that I've held in my 30 years. | 15:04:12 |
| 20 | Q      How long do you think it would take us? | 15:04:18 |
| 21 | A      Oh -- | 15:04:20 |
| 22 | Q      Is it worth -- | 15:04:21 |
| 23 | A      No, it wouldn't be that -- it would be | 15:04:22 |
| 24 | quick. | 15:04:24 |
| 25 | Q      Okay. | 15:04:25 |

1    A    I started in '93 as a correctional          15:04:25

2  officer.  Then I got promoted to counselor        15:04:29

3  associate, and then counselor OR, and then chief  15:04:33

4  counselor.                                         15:04:39

5    Q    What facility or facilities did you hold    15:04:40

6  those positions?                                   15:04:42

7    A    I started off at Hart detention center,     15:04:43

8  later changed over to Whitworth Women's Facility.  15:04:47

9  But back then, it was a male facility.  It was a   15:04:51

10  detention center.  Hart detention center as a      15:04:54

11  cadet and an officer.                              15:04:57

12        And then from the time span of 2003 -- I    15:04:59

13  mean, '93 to '95, I was a counselor.  No, I was an 15:05:03

14  officer from '93 to '94.  Then I got promoted to   15:05:11

15  counselor.  '94 to '95, I was promoted to a        15:05:14

16  counselor, and then chief counselor.               15:05:19

17        In '96, I left Hart detention center.  By   15:05:22

18  that time it turned over to Whitworth Parole        15:05:25

19  Revocation Center.  And I got transferred to       15:05:29

20  Alcovy Diversion Center as assistant               15:05:35

21  superintendent.  And these were males as well.  In 15:05:36

22  a diversion center, they were males.               15:05:40

23        Then from there, in 2000, I was             15:05:43

24  transferred from Alcovy Diversion Center.  I       15:05:45

25  stayed there from 1998 to 2000.  In 2000, I        15:05:49

1    transferred to IW Davis Probation Detention          15:05:56

2    Center.  I remained there eight years as assistant    15:05:59

3    superintendent, second in command of our all-male     15:06:04

4    detention center.                                      15:06:08

5         Then from that period, end of 2008, I got        15:06:09

6    transferred to Lee Arrendale State Prison.  I was      15:06:13

7    out on medical leave, and then when I came back,       15:06:17

8    IW Davis had closed down, and my new assignment        15:06:19

9    was deputy warden of care and treatment at Lee         15:06:23

10   Arrendale State Prison the end of 2008.  I             15:06:25

11   physically started January 2009.                       15:06:28

12        So from January 2009 to December 2012, I          15:06:31

13   was deputy warden of care and treatment.               15:06:40

14        Then from December 2012 to July 2013, I           15:06:42

15   was deputy warden of security at Lee Arrendale.        15:06:47

16   And then that's where I got promoted to warden in      15:06:51

17   June of -- July of 2013.                               15:06:54

18   Q    Got it.                                           15:06:58

19        And that takes us up through your                 15:06:59

20   appointment to warden of Coastal on July 1st,          15:07:03

21   2019?                                                  15:07:09

22   A    Yes.                                              15:07:10

23   Q    Thank you.  I'm very impressed you knew           15:07:11

24   all of that from memory.                               15:07:14

25        Now, in all of your years with the                15:07:18

```
 1    department, have you received any training related        15:07:21
 2    to transgender offenders?                                 15:07:23
 3        A    Yes, I have.                                     15:07:27
 4        Q    Okay.  What type of training have you            15:07:29
 5    received concerning transgender offenders?                15:07:34
 6        A    When I first arrived at Lee Arrendale            15:07:37
 7    State Prison, because I'd never worked with               15:07:42
 8    females before, I was sent to training on the             15:07:44
 9    female population.                                         15:07:51
10           And during that training -- I can't               15:07:54
11    remember -- I can't remember to save my life the         15:07:56
12    name of the training.  I don't know if it was a          15:07:59
13    deputy wardens meeting or a female services              15:08:02
14    meeting.  But they informed us about the female          15:08:10
15    population and the differences, of course, male          15:08:19
16    versus female.                                            15:08:22
17           And during that training, I received              15:08:23
18    transgender training in reference to the                 15:08:25
19    transgender population, transgender male,                15:08:30
20    transgender females.                                      15:08:35
21        Q    Is that likely the first time you               15:08:36
22    received training on the subject of transgender          15:08:39
23    people?                                                    15:08:43
24        A    Official training, yes.                          15:08:44
25        Q    Had you ever interacted with transgender        15:08:47
```

1    people prior to that training?                      15:08:52

2        A    Yes, yes, all throughout my life.          15:08:53

3        Q    Particularly in the context of             15:08:57

4    corrections?                                        15:09:00

5        A    Yes, yes.  I interacted with staff and     15:09:02

6    offenders.                                          15:09:06

7        Q    There are -- are there transgender staff   15:09:07

8    that you've encountered at GDC facilities?          15:09:10

9        A    I have.  I have in the past.               15:09:13

10       Q    Were there any at Coastal during your      15:09:17

11   time as warden?                                     15:09:20

12       A    That, I don't -- I don't recall.  I mean,  15:09:21

13   I try not to make a designation of someone just     15:09:27

14   because they wear their hair short or anything of   15:09:31

15   that nature.  But I don't recall interacting or     15:09:34

16   knowing that I had any transgender staff at         15:09:42

17   Coastal.                                            15:09:46

18       Q    Okay.  And approximately what year would   15:09:46

19   you have received the training you just described   15:09:51

20   concerning transgender topics?  Would that have     15:09:54

21   been in 2009?                                       15:09:57

22       A    2009, 2010, 2011.  I mean, it was          15:09:59

23   basically annual.  And if it wasn't training, it    15:10:06

24   was an informational session in meetings that I     15:10:12

25   would attend.  So, I mean, I received -- and then,  15:10:16

1    of course -- you know, of course, me reading          15:10:24
2    literature, policies and stuff of that nature, of     15:10:26
3    course, that I can't -- I can't bring back up on      15:10:30
4    the drop of a dime.  But, of course, if shown to      15:10:35
5    me, it would spark a memory.                          15:10:38
6            MS. EZIE:  Okay.  Why don't we turn to a      15:10:47
7    document that was produced in discovery as            15:10:48
8    DEF_028527.  This will be Benton Exhibit 6.           15:10:53
9            I'm going to put it on my screen.  It is      15:11:03
10   a seven-page document.  And if you could kindly       15:11:06
11   push it to Mr. Chalmers, I'd appreciate it.           15:11:09
12           (Exhibit Benton-6 marked for                  15:11:13
13   identification and attached to the transcript.)       15:11:13
14   BY MS. EZIE:                                          15:11:13
15   Q    Mr. Benton, I'm going to make it full            15:11:25
16   size just so you can see the whole page, and then     15:11:27
17   I'm assuming, based on past practice, you're going    15:11:29
18   to want me to zoom in a little, so you can just       15:11:32
19   tell me how much to zoom in.                          15:11:36
20   A    Yes, ma'am.                                      15:11:37
21   Q    But you can see the full page of page 1          15:11:37
22   at this time, inclusive of the number at the          15:11:40
23   bottom?                                               15:11:42
24   A    Yes, I can see it.  It just needs to be          15:11:43
25   enhanced a little bit.                                15:11:46

1    Q    Okay.  I'm going to go ahead and blow it          15:11:47
2    up, and you can just tell me where to stop.            15:11:50
3    A    Okay.  Blow it up a little bit more.              15:11:56
4    Q    Okay.                                             15:11:59
5    A    That's good.                                      15:12:00
6    Q    Okay.  Just let me know when you'd like           15:12:01
7    me to scroll down.                                     15:12:05
8    A    You can scroll down.                              15:12:06
9         MS. EZIE:  Okay.  Mr. Chalmers, if you            15:12:08
10   can confirm when you have a copy.                      15:12:10
11        MR. CHALMERS:  I'm looking for it.  What          15:12:12
12   is this one called?                                    15:12:14
13        MS. EZIE:  It's DEF_028527.  It's going           15:12:15
14   to be --                                               15:12:20
15        MR. CHALMERS:  Okay, I have it.                   15:12:21
16        MS. EZIE:  -- Exhibit 6.                          15:12:26
17   Q    Should I keep scrolling?                          15:12:30
18   A    Are you talking to me?                            15:12:34
19   Q    Yes.  Just if you'd like me to scroll             15:12:52
20   down.                                                  15:12:54
21   A    I'm sorry.  Yes, you can scroll.  This            15:12:55
22   looks like a copy of my training history.              15:12:58
23   Q    Okay.  That's what I wanted to confirm,           15:13:00
24   if this would be -- if this is a record that would     15:13:01
25   reflect all of the trainings you've received?          15:13:02

1       (Cross-talk.)                                      15:13:07

2    A    It wouldn't reflect all of it.  It's            15:13:07

3  missing some training.  It wouldn't reflect all of     15:13:10

4  it.  But it's missing.  I've had this conversation     15:13:12

5  before, that I'm not receiving credit for some of      15:13:14

6  the training that I've had over the years,             15:13:18

7  specialized training.                                  15:13:21

8    Q    Okay.  Do you have a recollection today         15:13:23

9  of what, if any, trainings might be missing?           15:13:30

10   A    No, not right off the rip right now at          15:13:35

11 this second.  But I know in the past, I've             15:13:39

12 mentioned that to post, that they did not have all     15:13:42

13 of my trainings.  I think one year, I was missing      15:13:46

14 in-service that I knew I completed, but they had       15:13:50

15 no document stating that I completed it.               15:13:53

16   Q    Okay.                                           15:13:58

17   A    But this right here is a good depiction         15:13:59

18 of the training that I've received over the years.     15:14:02

19   Q    Got it.                                         15:14:06

20        Do you -- on this list, do you see an           15:14:09

21 entry that corresponds to the training you believe     15:14:11

22 first described to you transgender offenders?          15:14:15

23   A    Oh, no, no, I don't.  I think that was          15:14:21

24 listed under specialized training, if I recall.       15:14:23

25 But I can't -- I can't say one hundred percent.       15:14:27

| | | |
|---|---|---|
| 1 | Q     Might it be this one from March 2009? | 15:14:30 |
| 2 | A     It could be, but like I said, I can't | 15:14:45 |
| 3 | swear to it. | 15:14:48 |
| 4 | Q     Okay.  Well, from 2009, when you first | 15:14:49 |
| 5 | received some instruction on transgender | 15:14:53 |
| 6 | offenders, to present, how many times have you | 15:15:00 |
| 7 | attended trainings where transgender people have | 15:15:02 |
| 8 | been a subject of discussion? | 15:15:05 |
| 9 | A     You said separate from when? | 15:15:12 |
| 10 | Q     2009 is the first time you recall | 15:15:14 |
| 11 | attending a training where transgender people were | 15:15:18 |
| 12 | discussed at GDC. | 15:15:21 |
| 13 | A     Yes. | 15:15:22 |
| 14 | Q     How many times since then have you | 15:15:22 |
| 15 | attended transgender-related training? | 15:15:24 |
| 16 | A     I can't honestly tell you that.  Several | 15:15:28 |
| 17 | trainings.  The topic was spoke about during the | 15:15:34 |
| 18 | training.  But I can't tell you whether or not it | 15:15:38 |
| 19 | was 8, 10, 20. | 15:15:44 |
| 20 | Q     Can you -- I'll put this material away. | 15:15:46 |
| 21 | Can you recall what topics were discussed | 15:15:48 |
| 22 | related to transgender offenders? | 15:15:51 |
| 23 | A     Just the different designations, what the | 15:15:58 |
| 24 | definition of transgender, bisexual, gay, lesbian. | 15:16:00 |
| 25 | You know, they defined a lot of -- a lot of those | 15:16:11 |

| | | |
|---|---|---|
| 1 | designations, and they talked in general about | 15:16:16 |
| 2 | what each area was about and how those individuals | 15:16:20 |
| 3 | felt and what they believed and so on and so | 15:16:27 |
| 4 | forth. | 15:16:33 |
| 5 | Q    Okay.  Have you ever received training on | 15:16:33 |
| 6 | how to communicate professionally with transgender | 15:16:37 |
| 7 | offenders? | 15:16:43 |
| 8 | A    Yes. | 15:16:43 |
| 9 | Q    When is the first time you received | 15:16:45 |
| 10 | training on that subject? | 15:16:48 |
| 11 | A    Oh, wow.  I refer back to when I started | 15:16:51 |
| 12 | working with the female population.  You know, | 15:16:58 |
| 13 | they taught us that transgenders -- of course, the | 15:17:04 |
| 14 | transgenders that identify with male do not like | 15:17:11 |
| 15 | to be called "Mrs." and "she," and vice versa with | 15:17:16 |
| 16 | the ones that identify with female does not like | 15:17:23 |
| 17 | to be called "Mr." or "he." | 15:17:25 |
| 18 | Q    Okay.  So you were aware that transgender | 15:17:31 |
| 19 | people like to be referred to using the pronouns | 15:17:38 |
| 20 | that correspond to their gender identity? | 15:17:43 |
| 21 | A    Yes. | 15:17:45 |
| 22 | Q    Is that -- but that's not necessarily | 15:17:46 |
| 23 | something that you have followed during your time | 15:17:51 |
| 24 | as warden, that guidance? | 15:17:55 |
| 25 | A    I have, to a certain extent.  If I don't | 15:17:58 |

1    call them "she" or "ma'am," I will call them          15:18:02

2    inmate.                                               15:18:04

3        Q    Okay.  But it's accurate that you            15:18:06

4    referred to Ashley Diamond as "he" in many GDC        15:18:13

5    documents?                                            15:18:17

6        A    Sometimes I have, yes.                       15:18:18

7        Q    Why is that?                                 15:18:20

8        A    Just memory, forgot.  I'm in a male          15:18:21

9    environment, so it's quick to say, you know, "he,"    15:18:27

10   you know, "get him out of there."  And then I         15:18:31

11   catch myself.  So it's just ignorance on my part.     15:18:34

12       Q    Okay.  And sometimes you have a habit of     15:18:38

13   referring to transgender people as "transgenders,"    15:18:44

14   correct?                                              15:18:47

15       A    I'm sorry?                                   15:18:50

16       Q    Sometimes you refer to transgender people    15:18:51

17   as "transgenders" with an S?                          15:18:54

18       A    I don't recall that.  If I'm talking to      15:18:57

19   an individual, I try to keep it singular.             15:19:01

20       Q    Okay.  But in documents, for instance,       15:19:04

21   you refer to, you know, your transgenders from        15:19:07

22   time to time?                                         15:19:14

23       A    Your transgenders?                           15:19:14

24       Q    Mm-hmm.                                      15:19:16

25       A    What's the conversation?                     15:19:16

| | | |
|---|---|---|
| 1 | Q     Let's see if I can find an example.  Give | 15:19:20 |
| 2 | me one moment, please. | 15:19:23 |
| 3 | Well, in any event, are you aware that | 15:19:29 |
| 4 | the phrase "transgenders" is considered | 15:19:31 |
| 5 | derogatory? | 15:19:35 |
| 6 | A     If I'm talking about multiple, then no, I | 15:19:37 |
| 7 | was not aware of that.  If I'm talking about | 15:19:42 |
| 8 | multiple individuals. | 15:19:44 |
| 9 | Q     I think -- would you consider it | 15:19:46 |
| 10 | offensive to refer to multiple black people as | 15:19:53 |
| 11 | "the blacks"? | 15:19:57 |
| 12 | A     No.  African-Americans. | 15:19:59 |
| 13 | Q     Okay. | 15:20:03 |
| 14 | A     Plural. | 15:20:04 |
| 15 | Q     Okay.  And what did the training about | 15:20:06 |
| 16 | communicating effectively with transgender people | 15:20:15 |
| 17 | consist of, to the best of your recollection -- | 15:20:18 |
| 18 | A     Just -- | 15:20:23 |
| 19 | Q     -- beyond what we've -- | 15:20:23 |
| 20 | (Cross-talk.) | 15:20:25 |
| 21 | A     Just what you've said earlier, how to -- | 15:20:25 |
| 22 | how to communicate with them and what their likes | 15:20:28 |
| 23 | and dislikes are. | 15:20:32 |
| 24 | Q     Do you know who within -- I'm sorry. | 15:20:34 |
| 25 | Please continue. | 15:20:38 |

1    A     Sorry.  As it pertains to the individual,        15:20:39

2    what their likes or dislikes are.                      15:20:43

3    Q     Do you know who within GDC is expected to         15:20:46

4    receive training on that subject matter?                15:20:51

5    A     I would think all staff.                           15:20:54

6    Q     Okay.                                              15:20:59

7    A     But no.                                            15:21:00

8    Q     As warden, do you have any responsibility          15:21:03

9    for ensuring that personnel receive mandatory           15:21:06

10   trainings?                                              15:21:14

11   A     Yes.                                               15:21:15

12   Q     Okay.  Now, I'd like to turn to the               15:21:18

13   subject of Ashley Diamond's safety concerns.            15:21:25

14         Now, you indicated earlier that she              15:21:32

15   voiced some safety concerns to you.                     15:21:40

16         Is it true that she also submitted PREA           15:21:44

17   complaints?                                             15:21:47

18   A     Yes.  She filed several PREAs.                     15:21:49

19   Q     She filed PREAs in a couple different             15:21:53

20   ways?                                                   15:21:58

21   A     As far as I know, she filed them -- yes,          15:22:03

22   yes, I guess verbally and in writing.                   15:22:09

23   Q     Okay.  And those PREA complaints                  15:22:12

24   concerned safety problems that she alleged she was      15:22:18

25   having in her dormitory, the evidence-based             15:22:23

| | | |
|---|---|---|
| 1 | dormitory? | 15:22:28 |
| 2 | A    Yes. | 15:22:28 |
| 3 | Q    And you understood that by making a | 15:22:29 |
| 4 | complaint -- or receiving a complaint with a PREA | 15:22:36 |
| 5 | allegation, you and your personnel had a duty to | 15:22:40 |
| 6 | investigate, correct? | 15:22:44 |
| 7 | A    Correct. | 15:22:45 |
| 8 | Q    Now, let's see.  Are you familiar with | 15:22:47 |
| 9 | SART investigation checklists? | 15:22:55 |
| 10 | A    Yes. | 15:22:58 |
| 11 | Q    What are they? | 15:23:01 |
| 12 | A    I can't recall them one by one, but | 15:23:03 |
| 13 | there's a listed checklist on what SART must | 15:23:07 |
| 14 | follow in dealing with PREA. | 15:23:12 |
| 15 | Q    And what is SART? | 15:23:15 |
| 16 | A    Sexual assault response team. | 15:23:20 |
| 17 | Q    That's a team that exists at the facility | 15:23:24 |
| 18 | level? | 15:23:27 |
| 19 | A    Yes. | 15:23:28 |
| 20 | Q    There was a SART team at Coastal when you | 15:23:29 |
| 21 | were there? | 15:23:35 |
| 22 | A    Yes. | 15:23:36 |
| 23 | Q    Who was a member of the SART team between | 15:23:37 |
| 24 | June 2020 and the time of your departure? | 15:23:41 |
| 25 | A    Members of the team consist of medical | 15:23:47 |

| | | |
|---|---|---|
| 1 | staff, counseling staff, the coordinator, PREA | 15:23:51 |
| 2 | coordinator, and the retaliation monitor and | 15:24:00 |
| 3 | mental health staff. | 15:24:08 |
| 4 | Q    Who was the retaliation monitor at | 15:24:09 |
| 5 | Coastal State Prison between June 2020 and your | 15:24:15 |
| 6 | departure? | 15:24:17 |
| 7 | A    I cannot recall.  Sorry.  I want to | 15:24:20 |
| 8 | say -- it was one of my counselors, I can tell you | 15:24:24 |
| 9 | that for a fact.  But I can't tell you the name. | 15:24:28 |
| 10 | Because only the counselors are designated as | 15:24:33 |
| 11 | retaliation monitors. | 15:24:38 |
| 12 | Q    Okay.  Now, were SART investigation | 15:24:44 |
| 13 | checklists supposed to be completed after every -- | 15:24:46 |
| 14 | or as part of every sexual assault investigation? | 15:24:51 |
| 15 | A    Yes. | 15:24:54 |
| 16 | Q    Why is that? | 15:24:55 |
| 17 | A    That's policy.  That's part of the | 15:24:59 |
| 18 | policy.  And so they're supposed to follow policy. | 15:25:04 |
| 19 | Q    Did you have -- as warden, did you have a | 15:25:08 |
| 20 | duty to make sure that policy was followed? | 15:25:12 |
| 21 | A    Yes, I did, as warden. | 15:25:15 |
| 22 | MS. EZIE:  I'm going to show you an | 15:25:20 |
| 23 | exhibit that has been marked as DEF_888.  There | 15:25:22 |
| 24 | will be a space for my colleagues at Planet Depos, | 15:25:28 |
| 25 | if you could push that to Mr. Chalmers.  It's a | 15:25:32 |

| | |
|---|---|
| 1 | one-page document. | 15:25:35 |
| 2 | (Exhibit Benton-7 marked for | 15:25:40 |
| 3 | identification and attached to the transcript.) | 15:25:40 |
| 4 | BY MS. EZIE: | 15:25:40 |
| 5 | Q    I'm going to put it on my screen now, | 15:25:37 |
| 6 | Mr. Benton.  Let me know if you're able to see it. | 15:25:39 |
| 7 | A    I can see it, yes.  It just has to be | 15:25:45 |
| 8 | blown up. | 15:25:48 |
| 9 | Q    It is a one-page document.  It has a | 15:25:48 |
| 10 | stamp at the bottom.  I'm going to go ahead and | 15:25:50 |
| 11 | blow it up now.  And tell me if that's big enough, | 15:25:52 |
| 12 | or would you like it a little bigger?  A little | 15:25:56 |
| 13 | bigger? | 15:25:57 |
| 14 | A    A little bit more, yes. | 15:25:57 |
| 15 | Q    Okay. | 15:25:59 |
| 16 | A    Yes, that's good. | 15:26:01 |
| 17 | MS. EZIE:  Okay.  Mr. Chalmers, please | 15:26:07 |
| 18 | let me know when you have a copy. | 15:26:09 |
| 19 | MR. CHALMERS:  I will.  I don't think I | 15:26:10 |
| 20 | have it yet. | 15:26:12 |
| 21 | Okay.  I have it now. | 15:26:19 |
| 22 | Q    Okay.  Mr. Benton, is this a SART | 15:26:22 |
| 23 | Investigation Checklist? | 15:26:25 |
| 24 | A    It is. | 15:26:26 |
| 25 | Q    It's the kind that was supposed to be | 15:26:27 |

1    filled out after -- or as part of every PREA          15:26:30

2    investigation your facility conducted?                15:26:34

3        A    It is, yes.                                  15:26:36

4        Q    To your knowledge -- strike that.            15:26:37

5             Do you agree it was important that these     15:26:45

6    checklists be completed in connection with each       15:26:50

7    sexual abuse incident that was --                      15:26:55

8        A    It is.                                       15:26:57

9        Q    -- alleged?                                  15:26:56

10       A    I'm sorry.                                   15:26:58

11       Q    Why is that?                                 15:26:58

12       A    It is.                                       15:26:58

13            MS. EZIE:  Sorry, Lisa.                      15:27:03

14       Q    Why is that?                                 15:27:04

15       A    Just so we can be systematic in our         15:27:05

16   approach on any allegation to make sure all Is are    15:27:08

17   dotted and Ts are crossed and we don't forget and     15:27:14

18   miss anything.                                        15:27:17

19       Q    Was this -- was the policy of generating    15:27:18

20   a SART investigation checklist followed with          15:27:23

21   respect to each sexual abuse incident alleged at      15:27:28

22   Coastal State Prison?                                 15:27:31

23       A    I can't tell you if it was followed on      15:27:32

24   every case.                                           15:27:35

25       Q    But it should have been, per GDC policy?    15:27:37

| | | |
|---|---|---|
| 1 | A    Yes. | 15:27:40 |
| 2 | MS. EZIE:  Okay.  I will take that down. | 15:27:45 |
| 3 | Q    Now, there was also a checklist that your | 15:27:46 |
| 4 | agency was supposed to complete -- your facility | 15:27:54 |
| 5 | was supposed to complete at the conclusion of | 15:27:58 |
| 6 | every investigation, correct? | 15:28:01 |
| 7 | A    Correct. | 15:28:03 |
| 8 | Q    A checklist called the Sexual Abuse | 15:28:05 |
| 9 | Incident Review Checklist? | 15:28:09 |
| 10 | A    Yes.  It was a part of the incident | 15:28:12 |
| 11 | report, as we call it, an incident report. | 15:28:14 |
| 12 | MS. EZIE:  I'd like to mark as Benton | 15:28:20 |
| 13 | deposition Exhibit 9 -- although I'm starting to | 15:28:27 |
| 14 | wonder how I can identify it for you all. | 15:28:31 |
| 15 | MR. CHALMERS:  Excuse me.  We're on 8, | 15:28:37 |
| 16 | right? | 15:28:39 |
| 17 | MS. EZIE:  Thank you.  Exhibit 8. | 15:28:39 |
| 18 | I'm trying to see what I called it so I | 15:28:45 |
| 19 | can find it for all of you.  So I'm going to put | 15:28:48 |
| 20 | the file name in the chat.  It's the Sexual Abuse | 15:29:02 |
| 21 | Incident Review Checklist, PREA SOP attachment 9. | 15:29:07 |
| 22 | Well, maybe -- hopefully that's sufficient to | 15:29:14 |
| 23 | identify it. | 15:29:18 |
| 24 | I'm going to put it on my screen.  And | 15:29:21 |
| 25 | thank you, I believe this is Exhibit 8, not 9. | 15:29:23 |

1  Benton Exhibit 8, rather.                              15:29:30

2          And yes, unfortunately, I did not name it      15:29:30

3  with a file name or the Bates name, but please let     15:29:32

4  me know if you're able to find it based on this        15:29:35

5  title, Sexual Abuse Incident Review Checklist, and     15:29:37

6  push it to Mr. Chalmers.  It's a one-page              15:29:41

7  document.                                              15:29:45

8          (Exhibit Benton-8 marked for                   15:29:27

9  identification and attached to the transcript.)        15:29:47

10 BY MS. EZIE:                                           15:29:47

11     Q    Okay.  Mr. Benton, are you able to see        15:29:48

12 this document?                                         15:29:50

13     A    I am.                                          15:29:52

14     Q    Is this a copy of the checklist we were       15:29:54

15 just discussing that's to be completed following       15:30:00

16 PREA allegations --                                    15:30:03

17     A    Yes.                                           15:30:06

18     Q    -- or PREA investigations?                    15:30:06

19     A    Yes.                                           15:30:08

20     Q    And it's a checklist that asks whether        15:30:08

21 there are things that the facility can improve in      15:30:17

22 terms of safety based on a PREA allegation?            15:30:24

23     A    Yes.                                           15:30:27

24     Q    And that includes whether there's             15:30:28

25 adjustments needed to staffing?                        15:30:31

```
1        A     Yes.                                    15:30:33

2        Q     And whether there are adjustments that  15:30:35

3   are needed when it comes to video monitoring       15:30:39

4   technology?                                         15:30:42

5        A     Yes.                                    15:30:44

6        Q     And whether there are adjustments needed 15:30:45

7   with respect to the policies and practices          15:30:49

8   related -- your facility's policies and practices   15:30:53

9   related to preventing, protecting, or responding    15:30:57

10  to sexual abuse?                                    15:31:00

11       A     Yes.                                    15:31:01

12       Q     Was it your facility's practice to      15:31:01

13  generate -- to complete checklists like these at    15:31:07

14  the conclusion of PREA investigations?              15:31:11

15       A     Supposed to be, yes.                    15:31:14

16       Q     Okay.  Do you know whether that practice 15:31:15

17  was followed?                                       15:31:18

18       A     I do remember seeing this form, so I'm  15:31:20

19  quite sure it was followed.  Whether or not it was  15:31:22

20  followed consistently is -- it's another question.  15:31:26

21  So I do remember seeing this form.                  15:31:32

22       Q     Thank you.                              15:31:35

23             Now, with respect to Ashley Diamond, she 15:31:38

24  at some point complained to Coastal staff that she  15:31:51

25  was having safety concerns in her dormitory,        15:31:56
```

| | | |
|---|---|---|
| 1 | correct? | 15:32:00 |
| 2 | A     It appears, yes. | 15:32:01 |
| 3 | Q     She complained that she was having safety | 15:32:03 |
| 4 | problems related to being a transgender person? | 15:32:07 |
| 5 | A     Not specifically, but just problems being | 15:32:16 |
| 6 | in the dormitory.  It just is so much she would | 15:32:23 |
| 7 | speak about on top of the vast amount of PREAs | 15:32:38 |
| 8 | that she would file.  But yes, she had concerns of | 15:32:43 |
| 9 | being in a male prison. | 15:32:49 |
| 10 | Q     She made you aware of the safety concerns | 15:32:52 |
| 11 | she had, being a transgender woman in a male | 15:32:56 |
| 12 | facility like Coastal? | 15:33:01 |
| 13 | A     She made me aware of not being safe in a | 15:33:03 |
| 14 | male facility, yes. | 15:33:11 |
| 15 | Q     Okay.  Now, isn't it true that Ashley | 15:33:12 |
| 16 | Diamond indicated that she was being sexually | 15:33:21 |
| 17 | harassed in her dormitory? | 15:33:24 |
| 18 | A     Yes, through the PREAs and -- yes. | 15:33:28 |
| 19 | Q     She indicated that she was being sexually | 15:33:34 |
| 20 | harassed by multiple people in the evidence-based | 15:33:37 |
| 21 | dormitory? | 15:33:41 |
| 22 | A     Don't know about multiple people.  But | 15:33:45 |
| 23 | she had mentioned that she was being sexually | 15:33:48 |
| 24 | harassed, offenders making catcalls and stuff of | 15:33:52 |
| 25 | that nature. | 15:33:57 |

1      Q      Do you have any reason to believe that          15:33:58

2    that did not occur within the dormitory?                 15:34:04

3      A      Do I have reason to believe it did not           15:34:11

4    occur?                                                   15:34:13

5      Q      Correct.                                         15:34:13

6      A      Yes, I do.                                       15:34:14

7      Q      What reason is that?                             15:34:15

8      A      Just the time that Ms. Diamond has been          15:34:19

9    at Coastal, she has repeatedly not been honest          15:34:23

10   with some of her information that she would bring       15:34:28

11   forward, or she would shut down and not give us --      15:34:32

12   she would give us a little bit, but would not           15:34:37

13   continue on with the investigation, impeding us         15:34:40

14   looking deeper into what her allegations were.          15:34:44

15          It's been explained to her that it's a           15:34:48

16   process, that you can't stop in the middle of it,       15:34:51

17   let's continue on and find out if what you say is       15:34:54

18   actually true.  She would not give us names, you        15:34:57

19   know.  So she would impede the investigation.           15:35:03

20          So that's some of my hesitation on               15:35:06

21   believing some of the things that she would bring       15:35:11

22   up.                                                     15:35:13

23          But in her bringing up accusations or            15:35:14

24   allegations, they would be investigated anyway, to      15:35:18

25   the best of our ability.                                15:35:21

| | | |
|---|---|---|
| 1 |     MS. EZIE:  Let's start with a document | 15:35:26 |
| 2 | that was produced in discovery as DEF_005317.  I'm | 15:35:27 |
| 3 | going to put it on my screen.  And it's a one-page | 15:35:46 |
| 4 | document.  Please push it to Mr. Chalmers. | 15:35:54 |
| 5 |     (Exhibit Benton-9 marked for | 15:35:59 |
| 6 | identification and attached to the transcript.) | 15:35:59 |
| 7 | BY MS. EZIE: | 15:35:59 |
| 8 |    Q    Mr. Benton, is that large enough for you | 15:36:00 |
| 9 | to see, or would you like me to blow it up? | 15:36:02 |
| 10 |    A    A little bit more, please. | 15:36:05 |
| 11 |    Q    Okay. | |
| 12 |    A    That's good. | 15:36:07 |
| 13 |    Q    Let's see if I can just make the whole | 15:36:08 |
| 14 | thing visible.  Can you see it now in its | 15:36:10 |
| 15 | entirety? | 15:36:12 |
| 16 |    A    Yes. | 15:36:13 |
| 17 |    Q    Okay.  Let me know when you've had a | 15:36:13 |
| 18 | chance to read it. | 15:36:15 |
| 19 |     MR. CHALMERS:  This one is 5317, did you | 15:36:40 |
| 20 | say? | 15:36:43 |
| 21 |     MS. EZIE:  Yes. | 15:36:43 |
| 22 |     MR. CHALMERS:  Okay.  I have it. | 15:36:44 |
| 23 |     MS. EZIE:  Thanks. | 15:36:45 |
| 24 |    Q    Are you ready to proceed, or are you | 15:37:38 |
| 25 | still reading? | 15:37:40 |

1    A    I've reviewed it.                         15:37:40

2    Q    Okay.  Mr. Benton, is this an email that  15:37:41

3  you received from Tamara Cantera in July of 2020?  15:37:46

4    A    Yes.                                      15:37:53

5    Q    And it is describing some reports that    15:37:54

6  Ashley Diamond made to Tamara Cantera?           15:38:03

7    A    Yes.                                      15:38:08

8    Q    Tamara Cantera had a role with respect to 15:38:08

9  SART investigations; is that correct?            15:38:13

10   A    Yes.                                      15:38:14

11   Q    And what role was that?                   15:38:15

12   A    At that time, she was over SART.  I think 15:38:20

13 she was the SART leader, as a matter of fact, if  15:38:26

14 I -- if I'm remembering correctly.               15:38:30

15   Q    And what does it mean to be the SART      15:38:32

16 leader?                                          15:38:36

17   A    She's basically over the SART team.  She  15:38:37

18 brings the team together.  She presents the       15:38:40

19 information.  They discussed it in a closed       15:38:43

20 meeting style area.  And she prepares the         15:38:47

21 documents.                                       15:38:53

22   Q    Did she -- did you rely on her to conduct 15:38:54

23 PREA investigations?                             15:39:01

24   A    No.  She was not an investigator.         15:39:02

25   Q    So what was her role exactly?             15:39:06

1    A      She compiles the information given to          15:39:09

2    her.  She was a mental health counselor, so she       15:39:14

3    had access to the offender on the mental health       15:39:18

4    side.  We have a separate PREA investigator that      15:39:22

5    investigates any and all accusations from             15:39:28

6    offenders.  So Ms. Cantera, she typed up the PREAs    15:39:33

7    for presentation to the SART team.                    15:39:41

8    Q      Okay.  Now, do you see that in this            15:39:45

9    report that Cantera made to you, she indicated        15:39:52

10   that Ashley Diamond had stated multiple people had    15:39:55

11   been sexually harassing her in her dormitory?         15:40:00

12   A      Correct.                                        15:40:03

13   Q      Have you ever received information that        15:40:05

14   that statement is false?                              15:40:07

15   A      Didn't receive it one way or the other         15:40:11

16   because she shut down during the investigation.       15:40:15

17   She would not give us information, would not give     15:40:18

18   us names, would not give us room numbers.  She        15:40:21

19   shut down.  As it's stated in this memo, she would    15:40:24

20   come up with excuses, I'm too emotional, or I need    15:40:32

21   to speak to my attorneys.                             15:40:37

22   Q      Do you think it's an excuse to say that        15:40:39

23   you're too emotional to discuss a sexual abuse        15:40:46

24   incident?                                             15:40:50

25   A      No, no, I don't think -- no, no, it's          15:40:50

| | | |
|---|---|---|
| 1 | not. | 15:40:56 |
| 2 | Q    You're aware that Ashley Diamond has a | 15:40:57 |
| 3 | PTSD diagnosis, correct? | 15:41:02 |
| 4 | A    Yes. | 15:41:04 |
| 5 | Q    And do you see that, according to these | 15:41:05 |
| 6 | notes, Ashley Diamond was never told that she | 15:41:11 |
| 7 | could not have a lawyer present for interviews? | 15:41:18 |
| 8 | Do you see that? | 15:41:22 |
| 9 | MR. CHALMERS:  Objection. | 15:41:26 |
| 10 | You can answer. | 15:41:26 |
| 11 | A    I'm sorry? | 15:41:32 |
| 12 | Q    When Ashley Diamond received -- requested | 15:41:33 |
| 13 | that her attorneys be present -- strike that. | 15:41:35 |
| 14 | Do you see that in this email, Tamara | 15:41:40 |
| 15 | Cantera indicates that deputy warden of care and | 15:41:47 |
| 16 | treatment Betterson informed her that Ashley -- | 15:41:51 |
| 17 | "her" being Cantera -- that Ashley Diamond's | 15:41:55 |
| 18 | interviews had to be completed in the presence of | 15:41:58 |
| 19 | her attorney? | 15:42:02 |
| 20 | A    Yes.  I did read that, and I do remember | 15:42:04 |
| 21 | having a conversation with Mr. Betterson asking | 15:42:07 |
| 22 | where he got that information from. | 15:42:09 |
| 23 | Q    Where did he get that information from? | 15:42:11 |
| 24 | A    He basically -- if I remember correctly, | 15:42:14 |
| 25 | he told me that's what Ashley Diamond used so many | 15:42:17 |

1    times when he was investigating or trying to get                15:42:24

2    to the bottom of a PREA, that, I need my attorneys              15:42:27

3    present, I need my attorneys present.                           15:42:31

4           So he would take it upon himself to end                  15:42:33

5    the meeting and then come back later, at a later                15:42:37

6    date to try to see if she would open up and try to              15:42:39

7    get to the gist of her allegation.                              15:42:43

8           When I read this email -- I do remember                  15:42:47

9    reading it.  When I read it, it confused me,                    15:42:49

10   because I said, that's -- I don't understand why                15:42:52

11   he would say that we can't talk to her without her              15:42:56

12   attorneys present, which that's not a part of our               15:43:01

13   investigation process.                                          15:43:04

14      Q    And when you say it's not a part of your                15:43:08

15   investigation process, what do you mean?                        15:43:13

16      A    That it's not a part of the PREA process                15:43:15

17   that we contact an offender's attorney while we're              15:43:18

18   doing our investigation.                                        15:43:22

19      Q    Is it always the case that offenders who                15:43:25

20   file PREAs are represented by legal counsel?                    15:43:28

21      A    No.                                                     15:43:33

22      Q    You were aware, correct, that as of July,               15:43:33

23   Ashley Diamond had retained counsel for potential              15:43:42

24   litigation against the department?                              15:43:45

25      A    I was aware that it was forthcoming.                    15:43:49

| | | |
|---|---|---|
| 1 | Q     Are you aware, as of July 2020, that | 15:43:53 |
| 2 | there was potentially litigation forthcoming? | 15:43:57 |
| 3 | A     Yes. | 15:43:59 |
| 4 | Q     Are you aware that there were GDC | 15:44:02 |
| 5 | officials who refused to speak to Ms. Diamond's | 15:44:06 |
| 6 | attorneys without counsel because of the | 15:44:13 |
| 7 | litigation that was potentially pending? | 15:44:17 |
| 8 | A     No, I was not aware of that. | 15:44:21 |
| 9 | Q     Are you aware that typically, when | 15:44:23 |
| 10 | litigation is pending and people retain counsel, | 15:44:32 |
| 11 | that counsel are supposed to be involved in | 15:44:36 |
| 12 | communications thereafter? | 15:44:39 |
| 13 | A     I'm not aware of that within GDC prisons. | 15:44:41 |
| 14 | MS. EZIE:  Okay.  Let's take a look at a | 15:44:50 |
| 15 | document that I'm going to mark as Benton | 15:44:52 |
| 16 | Exhibit 10, and it's a document that was produced | 15:44:59 |
| 17 | in discovery as DEF_005314. | 15:45:04 |
| 18 | It should be on my screen.  It's a | 15:45:17 |
| 19 | few-page document.  Hopefully, Mr. Chalmers is | 15:45:21 |
| 20 | receiving a copy. | 15:45:25 |
| 21 | (Exhibit Benton-10 marked for | 15:45:28 |
| 22 | identification and attached to the transcript.) | 15:45:28 |
| 23 | BY MS. EZIE: | 15:45:28 |
| 24 | Q     I have it blown up to the size that | 15:45:29 |
| 25 | you've requested in the past, Mr. Benton, but let | 15:45:30 |

| | | |
|---|---|---|
| 1 | me know if you'd like me to scroll down. | 15:45:32 |
| 2 | MR. CHALMERS:  And I have it now. | 15:45:52 |
| 3 | MS. EZIE:  Thank you. | 15:45:53 |
| 4 | Q    Now, Mr. Benton, let me know if you want | 15:45:57 |
| 5 | me to scroll down.  I will say my question | 15:46:01 |
| 6 | concerns the portion of the email that is | 15:46:04 |
| 7 | currently on the screen. | 15:46:05 |
| 8 | A    Yes. | 15:46:10 |
| 9 | Q    So do you see the top email is an email | 15:46:14 |
| 10 | that was sent to you and an individual named Maya | 15:46:19 |
| 11 | Rajaratnam -- | 15:46:25 |
| 12 | A    Yes. | 15:46:26 |
| 13 | Q    -- from Jennifer Ammons? | 15:46:28 |
| 14 | A    Yes. | 15:46:30 |
| 15 | Q    Who is Jennifer Ammons? | 15:46:32 |
| 16 | A    Our legal advisor, or the | 15:46:38 |
| 17 | State's attorney, GDC's attorney. | 15:46:41 |
| 18 | Q    She is a GDC employee, correct? | 15:46:42 |
| 19 | A    She is. | 15:46:47 |
| 20 | Q    And do you see that she is acknowledging, | 15:46:54 |
| 21 | as of July 10th, 2020, that there was litigation | 15:46:55 |
| 22 | that had been threatened involving Ashley Diamond | 15:46:58 |
| 23 | and the department? | 15:47:02 |
| 24 | A    Yes. | 15:47:04 |
| 25 | Q    And that as a result, she believed she | 15:47:05 |

1  needed representation by the Attorney General's        15:47:09

2  office?                                                15:47:14

3      A    Yes.                                          15:47:14

4      Q    So she declined to speak concerning          15:47:15

5  Ashley Diamond without representation from her         15:47:19

6  attorneys, correct?                                    15:47:23

7      A    Correct.                                      15:47:25

8      Q    Going back to the prior message, are you     15:47:29

9  aware of any procedure that bars inmates who have      15:47:33

10 legal representatives because of pending               15:47:39

11 litigation from having those attorneys participate     15:47:42

12 in PREA interviews?                                    15:47:47

13     A    Yes.  It's not a part of the PREA policy      15:47:51

14 where we contact the offender's attorney while we      15:47:54

15 are in the middle of an investigation, an internal     15:47:58

16 investigation.                                         15:48:01

17     Q    When you say it's not part of the policy,     15:48:01

18 is that to say that the policy doesn't address         15:48:05

19 this issue one way or the other?                       15:48:07

20     A    No.  What I'm saying is, a part of the        15:48:10

21 PREA policy, it does not state that we are             15:48:14

22 inclined to contact the offender's attorney during     15:48:19

23 an internal PREA investigation.                        15:48:22

24     Q    What policy are you referencing?              15:48:24

25     A    The PREA policy.                              15:48:25

| | | |
|---|---|---|
| 1 | Q     PREA SOP 208.06? | 15:48:27 |
| 2 | A     I'm sorry.  I can't give you the number. | 15:48:34 |
| 3 | Q     Is it the GDC PREA SOP? | 15:48:38 |
| 4 | A     Yes. | 15:48:43 |
| 5 | MS. EZIE:  Why don't we pull it up and | 15:48:48 |
| 6 | look at it together. | 15:48:49 |
| 7 | Is this the procedure you're describing, | 15:48:53 |
| 8 | Mr. Benton?  And if so, we can mark it -- it's | 15:48:55 |
| 9 | called PREA SOP, and I now see I mislabeled it, | 15:48:59 |
| 10 | but it should be in the folder as PREA SOP 208.08. | 15:49:03 |
| 11 | The typo is that that should be a 6.  This is now | 15:49:08 |
| 12 | Benton Exhibit 11. | 15:49:14 |
| 13 | Please push it to Mr. Chalmers. | 15:49:15 |
| 14 | (Exhibit Benton-11 marked for | 15:49:17 |
| 15 | identification and attached to the transcript.) | 15:49:18 |
| 16 | BY MS. EZIE: | 15:49:18 |
| 17 | Q     Mr. Benton, is this the policy you're | 15:49:19 |
| 18 | referencing? | 15:49:20 |
| 19 | MR. CHALMERS:  Can we hold on just a | 15:49:28 |
| 20 | second until I get the document? | 15:49:29 |
| 21 | A/V TECH:  I believe it just finished | 15:49:38 |
| 22 | uploading. | 15:49:39 |
| 23 | MR. CHALMERS:  Okay.  Yes, I have it. | 15:49:39 |
| 24 | Thanks. | 15:49:53 |
| 25 | Q     Mr. Benton, is this the policy that you | 15:49:53 |

| | | |
|---|---|---|
| 1 | believe indicates that attorneys for offenders who | 15:49:57 |
| 2 | have legal counsel cannot be contacted as part of | 15:50:03 |
| 3 | the PREA process? | 15:50:07 |
| 4 | MR. CHALMERS:  Objection to form. | 15:50:09 |
| 5 | (Cross-talk.) | 15:50:11 |
| 6 | THE WITNESS:  I'm sorry. | 15:50:13 |
| 7 | MR. CHALMERS:  You can answer. | 15:50:14 |
| 8 | A     An offender that files a PREA -- yes, | 15:50:15 |
| 9 | yes, this is the policy that I'm referring to that | 15:50:21 |
| 10 | I'm not aware of an offender has the right to have | 15:50:23 |
| 11 | his attorney present during an internal | 15:50:30 |
| 12 | investigation of a PREA. | 15:50:32 |
| 13 | Q     Okay.  And to clarify, my question was, | 15:50:35 |
| 14 | does this or any other policy you're aware of | 15:50:39 |
| 15 | prohibit an attorney -- an offender's attorney | 15:50:42 |
| 16 | from participating in the PREA process? | 15:50:46 |
| 17 | A     Not that I'm aware of. | 15:50:48 |
| 18 | Q     Okay.  I'll stop my screen share. | 15:50:50 |
| 19 | Now, you became aware that Ashley Diamond | 15:50:54 |
| 20 | wanted to be joined by her attorneys as part of | 15:51:03 |
| 21 | the PREA investigation process, correct? | 15:51:08 |
| 22 | A     I was. | 15:51:10 |
| 23 | Q     She made the request to officials at | 15:51:11 |
| 24 | Coastal on more than one occasion? | 15:51:16 |
| 25 | A     I believe she did. | 15:51:19 |

| | | |
|---|---|---|
| 1 | Q     And she also explained the reason why she | 15:51:20 |
| 2 | was requesting an attorney to be present as well, | 15:51:29 |
| 3 | correct? | 15:51:33 |
| 4 | A     I'm quite sure she did, but I don't | 15:51:34 |
| 5 | recall her specific reasoning behind it.  All I do | 15:51:41 |
| 6 | know is that she probably felt that she would not | 15:51:48 |
| 7 | receive a good look at her -- at her allegation, a | 15:51:52 |
| 8 | good investigation. | 15:52:01 |
| 9 | Q     And why do you -- why is that your | 15:52:02 |
| 10 | understanding? | 15:52:06 |
| 11 | A     Based on previous documentation and | 15:52:07 |
| 12 | information of past prison -- her past prison | 15:52:11 |
| 13 | experience. | 15:52:15 |
| 14 | Q     So there had been occasions where Ashley | 15:52:15 |
| 15 | Diamond made PREA complaints on her own without | 15:52:18 |
| 16 | legal support where she was disappointed by the | 15:52:22 |
| 17 | outcome? | 15:52:26 |
| 18 | A     I don't know that.  All I can go by is | 15:52:28 |
| 19 | what she said, and she said that in a statement to | 15:52:31 |
| 20 | the counselor, that she could not trust the GDCP | 15:52:34 |
| 21 | staff. | 15:52:40 |
| 22 | Q     Okay.  So Ashley Diamond indicated to GDC | 15:52:41 |
| 23 | personnel that she had difficulty -- that she had | 15:52:44 |
| 24 | had poor experiences in the PREA process before? | 15:52:51 |
| 25 | A     Based on that document you showed me | 15:52:54 |

```
1    earlier, that's what I read.                        15:52:56

2        Q    Isn't it true that Ashley Diamond also      15:52:59

3    voiced concerns that participating in PREA          15:53:02

4    interviews might negatively impact her safety --    15:53:05

5        A    She did not.                                15:53:13

6             (Cross-talk.)                               15:53:14

7        Q    -- at least where inmates were concerned?   15:53:14

8        A    I'm sorry.  She did not report that to      15:53:17

9    me.                                                 15:53:19

10       Q    Are you aware that she made those reports   15:53:20

11   or statements to CSP personnel?                     15:53:23

12       A    Yes.                                        15:53:28

13       Q    Are you aware that Ashley Diamond said      15:53:30

14   that she wanted to be joined by her attorneys       15:53:34

15   because her allegations concerning inmates were     15:53:39

16   sensitive in nature?                                15:53:44

17       A    No, I was not -- I do not recall.           15:53:46

18       Q    Isn't it true that she said she was         15:53:54

19   worried about retaliation from inmates?             15:53:59

20       A    I believe she did mention something         15:54:06

21   similar to that, yes.  But as I -- as the policy    15:54:10

22   dictates, if she complains about an individual, we  15:54:17

23   remove that aggressor from that area, and that      15:54:21

24   aggressor does not return back to that area.        15:54:27

25       Q    And what policy are you referencing         15:54:31
```

| | |
|---|---|
| 1 | there? | 15:54:33 |
| 2 | A     The PREA policy. | 15:54:34 |
| 3 | Q     The one we marked as Exhibit 11? | 15:54:36 |
| 4 | A     Yes.  During the investigation, if an | 15:54:39 |
| 5 | inmate that files a PREA claims sexual assault of | 15:54:43 |
| 6 | any kind or intimidation or whatnot, we separate | 15:54:48 |
| 7 | the inmates.  We leave the victim there.  We move | 15:54:53 |
| 8 | the aggressor to segregation. | 15:54:57 |
| 9 | Q     Is that a policy that you followed in | 15:55:01 |
| 10 | each and every occasion? | 15:55:04 |
| 11 | A     To my recollection, yes.  Any allegation | 15:55:07 |
| 12 | that she brought up of assault, that offender was | 15:55:10 |
| 13 | removed from that dormitory. | 15:55:15 |
| 14 | Q     What if -- and is it your testimony that | 15:55:18 |
| 15 | they would also be placed in segregation? | 15:55:22 |
| 16 | A     Yes, pending the outcome of the | 15:55:25 |
| 17 | investigation. | 15:55:28 |
| 18 | Q     Now, isn't it true that Ashley Diamond | 15:55:29 |
| 19 | also expressed concern about inmates who were gang | 15:55:33 |
| 20 | affiliated? | 15:55:37 |
| 21 | A     Not to me.  I'm not aware of her making | 15:55:41 |
| 22 | specific notations or verbalizing specific | 15:55:45 |
| 23 | information on she's scared of the gangs. | 15:55:50 |
| 24 | Q     It's true that she made those statements | 15:55:56 |
| 25 | to CSP personnel? | 15:56:00 |

| | | |
|---|---|---|
| 1 | A     I can't recall. | 15:56:05 |
| 2 | MS. EZIE:  Let's look at a document that | 15:56:09 |
| 3 | was produced in discovery as DEF_960.  It is going | 15:56:11 |
| 4 | to be Benton Exhibit 12.  I'm going to put it on | 15:56:16 |
| 5 | my screen. | 15:56:25 |
| 6 | Let me know if you're able to see it, | 15:56:26 |
| 7 | Mr. Benton. | 15:56:29 |
| 8 | And please push it to Mr. Chalmers. | 15:56:31 |
| 9 | (Exhibit Benton-12 marked for | 15:56:46 |
| 10 | identification and attached to the transcript.) | 15:56:57 |
| 11 | MR. CHALMERS:  What is the Bates number | 15:56:57 |
| 12 | on this one? | 15:56:58 |
| 13 | MS. EZIE:  960. | 15:56:59 |
| 14 | MR. CHALMERS:  Okay, I have it. | 15:57:07 |
| 15 | THE WITNESS:  I've read it. | 15:57:18 |
| 16 | BY MS. EZIE: | 15:57:09 |
| 17 | Q     Is this a document that you've seen | 15:57:19 |
| 18 | before, Mr. Benton? | 15:57:21 |
| 19 | A     I do not recall seeing this document. | 15:57:23 |
| 20 | Q     Do you see -- do you recognize documents | 15:57:26 |
| 21 | of this type? | 15:57:29 |
| 22 | A     I recall her handwriting. | 15:57:31 |
| 23 | Q     This is Ashley Diamond's handwriting? | 15:57:36 |
| 24 | A     Yes. | 15:57:38 |
| 25 | Q     And this form is -- | 15:57:39 |

| | | |
|---|---|---|
| 1 | (Cross-talk.) | 15:57:41 |
| 2 | Q      Pardon.  This form -- | 15:57:42 |
| 3 | A      I'm sorry. | 15:57:44 |
| 4 | Q      -- is a form that's used within GDC? | 15:57:44 |
| 5 | A      That's a witness statement, yes. | 15:57:47 |
| 6 | Q      And it indicates that it was submitted in | 15:57:51 |
| 7 | October of 2020 when Ashley Diamond was at | 15:57:54 |
| 8 | Coastal? | 15:57:57 |
| 9 | A      Submitted to whom? | 15:57:58 |
| 10 | Q      I'm not -- I didn't ask who it was | 15:58:01 |
| 11 | submitted to.  But do you see it's saying the | 15:58:06 |
| 12 | place is Coastal, the date is October 8, 2020, and | 15:58:09 |
| 13 | as you indicated, it appears to be Ashley | 15:58:14 |
| 14 | Diamond's writing? | 15:58:16 |
| 15 | A      Yes.  Yes, I do see that. | 15:58:17 |
| 16 | Q      It also has a stamp at the bottom, | 15:58:19 |
| 17 | DEF_960. | 15:58:24 |
| 18 | Do you see that? | 15:58:25 |
| 19 | A      No, ma'am.  Where? | 15:58:26 |
| 20 | Q      Right here. | 15:58:28 |
| 21 | A      Yes, yes.  I see it now.  It hadn't | 15:58:30 |
| 22 | scrolled up. | 15:58:35 |
| 23 | Q      Are you aware that this stamp, DEF, | 15:58:36 |
| 24 | indicates that this is a document that was | 15:58:41 |
| 25 | produced in discovery by GDC and its attorneys? | 15:58:43 |

1     A     Yes.                                                    15:58:47

2     Q     So do you see that Ashley is explaining               15:58:50

3  some of her -- the reasons why she's requested                 15:58:56

4  that her counsel join her for interviews?                      15:59:00

5     A     Yes, I read it.                                        15:59:03

6     Q     And it includes that some of the people               15:59:05

7  involved in her PREA complaints are affiliated                 15:59:09

8  with gangs?                                                    15:59:12

9     A     Yes.  But I don't see any names listed of             15:59:16

10  those individuals.                                             15:59:22

11     Q     Well, sure.                                           15:59:24

12        But she's also indicating that she has                   15:59:25

13  safety concerns related to identifying gang                    15:59:27

14  members, correct?                                              15:59:30

15     A     Yes, I've read that.                                  15:59:33

16     Q     So -- and while you haven't seen this                 15:59:34

17  document, according to your testimony today, you              15:59:41

18  are aware that Ashley Diamond made these requests             15:59:45

19  to have her counsel join her for interviews on                15:59:49

20  multiple times, correct?                                      15:59:53

21     A     Yes, based on reading -- yes, the                     15:59:54

22  documents that y'all sent me, that y'all copied              15:59:59

23  me.                                                           16:00:03

24     Q     Now, the purpose of the PREA process is              16:00:04

25  to prevent and respond to sexual abuse, correct?             16:00:11

1       A     Don't know if it's meant to prevent, but          16:00:18

2    to respond, yes, to allegations immediately with          16:00:21

3    an investigation.                                          16:00:26

4       Q     Okay.  Would you agree that goal is               16:00:27

5    advanced when PREA victims feel comfortable enough         16:00:30

6    to participate in the PREA process?                        16:00:35

7       A     Yes.                                              16:00:38

8       Q     And do you see that Ashley Diamond, here          16:00:40

9    and elsewhere, indicated that she would feel more          16:00:43

10   comfortable participating in the PREA process if           16:00:46

11   she could be joined by an advocate?                        16:00:49

12      A     Yes.                                              16:00:53

13      Q     So why wasn't her request granted?                16:00:55

14      A     As I stated earlier, I have not seen it           16:01:00

15   written where, during an internal investigation,          16:01:06

16   we are to contact the offender's attorney and to          16:01:09

17   have them present during the internal               16:01:14

18   investigation.                                             16:01:17

19      Q     Did you, after becoming aware that Ashley         16:01:18

20   Diamond had made this request, take any steps to          16:01:21

21   see whether her request could be granted?                  16:01:25

22      A     We finished the investigation based on           16:01:31

23   where we went with it as far as when Ms. Diamond          16:01:34

24   shut down and would not move forward.  This               16:01:38

25   information was passed up to my supervisor.               16:01:42

```
 1      Q      Who is your supervisor?                    16:01:47

 2      A      Any information -- any PREAs -- any PREAs   16:01:49

 3   that we have at the facility of an assault nature     16:01:52

 4   is passed up, is relayed to my supervisor.            16:01:56

 5          MS. EZIE:  Okay.  Madam Court Reporter,        16:02:00

 6   could you repeat my two questions ago question        16:02:05

 7   concerning -- not the name of the supervisor, but     16:02:11

 8   the prior question.                                   16:02:15

 9          (The court reporter read from the record

10   as follows:)

11          "QUESTION:  Did you, after becoming aware

12   that Ashley Diamond had made this request, take

13   any steps to see whether her request could be

14   granted?"                                             16:02:31

15      Q      Your answer, Mr. Benton?                    16:02:31

16      A      She's made so many requests, I cannot       16:02:33

17   honestly say yes or no.  But more than likely, it     16:02:35

18   would be yes.  But like I said, so many requests      16:02:40

19   came from her.  This specific one, I cannot           16:02:45

20   recall.  But more than likely, I passed it on to      16:02:50

21   my supervisor.                                        16:02:53

22      Q      And by "requests," you mean her requests    16:02:55

23   to have counsel join her for interviews?              16:03:00

24      A      Yes.                                        16:03:04

25      Q      Do you recall ever asking anyone at any     16:03:05
```

| | | |
|---|---|---|
| 1 | time whether Ashley Diamond's request to be joined | 16:03:11 |
| 2 | by her attorneys for PREA interviews could be | 16:03:14 |
| 3 | granted? | 16:03:17 |
| 4 | A    No, I did not. | 16:03:19 |
| 5 | Q    Did you understand that by not advancing | 16:03:28 |
| 6 | that request, you might be limiting Ms. Diamond's | 16:03:31 |
| 7 | participation in the PREA interview process going | 16:03:36 |
| 8 | forward? | 16:03:39 |
| 9 | A    I did not. | 16:03:39 |
| 10 | Q    Did you ever learn what -- and I'm | 16:03:44 |
| 11 | turning back now to, I believe it is Exhibit -- I | 16:03:54 |
| 12 | believe this is Exhibit 10.  Let me just confirm. | 16:04:01 |
| 13 | Sorry.  It's Exhibit 9, this email that | 16:04:03 |
| 14 | you received from Tamara Cantera.  Do you see that | 16:04:11 |
| 15 | this email indicates that Betterson had contacted | 16:04:17 |
| 16 | legal, and an evaluation of Ms. Diamond's request | 16:04:21 |
| 17 | to have counsel be joined -- to join her for | 16:04:26 |
| 18 | interviews was pending? | 16:04:30 |
| 19 | A    Yes, I read that. | 16:04:32 |
| 20 | Q    Do you recall Carl Betterson speaking to | 16:04:33 |
| 21 | legal about Ms. Diamond's request? | 16:04:38 |
| 22 | A    I do not, no -- | 16:04:40 |
| 23 | Q    Did you ever -- | 16:04:42 |
| 24 | A    -- do not recall. | 16:04:43 |
| 25 | Q    -- speak to him regarding this email? | 16:04:44 |

| | | |
|---|---|---|
| 1 | A     Yes, I did. | 16:04:46 |
| 2 | Q     What did you discuss? | 16:04:49 |
| 3 | A     As I mentioned earlier, when I read this, | 16:04:52 |
| 4 | I was concerned of what I read, that he said that | 16:04:56 |
| 5 | she couldn't be talked to without her lawyer | 16:05:04 |
| 6 | present. | 16:05:07 |
| 7 | So, you know, I remember asking him, | 16:05:08 |
| 8 | where did he get that from.  And I think he | 16:05:10 |
| 9 | referred to, if I remember correctly, all the past | 16:05:14 |
| 10 | PREAs that she has filed, she has always said, I | 16:05:17 |
| 11 | want my attorney present; I'm not going to say | 16:05:21 |
| 12 | anything else without my attorneys present. | 16:05:23 |
| 13 | So I just told him to be careful about | 16:05:28 |
| 14 | saying anything in reference to what he will do | 16:05:32 |
| 15 | and stuff of that nature, because that -- when I | 16:05:38 |
| 16 | read this from the counselor, that concerned me, | 16:05:42 |
| 17 | that statement concerned me that he made saying | 16:05:45 |
| 18 | that you can't talk to her without her attorney | 16:05:48 |
| 19 | present. | 16:05:50 |
| 20 | Q     Did you ask Mr. Betterson whether he had | 16:05:53 |
| 21 | spoken to legal and whether an evaluation was | 16:05:56 |
| 22 | pending? | 16:06:00 |
| 23 | A     I had not. | 16:06:01 |
| 24 | Q     Do you know, sitting here today, whether | 16:06:04 |
| 25 | that is, in fact, something he did? | 16:06:06 |

1      A     I do not.                                    16:06:08

2      Q     And do you see that the email also          16:06:12

3   references that Ashley Diamond had concerns          16:06:14

4   related to genital binding and complications from    16:06:19

5   genital binding?                                     16:06:27

6      A     Yes.                                         16:06:28

7      Q     What do you understand that to be -- a      16:06:29

8   reference to be?                                      16:06:31

9      A     That she did not like her -- what she was   16:06:33

10  born with, and was tying it up.                       16:06:39

11     Q     You understand this to be related to        16:06:46

12  Ashley Diamond's gender dysphoria?                    16:06:48

13     A     Yes.                                         16:06:50

14     Q     And isn't it true that during her time at   16:06:55

15  Coastal State Prison, Ashley Diamond did engage in    16:06:59

16  genital binding?                                      16:07:01

17     A     I think, if I recall correctly, a nurse     16:07:07

18  stating that she had bound herself, yes.              16:07:14

19     Q     And --                                       16:07:19

20     A     If I remember correctly.                     16:07:20

21     Q     Okay.  And do you understand that this --   16:07:22

22  sorry.                                                16:07:30

23           To confirm, there were medical personnel    16:07:30

24  at Coastal State Prison that confirmed that Ashley    16:07:34

25  Diamond engaged in genital binding while she was      16:07:40

1    incarcerated?                                    16:07:43

2        A    As I stated, I do remember one time in   16:07:46

3    particular.  I think we were trying to obtain a   16:07:49

4    urine specimen to test her urine because she      16:07:52

5    appeared to be under the influence, and when she  16:07:56

6    went to medical, I think I do recall one of my    16:07:59

7    medical staff saying that she had something tied   16:08:03

8    around her genital area.                           16:08:07

9        Q    That's something that the medical        16:08:09

10   personnel were able to visually verify?           16:08:13

11       A    At that time, yes.                        16:08:16

12       Q    And it's also the case that Ashley        16:08:18

13   Diamond received medical care for castration      16:08:27

14   attempts when she was at Coastal State Prison,     16:08:31

15   correct?                                           16:08:33

16       A    I'm not aware of that.                     16:08:34

17       Q    You were notified that she had attempted  16:08:38

18   castration in some of the PREA notices that you    16:08:42

19   received from Ms. Diamond's counsel?               16:08:46

20       A    Yes.  Based on what you've told me, yes.  16:08:49

21   Based on the information that you gave me, yes.    16:08:53

22       Q    And you also were notified by personnel   16:08:56

23   at Coastal that Ashley had self-harmed at times,   16:09:04

24   correct?                                           16:09:09

25       A    Yes.                                       16:09:09

1     Q      And that she had also attempted or had          16:09:10

2   thoughts of committing suicide?                           16:09:19

3     A      Yes.                                             16:09:21

4     Q      Not just once, but on multiple occasions?        16:09:22

5     A      Yes.                                             16:09:26

6     Q      And that was a subject matter for which          16:09:27

7   she required emergency medical attention at times,        16:09:34

8   correct?                                                  16:09:38

9     A      Mental health attention.  We immediately         16:09:39

10  transferred her to a higher level facility.               16:09:46

11    Q      A facility that had acute crisis                 16:09:50

12  stabilization units?                                      16:09:54

13    A      Correct.                                         16:09:55

14    Q      And Ashley Diamond was placed on suicide         16:09:56

15  precautions a number of times while at Coastal            16:10:00

16  State Prison, correct?                                    16:10:04

17    A      Correct.                                         16:10:05

18    Q      Including the week of October 29th, 2020?        16:10:06

19    A      Yes.                                             16:10:13

20           MS. EZIE:  Okay.  Let's -- we've been            16:10:18

21  going for a little bit.  I'd like to take at least        16:10:19

22  a five-minute break.                                      16:10:21

23           Would folks like a little bit longer?            16:10:23

24           COURT REPORTER:  Ten would be nice.              16:10:27

25           MR. CHALMERS:  Ten would be good.                16:10:28

| | | |
|---|---|---|
| 1 | VIDEOGRAPHER:  I'll bring us off. | 16:10:34 |
| 2 | The time is 4:10.  We're off the record | 16:10:36 |
| 3 | at the end of recording 4. | 16:10:39 |
| 4 | (Recess from 4:10 p.m. until 4:25 p.m.) | 16:10:41 |
| 5 | VIDEOGRAPHER:  The time is 4:25.  We're | 16:25:02 |
| 6 | on the record at the start of recording 5. | 16:25:05 |
| 7 | BY MS. EZIE: | 16:25:09 |
| 8 | Q    Now, Mr. Benton, earlier, we looked at an | 16:25:09 |
| 9 | email where Ashley Diamond said that she was being | 16:25:14 |
| 10 | sexually harassed in her dormitory. | 16:25:18 |
| 11 | Do you recall that? | 16:25:21 |
| 12 | A    Yes. | 16:25:22 |
| 13 | Q    Do you recall also being notified that | 16:25:22 |
| 14 | Ashley Diamond was the victim of an attempted rape | 16:25:27 |
| 15 | in July 2020 in her dormitory? | 16:25:30 |
| 16 | A    Yes. | 16:25:33 |
| 17 | Q    How did you -- how were you notified of | 16:25:34 |
| 18 | that PREA allegation? | 16:25:38 |
| 19 | A    I think by way of PREA.  I can't | 16:25:41 |
| 20 | recollect, but I want to say it was by way of | 16:25:48 |
| 21 | PREA.  I don't know if she verbalized it first. | 16:25:53 |
| 22 | She had to have verbalized it first.  I don't know | 16:26:01 |
| 23 | if she -- what I mean verbalized it first, I don't | 16:26:04 |
| 24 | mean -- I don't know if she told her counselor in | 16:26:07 |
| 25 | a counselor setting or if she mentioned it to the | 16:26:10 |

1   officers.  I can't recall the specifics.                16:26:13

2       Q    Okay.  But it's fair to say that you were      16:26:17

3   notified about the incident shortly after it            16:26:22

4   occurred -- allegedly occurred?                         16:26:26

5       A    I was notified of the incident.  I can't       16:26:31

6   recall the time frame, if it was right after or         16:26:34

7   days after.  I can't recall that.                       16:26:37

8       Q    Okay.  You were notified within --             16:26:40

9   certainly within a month -- the same month of the       16:26:47

10  incident that was alleged?                              16:26:49

11      A    I think so.  I would think so, yes.            16:26:52

12      Q    Okay.  Is it possible that you were            16:26:55

13  notified even within the same week of the               16:26:59

14  incident?                                               16:27:03

15      A    Could have, yes.                               16:27:04

16      Q    Okay.                                          16:27:05

17      A    It's possible.                                 16:27:06

18      Q    Do you recall that Ashley Diamond alleged      16:27:07

19  that the incident -- the attempted rape took place      16:27:11

20  in the evidence-based dormitory?                        16:27:14

21      A    Yes.                                           16:27:17

22      Q    And that she was in the cell -- in her         16:27:18

23  cell at the time of the attempted rape?                 16:27:22

24      A    I thought -- and I may be getting them         16:27:28

25  mixed up.  I thought she was upstairs in the dorm       16:27:35

1    and guys tried to pull her into a room.          16:27:42

2       Q     Unfortunately, I think that Ashley has  16:27:46

3    had more than one sexual abuse incident in the   16:27:50

4    dormitory.  So I believe you're thinking of      16:27:54

5    another one.                                     16:27:56

6            Do you recall that Ashley Diamond's      16:27:58

7    attorneys submitted a PREA complaint, a          16:28:02

8    third-party PREA complaint about the incident?   16:28:06

9       A     Yes, I do remember seeing that in a     16:28:09

10   letter sent to us from your agency.              16:28:12

11      Q     Okay.  So you received a copy of that   16:28:15

12   PREA notice?                                     16:28:21

13      A     Yes.                                     16:28:24

14          MS. EZIE:  Okay.  I'd like to turn to a   16:28:30

15   document that should be marked as PREA notice    16:28:32

16   (July 20th, 2020).  I'm going to pull it up on my 16:28:39

17   screen.  It's going to be Benton Exhibit 13.     16:28:53

18          If you could push it to Mr. Chalmers, I   16:28:57

19   would appreciate it.                             16:29:00

20          (Exhibit Benton-13 marked for            16:29:08

21   identification and attached to the transcript.)  16:29:08

22   BY MS. EZIE:                                      16:29:08

23      Q     Mr. Benton, are you able to see my      16:29:09

24   screen?                                          16:29:11

25      A     Yes.                                     16:29:11

| | | |
|---|---|---|
| 1 | Q      Should I make this document larger? | 16:29:11 |
| 2 | A      Just a little bit.  Yes. | 16:29:16 |
| 3 | Q      Is that too large, or just right? | 16:29:22 |
| 4 | A      You can go down a little bit if it's | 16:29:25 |
| 5 | better for you.  You can reduce it if you need to. | 16:29:27 |
| 6 | Q      Okay.  I think it's all right. | 16:29:32 |
| 7 | MS. EZIE:  Mr. Chalmers, can we proceed? | 16:29:39 |
| 8 | MR. CHALMERS:  I don't have it yet.  I | 16:29:42 |
| 9 | don't have it yet. | 16:29:44 |
| 10 | MS. EZIE:  Okay.  Folks at Planet Depos, | 16:29:47 |
| 11 | were you able to locate it? | 16:29:51 |
| 12 | A/V TECH:  Yes.  It says that it's | 16:29:52 |
| 13 | already -- | 16:29:54 |
| 14 | MR. CHALMERS:  I have it now.  I have it | 16:29:54 |
| 15 | now.  It takes just a second.  I've got it now. | 16:29:56 |
| 16 | MS. EZIE:  All right.  Thank you. | 16:29:59 |
| 17 | Q      This is a copy of the PREA notice | 16:30:01 |
| 18 | concerning Ashley Diamond's July 3rd sexual abuse | 16:30:05 |
| 19 | allegation, Mr. Benton; is that correct? | 16:30:11 |
| 20 | MR. CHALMERS:  Objection to form.  This | 16:30:13 |
| 21 | is counsel testifying. | 16:30:14 |
| 22 | You can answer. | 16:30:17 |
| 23 | A      Yes. | 16:30:19 |
| 24 | MS. EZIE:  Okay.  That was a speaking | 16:30:26 |
| 25 | objection, Mr. Chalmers.  Please minimize speaking | 16:30:27 |

| | | |
|---|---|---|
| 1 | objections. | 16:30:29 |
| 2 | MR. CHALMERS:  It was not, Counsel.  You | 16:30:30 |
| 3 | don't get to identify what the documents are like | 16:30:31 |
| 4 | you're trying to do here. | 16:30:33 |
| 5 | MS. EZIE:  Okay.  I think an objection to | 16:30:37 |
| 6 | form is a proper objection, and that in any | 16:30:39 |
| 7 | event... | 16:30:42 |
| 8 | Q     Mr. Benton, do you see that this states | 16:30:42 |
| 9 | it is a notice of constitutional and PREA | 16:30:49 |
| 10 | violations on behalf of Ashley Diamond? | 16:30:53 |
| 11 | A     Yes. | 16:30:56 |
| 12 | Q     It's dated July 20th, 2020? | 16:30:57 |
| 13 | A     Yes. | 16:31:01 |
| 14 | Q     And earlier, I asked you if you had | 16:31:01 |
| 15 | received a PREA notice from Ashley Diamond's | 16:31:04 |
| 16 | attorneys concerning a sexual abuse incident in | 16:31:08 |
| 17 | July. | 16:31:11 |
| 18 | Do you recall that? | 16:31:12 |
| 19 | A     Yes, I recall that question. | 16:31:13 |
| 20 | Q     Is this a copy of the letter that you | 16:31:15 |
| 21 | remember receiving? | 16:31:19 |
| 22 | A     I do remember receiving documents from | 16:31:22 |
| 23 | the Southern Poverty Law Center, and I'm quite | 16:31:28 |
| 24 | sure this right here is probably one of them as | 16:31:33 |
| 25 | well.  I think I was cc'd in this, if I'm not | 16:31:35 |

1    mistaken.                                              16:31:40

2       Q     Yes, that's my understanding, too,            16:31:42

3    although I'm sure your counsel would say that it's     16:31:45

4    not my role to answer questions today or to be         16:31:50

5    testifying, quote, unquote.                            16:31:54

6            Now, turning on to page number 2, do you       16:32:00

7    see that this letter describes the sexual abuse        16:32:02

8    incident that Ms. Diamond alleges?                     16:32:06

9       A     Yes.                                          16:32:10

10      Q     And turning to the middle of page 2, do       16:32:11

11   you see that this paragraph that I'm highlighting      16:32:15

12   describes the date of the incident and where it        16:32:19

13   occurred?                                              16:32:24

14      A     I just read that paragraph, yes.              16:32:26

15      Q     Okay.  Do you agree that that                 16:32:47

16   paragraph -- this paragraph of Exhibit 13              16:32:53

17   identifies the date of Ms. Diamond's attempted        16:32:57

18   rape?                                                  16:33:00

19      A     Based on this letter, yes.                    16:33:03

20      Q     And it describes where the attack took        16:33:04

21   place?                                                 16:33:12

22      A     Yes, it does.                                 16:33:12

23      Q     It identifies her cell as the location of     16:33:14

24   the attack?                                            16:33:17

25      A     Yes.                                          16:33:17

Transcript of Brooks Benton
Conducted on May 10, 2022                              212

| | | |
|---|---|---|
| 1 | Q    And it states that two other incarcerated | 16:33:18 |
| 2 | people intervened and stopped the attack? | 16:33:24 |
| 3 | A    Yes. | 16:33:27 |
| 4 | Q    And do you see that two paragraphs down, | 16:33:28 |
| 5 | it describes that Ashley Diamond also saw, on | 16:33:34 |
| 6 | July 16th, 2020, someone enter her cell without | 16:33:40 |
| 7 | permission? | 16:33:46 |
| 8 | A    I'm reading. | 16:33:51 |
| 9 | Yes, I've read it. | 16:34:05 |
| 10 | Q    Okay.  And it identified her cell as the | 16:34:06 |
| 11 | place where that incident occurred? | 16:34:10 |
| 12 | A    Yes. | 16:34:12 |
| 13 | ██████████████████████████ | 16:34:12 |
| 14 | ████████████████████████████████ | 16:34:22 |
| 15 | ██████████████████████████ | 16:34:25 |
| 16 | █████████████████ | 16:34:28 |
| 17 | ██████ | 16:34:30 |
| 18 | ██████████ | 16:34:31 |
| 19 | ████████ | 16:34:33 |
| 20 | ████████████ | 16:34:33 |
| 21 | ███████████████████ | 16:34:35 |
| 22 | ███████ | 16:34:39 |
| 23 | █████ | 16:34:41 |
| 24 | ████████████████████████████████ | 16:34:41 |
| 25 | █████ | 16:34:44 |

Transcript of Brooks Benton
Conducted on May 10, 2022                                      213



| | |
|---|---|
| 1 | 16:34:46 |
| 2 | 16:34:50 |
| 3 | 16:34:53 |
| 4 | 16:34:59 |
| 5 | 16:35:00 |
| 6 | 16:35:02 |
| 7 | 16:35:08 |
| 8 | 16:35:11 |
| 9 | 16:35:19 |
| 10 | 16:35:22 |
| 11 | 16:35:24 |
| 12 | 16:35:26 |
| 13 | 16:35:30 |
| 14 | 16:35:33 |
| 15 | 16:35:40 |
| 16 | 16:35:42 |
| 17 | 16:35:44 |
| 18 | 16:35:50 |
| 19 | 16:35:57 |
| 20 | 16:36:01 |
| 21 | 16:36:05 |
| 22 | 16:36:09 |
| 23 | 16:36:15 |
| 24 | 16:36:17 |
| 25 | 16:36:19 |

Transcript of Brooks Benton
Conducted on May 10, 2022                                214



| | |
|---|---|
| 1 | 16:36:21 |
| 2 | 16:36:25 |
| 3 | 16:36:29 |
| 4 | 16:36:32 |
| 5 | 16:36:39 |
| 6 | 16:36:39 |
| 7 | 16:36:41 |
| 8 | 16:36:43 |
| 9 | 16:36:46 |
| 10 | 16:36:48 |
| 11 | 16:36:50 |
| 12 | 16:36:51 |
| 13 | 16:36:55 |
| 14 | 16:36:56 |
| 15 | 16:37:01 |
| 16 | 16:37:03 |
| 17 | 16:37:04 |
| 18 | 16:37:12 |
| 19 | 16:37:15 |
| 20 | 16:37:19 |
| 21 | 16:37:23 |
| 22 | 16:37:26 |
| 23 | 16:37:26 |
| 24 | 16:37:28 |
| 25 | 16:37:30 |

Transcript of Brooks Benton
Conducted on May 10, 2022                                    215



| 1 | | 16:37:34 |
| 2 | | 16:37:36 |
| 3 | | 16:37:40 |
| 4 | | 16:37:45 |
| 5 | | 16:37:45 |
| 6 | | 16:37:46 |
| 7 | | 16:37:48 |
| 8 | | 16:37:49 |
| 9 | tion. | 16:37:50 |
| 10 | Q | 16:37:54 |
| 11 | | 16:37:58 |
| 12 | | 16:38:05 |
| 13 | | 16:38:09 |
| 14 | | 16:38:10 |
| 15 | | 16:38:12 |
| 16 | | 16:38:14 |
| 17 | | 16:38:21 |
| 18 | | 16:38:22 |
| 19 | | 16:38:25 |
| 20 | | 16:38:29 |
| 21 | | 16:38:33 |
| 22 | | 16:38:34 |
| 23 | | 16:38:38 |
| 24 | | 16:38:42 |
| 25 | Q    Okay.  Now, what -- I'll take this down. | 16:38:45 |

| | | |
|---|---|---|
| 1 | What, if any, steps -- sorry. | 16:38:57 |
| 2 | After you received this abuse allegation, | 16:39:01 |
| 3 | did you initiate an investigation into Ashley | 16:39:04 |
| 4 | Diamond's complaint? | 16:39:06 |
| 5 | A    I cannot recall that right now.  All I | 16:39:07 |
| 6 | know is, every allegation that Ashley Diamond | 16:39:09 |
| 7 | submitted or was submitted was investigated, to | 16:39:11 |
| 8 | the best of my knowledge. | 16:39:16 |
| 9 | Q    Are you aware that as of November 2020, | 16:39:21 |
| 10 | Grace Atchison had no record of this PREA | 16:39:29 |
| 11 | complaint being investigated? | 16:39:33 |
| 12 | A    No, I was not aware. | 16:39:35 |
| 13 | MS. EZIE:  I'd like to mark as Benton | 16:39:38 |
| 14 | Exhibit 14 a document that was produced in | 16:39:42 |
| 15 | discovery as DEF_006904. | 16:39:44 |
| 16 | I'm going to ask that it be pushed to | 16:39:54 |
| 17 | Mr. Chalmers, and I'm going to bring it up.  It's | 16:39:56 |
| 18 | a one-page document. | 16:39:59 |
| 19 | (Exhibit Benton-14 marked for | 16:40:04 |
| 20 | identification and attached to the transcript.) | 16:40:15 |
| 21 | BY MS. EZIE: | 16:40:15 |
| 22 | Q    Is this a good size, Mr. Benton? | 16:40:16 |
| 23 | A    Yes. | 16:40:18 |
| 24 | MR. CHALMERS:  I have it now. | 16:40:51 |
| 25 | Q    Mr. Benton, let me know when you're done | 16:40:54 |

1  reading that.                                          16:40:57

2      A      Yes, I've read it.                          16:41:25

3      Q      Okay.  Who is Grace Atchison?               16:41:26

4      A      Statewide PREA coordinator.                 16:41:29

5      Q      Do you see that this is an email she sent   16:41:32

6  you and Carl Betterson on November 17th, 2020?         16:41:34

7      A      Yes.                                        16:41:40

8      Q      And do you see that it indicates there      16:41:41

9  was no record of a SART investigation into this        16:41:45

10 complaint?                                             16:41:48

11     A      Yes, there was no computer record of it.    16:41:49

12     Q      Were there any other records, to your       16:41:53

13 knowledge?                                             16:41:56

14     A      There's -- when we do an investigation,     16:41:56

15 we do the paper investigation, and then once the       16:41:59

16 investigation is over with, it's uploaded to the       16:42:03

17 computer, in the computer where Grace Atchison         16:42:05

18 would see the PREA.                                    16:42:09

19            In this case right here, I'm                16:42:13

20 understanding that a PREA was done, but it had not     16:42:14

21 been updated -- it was not updated to SCRIBE at        16:42:17

22 the time that Grace found -- or did not find it.       16:42:20

23 And I think Mr. Betterson had it but had not           16:42:24

24 uploaded it in SCRIBE, if I'm thinking correctly.      16:42:29

25     Q      Okay.  Was updating or uploading            16:42:35

1   materials to SCRIBE part of investigation                     16:42:40

2   procedure that was supposed to be followed for                16:42:43

3   PREA complaints?                                              16:42:46

4       A    Yes.  It's part of the PREA manager's job            16:42:47

5   to upload the documents to SCRIBE so the statewide            16:42:52

6   PREA coordinator can see them.                                16:42:56

7       Q    Okay.  I'll stop the screen share.                   16:42:59

8            So to the extent you recall there being              16:43:03

9   an investigation into this PREA complaint, what               16:43:08

10  did the investigation consist of?                             16:43:11

11      A    Speaking with the -- speaking with the               16:43:14

12  offender.  Once you get a witness statement from              16:43:18

13  the offender, any names provided by the offender,             16:43:22

14  by the victim, then that -- the aggressor -- the              16:43:26

15  alleged aggressor would be secured in segregation,            16:43:32

16  and then the investigator will go and receive a               16:43:37

17  statement from the alleged aggressor.                         16:43:41

18           And the offender, depending on the                   16:43:45

19  timeline and what the accusation was, would be                16:43:48

20  seen by medical.  All PREAs, be it 2 days old or              16:43:53

21  20 days old, they're taken to medical, and an                 16:44:02

22  evaluation is done with the victim medically.                 16:44:07

23           Once the investigator receives the                   16:44:11

24  statements from both parties, then they turn their            16:44:13

25  findings over to the PREA manager, who turns them             16:44:18

| | |
|---|---|
| 1 | over to the SART team.  They schedule a meeting, | 16:44:26 |
| 2 | and they discuss all information in the SART | 16:44:28 |
| 3 | meeting. | 16:44:32 |
| 4 |     Q    Got it. | 16:44:34 |
| 5 |         Am I correct, Mr. Benton, you're just | 16:44:35 |
| 6 | describing the PREA -- one of the ways that PREA | 16:44:37 |
| 7 | complaints can be investigated generally? | 16:44:42 |
| 8 |     A    Yes. | 16:44:44 |
| 9 |     Q    That's not -- you're not describing the | 16:44:45 |
| 10 | investigation that took place with respect to | 16:44:49 |
| 11 | Ashley Diamond's July 3rd PREA incident, correct? | 16:44:51 |
| 12 |     A    No, ma'am. | 16:44:55 |
| 13 |     Q    And you're aware that anonymous PREA | 16:44:56 |
| 14 | reports are permissible under GDC policy, correct? | 16:45:02 |
| 15 |     A    Correct. | 16:45:05 |
| 16 |     Q    So not all PREA complaints begin with a | 16:45:07 |
| 17 | witness statement? | 16:45:12 |
| 18 |     A    I'm sorry? | 16:45:17 |
| 19 |     Q    Not all PREA complaints involve a witness | 16:45:19 |
| 20 | being interviewed -- sorry -- a victim being | 16:45:24 |
| 21 | interviewed as part of the PREA process? | 16:45:27 |
| 22 |     A    All PREA victims are interviewed as part | 16:45:31 |
| 23 | of the PREA process. | 16:45:36 |
| 24 |     Q    What about in cases where PREA complaints | 16:45:37 |
| 25 | are anonymous? | 16:45:39 |

1    A    If it's anonymous, if it's about an                    16:45:41

2    individual, that individual will be interviewed,            16:45:44

3    not the person that anonymously submitted the PREA          16:45:47

4    complaint.  The person that is brought up in the            16:45:51

5    anonymous complaint, that's the person that will            16:45:55

6    be interviewed.                                             16:45:58

7    Q    Okay.  But -- so you would agree that                  16:46:00

8    victims -- having a victim with an interview is             16:46:08

9    not -- having an interview with a victim is not             16:46:11

10   the only way that PREA complaints can be                    16:46:13

11   investigated, correct?                                      16:46:16

12   A    I'm unclear what that question is.                     16:46:19

13   Q    Not all PREA complaints have victims who               16:46:23

14   are willing to be interviewed, correct?                     16:46:26

15   A    Oh, yes, yes.  If they state that, that                16:46:29

16   they do not want to be interviewed, then we will            16:46:33

17   document that on the witness statement.                     16:46:35

18   Q    And some PREA complaints will be                       16:46:38

19   anonymous, so you won't know who the victim is,             16:46:40

20   correct?                                                    16:46:44

21   A    If someone sent in a PREA complaint about              16:46:46

22   themselves, then you are correct, we wouldn't know          16:46:53

23   who the victim is unless we knew the handwriting            16:46:56

24   or whatnot.                                                 16:46:59

25   Q    Okay.  And anonymous PREA complaints are               16:47:01

1    permitted under GDC policy, right?                    16:47:04

2        A      Yes.                                        16:47:07

3        Q      So are third-party PREA complaints,         16:47:08

4    right?                                                 16:47:11

5        A      Yes.                                        16:47:11

6        Q      And whether or not a victim is              16:47:12

7    comfortable being interviewed, you still have a        16:47:15

8    duty to investigate, correct?                          16:47:18

9        A      To the best of our ability, yes.            16:47:21

10       Q      Okay.  So after you received this PREA       16:47:23

11   complaint describing the dates and locations of a      16:47:29

12   sexual assault that Ashley Diamond experienced,        16:47:36

13   what investigation steps were taken with respect       16:47:39

14   to this complaint?                                     16:47:42

15       A      I cannot recall that -- 2020.               16:47:44

16       Q      Okay.                                       16:47:49

17       A      Not for that specific incident, PREA        16:47:51

18   incident.                                              16:47:54

19       Q      Okay.  So right now, you don't know what    16:47:59

20   the investigation, if any, into Ashley Diamond's       16:48:11

21   July 3rd PREA allegation consisted of?                 16:48:13

22       A      At this minute, no, I do not.  Unless       16:48:18

23   somebody brought me in that file to recollect my       16:48:21

24   memory, I don't know what transpired in that           16:48:24

25   allegation, that specific PREA allegation.             16:48:28

1    Q    We just reviewed the PREA allegation,          16:48:32
2    right, so I'm asking --                             16:48:35
3    A    Yes.                                           16:48:36
4    Q    -- about the investigation.                    16:48:37
5    A    Correct, correct.  So I cannot tell you        16:48:38
6    100 percent what transpired during that            16:48:42
7    investigation unless I can see the file in front   16:48:46
8    of me, the investigative file.  Then I can tell    16:48:49
9    you what exactly happened.  But I don't want to    16:48:52
10   speculate.  I know what the policy says is         16:48:55
11   supposed to happen, but I can't tell you whether   16:48:58
12   or not it happened or not without seeing the file. 16:49:01
13   Q    And what files in particular would be         16:49:07
14   indicative?                                        16:49:08
15   A    The investigation file.  The incident         16:49:09
16   report, the witness statements, SART report,       16:49:11
17   everything that goes with the packet, the          16:49:21
18   investigation packet.                              16:49:25
19   Q    Okay.  Do you recall that ultimately --       16:49:38
20   do you recall the disposition of Ms. Diamond's     16:49:41
21   PREA complaint in the end?                         16:49:44
22   A    No, ma'am, I don't.                           16:49:46
23   Q    Okay.  Is it true that video of              16:49:48
24   Ms. Diamond's -- video from outside Ms. Diamond's  16:50:08
25   cell on July 3rd was not ultimately preserved from 16:50:13

1    the department?                                    16:50:16

2        A      I'm not aware.                          16:50:20

3        Q      Did you understand that you had a duty to   16:50:24

4    preserve video evidence related to Ashley         16:50:26

5    Diamond's assault allegations?                    16:50:29

6        A      Yes, if it was available, yes.          16:50:31

7        Q      You had a duty to preserve it regardless   16:50:33

8    of whether it corroborated or disproved her       16:50:37

9    allegation?                                        16:50:44

10       A      Yes.                                    16:50:46

11       Q      And you were instructed to preserve video   16:50:52

12   evidence regarding Ashley Diamond's assault       16:50:55

13   allegations by GDC as well as Ashley Diamond's    16:50:57

14   counsel; is that correct?                         16:50:59

15       A      I was given that information.  I can't   16:51:02

16   remember the time frame.  I was given that        16:51:05

17   instruction.  But I can't remember the time frame   16:51:08

18   when I was given it as it refers -- relates to the   16:51:10

19   date of July 3rd.                                 16:51:15

20       Q      Can you recall any steps you took to     16:51:18

21   ensure that video evidence related to Ashley      16:51:26

22   Diamond's assault allegations was preserved?      16:51:29

23       A      I can only tell you what steps I took.  16:51:33

24   Once I received the notice, I had a staff member  16:51:36

25   review the footage of any and all allegations.    16:51:42

| | | |
|---|---|---|
| 1 | Not just Ashley Diamond, but of any dormitories | 16:51:49 |
| 2 | that had cameras that we had allegations of PREAs, | 16:51:55 |
| 3 | she would pull -- roll back the camera and see if | 16:51:59 |
| 4 | there was something visible or not visible to | 16:52:03 |
| 5 | see -- | 16:52:06 |
| 6 | Q     Who is the staff member -- | 16:52:06 |
| 7 | A     -- if the cameras were working. | 16:52:08 |
| 8 | Q     Who is the staff member who you're | 16:52:10 |
| 9 | describing here? | 16:52:13 |
| 10 | A     The deputy warden of security's | 16:52:14 |
| 11 | secretary.  I knew you was going to ask me that. | 16:52:18 |
| 12 | But it was the deputy warden of security's | 16:52:27 |
| 13 | secretary.  Her name -- oh, Jesus.  It's going to | 16:52:30 |
| 14 | come to me.  I can't think of it right now.  And | 16:52:35 |
| 15 | she's still working there.  So I do know that. | 16:52:40 |
| 16 | Q     Is your testimony today that you | 16:52:49 |
| 17 | specifically contacted the staff member concerning | 16:52:52 |
| 18 | Ashley Diamond's assault allegations? | 16:52:57 |
| 19 | A     It is my testimony today that once I | 16:53:00 |
| 20 | receive notice to preserve any evidence, video or | 16:53:03 |
| 21 | otherwise, I turn to her and ask her, if there are | 16:53:08 |
| 22 | any allegations concerning Ashley Diamond, I | 16:53:15 |
| 23 | needed them recorded. | 16:53:18 |
| 24 | Q     And -- | 16:53:21 |
| 25 | (Cross-talk.) | 16:53:22 |

| | | |
|---|---|---|
| 1 | A      I'm sorry. | 16:53:23 |
| 2 | Q      And how did you make these requests, to | 16:53:25 |
| 3 | the extent you made them? | 16:53:30 |
| 4 | A      Verbally.  I called her into my office | 16:53:32 |
| 5 | and told her what I needed her to do. | 16:53:36 |
| 6 | Q      Now, you did have the ability to review | 16:53:41 |
| 7 | and retrieve videos of Ashley's dormitory from | 16:53:43 |
| 8 | specific days, if you wanted to, correct? | 16:53:48 |
| 9 | A      Yes, I did. | 16:53:50 |
| 10 | Q      And you did so from time to time? | 16:53:51 |
| 11 | A      Yes, I did. | 16:53:54 |
| 12 | Q      Particularly when Ashley Diamond was | 16:53:55 |
| 13 | accused of misconduct at the facility? | 16:53:59 |
| 14 | A      I did not review it always.  My deputy | 16:54:04 |
| 15 | warden of security, I would have them -- have him | 16:54:07 |
| 16 | check it out, review it, and let me know if there | 16:54:12 |
| 17 | was anything that he saw. | 16:54:16 |
| 18 | Q      But you would -- it was your practice, | 16:54:19 |
| 19 | when Ashley Diamond was the target of a | 16:54:23 |
| 20 | disciplinary charge, to request and preserve video | 16:54:27 |
| 21 | footage of those incidents? | 16:54:33 |
| 22 | A      Yes. | 16:54:34 |
| 23 | Q      You did that in writing? | 16:54:37 |
| 24 | A      No.  What, a request in writing? | 16:54:40 |
| 25 | Q      Yes.  Did you have the ability to access | 16:54:45 |

1    the cameras directly, or did you need someone to          16:54:49
2    retrieve them for you?                                    16:54:52
3        A    Both.  I had access, and I've verbally           16:54:54
4    told people to pull up certain dates.                     16:54:59
5        Q    Okay.  And you did, in fact, request and         16:55:04
6    retrieve a video concerning an inmate who                 16:55:13
7    allegedly entered Ashley Diamond's cell in                16:55:20
8    December 2020 to help her clean the floors?               16:55:22
9        A    Yes.                                             16:55:27
10       Q    You requested a video from October 31st          16:55:29
11   when Ashley Diamond was alleged to have engaged in        16:55:34
12   sexual behavior consensually with another inmate?         16:55:38
13       A    Yes.                                             16:55:42
14       Q    You requested footage of the dormitory on        16:55:43
15   February 1st, 2021, when Ashley Diamond was               16:55:50
16   alleged to have used contraband in the dormitory?         16:55:55
17       A    Yes.                                             16:56:00
18       Q    Are there any other dates that you               16:56:01
19   requested that video be specifically preserved            16:56:06
20   concerning Ashley?                                        16:56:11
21       A    I can't recall.                                  16:56:12
22       Q    What steps did you take to ensure that           16:56:19
23   video from Ashley Diamond's dormitory was                 16:56:24
24   preserved once litigation became contemplated in          16:56:27
25   this matter?                                              16:56:34

1    A    I had the deputy warden of security's          16:56:35

2    secretary go back as far as she could to pull --    16:56:38

3    if we had dates, to pull those dates and record     16:56:42

4    any interaction concerning Ashley Diamond.          16:56:48

5    Q    And this is the staff member whose name        16:56:54

6    you don't recall?                                   16:56:57

7    A    Yes.  And I'm still thinking about it.         16:56:58

8    Q    When did you make that request of the          16:57:02

9    staff member?                                       16:57:05

10   A    When I received the notice to preserve.        16:57:12

11   Q    What notice are you referring to?             16:57:18

12   A    The notice that I received from my            16:57:22

13   department to preserve anything dealing with        16:57:25

14   Ashley Diamond in writing, in video, anything of    16:57:28

15   that nature.                                        16:57:31

16   Q    Do you recall the month or year that you       16:57:33

17   received that notice?                               16:57:36

18   A    No, I don't.  I'm assuming it was in           16:57:38

19   2021.  But I may not be correct.                    16:57:43

20   Q    Now, do you recall that Ashley Diamond         16:57:48

21   alleged that a staff member, Rodney Jackson, held   16:57:51

22   a dormitory-wide meeting where she was discussed?   16:57:58

23   A    Yes.                                           16:58:02

24   Q    And where there were crude references to       16:58:04

25   her genitalia from the staff member, according to   16:58:09

1   Ms. Diamond?                                          16:58:17

2       A     Alleged, yes.  Alleged, yes.              16:58:17

3       Q     That incident happened in July of --      16:58:19

4   sorry.  That incident happened -- was alleged to     16:58:25

5   have happened on June 19th of 2020?                  16:58:28

6       A     Yes.                                       16:58:30

7       Q     You were instructed to preserve video     16:58:30

8   evidence of that incident, weren't you?              16:58:37

9       A     I don't recall, but I thought I did.  I   16:58:42

10  don't recall being told to preserve that.  But       16:58:46

11  based on her allegations, I thought I did.  I         16:58:52

12  thought I had it recorded.                            16:58:55

13      Q     You understand that, based on the          16:58:59

14  allegations, a recording should have been             16:59:03

15  preserved?                                            16:59:05

16      A     Based on her allegations and when she      16:59:08

17  alleged it, yes.                                      16:59:12

18      Q     And you agree that videos concerning       16:59:13

19  Ashley Diamond from days that she made PREA           16:59:19

20  allegations should have been preserved -- should      16:59:23

21  not have been deleted under any circumstances,        16:59:27

22  correct?                                              16:59:30

23      A     Correct, correct, yes.                     16:59:30

24      Q     Did you ever take steps to ensure that     16:59:32

25  video from outside Ashley Diamond's cell was not      16:59:38

Transcript of Brooks Benton
Conducted on May 10, 2022                                    229

1    being deleted automatically?                           16:59:41

2        A    I don't understand the question.  We          16:59:47

3    don't record 24 hours a day downloading footage        16:59:51

4    because we don't have that capability.  When we        16:59:58

5    find out that there is -- something is being           17:00:01

6    reported, then we go to the camera and attempt to      17:00:04

7    record.                                                17:00:10

8    ████████████████████████████████                        17:00:12

9    ██████████████████████████████                          17:00:19

10   ████████████████████                                    17:00:21

11   ██████████                                              17:00:24

12   ███████████████████████████████████                     17:00:25

13   ██████████████████████████████████                      17:00:29

14   ██████████████████████████████████                      17:00:34

15   ████████████████████                                    17:00:38

16   ████████████████████████████████                        17:00:42

17   ████████████████████████████████████                    17:00:45

18   ███                                                     17:00:48

19   ████████████████████████████████████                    17:00:49

20   ██████████████████████████████                          17:00:52

21   ████████████████████████████████                        17:00:56

22   ██████████                                              17:01:00

23   ███████████████████████████                             17:01:01

24   ████████████████████████████████████                    17:01:06

25   ███████████████████████████████s --                     17:01:12

Transcript of Brooks Benton
Conducted on May 10, 2022                              230

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 17:01:16 |
| 2 | ████████████████████ | 17:01:22 |
| 3 | Q    So videos have still been subject to | 17:01:24 |
| 4 | deletion under the parameters you described since | 17:01:30 |
| 5 | this litigation began? | 17:01:35 |
| 6 | MR. CHALMERS:  Objection, form.  That | 17:01:37 |
| 7 | misstates his testimony. | 17:01:38 |
| 8 | But you can answer. | 17:01:40 |
| 9 | A    We have recorded -- any allegations that | 17:01:43 |
| 10 | have been forthcoming by Ashley Diamond or any | 17:01:47 |
| 11 | allegations that have been forthcoming from staff | 17:01:50 |
| 12 | or offenders in relations to Ashley Diamond, we | 17:01:54 |
| 13 | have attempted to record that right there.  ██████ | 17:02:00 |
| 14 | ████████████████████████████ | 17:02:05 |
| 15 | Q    Okay.  Are you aware that there are no -- | 17:02:12 |
| 16 | there is no recording of Ashley Diamond's | 17:02:22 |
| 17 | dormitory that was provided to Ms. Diamond's | 17:02:28 |
| 18 | counsel from July 3rd -- the July 3rd PREA | 17:02:33 |
| 19 | incident that she alleges? | 17:02:37 |
| 20 | A    No, I'm not aware. | 17:02:39 |
| 21 | Q    Do you know whether Coastal staff | 17:02:41 |
| 22 | attempted to see whether Ashley Diamond had any | 17:02:48 |
| 23 | physical evidence related to her July 3rd assault? | 17:02:52 |
| 24 | A    If, during the PREA investigation, she | 17:02:56 |
| 25 | produced it, no. | 17:03:03 |

| | | |
|---|---|---|
| 1 | Q     Do you know -- | 17:03:08 |
| 2 | A     Other than that -- | 17:03:08 |
| 3 |       (Cross-talk.) | 17:03:10 |
| 4 | Q     -- whether it was requested? | 17:03:10 |
| 5 | A     No, I'm not aware. | 17:03:11 |
| 6 | Q     Are you aware that Ashley Diamond | 17:03:13 |
| 7 | indicated that the offender who assaulted her was | 17:03:20 |
| 8 | moved to H building -- the offender who assaulted | 17:03:25 |
| 9 | her on July 3rd was moved to H building on | 17:03:29 |
| 10 | July 30th, 2020? | 17:03:34 |
| 11 | A     No, I'm not aware. | 17:03:39 |
| 12 |       MS. EZIE:  Okay.  I think this might be a | 17:03:56 |
| 13 | good time just to go on what's likely to be our | 17:03:57 |
| 14 | final break.  We can keep it to five minutes, if | 17:04:00 |
| 15 | that's okay. | 17:04:02 |
| 16 |       MR. CHALMERS:  Sure, that's fine. | 17:04:05 |
| 17 |       VIDEOGRAPHER:  We're going off the | 17:04:07 |
| 18 | record.  The time is 5:04. | 17:04:09 |
| 19 |       (Recess from 5:04 p.m. until 5:16 p.m.) | 17:16:21 |
| 20 |       VIDEOGRAPHER:  The time is 5:16.  We're | 17:16:21 |
| 21 | on the record continuing recording 5. | 17:16:24 |
| 22 | BY MS. EZIE: | 17:16:27 |
| 23 | Q     Okay.  Mr. Benton, ultimately, the -- | 17:16:30 |
| 24 | Ashley Diamond's July 3rd allegation was marked | 17:16:33 |
| 25 | unfounded, correct? | 17:16:37 |

| | | |
|---|---|---|
| 1 | A    I'm not -- I don't remember what the | 17:16:40 |
| 2 | findings were on every PREA.  I've got to refer to | 17:16:43 |
| 3 | it. | 17:16:49 |
| 4 | Q    Do you recall that Grace Atchison | 17:16:50 |
| 5 | submitted a declaration in this case? | 17:16:52 |
| 6 | A    Yes, I'm aware that she submitted a | 17:16:57 |
| 7 | declaration, as I did. | 17:17:00 |
| 8 | Q    In May 2021? | 17:17:02 |
| 9 | A    I don't know the time frame. | 17:17:06 |
| 10 | Q    Have you -- do you remember if she | 17:17:11 |
| 11 | submitted a declaration that summarized the | 17:17:13 |
| 12 | findings and outcomes of Ms. Diamond's PREA | 17:17:15 |
| 13 | complaints? | 17:17:19 |
| 14 | A    Yes, I do remember her speaking about | 17:17:22 |
| 15 | that. | 17:17:25 |
| 16 | Q    Do you know whether she consulted CSP | 17:17:26 |
| 17 | records in the process of making that declaration? | 17:17:34 |
| 18 | A    That, I do not know.  I'm not aware of | 17:17:37 |
| 19 | that. | 17:17:40 |
| 20 | Q    Have you ever had a chance to review that | 17:17:41 |
| 21 | declaration? | 17:17:43 |
| 22 | A    Not her declaration, no. | 17:17:44 |
| 23 | MS. EZIE:  Let's just quickly take a look | 17:17:49 |
| 24 | at the declaration together.  This will be a | 17:17:51 |
| 25 | document that should be in the -- appear in the | 17:17:55 |

| | | |
|---|---|---|
| 1 | folder as Grace Atchison, A-T-C-H-I-S-O-N, | 17:17:58 |
| 2 | Declaration.  This is going to be Benton | 17:18:03 |
| 3 | Exhibit 14. | 17:18:06 |
| 4 | MR. CHALMERS:  It's going to be 15, | 17:18:13 |
| 5 | Counsel, I think. | 17:18:16 |
| 6 | MS. EZIE:  Well, thank you.  In that | 17:18:17 |
| 7 | case, Exhibit 15. | 17:18:19 |
| 8 | Is that what you have as well, Planet | 17:18:22 |
| 9 | Depos? | 17:18:24 |
| 10 | A/V TECH:  Yes.  We should be at 15. | 17:18:24 |
| 11 | MS. EZIE:  Okay.  Thank you.  So sorry. | 17:18:26 |
| 12 | This is going to be Benton Deposition | 17:18:28 |
| 13 | Exhibit 15. | 17:18:31 |
| 14 | (Exhibit Benton-15 marked for | 17:18:36 |
| 15 | identification and attached to the transcript.) | 17:18:37 |
| 16 | BY MS. EZIE: | 17:18:37 |
| 17 | Q    Are you able to see my screen, | 17:18:37 |
| 18 | Mr. Benton?  Should I make this document larger? | 17:18:39 |
| 19 | A    Yes, please. | 17:18:41 |
| 20 | Q    Okay. | 17:18:43 |
| 21 | A    Just a little bit.  Yeah, that's good. | 17:18:46 |
| 22 | MS. EZIE:  Okay.  Mr. Chalmers, do you | 17:18:57 |
| 23 | have a copy? | 17:18:59 |
| 24 | MR. CHALMERS:  Yes, I do. | 17:19:05 |
| 25 | Q    Okay.  I want to direct you, Mr. Benton, | 17:19:10 |

| | | |
|---|---|---|
| 1 | to -- I'm sorry.  I am scrolling.  And I wanted to | 17:19:15 |
| 2 | direct you to a portion of this declaration that | 17:19:25 |
| 3 | appears to be a summary of the PREA allegations | 17:19:28 |
| 4 | that Ms. Diamond made while she was at Coastal | 17:19:31 |
| 5 | State Prison and at her prior facility.  It begins | 17:19:39 |
| 6 | on page 6 of the document. | 17:19:43 |
| 7 | And as you can see in this paragraph that | 17:19:47 |
| 8 | begins at paragraph 22, Ms. Atchison, or whoever | 17:19:51 |
| 9 | prepared the declaration on her behalf, attempted | 17:19:57 |
| 10 | to have a paragraph on each allegation that | 17:20:00 |
| 11 | Ms. Diamond submitted. | 17:20:06 |
| 12 | Do you see that, as I continue to scroll? | 17:20:07 |
| 13 | A     Yes. | 17:20:10 |
| 14 | Q     Do you see on page 7, there's a bullet | 17:20:11 |
| 15 | that says, June 18th, 2020, describing an incident | 17:20:21 |
| 16 | where -- the incident we just described involving | 17:20:25 |
| 17 | Rodney Jackson of GDC? | 17:20:30 |
| 18 | A     Yes. | 17:20:33 |
| 19 | Q     And you do recall being notified via the | 17:20:34 |
| 20 | PREA process that Ashley Diamond felt that Rodney | 17:20:41 |
| 21 | Jackson engaged in inappropriate behavior with | 17:20:45 |
| 22 | respect to her? | 17:20:50 |
| 23 | A     Yes. | 17:20:53 |
| 24 | Q     Now, Rodney Jackson is no longer at | 17:20:53 |
| 25 | Coastal State Prison, correct? | 17:20:59 |

| | | |
|---|---|---|
| 1 | A    Yes.  He retired. | 17:21:01 |
| 2 | Q    Okay.  He was not disciplined following | 17:21:02 |
| 3 | this PREA allegation that Ms. Diamond made | 17:21:07 |
| 4 | concerning him? | 17:21:12 |
| 5 | A    I can't recall.  I do know that, based on | 17:21:14 |
| 6 | the allegation, I removed him from the area | 17:21:19 |
| 7 | pending investigation. | 17:21:23 |
| 8 | Q    Okay. | 17:21:25 |
| 9 | A    He was the unit manager over that | 17:21:26 |
| 10 | dormitory and other dormitories.  And so I do | 17:21:29 |
| 11 | remember the allegation and me immediately | 17:21:34 |
| 12 | removing him from that area via investigation, | 17:21:38 |
| 13 | until investigation was completed. | 17:21:45 |
| 14 | Q    Okay.  And ultimately, when he left | 17:21:46 |
| 15 | Coastal State Prison, however, it was not a | 17:21:52 |
| 16 | termination related to discipline for this | 17:21:55 |
| 17 | incident? | 17:21:59 |
| 18 | A    No, it was not. | 17:22:00 |
| 19 | Q    Okay.  Do you see that the next paragraph | 17:22:02 |
| 20 | of this declaration describes the July 3rd | 17:22:06 |
| 21 | incident that we've been discussing for some time? | 17:22:11 |
| 22 | A    Yes. | 17:22:14 |
| 23 | Q    And do you see at the top of page 8, it | 17:22:16 |
| 24 | indicates that the allegation was determined to be | 17:22:24 |
| 25 | unfounded? | 17:22:28 |

1     A     Yes.                                          17:22:30

2     Q     Is your understanding -- or does that         17:22:30

3  refresh your recollection that Ashley Diamond's        17:22:35

4  July 3rd complaint was ultimately found to be          17:22:37

5  unfounded at the facility level?                       17:22:41

6         MR. CHALMERS:  Objection.                       17:22:44

7     A     Yes.                                          17:22:45

8     Q     Okay.  Now, at the point that Ashley          17:22:47

9  Diamond's PREA complaint was marked unfounded, you     17:22:51

10 had not received proof that her sexual abuse           17:22:54

11 claims were false, correct?                            17:22:56

12    A     I'm sorry.  On which incident?  On this       17:23:02

13 incident, July 3rd?                                    17:23:05

14    Q     Yes, the July 3rd incident.                   17:23:06

15    A     I did not receive proof that her              17:23:09

16 alleged --                                             17:23:13

17    Q     The alleged incident did not occur, had       17:23:13

18 you?                                                   17:23:16

19    A     Did not occur.  No, no.                       17:23:16

20    Q     And to this day, you've never received        17:23:20

21 evidence that the July 3rd allegation was false?       17:23:24

22    A     Never received it either way, false or        17:23:30

23 true.                                                  17:23:33

24    Q     Okay.  Now, aren't unfounded allegations      17:23:34

25 within the PREA context allegations that have been     17:23:41

1   proven to be untrue?                                    17:23:45

2        A    Unfounded, to me, meaning that they could     17:23:50

3   find no information -- yes, yes.  To answer you,        17:23:54

4   yes.                                                    17:23:59

5        Q    Specifically, not that there was not          17:23:59

6   information to corroborate or -- to prove or            17:24:04

7   disprove the allegation, but specifically that an       17:24:09

8   unfounded allegation is an allegation that has          17:24:12

9   been proven false, correct?                             17:24:15

10       A    Yes, unfounded, yes, not true.                17:24:17

11       Q    So in what manner had -- why was              17:24:20

12  Ms. Diamond's allegation marked unfounded -- why        17:24:23

13  was Ms. Diamond's July 3rd PREA allegation marked       17:24:29

14  unfounded?                                              17:24:31

15       A    The only thing I can tell you, and not        17:24:32

16  having it right in front of me, is that the             17:24:35

17  information during the investigation based it           17:24:37

18  unfounded.                                              17:24:42

19            And once it reached the SART team, based      17:24:43

20  on the investigation and all the information that       17:24:45

21  was collected, that the SART recommendation was         17:24:49

22  that this PREA to be found unfounded.                   17:24:53

23       Q    You're speculating, correct?                  17:24:58

24       A    I am, because I don't have the file in        17:25:02

25  front of me.                                            17:25:04

1    Q    Okay.  But you agree that the only          17:25:05

2    circumstance where a PREA allegation should be   17:25:09

3    marked unfounded is if, at the facility level,   17:25:11

4    there is proof that it did not occur?            17:25:14

5    A    Correct.                                     17:25:18

6    Q    If it was simply the case that it was        17:25:20

7    unclear whether the allegation was true, the     17:25:26

8    appropriate response would have been to mark the 17:25:29

9    complaint unsubstantiated?                        17:25:32

10   A    Not necessarily.  If they can't              17:25:37

11   substantiate truth or non-truth, then it would be 17:25:40

12   unsubstantiated.  If it's unfounded, that means,  17:25:46

13   just like you said earlier, evidently they had    17:25:49

14   evidence to prove it did not happen.              17:25:53

15   Q    You're not aware of what that evidence       17:25:56

16   is, sitting here today?                           17:25:59

17   A    Sitting right here today, no, I cannot       17:26:01

18   tell you that.                                    17:26:03

19   Q    Okay.  And you understand, based on the      17:26:05

20   GDC PREA policy, that in cases where an           17:26:11

21   allegation -- an investigation produces          17:26:15

22   insufficient evidence to make a determination    17:26:17

23   about whether or not an event occurred, the proper 17:26:21

24   procedure is to mark that allegation             17:26:26

25   unsubstantiated, correct?                         17:26:28

| | | |
|---|---|---|
| 1 | A      Correct. | 17:26:30 |
| 2 | Q      Not unfounded, correct? | 17:26:32 |
| 3 | A      Correct. | 17:26:37 |
| 4 | Q      Now, I'm stopping the screen share. | 17:26:40 |
| 5 | You're aware that Ashley Diamond also | 17:26:43 |
| 6 | alleged that she was sexually assaulted in | 17:26:47 |
| 7 | September of 2020, correct? | 17:26:52 |
| 8 | A      I can't recall.  Like I said, there's | 17:26:55 |
| 9 | just so many.  I can't recall -- | 17:26:59 |
| 10 | Q      So many instances of sexual abuse that | 17:27:05 |
| 11 | Ms. Diamond -- | 17:27:07 |
| 12 | A      No. | 17:27:08 |
| 13 | Q      -- claims she experienced at Coastal | 17:27:08 |
| 14 | State Prison? | 17:27:11 |
| 15 | A      So many reported allegations, yes. | 17:27:11 |
| 16 | Q      Do you see -- does it sound accurate that | 17:27:14 |
| 17 | Ashley Diamond reported that she was sexually | 17:27:25 |
| 18 | assaulted several times over the course of a | 17:27:28 |
| 19 | single weekend in September? | 17:27:30 |
| 20 | A      I can't recall. | 17:27:36 |
| 21 | MS. EZIE:  Okay.  I'd like to pull up | 17:27:50 |
| 22 | as -- I believe we are, what, up to Benton | 17:27:52 |
| 23 | Exhibit 16 -- a document that was produced in | 17:27:54 |
| 24 | discovery as DEF_008420.  I'm putting it on my | 17:27:58 |
| 25 | screen now. | 17:28:06 |

| | | |
|---|---|---|
| 1 | If you could push it to Mr. Chalmers, I'd | 17:28:06 |
| 2 | appreciate it, please. | 17:28:09 |
| 3 | (Exhibit Benton-16 marked for | 17:28:12 |
| 4 | identification and attached to the transcript.) | 17:28:13 |
| 5 | BY MS. EZIE: | 17:28:13 |
| 6 | Q    Mr. Benton, it's a two-page document. | 17:28:14 |
| 7 | The second page, as you can see, is just the end | 17:28:17 |
| 8 | of a -- kind of a signature block. | 17:28:20 |
| 9 | I'm going to make it larger.  Let me know | 17:28:23 |
| 10 | when you'd like me to scroll down, please. | 17:28:26 |
| 11 | A    Yes, you can scroll. | 17:28:28 |
| 12 | Q    Okay. | 17:28:29 |
| 13 | MR. CHALMERS:  I'm sorry, Counsel.  What | 17:28:40 |
| 14 | is our DEF number?  8420? | 17:28:41 |
| 15 | MS. EZIE:  Yes, that's correct. | 17:28:46 |
| 16 | MR. CHALMERS:  Thanks. | 17:28:47 |
| 17 | Okay, I have that. | 17:29:06 |
| 18 | MS. EZIE:  Okay. | 17:29:07 |
| 19 | Q    Now, Mr. Benton, were you able to read | 17:29:08 |
| 20 | this document? | 17:29:14 |
| 21 | A    Yes. | 17:29:14 |
| 22 | Q    Do you see that it's alleging that Ashley | 17:29:15 |
| 23 | Diamond was sexually assaulted on three separate | 17:29:19 |
| 24 | days, September 18th, September 19th, and | 17:29:23 |
| 25 | September 20, in her dormitory? | 17:29:26 |

| | | |
|---|---|---|
| 1 | A    Yes. | 17:29:29 |
| 2 | Q    And you instructed Carl Betterson to | 17:29:29 |
| 3 | investigate it? | 17:29:33 |
| 4 | A    Yes. | 17:29:34 |
| 5 | Q    And he claimed that he was working on it? | 17:29:34 |
| 6 | A    Yes. | 17:29:39 |
| 7 | Q    Now, you're aware that Ashley Diamond | 17:29:40 |
| 8 | alleges that Carl Betterson subjected her to | 17:29:45 |
| 9 | conduct that violates GDC's PREA policies, | 17:29:51 |
| 10 | correct? | 17:29:56 |
| 11 | A    No. | 17:29:56 |
| 12 | Q    You're not aware that Ashley Diamond | 17:29:56 |
| 13 | filed a PREA against Carl Betterson on | 17:30:00 |
| 14 | September 1st -- September 7th, rather, 2020? | 17:30:02 |
| 15 | A    A PREA against Mr. Betterson? | 17:30:09 |
| 16 | Q    Yes. | 17:30:12 |
| 17 | (Cross-talk.) | 17:30:14 |
| 18 | Q    Sorry, it was September 1st. | 17:30:15 |
| 19 | You don't recall that? | 17:30:18 |
| 20 | A    No, I can't recall it.  But if you said | 17:30:19 |
| 21 | that she did submit that, then I'm quite sure | 17:30:22 |
| 22 | there's some record of it. | 17:30:27 |
| 23 | Q    Okay.  Let's go back to the document that | 17:30:29 |
| 24 | we introduced as Benton Exhibit 15.  It's the | 17:30:33 |
| 25 | Atchison declaration. | 17:30:37 |

1          Do you see that on page 8, there's a                    17:30:40
2  discussion of a September 1st, 2020 PREA                        17:30:45
3  allegation?                                                     17:30:49
4      A    Yes.                                                   17:30:50
5      Q    And that it states that Diamond alleged               17:30:50
6  Deputy Warden Betterson called her a cancer to the             17:30:57
7  prison?                                                         17:31:00
8      A    Yes, I'm reading that now.                            17:31:01
9      Q    And do you see that it indicated that the             17:31:23
10 allegation was deemed unfounded because of                      17:31:29
11 Diamond's refusal to cooperate in the                          17:31:33
12 investigation?                                                  17:31:36
13     A    Yes.                                                   17:31:37
14     Q    When PREA complaints are resolved, as                 17:31:39
15 warden, you do have to either concur or reject the             17:31:45
16 findings, correct?                                             17:31:51
17     A    Yes.                                                   17:31:54
18     Q    So to your knowledge, is this a finding              17:31:55
19 that you concurred in the result?                              17:32:01
20     A    Well, as it's stated in the document,               17:32:08
21 that it was not a PREA because it was not sexual               17:32:11
22 in nature.  It was more of a grievance than a                  17:32:16
23 PREA.  So it was found unfounded, not true based              17:32:20
24 on the PREA designation.                                        17:32:25
25     Q    When allegations are deemed to have                  17:32:29

| | | |
|---|---|---|
| 1 | occurred but to not meet the criteria of PREA, | 17:32:35 |
| 2 | isn't there a different label that is available | 17:32:38 |
| 3 | for use at the facility level? | 17:32:41 |
| 4 | A     Well, it's not supposed to go forward. | 17:32:44 |
| 5 | If it does not meet the ramifications -- or the | 17:32:47 |
| 6 | policy of a PREA, it's not supposed to move | 17:32:50 |
| 7 | forward.  The counselors or the PREA monitor are | 17:32:53 |
| 8 | supposed to redirect them to where they need to | 17:32:58 |
| 9 | file complaints of a non-PREA issue. | 17:33:01 |
| 10 | Q     Okay. | 17:33:05 |
| 11 | A     So it should have been a grievance. | 17:33:05 |
| 12 | Q     So it should have been designated not | 17:33:09 |
| 13 | PREA, as opposed to unfounded, assuming the event | 17:33:11 |
| 14 | took place as alleged? | 17:33:15 |
| 15 | A     Correct.  That's my opinion. | 17:33:16 |
| 16 | Q     Now, so does this document refresh your | 17:33:20 |
| 17 | recollection that Ashley Diamond made a PREA | 17:33:25 |
| 18 | complaint about Carl Betterson? | 17:33:28 |
| 19 | A     Yes.  Yes.  In reading this, yes. | 17:33:34 |
| 20 | Q     Turning back to Exhibit 16. | 17:33:37 |
| 21 | Now, am I correct that even after Ashley | 17:33:42 |
| 22 | Diamond made a complaint against Carl Betterson, | 17:33:49 |
| 23 | he was the GDC official in charge of investigating | 17:33:53 |
| 24 | her PREA complaints? | 17:33:56 |
| 25 | A     No, not solely.  He was not solely the | 17:33:58 |

| | | |
|---|---|---|
| 1 | investigator.  There was -- other people are part | 17:34:01 |
| 2 | of his team. | 17:34:05 |
| 3 | Q    Who else besides Carl Betterson was | 17:34:05 |
| 4 | involved in PREA investigations concerning Ashley | 17:34:08 |
| 5 | Diamond? | 17:34:11 |
| 6 | A    The actual PREA investigator would be a | 17:34:11 |
| 7 | lieutenant or above. | 17:34:15 |
| 8 | Q    Okay.  Did you ever consider asking Carl | 17:34:16 |
| 9 | Betterson to step aside from Ashley Diamond's PREA | 17:34:23 |
| 10 | investigations because he may have a conflict of | 17:34:27 |
| 11 | interest? | 17:34:30 |
| 12 | A    No. | 17:34:30 |
| 13 | Q    Why not? | 17:34:33 |
| 14 | A    Because I had no cause to do so.  There | 17:34:35 |
| 15 | was no -- there was no evidence.  There was -- | 17:34:38 |
| 16 | Mr. Betterson has -- had proven himself, up until | 17:34:41 |
| 17 | that point of the allegation, to have great | 17:34:44 |
| 18 | integrity and great professionalism. | 17:34:49 |
| 19 | Q    How would you evaluate Carl Betterson as | 17:34:53 |
| 20 | an investigator? | 17:34:57 |
| 21 | A    He did a great job.  He was -- | 17:35:00 |
| 22 | Q    Over the years -- | 17:35:03 |
| 23 | (Cross-talk.) | 17:35:06 |
| 24 | A    I'm sorry. | 17:35:07 |
| 25 | Q    Over the years, how many PREA complaints | 17:35:08 |

1   was he able to --                                        17:35:11

2        MR. CHALMERS:  Actually, Counsel, can we            17:35:12

3   allow the witness to finish that answer.                 17:35:14

4     A     He paid attention to detail.  He                 17:35:17

5   investigated PREAs up to that point in the absence       17:35:21

6   of an investigator.  He investigated PREAs.  He          17:35:26

7   received the training -- same training that the          17:35:31

8   investigators received.  And at no time before           17:35:34

9   that allegation did anyone say anything to dispute       17:35:38

10  that.                                                    17:35:44

11    Q     Okay.  Now, ultimately, Carl Betterson --        17:35:46

12  sorry.                                                   17:35:57

13        You received Ashley Diamond's September            17:35:57

14  PREA allegations, correct?                               17:36:02

15    A     Yes.                                             17:36:04

16    Q     And this incident also was alleged to            17:36:07

17  have taken place in her dormitory?                       17:36:11

18    A     I can't recollect, but I think you're            17:36:16

19  right.                                                   17:36:21

20    Q     Let's pull back up Exhibit -- I believe          17:36:29

21  this is 15, the Grace Atchison declaration.              17:36:35

22        Do you see here that it's describing --            17:36:42

23  Atchison is describing the allegations as they           17:36:46

24  were reported?                                           17:36:49

25    A     Which date?  September 18?                       17:36:51

| | | | |
|---|---|---|---|
| 1 | Q | Yes. | 17:36:54 |
| 2 | A | Okay.  Let me read it for a minute. | 17:36:55 |
| 3 | | I've read it. | 17:37:49 |
| 4 | Q | Okay.  Now, in your time as warden, have | 17:37:50 |
| 5 | | you -- of Coastal, did you ever receive | 17:37:59 |
| 6 | | information indicating Ms. Diamond's allegations | 17:38:03 |
| 7 | | concerning the September 18th, 19th, and 20th were | 17:38:06 |
| 8 | | false? | 17:38:10 |
| 9 | A | I can't recall, unless I have the file in | 17:38:13 |
| 10 | | front of me, what the response was, what the | 17:38:15 |
| 11 | | disposition was. | 17:38:18 |
| 12 | Q | I'm sorry.  I asked a different question. | 17:38:19 |
| 13 | | I said, have you ever received | 17:38:22 |
| 14 | | information indicating these allegations were | 17:38:24 |
| 15 | | false? | 17:38:26 |
| 16 | A | If it was unfounded, then yes. | 17:38:31 |
| 17 | Q | Is that speculation? | 17:38:39 |
| 18 | A | Yes, because that's all I can go off now | 17:38:43 |
| 19 | | because I don't have the file in front of me. | 17:38:46 |
| 20 | Q | Okay. | 17:38:49 |
| 21 | A | And I don't remember -- I don't remember | 17:38:50 |
| 22 | | that. | 17:38:52 |
| 23 | Q | Again, to confirm, I wasn't asking about | 17:38:55 |
| 24 | | the disposition of the request; I was asking about | 17:38:57 |
| 25 | | whether you knew that this information did not | 17:39:02 |

| | |
|---|---|
| 1 | occur as alleged. | 17:39:06 |
| 2 | A     And I can't honestly answer that | 17:39:08 |
| 3 | truthfully without having the information, the | 17:39:10 |
| 4 | file in front of me. | 17:39:15 |
| 5 |         MS. EZIE:  Okay.  Well, let's take a look | 17:39:18 |
| 6 | at -- this document, we can mark it as Benton | 17:39:21 |
| 7 | Exhibit 17.  It's produced in discovery as | 17:39:24 |
| 8 | DEF_940. | 17:39:29 |
| 9 |         (Exhibit Benton-17 marked for | 17:39:32 |
| 10 | identification and attached to the transcript.) | 17:39:32 |
| 11 | BY MS. EZIE: | 17:39:32 |
| 12 | Q     Are you able to see my screen, | 17:39:33 |
| 13 | Mr. Benton? | 17:39:34 |
| 14 | A     Yes, I am.  If you can blow it up a | 17:39:35 |
| 15 | little bit. | 17:39:38 |
| 16 |         MS. EZIE:  If you can please push it to | 17:39:38 |
| 17 | Mr. Chalmers, I'd appreciate it. | 17:39:40 |
| 18 |         Mr. Chalmers, can we proceed? | 17:40:19 |
| 19 |         MR. CHALMERS:  Yes, you can go ahead. | 17:40:28 |
| 20 | Q     Okay.  Mr. Benton, do you see that this | 17:40:30 |
| 21 | is a memo from Carl Betterson to you? | 17:40:33 |
| 22 | A     Yes. | 17:40:38 |
| 23 | Q     It's regarding the disposition of the | 17:40:40 |
| 24 | PREA complaints that we just described? | 17:40:43 |
| 25 | A     Yes. | 17:40:46 |

| | | |
|---|---|---|
| 1 | Q     And do you see that on September 30th, | 17:40:47 |
| 2 | 2020, the same day it was referred to you for | 17:40:51 |
| 3 | investigation, the complaint was marked unfounded? | 17:40:55 |
| 4 | A     Yes. | 17:40:58 |
| 5 | Q     And -- | 17:40:59 |
| 6 | A     Well, I don't see -- I'm sorry. | 17:41:01 |
| 7 | Reading this to me, yes, I see it now. | 17:41:04 |
| 8 | Q     Okay.  Why was this -- why was | 17:41:11 |
| 9 | Ms. Diamond's allegation marked unfounded, | 17:41:17 |
| 10 | according to this memo from Mr. Betterson? | 17:41:19 |
| 11 | A     Based on his statement that he has tried | 17:41:23 |
| 12 | ample times to get information from Ms. Diamond so | 17:41:28 |
| 13 | we could proceed with the investigation, and she | 17:41:34 |
| 14 | didn't want to cooperate. | 17:41:39 |
| 15 | Q     You said it indicates ample times. | 17:41:40 |
| 16 | Isn't it true this letter indicates one | 17:41:43 |
| 17 | attempt was made to interview Ms. Diamond? | 17:41:46 |
| 18 | A     Yes, yes.  But I don't know, by this, how | 17:42:02 |
| 19 | many times that day he tried to receive | 17:42:06 |
| 20 | information -- or get information from her. | 17:42:10 |
| 21 | Q     Well, it only indicates one attempt, | 17:42:13 |
| 22 | right? | 17:42:16 |
| 23 | A     Yes.  He said "an attempt," yes. | 17:42:18 |
| 24 | Q     And in any event, the allegation was | 17:42:23 |
| 25 | closed and marked unfounded on the same day you | 17:42:28 |

1    received it at the facility level?                    17:42:33

2        A    Yes, because he could not move forward.      17:42:36

3        Q    Why couldn't Mr. Betterson move forward?     17:42:40

4        A    Because Ms. Diamond would not give him       17:42:44

5    the needed information to move forward to go after    17:42:49

6    the alleged culprits to secure them, lock them        17:42:54

7    down in segregation, to move forward with the         17:42:59

8    investigation.                                         17:43:03

9        Q    Now, so to confirm, on September 30th,       17:43:05

10   2020, GDC did not determine that Ashley Diamond's     17:43:14

11   sexual assault allegations concerning these           17:43:21

12   September dates was false, correct?                   17:43:25

13       A    GDC did not determine that her               17:43:33

14   allegations were false?                               17:43:36

15            Based on the lack of information, yes, it    17:43:37

16   determined that they were false because it was        17:43:43

17   made unfounded.                                        17:43:45

18       Q    You marked it unfounded, but did you         17:43:47

19   receive proof that the allegations were untrue,       17:43:50

20   according to this memorandum?                         17:43:54

21       A    Either way, no, I did not.                   17:43:56

22       Q    Have you ever received information that      17:43:59

23   Ms. Diamond's sexual abuse allegations from these     17:44:02

24   days did not occur?                                    17:44:05

25       A    Did or did not, no, I have not.              17:44:10

1    Q    Isn't the proper procedure -- when GDC          17:44:12

2    staff do not receive sufficient evidence to make a   17:44:19

3    determination about the veracity of a complaint,     17:44:22

4    isn't the proper procedure to mark it                17:44:28

5    unsubstantiated?                                     17:44:30

6    A    This, in my opinion, could have went both       17:44:40

7    ways, yes, unfounded or unsubstantiated.  But it's   17:44:45

8    based on the information that was available at       17:44:49

9    that time.  But in my opinion, I believe it could   17:44:56

10   have went either way.                                17:44:59

11   Q    Did you communicate that to                     17:45:00

12   Mr. Betterson?                                       17:45:01

13   A    No, because as I stated, it could have          17:45:03

14   went either way, so I went with the unfounded        17:45:06

15   based on the information that was provided me at     17:45:10

16   the time.                                            17:45:15

17   Q    Now, isn't it true that ultimately,             17:45:15

18   nearly all of Ashley Diamond's PREA complaints       17:45:18

19   that she submitted at Coastal State Prison were      17:45:22

20   marked unfounded because of her participation or     17:45:25

21   lack thereof in the interview process?              17:45:30

22   A    I can't recall if all of them were marked       17:45:34

23   unfounded, but I do recall Ms. Diamond not           17:45:36

24   participating in the majority of all of them.        17:45:41

25   Q    Okay.  Have you ever received proof that        17:45:45

1    any of Ashley Diamond's PREA complaints were          17:45:56

2    false?                                                17:46:00

3        A     No.                                         17:46:12

4        Q     And Mr. Benton, did you ever notify         17:46:14

5    Ashley Diamond that if she did not participate in     17:46:21

6    PREA interviews without her counsel present, that     17:46:24

7    her complaints would be marked unfounded?             17:46:28

8        A     I have not had that conversation with       17:46:32

9    Ms. Diamond, but my staff has.                        17:46:34

10       Q     Who on your staff instructed Ms. Diamond    17:46:37

11   that her complaints would be marked unfounded if      17:46:39

12   she continued to request that her attorneys join      17:46:42

13   her for interviews?                                   17:46:45

14       A     I can't speculate.  But I -- and I'm not    17:46:47

15   going to assume.  So my SART staff, my                17:46:52

16   investigator, Mr. Betterson, my deputy warden of      17:46:59

17   care and treatment.  So those individuals should      17:47:03

18   have informed her that if she does not participate    17:47:09

19   in the investigation, it won't go anywhere.           17:47:13

20       Q     So your testimony is that Ashley Diamond    17:47:17

21   should have been notified that her PREA               17:47:20

22   allegations would be denied as unfounded if she       17:47:24

23   did not participate in the PREA interview process     17:47:27

24   without her attorneys present?                        17:47:30

25       A     Ms. Diamond would have been notified at     17:47:32

1    the conclusion of the PREA investigation that her        17:47:35

2    PREA allegation was unfounded for the reason that        17:47:38

3    it was documented.  So that would have told --           17:47:41

4           (Cross-talk.)                                     17:47:45

5       A     That would have informed her of why it          17:47:46

6    was being deemed unfounded because of lack of            17:47:49

7    participation.                                           17:47:53

8       Q     Was Ms. Diamond -- do you know that             17:47:53

9    Ms. Diamond received copies of these PREA                17:47:57

10   conclusions prior to seeking discovery in this           17:48:01

11   case?                                                    17:48:06

12      A     I can't tell you for a fact that she            17:48:06

13   received those documentations.  All I can tell you       17:48:10

14   is that she was supposed to receive them.                17:48:13

15      Q     Okay.  Now, did you ever notify                 17:48:18

16   Ms. Diamond that her request to have her attorneys       17:48:24

17   join her for interviews was not going to be              17:48:27

18   granted?                                                 17:48:31

19      A     I had no conversation with Ms. Diamond in       17:48:32

20   reference to her attorneys being present during an       17:48:35

21   investigation.                                           17:48:39

22      Q     Did anyone else -- did you instruct             17:48:41

23   anyone else at GDC to notify Ms. Diamond that her        17:48:44

24   request to be joined by counsel during interviews        17:48:50

25   was not going to be granted?                             17:48:53

1     A     I did not notify anyone, because my staff            17:48:56

2   already knew that the attorneys would not be                 17:48:59

3   present during an internal investigation.  So they           17:49:02

4   probably -- Mr. Betterson specifically probably              17:49:04

5   informed her that.  But that may be a speculation.           17:49:07

6     Q     You don't know for a fact whether Carl               17:49:12

7   Betterson communicated that to Ms. Diamond at all?           17:49:17

8     A     I do not.                                            17:49:20

9     Q     And are you aware that there are staff               17:49:23

10  members who indicated that they believed                     17:49:28

11  Ms. Diamond would be allowed to have her attorneys           17:49:32

12  join her?                                                    17:49:36

13    A     No, I am not.  I'm not aware.                        17:49:38

14          (Reporter interruption.)                             17:51:29

15          VIDEOGRAPHER:  We are now going off the              17:51:29

16  video record.  The time is 5:49.

17          (Recess from 5:49 p.m. until 5:51 p.m.)

18          VIDEOGRAPHER:  The time is 5:51.  We're              17:51:38

19  on the record continuing recording 5.                        17:51:40

20  BY MS. EZIE:                                                 17:51:46

21    Q     Mr. Benton, did you ever instruct your              17:51:50

22  staff to inform Ms. Diamond -- sorry.                        17:51:55

23          MS. EZIE:  Maybe we can read back the               17:52:00

24  last question.                                               17:52:01

25          (The court reporter read from the record            17:52:16

1     as follows:)

2          "QUESTION:  And are you aware that there

3     are staff members who indicated that they believed

4     Ms. Diamond would be allowed to have her attorneys

5     join her?"

6     BY MS. EZIE:                                17:52:17

7          Q     Mr. Benton, are you aware that Ashley    17:52:17

8     Diamond was never told that her request to have    17:52:23

9     attorneys be present for interviews would end the  17:52:27

10    PREA investigation process?                        17:52:30

11         A     No, ma'am, not aware.                    17:52:35

12         Q     Are you aware that Ms. Diamond --        17:52:39

13    sorry -- Ms. Cantera was asked under oath, Did you  17:52:41

14    inform that Ms. -- did you inform Ms. Diamond that  17:52:45

15    declining to share details without counsel present 17:52:49

16    would end a PREA investigation; and her response   17:52:51

17    was, No, I did not, I told her the opposite?        17:52:54

18         A     No, I was not aware.                     17:52:58

19         Q     But you are aware that Ms. Cantera, in   17:53:00

20    her email to you, indicated her belief that        17:53:05

21    arrangements were being made for Ms. Diamond's     17:53:09

22    lawyers to join her, correct?                      17:53:12

23         A     Based on Mr. Betterson's response.      17:53:15

24         Q     And you do not know of any instance,    17:53:19

25    apart from, as you indicated, receiving the        17:53:30

1  dispositions of her PREA complaints in discovery,      17:53:34

2  where Ms. Diamond was notified that her PREA           17:53:42

3  allegations would be dismissed as unfounded,           17:53:45

4  meaning they were false, if she did not                17:53:49

5  participate in an interview without her attorneys      17:53:53

6  present?                                               17:53:56

7      A     You're asking, did I know that -- can you    17:54:01

8  repeat that, please?                                   17:54:06

9      Q     Sure.                                        17:54:07

10          You never informed Ms. Diamond that her      17:54:11

11 PREA allegations would be deemed false if she did     17:54:14

12 not sit for an interview, correct?                    17:54:17

13     A     I did not notify her, yes, correct.          17:54:19

14     Q     You did not instruct your staff to notify    17:54:22

15 Ashley Diamond that her PREA complaints would be      17:54:27

16 deemed false if she did not sit for an interview      17:54:30

17 without her attorneys present, correct?               17:54:33

18     A     Myself and Mr. Betterson had                 17:54:36

19 conversations in reference to what Ms. Diamond was    17:54:38

20 requesting, and during those conversations, it was    17:54:42

21 made clear that no attorney was coming into this      17:54:45

22 facility to be a part of the internal                 17:54:49

23 investigation.                                        17:54:52

24     Q     Conversations that you and Mr. Betterson     17:54:53

25 had with yourselves?                                   17:54:58

| | | |
|---|---|---|
| 1 | A    Yes.  So I am not aware if Mr. Betterson | 17:54:59 |
| 2 | told her or not.  So I guess the long answer would | 17:55:05 |
| 3 | be no. | 17:55:09 |
| 4 | Q    And turning back to what we previously | 17:55:11 |
| 5 | marked as Exhibit -- Betterson Exhibit 12 -- | 17:55:18 |
| 6 | sorry, is it 12? | 17:55:32 |
| 7 | MR. CHALMERS:  17? | 17:55:34 |
| 8 | MS. EZIE:  I believe it's 12.  I'm | 17:55:36 |
| 9 | referring to a document that was produced in | 17:55:38 |
| 10 | discovery as DEF_960, I believe.  Just give me a | 17:55:40 |
| 11 | moment to pull it up.  Yeah. | 17:55:53 |
| 12 | A/V TECH:  That is correct, it is | 17:55:54 |
| 13 | Exhibit 12. | 17:55:56 |
| 14 | MS. EZIE:  Thank you so much. | 17:55:57 |
| 15 | Q    Do you see, Mr. Benton, that as of | 17:55:58 |
| 16 | October 8th, 2020, Ashley Diamond was still | 17:56:01 |
| 17 | awaiting a response to whether her requests for | 17:56:05 |
| 18 | counsel to be present during interviews was going | 17:56:11 |
| 19 | to be granted at the facility level? | 17:56:13 |
| 20 | A    Based on this statement, yes. | 17:56:16 |
| 21 | Q    Isn't it true there are ways to | 17:56:19 |
| 22 | investigate PREA complaints that don't involve | 17:56:28 |
| 23 | having a witness -- having an interview with a | 17:56:33 |
| 24 | victim? | 17:56:37 |
| 25 | A    No.  If you know a victim, if you know of | 17:56:41 |

1    a victim, then the interview will occur.          17:56:47

2        Q    Okay.                                     17:56:52

3             (Cross-talk.)                             17:56:53

4        A    I'm sorry.                                17:56:53

5             If it's anonymous, like you said earlier, 17:56:53

6    then there's no way of finding out who the victim  17:56:58

7    is if they've submitted something anonymously.     17:57:01

8        Q    And there's still a duty to investigate   17:57:05

9    anonymous reports, correct?                        17:57:07

10       A    Try to, yes.                              17:57:10

11       Q    Okay.  Now, when Mr. Betterson indicated  17:57:12

12   that he was marking Ms. Diamond's PREA complaint    17:57:18

13   unfounded due to her lack of interview              17:57:22

14   participation, he didn't indicate any other steps   17:57:26

15   to investigate Ms. Diamond's claim that had been    17:57:31

16   taken, correct?                                     17:57:34

17       A    He did not.                               17:57:36

18       Q    Are you aware of any other investigative  17:57:38

19   steps that were taken to investigate Ms. Diamond's  17:57:40

20   PREA complaints from September 2020 other than      17:57:44

21   asking her to sit for an interview?                 17:57:47

22       A    I am not.                                 17:57:50

23       Q    Are you aware that Ms. Diamond made PREA  17:57:51

24   complaints in October concerning incidences where  17:57:59

25   inmates entered her dormitory?                      17:58:05

Transcript of Brooks Benton
Conducted on May 10, 2022                                    258

| | | |
|---|---|---|
| 1 | A      Yes. | 17:58:07 |
| 2 | Q      Are you aware that those incidences -- | 17:58:09 |
| 3 | sorry.  And attacked her in her cell. | 17:58:14 |
| 4 | Do you recall that? | 17:58:18 |
| 5 | A      Yes. | 17:58:20 |
| 6 | ████████████████████████████ | 17:58:21 |
| 7 | ████████████████████████ | 17:58:25 |
| 8 | ████████████████ | 17:58:30 |
| 9 | ██████████████████████████████ | 17:58:32 |
| 10 | ████ | 17:58:37 |
| 11 | ████████████████ | 17:58:38 |
| 12 | Q      There was no video preserved from the | 17:58:41 |
| 13 | dates where she alleged attacks, correct? | 17:58:45 |
| 14 | A      I'm not aware. | 17:58:48 |
| 15 | Q      And Ms. Diamond also alleged that she was | 17:58:54 |
| 16 | assaulted in the dayroom of her dormitory in | 17:59:03 |
| 17 | March 8th and March 9th of 2021. | 17:59:07 |
| 18 | Do you recall that? | 17:59:11 |
| 19 | A      I don't recall. | 17:59:12 |
| 20 | Q      Are there -- in the evidence-based | 17:59:15 |
| 21 | dormitory, is there something called mentors? | 17:59:20 |
| 22 | A      Yes. | 17:59:23 |
| 23 | Q      What are dormitory mentors? | 17:59:24 |
| 24 | A      Mentors are offenders that have been | 17:59:29 |
| 25 | there for a while and have -- they're there to | 17:59:32 |

1    assist new inmates that come to the dormitories,            17:59:36

2    assist them with information necessary for them to          17:59:43

3    make it through the program, giving them                    17:59:48

4    information on group times, on meeting times.               17:59:51

5    Some of the mentors facilitate meet/greet groups.           17:59:56

6    And that's basically what they're used for.                 18:00:00

7        Q    Ms. Diamond alleges that she reported her           18:00:04

8    sexual abuse incidents to the prison mentors in             18:00:12

9    March 8th and March 9th.                                    18:00:17

10            Are they a means by which PREA complaints           18:00:20

11   can be made?                                                18:00:23

12       A    PREA complaints can be made, as we                  18:00:25

13   discussed earlier, second-party, third-party.  If           18:00:29

14   those individuals choose to come forward and                18:00:34

15   present that, then it would be taken as such.               18:00:38

16       Q    Okay.  Was there any investigation that             18:00:41

17   was launched into Ashley Diamond's allegation that          18:00:45

18   she was assaulted in the dayroom of the prison              18:00:50

19   dormitory on March 8th and March 9th of 2021?               18:00:53

20       A    I can't recall if it was or not.  If it             18:00:56

21   was, I'm sure investigation was done.  If it was            18:01:00

22   reported to a staff member, then it would have              18:01:02

23   been reported to the PREA team, and an                      18:01:05

24   investigation would have been completed, if it was          18:01:11

25   reported.                                                   18:01:14

1    Q    Okay.  Now, are you aware that Ashley          18:01:14

2  Diamond alleges in March 29th of 2021, that           18:01:21

3  inmates used a fan to knock down her shower            18:01:25

4  curtain as she was showering?                          18:01:30

5    A    I remember hearing something about it.         18:01:34

6  Don't know how I received the information.  I          18:01:37

7  don't know if I received it from Diamond --            18:01:40

8  Ms. Diamond or if I received it from a staff           18:01:42

9  member.  But I do remember hearing that one of the    18:01:45

10  fans blew her curtain open while she was taking a     18:01:51

11  shower.                                               18:01:56

12    Q    Ms. Diamond was not given a time -- an        18:01:57

13  opportunity to shower at a time where male inmates    18:02:02

14  were not also showering, correct?                     18:02:05

15    A    That, I'm not aware of.  I had no --          18:02:11

16  Ms. Diamond has never reported to me wanting to       18:02:17

17  shower in a different area other than inside the      18:02:20

18  building.                                             18:02:23

19    Q    Has she -- but PREA indicates that            18:02:25

20  transgender inmates are supposed to be given an       18:02:30

21  opportunity to shower separately from other           18:02:32

22  inmates, correct?                                     18:02:35

23    A    Yes, it does, if they request it.             18:02:37

24    Q    If they request it, or that's the policy      18:02:41

25  of PREA?                                              18:02:43

| | | |
|---|---|---|
| 1 | A    If they request it.  Some inmates don't | 18:02:43 |
| 2 | choose to go outside the dorm.  Some transgender | 18:02:48 |
| 3 | offenders don't choose to go outside the dorm | 18:02:52 |
| 4 | because they know their shower is individual | 18:02:55 |
| 5 | showers, one-person showers. | 18:02:58 |
| 6 | Q    Isn't it true that Ashley Diamond | 18:02:59 |
| 7 | expressed that she was concerned that she was | 18:03:02 |
| 8 | unable to shower privately, as outlined in PREA | 18:03:06 |
| 9 | guidelines? | 18:03:12 |
| 10 | A    I don't recall that. | 18:03:12 |
| 11 | Q    What, if anything, did you -- are you | 18:03:23 |
| 12 | aware that following the PREA allegation Ashley | 18:03:27 |
| 13 | Diamond made with respect to the shower curtain | 18:03:32 |
| 14 | being blown open, that she was evaluated by a | 18:03:36 |
| 15 | staff member who recommended that she be | 18:03:40 |
| 16 | transferred away from her dormitory? | 18:03:43 |
| 17 | A    No, I'm not aware. | 18:03:46 |
| 18 | Q    Are you familiar with a GDC provider | 18:03:48 |
| 19 | named Gerilyn Pepin? | 18:03:54 |
| 20 | A    Yes, I am. | 18:03:56 |
| 21 | Q    Who is Gerilyn Pepin? | 18:03:57 |
| 22 | A    Pepin was a counselor. | 18:04:00 |
| 23 | Q    Was she a part of the PREA investigation | 18:04:02 |
| 24 | process? | 18:04:05 |
| 25 | A    I can't recall that she was at that time. | 18:04:06 |

| | | |
|---|---|---|
| 1 | The team changed over. | 18:04:11 |
| 2 | Q     Is there a role in the PREA investigation | 18:04:16 |
| 3 | process for providers to make recommendations | 18:04:21 |
| 4 | concerning the treatment of alleged victims going | 18:04:24 |
| 5 | forward? | 18:04:27 |
| 6 | A     Is there a -- I'm sorry.  Say that again? | 18:04:29 |
| 7 | Q     A place or an opportunity for GDC | 18:04:31 |
| 8 | providers to make recommendations regarding the | 18:04:35 |
| 9 | way that PREA allegations should be handled with | 18:04:39 |
| 10 | respect to inmate safety going forward? | 18:04:44 |
| 11 | A     Yes. | 18:04:45 |
| 12 | Q     What is supposed to happen when | 18:04:47 |
| 13 | recommendations are received as part of PREA | 18:04:51 |
| 14 | investigations? | 18:04:54 |
| 15 | A     It depends on the recommendation.  If the | 18:04:55 |
| 16 | provider is requesting a change of prison, that is | 18:04:58 |
| 17 | reviewed.  If they're requesting a change of dorm, | 18:05:04 |
| 18 | that is reviewed.  If they're requesting the | 18:05:08 |
| 19 | removal of the aggressor, that is reviewed. | 18:05:12 |
| 20 | Q     And who is supposed to review those | 18:05:18 |
| 21 | recommendations? | 18:05:20 |
| 22 | A     The supervisor of that counselor. | 18:05:21 |
| 23 | Q     Is that something that you have a role in | 18:05:24 |
| 24 | reviewing as well? | 18:05:28 |
| 25 | A     Not necessarily.  If it goes up to the | 18:05:29 |

1   deputy warden's level, they can handle that.                18:05:32

2       Q    Okay.  To confirm, you never -- strike             18:05:35

3   that.                                                       18:05:43

4            Now, let's turn back to October.  You do           18:05:43

5   recall that Ashley Diamond made several PREA                18:05:54

6   complaints in October of 2020?                              18:05:58

7       A    I can't recall how many complaints she             18:06:05

8   made in October 2020 unless I see the file.                 18:06:08

9       Q    But she did make PREA complaints in                18:06:15

10  October 2020, if you recall?                                18:06:18

11      A    Yes, I do recall.                                  18:06:19

12      Q    One of the allegations was that she was            18:06:21

13  assaulted by an inmate while she was asleep?                18:06:23

14      A    Yes, I do recall that.                             18:06:27

15      Q    An inmate named Christopher Graham.                18:06:28

16           Do you recall that?                                18:06:34

17      A    Don't recall the name, but I do recall            18:06:35

18  the incident.                                               18:06:37

19      Q    Okay.  And Ashley Diamond also alleged             18:06:37

20  that she was sexually assaulted by an inmate named          18:06:44

21  Earl Thigpen?                                               18:06:50

22      A    I recall that.                                     18:06:53

23           MS. EZIE:  Okay.  I'm so sorry to require          18:06:55

24  my own spider break equivalent, but my doorbell is          18:07:00

25  ringing.  Can we go briefly off the record.                 18:07:03

| | | |
|---|---|---|
| 1 | Hopefully, I'll be back in the next few minutes. | 18:07:06 |
| 2 | VIDEOGRAPHER: We're going off the | 18:07:10 |
| 3 | record. The time is 6:07. | 18:07:11 |
| 4 | (Recess from 6:07 p.m. until 6:09 p.m.) | 18:09:25 |
| 5 | BY MS. EZIE: | 18:09:25 |
| 6 | Q   Mr. Benton, did you ever retrieve video | 18:09:29 |
| 7 | from the days that Ms. Diamond -- the time period | 18:09:41 |
| 8 | Ms. Diamond alleged that she was attacked by | 18:09:46 |
| 9 | inmates in her dormitory to -- in connection with | 18:09:50 |
| 10 | her allegations? | 18:09:56 |
| 11 | A   I can't recall if I did. I know if -- | 18:09:59 |
| 12 | once I received the information, the video was the | 18:10:03 |
| 13 | first place that my staff went to try to pull it | 18:10:08 |
| 14 | up based on the time frame. If it was after the | 18:10:11 |
| 15 | 30-day window, then it could not be retrieved. | 18:10:16 |
| 16 | Q   Any time an allegation was made -- any | 18:10:20 |
| 17 | time you received an allegation ██████████ | 18:10:25 |
| 18 | ████████, your practice should have been to | 18:10:29 |
| 19 | preserve the video, correct? | 18:10:34 |
| 20 | A   Correct. | 18:10:36 |
| 21 | Q   Now, Ashley Diamond also alleges that -- | 18:10:38 |
| 22 | sorry. | 18:10:53 |
| 23 | Over the course of several days, you | 18:10:54 |
| 24 | heard testimony about Ashley Diamond's sexual | 18:10:56 |
| 25 | abuse allegations in Macon, Georgia, correct? | 18:11:00 |

```
1       A     Yes.                                        18:11:05

2       Q     You heard testimony from Ashley Diamond,    18:11:06

3   correct?                                              18:11:09

4       A     Correct.                                    18:11:10

5       Q     Along with other witnesses who claimed      18:11:11

6   they had observed sexual abuse incidents in her       18:11:15

7   dormitory?                                            18:11:20

8       A     Correct.                                    18:11:21

9       Q     And Ahmed Holt also testified during the    18:11:23

10  course of that hearing, correct?                      18:11:28

11      A     He did.                                      18:11:30

12      Q     Were you there when he testified?           18:11:31

13      A     I was.                                       18:11:35

14      Q     And who is Ahmed Holt?                       18:11:36

15      A     He's the assistant commissioner over        18:11:39

16  facilities operations.                                18:11:42

17      Q     And do you recall that Ahmed Holt           18:11:42

18  indicated there was no expiration date for PREA       18:11:47

19  investigations?                                       18:11:51

20      A     Yes.                                         18:11:51

21      Q     Is that true?                                18:11:53

22      A     Yes.                                         18:11:56

23      Q     Do you recall that Ahmed Holt stated that   18:11:57

24  Ashley Diamond's PREA complaints could be             18:12:01

25  investigated further following the hearing?           18:12:03
```

```
 1        A      Yes.                                    18:12:06

 2        Q      Since the hearing, have you reopened any 18:12:07

 3   of the investigations into Ashley Diamond's PREA    18:12:12

 4   complaints at Coastal?                              18:12:15

 5        A      I have not.                             18:12:18

 6        Q      Why not?                                18:12:20

 7        A      I wasn't instructed to do so.           18:12:22

 8        Q      But you had the ability, correct?       18:12:25

 9        A      To reopen investigations that were deemed 18:12:29

10   unfounded?                                          18:12:32

11        Q      Correct.                                18:12:34

12        A      Yes.  Yes, I had the ability once I was 18:12:36

13   given the direction to do so.                       18:12:42

14        Q      Ahmed Holt, at the hearing, indicated   18:12:45

15   that Ms. Diamond's past PREA complaints could be    18:12:49

16   investigated further, correct?                      18:12:52

17        A      Could be, yes.                          18:12:54

18        Q      You're not aware of any barrier that    18:12:55

19   prevented you from doing that following the         18:12:59

20   hearing?                                            18:13:02

21        A      I can't -- I can't recollect what       18:13:02

22   happened or what was going on during that time.     18:13:05

23   There was some stuff going on personally with me    18:13:09

24   during that time.  So I can't -- I can't            18:13:11

25   recollect, at that specific moment, what was going  18:13:14
```

| | | |
|---|---|---|
| 1 | on. But I knew there was -- I had some personal | 18:13:17 |
| 2 | issues going on. | 18:13:21 |
| 3 | Q Okay. Just to clarify my question, there | 18:13:21 |
| 4 | was nothing in -- there was nothing that prevented | 18:13:26 |
| 5 | your personnel at Coastal State Prison from | 18:13:29 |
| 6 | reexamining Ashley Diamond's PREA complaints | 18:13:34 |
| 7 | following the hearing, correct? | 18:13:38 |
| 8 | A I guess if they were -- if they were not | 18:13:40 |
| 9 | told to do so, they would not do it on their -- | 18:13:50 |
| 10 | reopen it on their own. | 18:13:53 |
| 11 | Q And you never instructed them to do so? | 18:13:55 |
| 12 | A I did not. | 18:13:58 |
| 13 | Q You never attempted to contact any of the | 18:14:00 |
| 14 | witnesses who testified at the hearing and | 18:14:06 |
| 15 | provided information concerning Ashley Diamond's | 18:14:10 |
| 16 | safety? | 18:14:14 |
| 17 | A I did not. | 18:14:15 |
| 18 | Q You didn't instruct any of your personnel | 18:14:19 |
| 19 | to do that either, correct? | 18:14:22 |
| 20 | A I did not. | 18:14:22 |
| 21 | Q Why not? | 18:14:28 |
| 22 | A I was not advised to do so. | 18:14:29 |
| 23 | Q Wasn't that entire hearing about Ashley | 18:14:31 |
| 24 | Diamond's concerns for her safety in Coastal? | 18:14:36 |
| 25 | MR. CHALMERS: Objection. | 18:14:40 |

| | | |
|---|---|---|
| 1 | You can answer. | 18:14:41 |
| 2 | A    It was about her refusing -- | 18:14:42 |
| 3 | THE WITNESS:  I'm sorry. | 18:14:44 |
| 4 | MR. CHALMERS:  Go ahead.  You can answer. | 18:14:45 |
| 5 | A    It was about her refusing to participate | 18:14:46 |
| 6 | in the several -- numerous investigations, and it | 18:14:49 |
| 7 | was about her allegations of sexual abuse or | 18:14:55 |
| 8 | sexual assault. | 18:14:59 |
| 9 | Q    You didn't attempt to re-interview Ashley | 18:15:02 |
| 10 | Diamond about her sexual abuse allegations | 18:15:05 |
| 11 | following that hearing, correct? | 18:15:07 |
| 12 | A    Did not. | 18:15:09 |
| 13 | Q    So one way or the other, you didn't take | 18:15:11 |
| 14 | steps after the hearing -- further steps after the | 18:15:18 |
| 15 | hearing to address Ashley Diamond's safety | 18:15:22 |
| 16 | concerns? | 18:15:24 |
| 17 | A    Oh, yes.  We took steps.  We paid more | 18:15:25 |
| 18 | attention to the cameras in reference to | 18:15:31 |
| 19 | allegations, stuff that we had control over.  We | 18:15:36 |
| 20 | ensured that we documented -- made sure things | 18:15:44 |
| 21 | were documented. | 18:15:48 |
| 22 | So there were steps to further ensure her | 18:15:49 |
| 23 | safety in the facility.  We did monitor cameras | 18:15:54 |
| 24 | daily just to see if anything could be seen, not | 18:16:00 |
| 25 | just if we were getting a -- receiving a tip or an | 18:16:07 |

1   allegation.                                          18:16:13

2          But Ms. Wilkerson -- that's her name, the     18:16:14

3   deputy warden of security's secretary.               18:16:18

4   Ms. Wilkerson reviewed footage daily, just           18:16:22

5   randomly chose different times to look into the      18:16:26

6   dorm to see what she could see.  So that was after   18:16:28

7   the hearing.                                         18:16:32

8      Q     Okay.  What about between July -- between    18:16:33

9   the period when you received Ashley Diamond's        18:16:43

10  first complaint of inmate-on-inmate sexual abuse     18:16:46

11  at Coastal State Prison and the point of the         18:16:50

12  parties' hearing, what steps did you take to         18:16:56

13  protect Ashley Diamond from sexual abuse at          18:17:01

14  Coastal?                                             18:17:05

15     A     Started an investigation based on the       18:17:06

16  allegation and based on information presented        18:17:09

17  during the investigation.                            18:17:14

18     Q     And the investigations you're referring     18:17:17

19  to are the investigations we've been discussing      18:17:19

20  today?                                               18:17:22

21     A     Correct.                                    18:17:22

22     Q     Do you know whether, over the course of     18:17:24

23  any of these investigations, Ashley Diamond was      18:17:28

24  asked for -- whether she had physical evidence to    18:17:32

25  corroborate her sexual abuse claims?                 18:17:36

1    A     During the investigation, yes, she was          18:17:40

2  asked during the investigation.                          18:17:42

3    Q     Where is that reflected?                         18:17:45

4    A     If she was -- it's reflected in the              18:17:48

5  report.  If she shut down and failed to go along         18:17:51

6  with the investigators by giving testimony or            18:17:56

7  information, then it wouldn't have went any              18:17:59

8  further, because that was her opportunity to give        18:18:02

9  that evidence.  Or if she did not want to give the       18:18:06

10  evidence to, just for example, Mr. Betterson, she       18:18:11

11  could have gave the evidence to me.                      18:18:15

12    Q     Isn't participating in an interview and         18:18:22

13  providing evidence -- physical evidence of assault      18:18:24

14  two different things?                                    18:18:27

15    A     It is.  It is.  But it's received during        18:18:28

16  the same process.                                        18:18:32

17    Q     So your testimony is that if there were         18:18:34

18  instances where Ms. Diamond indicated her               18:18:37

19  reluctance to participate in an interview, staff        18:18:41

20  would not ask her whether she had other evidence         18:18:43

21  that she was able to share concerning the               18:18:47

22  assaults?                                                18:18:49

23    A     No, because once she shuts down and said        18:18:51

24  she did not want to move forward, then they             18:18:53

25  wouldn't ask her if she had any evidence because        18:18:56

1    she's already told them that she don't want to          18:18:59

2    participate or didn't want to talk about it or          18:19:02

3    wanted her attorneys present.                           18:19:04

4        Q    Those are all different things, correct?       18:19:06

5        A    Correct, you're right.                         18:19:10

6        Q    And so to your knowledge, there have not       18:19:13

7    been attempts -- you're not aware of any attempts       18:19:19

8    that Coastal staff made to collect physical             18:19:25

9    evidence that Ms. Diamond might have related to         18:19:28

10   her sexual assaults?                                    18:19:30

11       A    I personally am not aware, correct.            18:19:32

12       Q    Are you aware of any occasions where           18:19:35

13   personnel at Coastal attempted to speak to inmates      18:19:39

14   who had cells adjacent to Ashley Diamond to see if      18:19:45

15   they witnessed anything unusual?                        18:19:49

16       A    The investigator, when they investigate,       18:19:52

17   they go and talk to other inmates in the                18:19:56

18   dormitories, and that should be a part of the           18:20:01

19   investigation packet.                                   18:20:03

20       Q    Are you aware of any instances where           18:20:05

21   inmates in Ashley Diamond's dormitory were              18:20:09

22   approached to see if they had information relevant      18:20:13

23   to her sexual abuse claims?                             18:20:16

24       A    Because there have been so many of them,       18:20:21

25   I do know that there have been witness statements       18:20:24

1   in some of her PREA allegations.  But I cannot                18:20:29

2   tell you which one or how many.                               18:20:33

3       Q    Are you speaking about, for instance, the            18:20:39

4   incident from October 2020 where Ms. Diamond                  18:20:44

5   alleged that Earl Thigpen witnessed an assault?               18:20:48

6       A    I don't know specifically.  That may be              18:20:54

7   one of them, yes.                                             18:20:57

8       Q    Okay.  Are you aware of instances where              18:20:58

9   officers endeavored to speak to people who may                18:21:05

10  have witnessed sexual abuse incidents just based              18:21:09

11  on their proximity to Ms. Diamond's cell?                     18:21:15

12      A    No.                                                  18:21:19

13      Q    Are you aware of any incidents where the             18:21:21

14  officers who were assigned to the evidence-based              18:21:25

15  dormitory were contacted to see if they observed              18:21:32

16  anything out of the ordinary on the days                      18:21:36

17  Ms. Diamond alleged attacks?                                  18:21:38

18      A    Oh, I'm quite sure, yes.  The officer is             18:21:41

19  one of the main people that the investigator                  18:21:44

20  speaks with to see if they remember seeing                    18:21:47

21  anything.                                                     18:21:50

22      Q    If a contact of that nature occurred,                18:21:51

23  would it have been documented?                                18:21:54

24      A    Yes.  The officer should have written a              18:21:56

25  witness statement.                                            18:21:59

| | | |
|---|---|---|
| 1 | Q     If there's no witness statement, then an | 18:22:00 |
| 2 | officer interview likely did not occur? | 18:22:06 |
| 3 | A     Correct. | 18:22:09 |
| 4 | Q     Now, did you ever take steps, following | 18:22:11 |
| 5 | Ms. Diamond's sexual abuse incidents, to determine | 18:22:21 |
| 6 | if there needed to be adjustments to the policies | 18:22:25 |
| 7 | or procedures at Coastal State Prison? | 18:22:30 |
| 8 | A     In reference to her allegations? | 18:22:35 |
| 9 | Q     Correct. | 18:22:40 |
| 10 | A     Did I think to make adjustments to the | 18:22:43 |
| 11 | policies and procedures of the GDC? | 18:22:46 |
| 12 | Q     Did you ever evaluate whether adjustments | 18:22:48 |
| 13 | were needed? | 18:22:52 |
| 14 | A     Other than the information that she | 18:22:53 |
| 15 | provided us -- if she provided us with information | 18:22:59 |
| 16 | on an aggressor, we would remove that aggressor | 18:23:05 |
| 17 | from the dormitory, place him in segregation | 18:23:08 |
| 18 | pending the outcome of the investigation. | 18:23:13 |
| 19 | I have transferred numerous amount of | 18:23:16 |
| 20 | inmates that were deemed aggressors to other | 18:23:18 |
| 21 | facilities because of the fear of retaliation from | 18:23:24 |
| 22 | the victim. | 18:23:28 |
| 23 | Q     Have you ever done that in relation to | 18:23:36 |
| 24 | Ms. Diamond? | 18:23:37 |
| 25 | A     No, because she -- the only one I can | 18:23:38 |

1  think of that she mentioned a name was Thigpen,          18:23:42

2  and he was locked -- he was secured in segregation       18:23:46

3  following the investigation.  And I think he was         18:23:51

4  ultimately transferred, but I can't -- I can't           18:23:53

5  swear to that.                                           18:23:57

6      Q    You're aware that Thigpen is a convicted        18:24:02

7  sexual offender, correct?                                18:24:06

8      A    No, I'm not aware.  As I stated earlier,        18:24:07

9  we have several inmates throughout all of the            18:24:12

10 dormitories that probably fit that designation.          18:24:16

11     Q    Including in the evidence-based                 18:24:18

12 dormitory?                                               18:24:21

13     A    Correct.                                        18:24:21

14     Q    Now, has -- Ms. Diamond was briefly             18:24:23

15 offered escorts at Coastal State Prison, correct?        18:24:36

16     A    She was.                                        18:24:39

17     Q    Why was that?                                   18:24:41

18     A    It was necessary at that time because of        18:24:43

19 her many allegations of catcalling and stuff of          18:24:49

20 that nature.  So I wanted to ensure that she got         18:24:53

21 to medical, received her medication, and got back        18:24:57

22 to the dormitory, got to her --                          18:24:59

23          (Cross-talk.)                                   18:25:04

24     Q    Sorry.                                          18:25:04

25     A    -- got to her attorney calls, and did not       18:25:05

1    deviate other places.                                    18:25:10

2         Q     Okay.  Why were those escorts -- when         18:25:14

3    were those escorts discontinued?                         18:25:22

4         A     I can't recall.                               18:25:24

5         Q     Why were they discontinued?                   18:25:29

6         A     I can't recall that they were                 18:25:33

7    discontinued.  My directive was that she be              18:25:35

8    escorted to and from medical.  That really was the       18:25:39

9    only place -- to and from medical, to and from the       18:25:45

10   chow hall.  Those were the only two places that          18:25:48

11   she needed to go to.                                     18:25:52

12         And once a week or twice a week, she had           18:25:54

13   attorney calls.  She was escorted to the attorney        18:25:57

14   calls.  Ms. Diamond would finish the attorney            18:26:00

15   calls and find herself somewhere else in the             18:26:03

16   prison instead of waiting on her escort, as she          18:26:06

17   was instructed.  So it was for our safety and her        18:26:09

18   safety why I had her escorted.  Sometimes she            18:26:13

19   would be found in locations she was not supposed         18:26:18

20   to be.                                                   18:26:19

21         Q     Now, is it true that Ashley Diamond's        18:26:21

22   attorney calls were monitored by GDC staff?             18:26:24

23         A     No.  From the outside of the room, yes.      18:26:28

24         Q     Why was that?                                18:26:32

25         A     To make sure staff remained quiet during    18:26:34

1    the attorney call.  And that's done on every          18:26:37

2    inmate that has an attorney call.                      18:26:42

3        Q    Isn't it true that you had officers send      18:26:45

4    you memos following Ashley Diamond's attorney          18:26:48

5    calls?                                                  18:26:52

6        A    Officers send me memos?  No, that's not       18:26:53

7    true.                                                   18:26:56

8            MS. EZIE:  Okay.  I'd like to mark as the      18:27:09

9    next Benton exhibit a document that was produced       18:27:11

10   in discovery as DEF_006407.  It will be                 18:27:13

11   document -- sorry -- Exhibit Number 18.                 18:27:25

12           I'm going to quickly show it.  If you          18:27:29

13   could push it to Mr. Chalmers, I'd appreciate it.      18:27:32

14           (Exhibit Benton-18 marked for                   18:27:37

15   identification and attached to the transcript.)        18:27:53

16   BY MS. EZIE:                                            18:27:53

17       Q    Let me know when you'd like me to scroll      18:27:53

18   down, Mr. Benton.                                       18:27:55

19       A    Yes, you can scroll down.                      18:28:04

20       Q    Keep scrolling?                                18:28:10

21       A    Yes.                                           18:28:11

22       Q    Okay.  This is -- let's see.  In               18:28:13

23   fairness, I don't think you're copied on this, at      18:28:19

24   least not at the top.                                   18:28:22

25           MS. EZIE:  Let's look at another document      18:28:27

| | | |
|---|---|---|
| 1 | instead.  This will be Benton Exhibit 19.  It's | 18:28:29 |
| 2 | produced in discovery as DEF_007963. | 18:28:37 |
| 3 | (Exhibit Benton-19 marked for | 18:28:52 |
| 4 | identification and attached to the transcript.) | 18:28:52 |
| 5 | BY MS. EZIE: | 18:28:52 |
| 6 | Q    Do you see this is -- are you able to see | 18:28:53 |
| 7 | this message? | 18:28:55 |
| 8 | And can you please push it to | 18:28:56 |
| 9 | Mr. Chalmers. | 18:28:57 |
| 10 | A    Yes. | 18:29:00 |
| 11 | Q    Okay.  Do you see that this is a memo | 18:29:02 |
| 12 | that was addressed to you? | 18:29:09 |
| 13 | A    Yes. | 18:29:12 |
| 14 | Q    Do you see that it is summarizing -- it's | 18:29:14 |
| 15 | titled, rather, Offender Ashley Diamond's Attorney | 18:29:18 |
| 16 | Phone Call Report? | 18:29:21 |
| 17 | A    Yes. | 18:29:23 |
| 18 | Q    It's addressed to you? | 18:29:24 |
| 19 | A    Yes. | 18:29:26 |
| 20 | Q    And it is attempting to summarize | 18:29:28 |
| 21 | information that was communicated on the call? | 18:29:31 |
| 22 | MR. CHALMERS:  Objection, form. | 18:29:35 |
| 23 | Q    You may answer. | 18:29:46 |
| 24 | A    What was the question? | 18:29:49 |
| 25 | Q    Is this -- was this memorandum attempting | 18:29:50 |

1   to summarize information that was conveyed on        18:29:54

2   Ms. Diamond's call?                                  18:29:58

3       A    No.  I took it as information that was      18:29:59

4   summarized outside of the room based on what they    18:30:02

5   saw at the glass door, based on what they saw        18:30:08

6   inside the room.  They saw that she was upset for    18:30:11

7   some reason.                                         18:30:14

8       Q    Do you see that it's indicating, Offender   18:30:15

9   Diamond was asked if everything was going okay and   18:30:18

10  he responded yes?                                    18:30:22

11      A    Yes.  I see that.  I read that.             18:30:24

12      Q    Do you understand that -- what do you       18:30:26

13  understand that to be a reference to?                18:30:30

14      A    As I stated earlier, that they observed     18:30:32

15  her distraught and asked was she okay, and she       18:30:35

16  responded yes.                                       18:30:41

17           There's a door -- there's a door with a     18:30:44

18  glass, so you can see what's going on inside the     18:30:48

19  room, but they can't hear the conversation.          18:30:52

20      Q    Okay.  Was Ms. Diamond -- I'm going to      18:30:58

21  stop the share.                                      18:31:02

22           Was Ms. Diamond, during her time at         18:31:03

23  Coastal State Prison, ever the subject or target     18:31:05

24  of criminal investigations?                          18:31:09

25      A    I know I referred information up to         18:31:12

1    investigations.  So yes, to answer your question,          18:31:23

2    I think she was.                                           18:31:25

3        Q     What was -- what did you refer up for            18:31:26

4    investigation?                                             18:31:29

5        A     I can't remember.  I know, just thinking         18:31:30

6    off the top of my head, she was in possession of           18:31:35

7    marijuana.  She was in possession, I want to say,          18:31:38

8    of some cocaine.  It was found in her cell.                18:31:44

9    That's the only thing right now I can think of.            18:31:52

10       Q     Are you familiar --                              18:31:59

11             (Cross-talk.)                                    18:32:01

12       Q     My apologies.  Did you have anything             18:32:02

13   further to say?                                            18:32:04

14       A     That's the only thing I can think of at          18:32:04

15   this time.                                                 18:32:06

16       Q     Are you familiar with an individual named        18:32:06

17   Rojure Farlow?                                             18:32:13

18       A     Yes.  Yes, Investigator Farlow.                  18:32:13

19       Q     Who is Investigator Farlow?                      18:32:16

20       A     He works for the Georgia Department of           18:32:19

21   Corrections, and he is an investigator.                    18:32:21

22       Q     Do you know that he's -- are you aware of        18:32:24

23   any investigations he has conducted involving              18:32:31

24   Ashley?                                                    18:32:34

25       A     Yes, I am.  Don't know specifics because         18:32:35

1    when he's -- when he is on property and               18:32:38

2    investigating, I'm not made aware of                  18:32:43

3    investigations or the outcome immediately.            18:32:48

4        Q     Are you aware of what, if any, subjects     18:32:53

5    he was investigating with respect to Ashley?          18:32:58

6        A     I can't recall.  I know he spoke to, I      18:33:01

7    want to say, one or two offenders, but I can't        18:33:09

8    recall.  Like I said, when he comes on property,      18:33:14

9    you know, we basically let him do his job.  But       18:33:18

10   he's an outside entity and answers to higher          18:33:22

11   powers.                                               18:33:28

12       Q     Mr. Farlow's investigations are not PREA    18:33:29

13   investigations?                                       18:33:32

14       A     If we refer the PREA investigations --      18:33:34

15   the PREA report outside the facility, then yes, he    18:33:38

16   can be, on the outside, yes.  And in that process,    18:33:41

17   it's in policy, if we deem something to be of         18:33:47

18   criminal nature, we forward it outside -- to our      18:33:50

19   outside GDC partners, investigation team, or as we    18:33:54

20   call it, IA, internal affairs.                        18:33:59

21          MS. EZIE:  Okay.  I may be done.  If we        18:34:08

22   could just take a -- go off the record, do a time     18:34:10

23   check, and probably give me five minutes.             18:34:14

24          VIDEOGRAPHER:  We've been on the record        18:34:17

25   for 6 hours and 52 minutes.                           18:34:19

| | | |
|---|---|---|
| 1 | MS. EZIE: Okay. And I'll just step | 18:34:22 |
| 2 | away, and hopefully, we'll get you out of here | 18:34:26 |
| 3 | soon, unless your counsel has follow-up. | 18:34:30 |
| 4 | Thank you. | 18:34:31 |
| 5 | VIDEOGRAPHER: The time is 6:34. It's | 18:34:37 |
| 6 | the end of -- we're just going off the record. | 18:34:40 |
| 7 | (Recess from 6:34 p.m. until 6:46 p.m.) | 18:34:43 |
| 8 | VIDEOGRAPHER: The time is 6:46. We're | 18:46:14 |
| 9 | on the record continuing recording 6. | 18:46:24 |
| 10 | BY MS. EZIE: | 18:46:26 |
| 11 | Q    Now, earlier today, Mr. Benton, we spoke | 18:46:27 |
| 12 | about -- we spoke about PREA records concerning | 18:46:29 |
| 13 | Ms. Diamond. | 18:46:39 |
| 14 | To the extent there are PREA records | 18:46:40 |
| 15 | concerning investigative steps that were taken or | 18:46:44 |
| 16 | not taken, would those records exist in paper? | 18:46:47 |
| 17 | A    All PREA reports are paper until uploaded | 18:46:55 |
| 18 | in SCRIBE. But yes, to answer your question. | 18:47:00 |
| 19 | Q    And where would those records be | 18:47:03 |
| 20 | maintained for all of Ashley Diamond's PREA | 18:47:05 |
| 21 | complaints? | 18:47:08 |
| 22 | A    Along with the other -- the PREA file | 18:47:10 |
| 23 | that's secured in the deputy warden's office. | 18:47:14 |
| 24 | Q    Okay. What about videos that have been | 18:47:17 |
| 25 | preserved concerning Ashley Diamond or her sexual | 18:47:20 |

Transcript of Brooks Benton
Conducted on May 10, 2022                                    282

| | | |
|---|---|---|
| 1 | abuse complaints, where would those be maintained? | 18:47:25 |
| 2 | A     Those videos would be on file in the | 18:47:29 |
| 3 | deputy warden of security's office. | 18:47:32 |
| 4 | Q     And who is that person currently at | 18:47:34 |
| 5 | Coastal, if you know? | 18:47:37 |
| 6 | A     If she's still there, Ms. Wilkerson.  The | 18:47:38 |
| 7 | deputy warden of security is Zechariah Jones. | 18:47:42 |
| 8 | Q     Okay.  Who is the staff member who you | 18:47:45 |
| 9 | would have directed to download videos of Ashley | 18:47:52 |
| 10 | Diamond's -- related to Ashley Diamond's PREA | 18:48:00 |
| 11 | allegations if -- in the event you did? | 18:48:03 |
| 12 | A     Ms. Wilkerson. | 18:48:08 |
| 13 | Q     Okay.  And where would records | 18:48:11 |
| 14 | identifying whether the cameras ███████ | 18:48:20 |
| 15 | ███████ were subject to maintenance -- where | 18:48:26 |
| 16 | would those records be located? | 18:48:28 |
| 17 | A     Those records, that's an outside source. | 18:48:33 |
| 18 | So any time the cameras go down, there's a number | 18:48:36 |
| 19 | that was called to the IT -- GDC IT department, | 18:48:40 |
| 20 | and a ticket was put in via the phone. | 18:48:46 |
| 21 | Q     Okay.  Did you get confirmation of those | 18:48:51 |
| 22 | calls in writing? | 18:48:57 |
| 23 | A     No. | 18:48:59 |
| 24 | Q     When you say, a ticket was put in, what | 18:49:01 |
| 25 | kind of documentation would you receive that your | 18:49:04 |

1    call had been logged?                          18:49:09

2       A    I would speak to an individual -- or we   18:49:12

3    would speak to an individual -- I was not the only  18:49:15

4    one making calls.                              18:49:17

5           But we would speak to an individual on   18:49:18

6    the other line and tell them that one of the    18:49:20

7    cameras or -- I mean, just what issue was       18:49:24

8    happening with the cameras.  Camera 1 is down and  18:49:27

9    not recording, not showing anything on the      18:49:31

10   monitor, can you send someone out to investigate,  18:49:35

11   just something of that nature.                  18:49:40

12          And then the person receiving the call   18:49:41

13   would say, we'll place a ticket and get a        18:49:43

14   repairman out as soon as possible.              18:49:46

15      Q    And in cases where a repairperson was   18:49:48

16   sent, you would have a physical record in the form  18:49:51

17   of a work order?                               18:49:55

18      A    I would not.  They would.  Their        18:49:56

19   department would.                              18:50:01

20      Q    What's the name of that department?     18:50:02

21      A    It's the IT department.  It's the       18:50:05

22   department over cameras, the prison cameras       18:50:08

23   throughout the state.                          18:50:12

24      Q    And it would just be referred to as the  18:50:13

25   GDC IT department?                             18:50:15

| | | |
|---|---|---|
| 1 | A     Yes.  I mean, that's what I refer them | 18:50:17 |
| 2 | to.  I don't know if there's another name that | 18:50:21 |
| 3 | they go by.  But I've always referred them to IT. | 18:50:23 |
| 4 | MS. EZIE:  Okay.  Counsel, my | 18:50:31 |
| 5 | understanding is that the documents we just | 18:50:32 |
| 6 | described would all be responsive to existing | 18:50:34 |
| 7 | discovery, so I would just ask that steps be taken | 18:50:37 |
| 8 | to preserve it. | 18:50:40 |
| 9 | MR. CHALMERS:  We've already done it. | 18:50:42 |
| 10 | We've already searched for and collected and | 18:50:43 |
| 11 | produced anything that could possibly be found in | 18:50:46 |
| 12 | the way of maintenance records for cameras. | 18:50:48 |
| 13 | There's nothing more, Counsel.  Everything he's | 18:50:50 |
| 14 | described, we've looked for. | 18:50:53 |
| 15 | MS. EZIE:  Okay.  Well, thanks for your | 18:50:55 |
| 16 | time, Mr. Benton.  I think I've concluded my | 18:50:58 |
| 17 | questions. | 18:51:01 |
| 18 | THE WITNESS:  You're welcome.  Thank you. | 18:51:02 |
| 19 | MS. EZIE:  Anything from you, | 18:51:07 |
| 20 | Mr. Chalmers? | 18:51:09 |
| 21 | MR. CHALMERS:  Yes, I have some | 18:51:10 |
| 22 | questions. | 18:51:12 |
| 23 | EXAMINATION | 18:51:13 |
| 24 | BY MR. CHALMERS: | 18:51:14 |
| 25 | Q     Warden Benton, you said if a PREA | 18:51:15 |

| | |
|---|---|
| 1 | allegation was received, that the video would be | 18:51:18 |
| 2 | checked, that was the practice? | 18:51:21 |
| 3 | A     Yes. | 18:51:23 |
| 4 | Q     And you were asked this question.  Your | 18:51:24 |
| 5 | practice should have been to preserve the video, | 18:51:30 |
| 6 | and you answered, yes. | 18:51:33 |
| 7 | Do you recall that? | 18:51:35 |
| 8 | A     Yes. | 18:51:35 |
| 9 | Q     Did Coastal State Prison download and | 18:51:36 |
| 10 | save video footage if, when you went to look at | 18:51:42 |
| 11 | the video, there was nothing on the video? | 18:51:46 |
| 12 | A     No. | 18:51:48 |
| 13 | Q     Okay.  In those instances, the video | 18:51:50 |
| 14 | would not -- you wouldn't download and save video | 18:51:53 |
| 15 | that shows nothing? | 18:51:56 |
| 16 | A     Correct. | 18:51:57 |
| 17 | Q     In your understanding, was that in line | 18:52:00 |
| 18 | with what GDC wanted the facility to do? | 18:52:03 |
| 19 | A     Yes. | 18:52:07 |
| 20 | Q     That was consistent with policies? | 18:52:07 |
| 21 | A     Yes. | 18:52:10 |
| 22 | MR. CHALMERS:  Can we pull up, please, | 18:52:16 |
| 23 | Exhibit 15, which was the Grace Atchison | 18:52:18 |
| 24 | declaration. | 18:52:21 |
| 25 | MS. EZIE:  And I'm sorry.  This is | 18:52:23 |

| | | |
|---|---|---|
| 1 | certainly my mistake, but I tried to object to | 18:52:27 |
| 2 | form to the last two questions, and I just | 18:52:29 |
| 3 | happened to be on mute.  If you could note my | 18:52:31 |
| 4 | objections, I would appreciate it. | 18:52:34 |
| 5 | MR. CHALMERS:  Thank you. | 18:52:41 |
| 6 | And then -- so if you could go to near | 18:52:42 |
| 7 | the bottom of page 7, please.  If we could just | 18:53:07 |
| 8 | scroll down to that.  Yes, that's it. | 18:53:10 |
| 9 | Q    Warden Benton, you recall you were asked | 18:53:18 |
| 10 | about Grace Atchison's declaration. | 18:53:20 |
| 11 | You recall that? | 18:53:22 |
| 12 | A    Yes. | 18:53:23 |
| 13 | Q    This was not -- | 18:53:24 |
| 14 | A    Yes. | 18:53:26 |
| 15 | Q    This was not your declaration, first off, | 18:53:26 |
| 16 | correct? | 18:53:28 |
| 17 | A    Correct. | 18:53:29 |
| 18 | Q    And you didn't review it and sign it at | 18:53:30 |
| 19 | the time it was submitted, correct? | 18:53:34 |
| 20 | A    Correct. | 18:53:36 |
| 21 | Q    But nonetheless, you were asked earlier | 18:53:37 |
| 22 | today to look at it and then answer questions | 18:53:39 |
| 23 | based on it.  So I'm going to ask you a few | 18:53:42 |
| 24 | questions. | 18:53:45 |
| 25 | You understand that Ms. Atchison would | 18:53:46 |

1   base her declaration on PREA records, correct?                    18:53:53

2       A    Correct.                                                 18:53:56

3       Q    What she says here in her declaration she                18:53:58

4   would draw from the PREA records, correct?                        18:54:02

5       A    Correct.                                                 18:54:05

6       Q    You would not expect her to just make up                 18:54:07

7   this information and put it in a declaration,                     18:54:10

8   would you?                                                        18:54:13

9       A    Correct.                                                 18:54:14

10      Q    Now, if you look on this page that we've                 18:54:16

11  had pulled up, it says near the bottom that as to                 18:54:20

12  that July 3rd allegation, which is an allegation                  18:54:25

13  of sexual assault and attempted rape, it says,                    18:54:30

14  Diamond refused to discuss the allegation on two                  18:54:33

15  occasions stating she wanted her attorneys                        18:54:36

16  present.                                                          18:54:38

17           Do you see that language?                                18:54:39

18      A    Yes.                                                     18:54:40

19      Q    We've heard from a mental health                         18:54:40

20  counselor and seen documentation in this case to                 18:54:45

21  the effect that you directed the mental health                    18:54:48

22  folks to go try to talk to Diamond on three                      18:54:51

23  separate occasions about this incident.                           18:54:55

24           Do you remember that?                                    18:54:57

25      A    Yes.                                                     18:54:58

1    Q    Can we just scroll down in this exhibit          18:54:59

2    to the next page.  Right there.  A little bit         18:55:06

3    further down so he can see the September 1.           18:55:09

4    That's good.                                          18:55:12

5          Do you recall what -- going back to that        18:55:13

6    July 3rd, when you directed the mental health         18:55:23

7    counselor to talk to Ms. Diamond, or try to talk      18:55:26

8    to Ms. Diamond, do you recall if they ever got        18:55:30

9    information from her?                                 18:55:33

10   A    No.  They said she would not talk.               18:55:35

11   Q    In this September 1 incident that's              18:55:39

12   described, this is the one where Ms. Diamond made     18:55:44

13   an allegation about Deputy Warden Betterson, it's     18:55:47

14   written again in the declaration, Diamond again       18:55:51

15   refused to participate in PREA interviews.            18:55:54

16        Do you see that?                                 18:55:57

17   A    Yes.                                             18:55:57

18   Q    And then can we scroll down to                   18:55:58

19   September 18.  Okay.                                  18:56:01

20        This is the one that -- where Ms. Diamond        18:56:06

21   described several incidents over a period of a        18:56:11

22   weekend.                                              18:56:15

23        Do you recall looking at that earlier?           18:56:15

24   A    Yes.                                             18:56:17

25   Q    So if we can scroll down to the next             18:56:18

| | |
|---|---|
| 1 | page.  We're still talking about the same | 18:56:32 |
| 2 | September 18 incident.  A little bit higher, | 18:56:35 |
| 3 | please.  Right there. | 18:56:38 |
| 4 | And it says again, in this description | 18:56:40 |
| 5 | about the September 18th incident, Diamond refused | 18:56:42 |
| 6 | to cooperate in the interview process. | 18:56:44 |
| 7 | Do you see that? | 18:56:47 |
| 8 | A    Yes. | 18:56:47 |
| 9 | Q    Are these descriptions from July 3rd, | 18:56:48 |
| 10 | 2020, September 1, 2020, September 18, 2020, of | 18:56:53 |
| 11 | Diamond refusing to cooperate in the PREA | 18:56:59 |
| 12 | investigation, is that consistent with what you | 18:57:03 |
| 13 | recall? | 18:57:05 |
| 14 | A    Yes. | 18:57:06 |
| 15 | Q    And then we -- we don't have to bring it | 18:57:07 |
| 16 | up, but Exhibit 17, we saw the memo from Carl | 18:57:19 |
| 17 | Betterson about the September -- I believe it was | 18:57:22 |
| 18 | about a September 18 incident where he said that | 18:57:24 |
| 19 | Ms. Diamond did not participate in the | 18:57:29 |
| 20 | investigation. | 18:57:31 |
| 21 | Do you recall looking at that? | 18:57:32 |
| 22 | A    September the 30th or 18th? | 18:57:34 |
| 23 | Q    It may have been 30th. | 18:57:36 |
| 24 | Can we pull up Exhibit 17, please, just | 18:57:38 |
| 25 | to be sure. | 18:57:41 |

```
1       A    Yes, I remember this.                    18:57:47

2       Q    Okay.  So here again, Mr. Betterson      18:57:49

3   indicated to you that offender Diamond stated that  18:57:55

4   she did not want to talk about the incident.       18:58:01

5       A    Yes.                                     18:58:04

6       Q    And is that actually what you recall,    18:58:05

7   that at that time, September 2020, Ms. Diamond was  18:58:08

8   still refusing to talk about these incidents?      18:58:11

9       A    Yes.                                     18:58:14

10      Q    These refusals to participate in a PREA  18:58:19

11  investigation, in your experience, is that         18:58:26

12  consistent with an offender who is afraid for      18:58:30

13  their safety?                                      18:58:33

14      A    No.                                      18:58:35

15      Q    Do you recall at the May hearing, or at  18:58:37

16  the end of the May hearing where Judge Treadwell   18:58:49

17  indicated to Ms. Diamond's lawyers they should     18:58:52

18  reconsider their advice that she not participate   18:58:55

19  in the PREA process?                               18:58:57

20           Do you remember that?                    18:58:59

21      A    Yes.                                     18:58:59

22      Q    Okay.  After the May hearing, did        18:59:01

23  Ms. Diamond come to you and say, okay, I'm ready   18:59:05

24  to talk about my PREA complaints now?              18:59:08

25      A    She did not.                             18:59:11
```

| | | |
|---|---|---|
| 1 | MS. EZIE: Object to form. | 18:59:13 |
| 2 | Q    After the May hearing, did Ms. Diamond | 18:59:17 |
| 3 | ever inform you that her lawyers had said, it's | 18:59:20 |
| 4 | okay now, I can talk to you about my PREA | 18:59:23 |
| 5 | complaints? | 18:59:26 |
| 6 | A    She did not. | 18:59:27 |
| 7 | MS. EZIE: Object to form. | 18:59:27 |
| 8 | Q    At any time after that May 2021 hearing, | 18:59:30 |
| 9 | did Ms. Diamond say, those old allegations where I | 18:59:33 |
| 10 | refused to participate, can you please open up the | 18:59:37 |
| 11 | investigation and I will participate now? | 18:59:40 |
| 12 | MS. EZIE: Object to form. | 18:59:42 |
| 13 | A    She did not. | 18:59:43 |
| 14 | Q    Go ahead and answer so it's clear we have | 18:59:45 |
| 15 | it. | 18:59:48 |
| 16 | A    She did not. | 18:59:49 |
| 17 | Q    Thank you. | 18:59:50 |
| 18 | Have you ever received proof that | 18:59:55 |
| 19 | Ms. Diamond's PREA complaints were true? | 18:59:59 |
| 20 | A    Did not. | 19:00:04 |
| 21 | Q    Are you aware of any PREA investigations | 19:00:08 |
| 22 | where sexual abuse was claimed or alleged by | 19:00:11 |
| 23 | Ms. Diamond and it was confirmed? | 19:00:16 |
| 24 | A    Did not. | 19:00:18 |
| 25 | MR. CHALMERS: Those are all the | 19:00:54 |

| | | |
|---|---|---|
| 1 | questions I have. | 19:00:55 |
| 2 | And we will -- I don't believe we | 19:00:56 |
| 3 | indicated this, but Warden Benton will reserve | 19:00:57 |
| 4 | signature, will read and sign. | 19:01:02 |
| 5 | THE WITNESS:  Yes, sir. | 19:01:04 |
| 6 | MR. HENEFELD:  I have no questions for | 19:01:06 |
| 7 | the warden.  Thank you, Warden. | 19:01:08 |
| 8 | THE WITNESS:  You're welcome.  Thank you. | 19:01:09 |
| 9 | MS. EZIE:  Good evening, all. | 19:01:12 |
| 10 | COURT REPORTER:  Anything else for the | 19:01:15 |
| 11 | record?  Was there anything we needed to designate | 19:01:16 |
| 12 | confidential? | 19:01:22 |
| 13 | MS. EZIE:  Not on the end of plaintiff at | 19:01:23 |
| 14 | this time. | 19:01:27 |
| 15 | MR. CHALMERS:  No, I don't believe so. | 19:01:27 |
| 16 | The lawyers are subject to redacting if we file | 19:01:33 |
| 17 | anything that should be redacted.  But as far as | 19:01:36 |
| 18 | the transcript itself, no.  Thank you, though, for | 19:01:38 |
| 19 | asking. | 19:01:40 |
| 20 | VIDEOGRAPHER:  Then we're going off the | 19:01:41 |
| 21 | record.  The time is 7:01.  That's the end of | 19:01:43 |
| 22 | recording 6. | 19:01:46 |
| 23 | COURT REPORTER:  Counsel, before you | 19:01:49 |
| 24 | leave, can I just confirm your transcript orders. | 19:01:51 |
| 25 | MS. EZIE:  Yes, please. | 19:01:53 |

| | | |
|---|---|---|
| 1 | MR. CHALMERS:  Yes. | 19:02:06 |
| 2 | COURT REPORTER:  Would you like a rough | 19:02:06 |
| 3 | draft, and do you need the transcript sooner than | 19:02:07 |
| 4 | two weeks? | 19:02:10 |
| 5 | MS. EZIE:  Two weeks is your ordinary | 19:02:12 |
| 6 | turnaround? | 19:02:13 |
| 7 | COURT REPORTER:  Yes. | 19:02:14 |
| 8 | MS. EZIE:  Is one week considered | 19:02:20 |
| 9 | expedited? | 19:02:23 |
| 10 | COURT REPORTER:  Yes, ma'am.  Anything | 19:02:25 |
| 11 | sooner than two weeks is expedited. | 19:02:27 |
| 12 | MS. EZIE:  I think only because I was not | 19:02:32 |
| 13 | able to -- I'm happy to have Mr. Chalmers give his | 19:02:35 |
| 14 | transcript order before I bore you with my issue. | 19:02:43 |
| 15 | But I'm just wondering what to do about the | 19:02:43 |
| 16 | realtime charge. | 19:02:45 |
| 17 | COURT REPORTER:  Ms. Meeropol connected, | |
| 18 | you did not, so it will just be one, at least from | |
| 19 | my perspective. | |
| 20 | MS. EZIE:  Mr. Chalmers, if you want to | 19:03:10 |
| 21 | give your order, I'm in contemplation. | 19:03:12 |
| 22 | MR. CHALMERS:  I don't need it expedited. | 19:03:14 |
| 23 | I'd just like a full with exhibits, please.  And I | 19:03:17 |
| 24 | don't need the video.  Thank you. | 19:03:19 |
| 25 | COURT REPORTER:  Mr. Henefeld, do you | 19:03:24 |

1    need a transcript?                                    19:03:27

2              MR. HENEFELD:  Yes, ma'am.  Just an         19:03:27

3    electronic full with the exhibits.  And I do not      19:03:29

4    need a copy of the video either.                      19:03:31

5              COURT REPORTER:  Regular two-week            19:03:34

6    delivery is fine?                                     19:03:37

7              MR. HENEFELD:  That's fine, yes, ma'am.      19:03:38

8              COURT REPORTER:  Ms. Ezie?                   19:03:44

9              MS. EZIE:  Could I follow up via email?      19:03:47

10   Is that terribly inconvenient?                        19:03:50

11             COURT REPORTER:  Not at all.                 19:03:53

12             MS. EZIE:  Thanks, all.                      19:04:09

13             (Off the record at 7:04 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1           ACKNOWLEDGEMENT OF DEPONENT

2

3       I, BROOKS BENTON, do hereby acknowledge

4    that I have read and examined the foregoing

5    testimony, and the same is a true, correct and

6    complete transcription of the testimony given by

7    me, and any corrections appear on the attached

8    errata sheet signed by me.

9

10

11   _____      _____

12   (DATE)               (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25

1               C E R T I F I C A T E

2

3        I, Lisa V. Feissner, RDR, CRR, CLR, do

4    hereby certify that the witness was first duly

5    sworn by me and that I was authorized to and did

6    report said proceedings.

7        I further certify that the foregoing

8    transcript is a true and correct record of the

9    proceedings; that said proceedings were taken by

10   me stenographically and thereafter reduced to

11   typewriting under my supervision; that reading and

12   signing was requested; and that I am neither

13   attorney nor counsel for, nor related to or

14   employed by, any of the parties to the action in

15   which this deposition was taken; and that I have

16   no interest, financial or otherwise, in this case.

17

18       IN WITNESS WHEREOF, I have hereunto set my

19   hand this 19th day of MAY, 2022.

20

21   _____

22            Lisa V. Feissner, RDR, CRR, CLR

23

24       (The foregoing certification of this
     transcript does not apply to any reproduction of
     the same by any means, unless under the direct
25   control and/or supervision of the certifying
     reporter.)

| A |
|---|

a-t-c-h-i-s-o-n
233:1
**ability**
107:13, 182:25,
221:9, 225:6,
225:25, 266:8,
266:12
**able**
39:8, 56:1,
56:3, 69:10,
73:25, 99:13,
99:22, 104:20,
104:24, 105:8,
105:11, 107:24,
113:8, 114:2,
127:3, 129:13,
148:2, 149:14,
150:17, 176:6,
179:4, 179:11,
196:6, 204:10,
208:23, 209:11,
233:17, 240:19,
245:1, 247:12,
270:21, 277:6,
293:13
**above**
72:9, 83:10,
89:10, 89:16,
119:4, 120:4,
244:7
**absence**
245:5
**abuse**
4:23, 35:5,
38:25, 39:23,
41:7, 42:3,
42:8, 46:4,
46:12, 110:25,
111:12, 111:13,
111:14, 112:4,
112:25, 117:13,
137:5, 177:7,
177:21, 178:8,
178:20, 179:5,
180:10, 185:23,
198:25, 208:3,

209:18, 210:16,
211:7, 216:2,
236:10, 239:10,
249:23, 259:8,
264:25, 265:6,
268:7, 268:10,
269:10, 269:13,
269:25, 271:23,
272:10, 273:5,
282:1, 291:22
**abused**
80:25, 81:7
**access**
90:13, 126:24,
127:1, 127:3,
131:21, 131:23,
132:1, 132:7,
133:5, 139:16,
145:14, 146:11,
158:5, 185:3,
214:10, 225:25,
226:3
**accessing**
82:9, 157:25,
158:10, 214:3
**accommodate**
105:8, 105:11
**accommodated**
102:3
**accommodations**
150:17
**accomplished**
55:5, 56:23
**according**
186:5, 198:17,
227:25, 248:10,
249:20
**accordingly**
40:8
**accurate**
33:19, 44:3,
63:19, 132:11,
151:5, 171:3,
239:16
**accusation**
138:3, 218:19
**accusations**
182:23, 185:5

**accused**
225:13
**acknowledge**
295:3
**acknowledgement**
295:1
**acknowledging**
189:20
**acronyms**
131:5
**across**
93:20, 125:4
**act**
5:18, 36:24,
37:2, 37:5,
46:8, 47:21
**action**
296:14
**actions**
40:7
**activity**
54:9, 106:15
**actual**
32:20, 213:24,
244:6
**actually**
130:11, 139:16,
182:18, 245:2,
290:6
**acute**
205:11
**ada**
46:7, 46:18,
47:20, 52:10,
84:21
**add**
90:1
**added**
52:4
**addition**
63:16, 109:25,
135:4
**additional**
30:5, 30:8,
156:8
**address**
151:19, 151:21,
190:18, 268:15

**addressed**
277:12, 277:18
**adequate**
42:1
**adequately**
213:16
**adjacent**
48:4, 48:6,
72:2, 72:22,
271:14
**adjust**
59:25
**adjustment**
28:19
**adjustments**
28:9, 28:15,
123:9, 179:25,
180:2, 180:6,
273:6, 273:10,
273:12
**admin**
22:6, 22:10
**administering**
50:14
**administrating**
50:13
**administration**
17:13, 19:16,
19:25, 20:24,
61:23, 144:16
**administrative**
17:13, 61:23
**advance**
34:24
**advanced**
199:5
**advancement**
18:16
**advancing**
201:5
**advice**
290:18
**advised**
77:24, 86:4,
267:22
**advisor**
189:16
**advocate**
199:11

**affairs**
280:20
**affiliated**
21:22, 54:7,
195:20, 198:7
**affiliations**
21:22, 54:8
**afraid**
25:18, 290:12
**african-americans**
172:12
**after**
34:25, 77:5,
85:20, 88:9,
101:21, 109:19,
110:20, 135:21,
137:3, 139:20,
143:22, 143:25,
153:17, 175:13,
177:1, 199:19,
200:11, 207:3,
207:6, 207:7,
214:1, 216:2,
221:10, 243:21,
249:5, 264:14,
268:4, 269:6,
290:22, 291:2,
291:8
**again**
7:14, 9:6,
66:23, 107:11,
114:13, 246:23,
262:6, 288:14,
289:4, 290:2
**against**
68:20, 70:9,
81:5, 143:1,
187:24, 241:13,
241:15, 243:22
**agencies**
15:18
**agency**
143:7, 143:16,
178:4, 208:10,
213:7, 214:19,
214:20, 229:14
**aggressor**
5:20, 194:23,

194:24, 195:8,
218:14, 218:15,
218:17, 262:19,
273:16
**aggressors**
273:20
**ago**
86:21, 97:21,
102:11, 146:1,
200:6
**agree**
10:21, 30:22,
107:7, 107:11,
107:12, 107:16,
111:10, 111:20,
146:10, 177:5,
199:4, 211:15,
220:7, 228:18,
238:1
**agreement**
13:6, 13:8,
13:10
**ahead**
12:22, 32:10,
167:1, 176:10,
247:19, 268:4,
291:14
**ahmed**
265:9, 265:14,
265:17, 265:23,
266:14
**al**
1:8, 6:5
**alcohol**
106:12
**alcovy**
162:20, 162:24
**all**
9:13, 9:20,
18:23, 20:7,
20:14, 20:21,
21:17, 31:20,
38:12, 40:6,
48:18, 50:18,
55:2, 56:25,
59:21, 60:17,
63:12, 63:13,
64:1, 64:2,

64:15, 71:8,
72:4, 72:17,
73:3, 74:4,
75:12, 80:16,
84:6, 84:7,
84:15, 91:16,
91:21, 91:22,
108:3, 123:3,
127:20, 130:6,
131:4, 137:15,
146:4, 161:8,
161:14, 161:16,
161:18, 163:24,
163:25, 165:2,
167:25, 168:2,
168:3, 168:12,
173:5, 177:16,
178:14, 178:19,
185:5, 193:5,
193:18, 202:9,
209:6, 209:16,
216:5, 218:20,
219:2, 219:16,
219:19, 219:22,
220:13, 223:25,
237:20, 246:18,
250:18, 250:22,
250:24, 252:13,
253:7, 271:4,
274:9, 281:17,
281:20, 284:6,
291:25, 292:9,
294:11, 294:12
**all-inclusive**
46:25
**all-male**
163:3
**allegation**
38:23, 38:25,
39:14, 138:2,
174:5, 177:16,
179:22, 187:7,
193:7, 195:11,
206:18, 209:19,
212:14, 216:2,
216:6, 221:21,
221:25, 222:1,
223:9, 231:24,

234:10, 235:3,
235:6, 235:11,
235:24, 236:21,
237:7, 237:8,
237:12, 237:13,
238:2, 238:7,
238:21, 238:24,
242:3, 242:10,
244:17, 245:9,
248:9, 248:24,
252:2, 259:17,
261:12, 264:16,
264:17, 269:1,
269:16, 285:1,
287:12, 287:14,
288:13
**allegations**
39:5, 41:6,
179:16, 182:14,
182:24, 194:15,
199:2, 223:5,
223:13, 223:22,
223:25, 224:2,
224:18, 224:22,
228:11, 228:14,
228:16, 228:20,
230:9, 230:11,
234:3, 236:24,
236:25, 239:15,
242:25, 245:14,
245:23, 246:6,
246:14, 249:11,
249:14, 249:19,
249:23, 251:22,
255:3, 255:11,
262:9, 263:12,
264:10, 264:25,
268:7, 268:10,
268:19, 272:1,
273:8, 274:19,
282:11, 291:9
**alleged**
81:7, 82:9,
110:25, 173:24,
177:9, 177:21,
207:10, 207:18,
218:15, 218:17,
226:11, 226:16,

227:21, 228:2,
228:4, 228:17,
236:16, 236:17,
239:6, 242:5,
243:14, 245:16,
247:1, 249:6,
258:13, 258:15,
262:4, 263:19,
264:8, 272:5,
272:17, 291:22
**allegedly**
207:4, 226:7
**alleges**
211:8, 230:19,
241:8, 259:7,
260:2, 264:21
**alleging**
240:22
**allow**
150:8, 245:3
**allowances**
127:11
**allowed**
54:14, 61:18,
77:4, 107:18,
107:21, 126:7,
126:13, 126:15,
126:24, 127:1,
127:4, 127:24,
128:10, 151:7,
151:8, 253:11,
254:4
**allows**
56:25
**along**
265:5, 270:5,
281:22
**alongside**
125:16, 125:17
**already**
21:12, 51:4,
85:24, 96:3,
96:4, 131:22,
154:20, 209:13,
253:2, 271:1,
284:9, 284:10
**also**
24:12, 30:15,

33:21, 35:1,
35:7, 36:15,
40:16, 47:18,
48:13, 54:18,
55:19, 82:9,
91:11, 92:21,
98:23, 101:1,
106:17, 111:2,
111:17, 116:12,
116:22, 117:3,
117:18, 118:10,
135:17, 136:5,
137:8, 138:8,
148:12, 157:24,
159:18, 173:16,
178:3, 193:1,
194:2, 195:15,
195:19, 197:16,
198:12, 203:2,
204:12, 204:22,
205:1, 206:13,
212:5, 239:5,
245:16, 258:15,
260:14, 263:19,
264:21, 265:9
**although**
60:3, 178:13,
211:3
**alton**
5:19
**always**
15:15, 60:4,
187:19, 202:10,
225:14, 284:3
**americans**
46:8, 47:20
**ammons**
189:13, 189:15
**among**
113:4
**amount**
56:4, 73:12,
127:6, 181:7,
273:19
**ample**
248:12, 248:15
**analyst**
17:14, 119:4,

119:20
**analyzing**
123:8
**annual**
32:16, 33:1,
33:5, 165:23
**annually**
37:13
**anonymous**
219:13, 219:25,
220:1, 220:5,
220:19, 220:25,
257:5, 257:9
**anonymously**
220:3, 257:7
**another**
8:15, 8:21,
29:13, 45:13,
46:3, 49:10,
49:11, 51:10,
68:3, 68:9,
69:12, 71:14,
71:17, 79:20,
103:4, 109:10,
119:2, 125:6,
137:25, 140:16,
154:12, 156:11,
160:19, 180:20,
208:5, 226:12,
276:25, 284:2
**answer**
9:2, 9:5, 9:6,
13:4, 13:24,
61:7, 61:10,
64:12, 143:14,
156:9, 186:10,
192:7, 200:15,
209:22, 211:4,
230:8, 237:3,
245:3, 247:2,
256:2, 268:1,
268:4, 277:23,
279:1, 281:18,
286:22, 291:14
**answered**
285:6
**answering**
8:16, 21:6,

158:19, 212:22
**answers**
8:7, 8:11,
280:10
**anticipate**
144:21
**anybody**
86:10, 132:6
**anyone**
9:20, 9:24,
10:23, 17:7,
21:9, 22:4,
40:25, 63:21,
82:3, 85:12,
85:15, 85:21,
160:6, 200:25,
245:9, 252:22,
252:23, 253:1
**anything**
31:13, 80:3,
82:6, 87:22,
131:18, 132:3,
132:6, 142:3,
142:5, 142:19,
142:21, 142:22,
142:23, 143:18,
144:10, 149:21,
154:23, 165:14,
177:18, 202:12,
202:14, 225:17,
227:13, 227:14,
245:9, 261:11,
268:24, 271:15,
272:16, 272:21,
279:12, 283:9,
284:11, 284:19,
292:10, 292:11,
292:17, 293:10
**anyway**
182:24
**anywhere**
43:21, 251:19
**apart**
136:16, 254:25
**apologies**
82:1, 279:12
**apologize**
63:4, 65:6

appear
33:1, 62:1,
232:25, 295:7
appearance
95:24, 96:9,
96:12, 151:1,
158:18
appeared
61:20, 63:18,
146:24, 204:5
appears
130:16, 181:2,
197:13, 234:3
application
15:5
applications
132:2, 133:6
applied
15:17, 123:3
applies
112:8, 151:5
apply
15:13, 126:18,
151:1, 296:25
appointment
5:25, 16:16,
16:24, 163:20
appointments
142:5, 142:23,
159:21, 160:1,
160:4
appreciate
10:18, 11:22,
129:4, 155:5,
166:11, 208:19,
240:2, 247:17,
276:13, 286:4
approach
177:16
approached
271:22
appropriate
42:7, 238:8
appropriately
40:7, 95:25,
144:15
approved
124:1, 124:2,

128:3
approving
40:14, 120:9
approximate
89:22
approximately
18:12, 23:10,
23:12, 23:21,
24:15, 24:20,
25:4, 25:5,
31:24, 48:9,
51:20, 78:2,
81:10, 83:4,
83:8, 89:23,
160:13, 160:24,
165:18
area
22:17, 45:4,
50:9, 69:8,
69:9, 69:17,
69:19, 69:20,
70:4, 70:9,
71:5, 71:11,
71:13, 72:23,
170:2, 184:20,
194:23, 194:24,
204:8, 229:24,
235:6, 235:12,
260:17
areas
45:5, 68:23,
68:24, 69:12,
73:16, 73:23,
120:25
aren't
153:12, 229:8,
236:24
around
24:25, 34:8,
90:25, 91:4,
91:7, 91:17,
204:8
arrangements
254:21
arrendale
79:2, 102:18,
102:24, 103:3,
103:8, 103:12,

103:13, 103:20,
104:1, 104:13,
104:22, 105:4,
105:10, 105:11,
105:16, 105:25,
107:17, 108:7,
108:10, 108:19,
108:23, 109:3,
127:14, 160:12,
160:17, 160:18,
160:20, 160:22,
160:25, 163:6,
163:10, 163:15,
164:6
arrival
85:13, 85:16,
85:22, 125:11,
135:21, 137:4,
139:15, 153:18
arrive
115:13, 121:14
arrived
78:6, 81:13,
81:15, 95:4,
95:8, 95:11,
95:13, 109:15,
109:19, 112:21,
117:8, 118:1,
119:10, 164:6
arrives
121:7, 137:24
arriving
78:8, 110:20,
134:25, 143:22,
148:22
arts
14:25
ashley's
80:4, 82:4,
87:18, 110:6,
225:7
aside
27:17, 244:9
asked
9:19, 9:20,
10:23, 13:14,
68:17, 87:5,
94:6, 210:14,

246:12, 254:13,
269:24, 270:2,
278:9, 278:15,
285:4, 286:9,
286:21
asking
7:16, 8:17,
112:1, 128:13,
186:21, 200:25,
202:7, 222:2,
244:8, 246:23,
246:24, 255:7,
257:21, 292:19
asks
179:20
asleep
263:13
aspect
20:2, 73:21,
148:4
aspects
22:11, 40:6
assault
39:1, 41:9,
42:3, 106:4,
111:18, 111:21,
116:4, 116:9,
174:16, 175:14,
195:5, 195:12,
200:3, 221:12,
223:5, 223:12,
223:22, 224:18,
230:23, 249:11,
268:8, 270:13,
272:5, 287:13
assaulted
231:7, 231:8,
239:6, 239:18,
240:23, 258:16,
259:18, 263:13,
263:20
assaults
32:7, 32:8,
32:14, 100:23,
270:22, 271:10
assessment
122:11
assign
109:7

**assigned**
16:9, 23:18,
29:25, 39:6,
44:12, 52:9,
61:19, 63:6,
63:7, 74:24,
77:22, 78:8,
80:10, 84:2,
94:13, 125:18,
144:7, 272:14
**assignment**
121:1, 163:8
**assignments**
30:16, 42:13
**assigns**
120:22
**assist**
42:7, 259:1,
259:2
**assistant**
17:14, 22:6,
22:10, 162:20,
163:2, 265:15
**assistants**
133:20
**associate**
162:3
**assume**
215:6, 251:15
**assumed**
79:8, 87:20,
142:16
**assuming**
166:17, 227:18,
243:13
**assumption**
215:9
**atchison**
5:15, 216:10,
217:3, 217:17,
232:4, 233:1,
234:8, 241:25,
245:21, 245:23,
285:23, 286:25
**atchison's**
286:10
**atlanta**
2:16, 3:7

**attached**
4:7, 5:2,
99:18, 113:13,
129:11, 152:15,
154:18, 166:13,
176:3, 179:9,
183:6, 188:22,
191:15, 196:10,
208:21, 216:20,
233:15, 240:4,
247:10, 276:15,
277:4, 295:7
**attachment**
5:25, 178:21
**attack**
211:20, 211:24,
212:2
**attacked**
258:3, 264:8
**attacks**
258:13, 272:17
**attempt**
109:16, 229:6,
248:17, 248:21,
248:23, 268:9
**attempted**
204:17, 205:1,
206:14, 207:19,
207:23, 211:17,
230:13, 230:22,
234:9, 267:13,
271:13, 287:13
**attempting**
277:20, 277:25
**attempts**
204:14, 271:7
**attend**
165:25
**attended**
169:7, 169:15
**attending**
29:12, 169:11
**attention**
55:24, 65:9,
205:7, 205:9,
245:4, 268:18
**attorney**
2:14, 5:25,

186:19, 187:17,
189:17, 190:1,
190:14, 190:22,
192:11, 192:15,
193:2, 199:16,
202:11, 202:18,
255:21, 274:25,
275:13, 275:14,
275:22, 276:1,
276:2, 276:4,
277:15, 296:13
**attorneys**
12:21, 13:22,
185:21, 186:13,
187:2, 187:3,
187:12, 188:6,
190:6, 190:11,
192:1, 192:20,
194:14, 197:25,
201:2, 202:12,
208:7, 210:16,
251:12, 251:24,
252:16, 252:20,
253:2, 253:11,
254:4, 254:9,
255:5, 255:17,
271:3, 287:15
**attribute**
147:14
**audit**
32:19, 32:20
**auditor**
32:21
**august**
153:14, 153:17,
156:7
**augusta**
132:22, 133:3
**authority**
38:7
**authorized**
296:5
**automatic**
229:21
**automatically**
56:17, 229:1,
229:10
**available**
33:9, 41:21,

80:18, 105:19,
108:18, 223:6,
243:2, 250:8
**average**
108:5
**awaiting**
256:17
**away**
10:13, 48:9,
66:6, 89:20,
123:19, 137:2,
169:20, 261:16,
281:2

---

**B**

---

**b-e-n-t-o-n**
7:18
**b-r-o-o-k-s**
7:18
**bachelor's**
14:25
**back**
20:5, 21:13,
29:4, 34:4,
46:7, 46:18,
69:3, 70:18,
85:7, 98:11,
130:8, 130:19,
135:9, 154:24,
156:15, 160:20,
161:5, 162:9,
163:7, 166:3,
170:11, 187:5,
190:8, 194:24,
201:11, 213:8,
224:3, 227:2,
241:23, 243:20,
245:20, 253:23,
256:4, 263:4,
264:1, 274:21,
288:5
**background**
14:23, 14:24,
131:19
**backgrounds**
21:21, 24:4
**bad**
159:5

**bar**
31:12
**barrier**
266:18
**bars**
72:18, 190:9
**base**
287:1
**based**
9:1, 32:25,
33:8, 39:14,
40:1, 40:13,
53:19, 53:21,
55:9, 83:24,
110:11, 118:23,
121:6, 134:13,
166:17, 179:4,
179:22, 193:11,
193:25, 198:21,
199:22, 204:20,
204:21, 211:19,
228:11, 228:13,
228:16, 235:5,
237:17, 237:19,
238:19, 242:23,
248:11, 249:15,
250:8, 250:15,
254:23, 256:20,
264:14, 269:15,
269:16, 272:10,
278:4, 278:5,
286:23
**basically**
10:15, 21:6,
23:17, 32:7,
40:4, 42:13,
50:15, 52:8,
52:14, 76:2,
79:19, 80:22,
87:7, 101:16,
121:12, 128:12,
144:9, 147:1,
165:23, 184:17,
186:24, 259:6,
280:9
**basis**
32:16, 106:18
**bates**
179:3, 196:11

**bathroom**
9:12, 31:12
**became**
52:6, 160:19,
192:19, 226:24
**because**
8:6, 29:12,
30:20, 33:12,
51:1, 51:3,
59:19, 64:13,
65:8, 69:7,
81:16, 85:24,
86:5, 86:7,
87:14, 87:20,
89:21, 95:10,
96:4, 96:12,
98:13, 101:20,
107:14, 111:7,
111:25, 114:13,
116:2, 144:8,
146:23, 148:22,
151:19, 154:2,
156:9, 158:6,
160:16, 164:7,
165:14, 175:10,
185:16, 187:10,
188:6, 190:10,
194:15, 202:15,
204:4, 213:19,
215:1, 229:4,
229:16, 237:24,
242:10, 242:21,
244:10, 244:14,
246:18, 246:19,
249:2, 249:4,
249:16, 250:13,
250:20, 252:6,
253:1, 261:4,
270:8, 270:23,
270:25, 271:24,
273:21, 273:25,
274:18, 279:25,
293:12
**become**
97:17
**becoming**
199:19, 200:11
**bed**
56:22

**beds**
23:17, 23:19,
48:18
**been**
7:8, 9:7, 13:2,
20:17, 21:25,
22:7, 23:1,
25:21, 30:22,
37:13, 43:5,
49:14, 50:10,
54:2, 59:12,
59:14, 64:23,
79:25, 80:25,
81:7, 87:5,
95:6, 97:20,
104:2, 104:10,
106:21, 138:18,
139:1, 139:5,
144:17, 146:1,
149:4, 157:4,
158:9, 158:11,
160:9, 165:21,
169:8, 175:23,
177:25, 182:8,
182:9, 182:15,
185:11, 189:22,
193:14, 205:20,
217:21, 228:14,
228:20, 228:21,
229:20, 229:21,
230:3, 230:10,
230:11, 235:21,
236:25, 237:9,
238:8, 243:11,
243:12, 251:21,
251:25, 257:15,
258:8, 258:11,
258:24, 259:23,
259:24, 264:18,
269:19, 271:7,
271:24, 271:25,
272:23, 280:24,
281:24, 283:1,
285:5, 289:23
**before**
7:21, 7:23,
13:3, 15:17,
21:12, 51:19,

51:21, 72:12,
73:11, 73:12,
78:5, 81:13,
81:15, 82:5,
82:13, 85:10,
100:5, 114:11,
115:8, 116:10,
137:2, 148:13,
164:8, 168:5,
193:24, 196:18,
245:8, 292:23,
293:14
**began**
230:5
**begin**
8:16, 8:17,
16:17, 16:24,
142:7, 143:1,
161:17, 219:16
**beginning**
58:24, 86:7,
148:14
**begins**
6:2, 234:5,
234:8
**behalf**
2:2, 2:12, 3:2,
5:12, 210:10,
234:9
**behavior**
118:23, 226:12,
234:21
**behavioral**
106:25
**behind**
40:24, 193:5
**being**
10:23, 15:18,
15:19, 24:23,
29:3, 29:7,
29:8, 55:5,
61:18, 63:16,
78:7, 79:1,
79:13, 86:18,
93:19, 94:9,
99:5, 109:22,
110:5, 112:24,
120:7, 120:12,

136:12, 136:16,
136:18, 138:20,
140:23, 143:25,
146:6, 147:1,
147:5, 148:2,
149:5, 151:24,
181:4, 181:5,
181:9, 181:11,
181:13, 181:16,
181:19, 181:23,
186:17, 206:9,
206:13, 213:3,
213:21, 216:11,
218:8, 219:20,
221:7, 228:10,
229:1, 229:5,
234:19, 252:6,
252:20, 254:21,
261:14

**belief**
254:20

**believe**
62:15, 64:19,
97:25, 114:1,
154:22, 168:21,
178:25, 182:1,
182:3, 191:21,
192:1, 192:25,
194:20, 201:11,
201:12, 208:4,
239:22, 245:20,
250:9, 256:8,
256:10, 289:17,
292:2, 292:15

**believed**
170:3, 189:25,
253:10, 254:3

**believes**
82:18

**believing**
182:21

**belong**
61:5, 65:15

**belonged**
46:25

**benton-1**
99:17

**benton-2**
113:12

**benton-3**
129:10

**benton-4**
152:14

**benton-5**
154:17

**benton-6**
166:12

**benton-7**
176:2

**benton-8**
179:8

**benton-9**
183:5

**besides**
11:9, 11:17,
92:5, 130:6,
244:3

**best**
8:20, 68:19,
86:1, 86:19,
86:22, 87:5,
87:14, 93:10,
172:17, 182:25,
216:8, 221:9

**better**
18:15, 51:5,
68:16, 209:5

**betterment**
50:12

**betterson**
18:8, 18:9,
18:11, 186:16,
186:21, 201:15,
201:20, 202:20,
217:6, 217:23,
241:2, 241:8,
241:13, 241:15,
242:6, 243:18,
243:22, 244:3,
244:9, 244:16,
244:19, 245:11,
247:21, 248:10,
249:3, 250:12,
251:16, 253:4,
253:7, 255:18,
255:24, 256:1,
256:5, 257:11,

270:10, 288:13,
289:17, 290:2

**betterson's**
20:16, 254:23

**between**
19:1, 21:2,
26:20, 27:5,
27:12, 29:16,
29:18, 31:11,
55:22, 58:22,
59:3, 64:20,
93:16, 94:3,
94:5, 119:7,
159:25, 174:23,
175:5, 269:8

**beyond**
79:11, 172:19

**biannual**
122:1, 122:14,
122:22, 123:4

**biannually**
118:11, 118:17

**big**
69:8, 71:24,
72:3, 72:5,
92:23, 122:10,
176:11

**bigger**
129:15, 176:12,
176:13

**biggest**
149:18

**binding**
203:4, 203:5,
203:16, 203:25

**birth**
7:19

**bisexual**
169:24

**bit**
43:5, 56:11,
89:20, 127:9,
129:15, 152:18,
160:10, 166:25,
167:3, 176:14,
182:12, 183:10,
205:21, 205:23,
209:2, 209:4,

233:21, 247:15,
288:2, 289:2

**black**
172:10

**blacks**
172:11

**blank**
214:12

**blatant**
149:17, 151:20

**blessed**
161:11

**blew**
260:10

**block**
130:7, 240:8

**blocks**
154:24

**blow**
167:1, 167:3,
176:11, 183:9,
247:14

**blowing**
31:7

**blown**
176:8, 188:24,
261:14

**blue**
96:5, 96:13,
96:25

**blushes**
127:9, 146:3

**board**
22:16, 22:20,
63:22, 63:24,
64:3, 64:7,
64:18

**bolling**
3:5

**books**
22:15

**bore**
293:14

**born**
203:10

**both**
67:13, 90:14,
91:15, 103:9,

105:12, 111:25,
112:2, 125:24,
218:24, 226:3,
250:6
**bottom**
75:25, 76:1,
135:10, 166:23,
176:10, 187:2,
197:16, 286:7,
287:11
**bound**
203:18
**box**
92:23
**boxers**
108:21
**bra**
136:2
**brain**
153:11
**bras**
108:15, 108:18,
128:11, 128:20,
148:13, 148:15,
148:19, 149:22,
153:19, 154:6,
157:13, 157:17,
158:5, 158:10
**break**
9:13, 9:15,
11:4, 12:2,
49:16, 85:1,
85:10, 144:19,
148:13, 205:22,
231:14, 263:24
**breakfast**
58:15
**breaks**
9:11, 9:12
**briana**
17:22
**briefly**
77:16, 263:25,
274:14
**bring**
12:5, 71:25,
166:3, 182:10,
182:21, 206:1,

216:17, 289:15
**bringing**
182:23
**brings**
184:18
**broached**
74:6
**broadway**
2:6
**broke**
12:16
**broken**
43:10
**brooks**
1:14, 4:2,
4:19, 6:3, 6:22,
7:7, 7:18, 295:3
**brought**
12:8, 52:14,
195:12, 220:4,
221:23
**buckler**
3:12, 6:11
**buford**
16:3
**building**
46:2, 46:3,
47:2, 47:11,
48:5, 48:6,
48:13, 51:1,
51:23, 51:24,
52:2, 52:12,
52:21, 53:6,
54:6, 54:15,
66:16, 66:18,
66:19, 66:22,
67:1, 69:22,
70:5, 73:6,
73:8, 73:17,
74:1, 74:12,
74:18, 75:7,
84:9, 86:23,
87:2, 90:3,
90:5, 91:8,
91:25, 92:21,
93:1, 93:5,
93:13, 93:14,
93:23, 93:24,

94:3, 94:13,
94:14, 94:17,
94:18, 94:19,
94:20, 94:21,
94:24, 125:15,
125:19, 231:8,
231:9, 260:18
**buildings**
44:7, 44:8,
44:9, 44:12,
44:14, 44:16,
44:20, 44:24,
45:20, 45:24,
46:1, 47:9,
48:10, 52:21,
94:7, 94:12
**bullet**
234:14
**bulletin**
64:7
**burglary**
104:6
**business**
20:2
**button-down**
96:25, 97:1

**C**

**cadet**
162:11
**cage**
90:20, 90:21,
90:22, 90:23
**call**
5:25, 23:6,
37:4, 37:5,
41:8, 47:9,
47:25, 48:2,
48:3, 67:3,
69:13, 77:23,
78:3, 78:17,
79:5, 85:21,
93:9, 171:1,
178:11, 276:1,
276:2, 277:16,
277:21, 278:2,
280:20, 283:1,
283:12

**call-in**
215:23
**called**
26:15, 46:1,
72:25, 132:17,
167:12, 170:15,
170:17, 178:8,
178:18, 191:9,
215:15, 215:23,
225:4, 242:6,
258:21, 282:19
**calls**
274:25, 275:13,
275:14, 275:15,
275:22, 276:5,
282:22, 283:4
**came**
21:13, 22:16,
33:12, 34:1,
54:6, 72:12,
86:11, 88:16,
95:10, 147:12,
160:19, 161:5,
163:7, 200:19
**camera**
73:22, 75:5,
75:11, 75:13,
75:14, 75:17,
76:5, 76:6,
76:16, 76:18,
76:21, 212:16,
212:18, 212:24,
213:3, 213:6,
213:12, 215:12,
215:17, 224:3,
229:6, 229:9,
283:8
**cameras**
66:11, 66:14,
66:15, 66:18,
66:20, 73:6,
73:7, 73:10,
73:12, 73:15,
73:20, 73:23,
73:24, 73:25,
74:2, 74:4,
74:18, 75:2,
75:4, 75:9,

75:10, 76:8,
76:14, 213:2,
213:5, 213:7,
213:8, 213:9,
213:15, 213:20,
213:21, 213:25,
214:7, 214:15,
215:19, 224:2,
224:7, 226:1,
229:15, 258:6,
268:18, 268:23,
282:14, 282:18,
283:7, 283:8,
283:22, 284:12
**can't**
10:15, 18:18,
25:24, 32:20,
33:18, 53:16,
64:12, 64:15,
65:2, 72:4,
78:4, 81:12,
81:21, 81:22,
87:9, 87:11,
87:15, 90:6,
99:1, 100:6,
102:12, 109:10,
110:17, 110:18,
111:25, 112:22,
119:21, 122:3,
122:24, 125:6,
128:25, 131:5,
138:21, 139:12,
139:21, 139:25,
143:3, 143:5,
143:17, 147:14,
150:13, 151:22,
156:12, 161:17,
164:10, 164:11,
166:3, 168:25,
169:2, 169:16,
169:18, 174:12,
175:9, 177:23,
182:16, 187:11,
191:2, 196:1,
202:18, 206:19,
207:1, 207:5,
207:7, 213:13,
213:24, 214:18,

222:11, 223:15,
223:17, 224:14,
226:21, 235:5,
238:10, 239:8,
239:9, 239:20,
241:20, 245:18,
246:9, 247:2,
250:22, 251:14,
252:12, 259:20,
261:25, 263:7,
264:11, 266:21,
266:24, 274:4,
275:4, 275:6,
278:19, 279:5,
280:6, 280:7
**cancer**
242:6
**candy**
31:12
**cannot**
22:8, 55:1,
102:12, 109:13,
124:12, 124:16,
125:8, 128:18,
139:13, 139:18,
142:14, 145:19,
149:20, 156:9,
175:7, 192:2,
200:16, 200:19,
216:5, 221:15,
222:5, 238:17,
272:1
**cantera**
135:12, 135:14,
184:3, 184:6,
184:8, 185:6,
185:9, 186:15,
186:17, 201:14,
254:13, 254:19
**capabilities**
229:17
**capability**
229:4
**capacity**
23:17, 160:25
**capital**
2:15
**care**
17:12, 17:19,

17:21, 17:24,
18:7, 18:12,
20:6, 20:7,
20:14, 20:24,
35:9, 62:3,
82:10, 101:2,
104:19, 104:23,
119:2, 119:16,
119:19, 120:14,
131:10, 133:1,
148:5, 148:10,
160:16, 163:9,
163:13, 186:15,
204:13, 251:17
**careful**
202:13
**carl**
18:8, 18:9,
18:11, 201:20,
217:6, 241:2,
241:8, 241:13,
243:18, 243:22,
244:3, 244:8,
244:19, 245:11,
247:21, 253:6,
289:16
**carries**
92:17
**case**
1:7, 6:7, 8:2,
14:7, 14:10,
60:5, 139:4,
177:24, 187:19,
204:12, 217:19,
232:5, 233:7,
238:6, 252:11,
287:20, 296:16
**cases**
107:2, 219:24,
238:20, 283:15
**castration**
204:13, 204:18
**catcalling**
274:19
**catcalls**
181:24
**catch**
171:11

**catching**
25:18
**caught**
66:5, 106:15
**cause**
244:14
**cc'd**
210:25
**ceilings**
69:6
**cell**
10:8, 10:9,
10:11, 56:12,
58:21, 60:14,
60:17, 69:1,
70:6, 88:2,
88:8, 88:10,
88:11, 88:13,
88:14, 88:17,
88:22, 88:25,
89:8, 89:10,
89:13, 89:15,
89:16, 89:18,
89:23, 97:8,
141:17, 141:24,
207:22, 207:23,
211:23, 212:6,
212:10, 212:15,
212:16, 212:25,
215:19, 222:25,
226:7, 228:25,
229:21, 258:3,
272:11, 279:8
**cells**
56:25, 57:9,
57:12, 60:7,
60:15, 61:4,
64:9, 65:15,
70:7, 91:21,
91:22, 91:24,
271:14
**center**
2:5, 6:17,
37:22, 38:4,
49:8, 90:4,
162:7, 162:10,
162:17, 162:19,
162:20, 162:22,

162:24, 163:2,
163:4, 210:23
**central**
22:13, 128:12,
131:16, 140:6,
156:14
**centurion**
132:11
**certain**
60:4, 151:3,
170:25, 226:4
**certainly**
207:9, 286:1
**certification**
296:24
**certified**
133:18
**certify**
296:4, 296:7
**certifying**
296:27
**cezie@ccrjustice**
2:10
**chain**
135:12, 135:19
**chair**
121:17
**challenged**
93:19
**chalmers**
2:13, 4:4,
6:20, 6:21, 9:1,
13:1, 13:9,
13:10, 13:16,
13:19, 13:24,
49:17, 61:6,
61:9, 99:14,
100:1, 112:11,
113:22, 113:24,
115:3, 115:5,
129:4, 130:3,
143:13, 144:20,
152:13, 155:4,
155:8, 155:11,
166:11, 167:9,
167:11, 167:15,
175:25, 176:17,
176:19, 178:15,

179:6, 183:4,
183:19, 183:22,
186:9, 188:19,
189:2, 191:13,
191:19, 191:23,
192:4, 192:7,
196:8, 196:11,
196:14, 205:25,
208:18, 209:7,
209:8, 209:14,
209:20, 209:25,
210:2, 216:17,
216:24, 230:6,
231:16, 233:4,
233:22, 233:24,
236:6, 240:1,
240:13, 240:16,
245:2, 247:17,
247:18, 247:19,
256:7, 267:25,
268:4, 276:13,
277:9, 277:22,
284:9, 284:20,
284:21, 284:24,
285:22, 286:5,
291:25, 292:15,
293:1, 293:13,
293:20, 293:22
**chance**
68:12, 99:24,
130:9, 152:21,
183:18, 232:20
**change**
120:3, 262:16,
262:17
**changed**
52:5, 132:13,
132:19, 162:8,
262:1
**chaplaincy**
20:12
**character**
51:2, 51:6
**charge**
225:20, 243:23,
293:16
**charges**
106:20, 106:21

**chat**
129:2, 178:20
**check**
134:23, 225:16,
280:23
**checked**
285:2
**checking**
92:10
**checklist**
4:21, 4:23,
174:13, 176:23,
177:20, 178:3,
178:8, 178:9,
178:21, 179:5,
179:14, 179:20
**checklists**
174:9, 175:13,
177:6, 180:13
**chief**
55:8, 62:4,
62:18, 62:21,
62:23, 63:9,
64:13, 64:25,
119:2, 119:10,
119:18, 119:22,
162:3, 162:16
**chinyere**
2:3, 6:16
**choose**
66:4, 259:14,
261:2, 261:3
**chose**
269:5
**chosen**
119:17
**chow**
30:13, 47:1,
47:15, 47:18,
47:23, 275:10
**christopher**
263:15
**circulated**
140:14
**circumstance**
238:2
**circumstances**
228:21

**claim**
257:15
**claimed**
241:5, 265:5,
291:22
**claims**
137:24, 195:5,
236:11, 239:13,
269:25, 271:23
**clarify**
133:22, 192:13,
267:3
**classification**
4:11, 80:11,
83:24, 83:25,
84:14, 112:12,
114:17, 114:19,
115:11, 115:22,
118:18, 118:19,
118:20, 119:13,
119:23, 120:2,
120:6, 120:22,
120:24, 121:2,
121:3, 121:11,
121:12, 121:17,
121:25, 137:6
**classifications**
113:6, 120:16,
120:18, 122:5
**classified**
83:23, 112:20,
117:25, 120:7,
120:10, 120:12
**classifying**
112:9
**clean**
8:19, 226:8
**clear**
8:10, 26:23,
66:21, 255:21,
291:14
**close**
42:18, 42:21,
42:23, 89:18,
160:15
**closed**
43:19, 43:20,
57:19, 57:21,

57:24, 103:18,
103:19, 103:21,
163:8, 184:19,
248:25
**closer**
16:7, 16:8
**closes**
58:5, 58:6,
58:10
**closest**
88:18, 88:23,
89:8, 89:9
**clothing**
72:1, 72:9
**clr**
1:25, 296:3,
296:22
**clvs**
6:11
**cocaine**
279:8
**code**
150:14, 150:18
**coffee**
9:12
**colleague**
6:19
**colleagues**
175:24
**collect**
271:8
**collected**
40:14, 53:22,
237:21, 284:10
**collection**
41:3
**college**
15:10, 18:18,
18:19, 132:18,
132:21, 133:2
**com**
3:9
**combination**
35:14
**come**
21:19, 22:13,
40:25, 41:9,
47:8, 59:24,

60:10, 64:10,
69:4, 69:10,
75:5, 87:10,
87:13, 99:9,
125:4, 140:19,
185:20, 187:5,
224:14, 259:1,
259:14, 290:23
**comes**
38:7, 99:3,
111:12, 112:8,
122:11, 123:13,
180:3, 280:8
**comfortable**
199:5, 199:10,
221:7
**coming**
22:20, 50:14,
75:6, 80:8,
82:7, 213:8,
255:21
**command**
163:3
**comment**
139:18
**commissary**
20:3
**commissioner**
16:7, 265:15
**commit**
8:10, 107:14
**committed**
53:19, 106:1,
107:3
**committee**
83:24, 84:14,
118:18, 118:19,
118:20, 119:1,
119:13, 119:24,
120:2, 120:6,
120:22, 120:24,
121:25
**committee's**
83:25
**committing**
107:7, 205:2
**common**
68:23, 68:24,

69:8, 69:9,
70:9, 71:11,
71:13
**communicate**
10:22, 78:16,
170:6, 172:22,
250:11
**communicated**
98:16, 253:7,
277:21
**communicating**
172:16
**communication**
101:22
**communications**
13:12, 98:19,
188:12, 214:21
**community**
50:15
**company**
214:14
**compiles**
185:1
**complained**
180:24, 181:3
**complains**
194:22
**complaint**
14:9, 41:4,
174:4, 208:7,
208:8, 216:4,
216:11, 217:10,
218:9, 220:4,
220:5, 220:21,
221:11, 221:14,
222:21, 236:4,
236:9, 238:9,
243:18, 243:22,
248:3, 250:3,
257:12, 269:10
**complaints**
40:18, 110:24,
137:15, 137:17,
143:8, 173:17,
173:23, 193:15,
198:7, 218:3,
219:7, 219:16,
219:19, 219:24,

220:10, 220:13,
220:18, 220:25,
221:3, 232:13,
242:14, 243:9,
243:24, 244:25,
247:24, 250:18,
251:1, 251:7,
251:11, 255:1,
255:15, 256:22,
257:20, 257:24,
259:10, 259:12,
263:6, 263:7,
263:9, 265:24,
266:4, 266:15,
267:6, 281:21,
282:1, 290:24,
291:5, 291:19
**complete**
15:2, 35:22,
122:1, 178:4,
178:5, 180:13,
295:6
**completed**
86:5, 115:17,
115:19, 115:21,
122:6, 123:5,
168:14, 168:15,
175:13, 177:6,
179:15, 186:18,
235:13, 259:24
**completely**
71:7
**complicated**
158:11
**complications**
203:4
**complied**
35:17
**compound**
47:6
**computer**
10:8, 217:11,
217:17
**concern**
137:17, 195:19
**concerned**
42:2, 42:3,
142:25, 144:8,

173:24, 194:7,
202:4, 202:16,
202:17, 261:7
**concerning**
41:5, 81:11,
110:25, 124:15,
140:11, 141:5,
141:9, 141:16,
141:23, 142:19,
164:5, 165:20,
190:4, 194:15,
200:7, 209:18,
210:16, 224:17,
224:22, 226:6,
226:20, 227:4,
228:18, 235:4,
244:4, 246:7,
249:11, 257:24,
262:4, 267:15,
270:21, 281:12,
281:15, 281:25
**concerns**
13:18, 87:18,
109:22, 110:21,
111:3, 143:16,
143:22, 144:3,
144:4, 173:13,
173:15, 180:25,
181:8, 181:10,
189:6, 194:3,
198:13, 203:3,
267:24, 268:16
**concluded**
284:16
**conclusion**
178:5, 180:14,
252:1
**conclusions**
252:10
**concur**
242:15
**concurred**
242:19
**condition**
82:12
**conditions**
104:14, 116:18
**conduct**
184:22, 241:9

**conducted**
177:2, 279:23
**confidential**
40:23, 146:25,
292:12
**confirm**
13:5, 61:15,
70:5, 71:10,
121:21, 130:13,
138:23, 152:1,
167:10, 167:23,
201:12, 203:23,
246:23, 249:9,
263:2, 292:24
**confirmation**
282:21
**confirmed**
203:24, 291:23
**conflict**
244:10
**confused**
187:9
**connected**
11:15, 293:17
**connecting**
11:13
**connection**
12:1, 12:22,
14:3, 82:21,
177:6, 264:9
**consensually**
226:12
**consider**
16:13, 172:9,
244:8
**consideration**
89:4
**considerations**
118:6
**considered**
32:13, 38:6,
112:16, 172:4,
293:8
**consist**
172:17, 174:25,
218:10
**consisted**
19:21, 221:21

**consistent**
285:20, 289:12,
290:12
**consistently**
180:20
**consisting**
67:1
**constance**
152:25, 153:2,
153:14
**constitutional**
2:5, 5:11,
6:18, 210:9
**constitutionally**
101:2
**consulted**
232:16
**cont'd**
3:1, 5:1
**contact**
4:13, 124:5,
124:10, 137:25,
138:5, 149:7,
156:14, 187:17,
190:14, 190:22,
199:16, 267:13,
272:22
**contacted**
192:2, 201:15,
224:17, 272:15
**contacting**
139:5
**contained**
75:20
**containing**
136:5, 136:23
**contemplated**
226:24
**contemplation**
293:21
**context**
82:15, 82:17,
156:12, 165:3,
236:25
**continue**
12:17, 66:5,
82:1, 153:24,
172:25, 182:13,

182:17, 234:12
**continued**
251:12
**continuing**
231:21, 253:19,
281:9
**continuously**
19:5, 94:2
**contraband**
106:9, 106:11,
151:16, 226:16
**contract**
62:9, 62:11,
131:17
**contracted**
131:10, 132:10,
132:15, 132:25,
135:17
**contractor**
131:7
**contractors**
131:12
**contracts**
51:11, 52:19,
62:6, 62:7,
62:14, 63:16
**control**
42:21, 42:23,
49:8, 58:17,
58:25, 67:7,
75:13, 89:9,
89:18, 89:24,
89:25, 90:2,
90:4, 90:10,
90:11, 90:12,
90:13, 90:15,
90:18, 90:19,
90:24, 91:1,
91:4, 91:6,
91:7, 91:11,
91:14, 91:20,
92:1, 92:4,
92:6, 92:15,
92:20, 92:24,
92:25, 268:19,
296:27
**conversation**
101:15, 144:6,

147:2, 168:4,
171:25, 186:21,
251:8, 252:19,
278:19
**conversations**
97:24, 97:25,
255:19, 255:20,
255:24
**conveyed**
79:12, 278:1
**convicted**
53:14, 54:2,
104:2, 104:11,
274:6
**conviction**
24:4, 117:19
**convictions**
53:11, 54:18
**cooperate**
242:11, 248:14,
289:6, 289:11
**coordinated**
39:22, 39:25
**coordination**
20:13
**coordinator**
40:3, 138:2,
139:2, 139:3,
139:5, 139:6,
175:1, 175:2,
217:4, 218:6
**coordinators**
99:4
**copied**
198:22, 276:23
**copies**
62:14, 64:19,
138:6, 252:9
**copy**
62:19, 64:25,
113:23, 167:10,
167:22, 176:18,
179:14, 188:20,
208:11, 209:17,
210:20, 233:23,
294:4
**corners**
75:12

**correctional**
162:1
**corrections**
5:6, 14:14,
14:17, 15:5,
15:19, 27:17,
80:16, 161:9,
161:12, 165:4,
279:21, 295:7
**correctly**
63:20, 75:15,
76:1, 86:9,
86:21, 184:14,
186:24, 202:9,
203:17, 203:20,
217:24
**correspond**
170:20, 215:10
**corresponds**
168:21
**corroborate**
237:6, 269:25
**corroborated**
223:8
**cosmetics**
107:19, 126:24,
127:1, 127:3,
127:17, 128:4,
128:16, 128:19,
136:6, 136:9,
136:12, 136:19,
136:23, 145:9,
145:15, 146:12,
149:25
**could**
11:19, 19:19,
19:20, 43:23,
52:12, 54:24,
61:11, 68:16,
70:18, 72:21,
76:2, 76:12,
76:13, 77:8,
96:9, 101:23,
102:3, 105:1,
108:1, 128:3,
129:4, 145:10,
146:21, 148:4,
148:9, 155:4,

157:9, 158:12,
166:10, 169:2,
175:25, 186:7,
193:20, 199:11,
199:21, 200:6,
200:13, 201:2,
207:15, 208:18,
227:2, 237:2,
240:1, 248:13,
249:2, 250:6,
250:9, 250:13,
264:15, 265:24,
266:15, 266:17,
268:24, 269:6,
270:11, 276:13,
280:22, 284:11,
286:3, 286:6,
286:7, 294:9
**couldn't**
202:5, 249:3
**counsel**
6:14, 9:1, 9:4,
13:2, 100:1,
187:20, 187:23,
188:6, 188:10,
188:11, 192:2,
198:4, 198:19,
200:23, 201:17,
204:19, 209:21,
210:2, 211:3,
223:14, 230:18,
233:5, 240:13,
245:2, 251:6,
252:24, 254:15,
256:18, 281:3,
284:4, 284:13,
292:23, 296:13
**counseling**
20:10, 175:1
**counselor**
4:14, 20:9,
53:23, 55:8,
62:4, 62:18,
62:21, 62:23,
63:9, 64:14,
64:25, 119:2,
119:3, 119:11,
119:19, 119:23,

121:10, 153:3,
153:4, 153:5,
162:2, 162:3,
162:4, 162:13,
162:15, 162:16,
185:2, 193:20,
202:16, 206:24,
206:25, 261:22,
262:22, 287:20,
288:7
**counselors**
53:22, 60:25,
61:22, 63:7,
64:3, 119:12,
121:9, 121:16,
121:18, 133:18,
135:16, 175:8,
175:10, 243:7
**count**
43:14, 57:11,
58:9, 58:19
**counter**
90:25, 91:1
**counts**
57:18
**county**
16:14
**couple**
90:22, 173:19,
214:1
**course**
8:24, 10:18,
10:21, 11:2,
22:22, 30:10,
30:12, 38:11,
38:13, 60:16,
78:13, 89:20,
92:18, 96:24,
120:21, 128:8,
133:16, 154:8,
164:15, 166:1,
166:3, 166:4,
170:13, 239:18,
264:23, 265:10,
269:22
**court**
1:1, 6:6, 7:3,
7:5, 8:6, 8:19,

84:23, 200:5,
200:9, 205:24,
253:25, 292:10,
292:23, 293:2,
293:7, 293:10,
293:17, 293:25,
294:5, 294:8,
294:11
**cover**
26:17
**covered**
20:23
**covering**
44:16
**covid**
25:16, 25:17,
25:18, 27:20,
33:23, 86:7
**creating**
51:9
**creation**
54:1
**credentials**
132:7
**credit**
168:5
**crew**
86:4, 86:15
**crime**
53:18
**criminal**
53:8, 118:22,
278:24, 280:18
**crisis**
205:11
**criteria**
50:9, 52:16,
54:12, 54:23,
55:1, 55:2,
55:11, 109:7,
243:1
**cross-talk**
12:14, 18:1,
26:11, 45:22,
71:3, 81:25,
84:10, 86:24,
93:17, 153:22,
168:1, 172:20,

192:5, 194:6,
197:1, 212:19,
214:22, 215:5,
224:25, 231:3,
241:17, 244:23,
252:4, 257:3,
274:23, 279:11
**crossed**
177:17
**crr**
1:25, 296:3,
296:22
**crude**
227:24
**csp**
23:6, 23:7,
23:9, 24:3,
147:10, 194:11,
195:25, 232:16
**culprits**
249:6
**curious**
68:22, 81:18,
94:11
**current**
15:22, 103:3
**currently**
9:22, 14:12,
16:1, 51:16,
53:20, 189:7,
282:4
**curtain**
70:17, 73:3,
260:4, 260:10,
261:13
**curtains**
70:11, 70:13,
70:14, 70:16,
70:20, 71:19,
72:16, 72:17,
73:4
**custody**
100:24, 111:22
**cut**
12:17, 45:5
**cynthia**
119:9

|   D   |
| :---: |

**daily**
34:8, 38:12,

123:17, 142:4,
268:24, 269:4
**date**
6:8, 7:19,
13:7, 13:14,
18:4, 100:17,
148:20, 156:2,
187:6, 197:12,
211:12, 211:17,
213:24, 214:24,
223:19, 245:25,
265:18, 295:12
**dated**
155:15, 210:12
**dates**
19:9, 19:10,
215:11, 221:11,
226:4, 226:18,
227:3, 249:12,
258:13
**davis**
163:1, 163:8
**day**
8:24, 22:23,
26:22, 26:24,
27:2, 31:4,
36:10, 56:22,
57:6, 57:11,
58:9, 58:18,
60:8, 93:15,
95:3, 95:5,
95:8, 95:18,
109:16, 119:16,
120:20, 121:15,
229:3, 230:2,
236:20, 248:2,
248:19, 248:25,
264:15, 296:19
**day-to-day**
34:6, 123:17,
124:15
**dayroom**
69:13, 69:14,
69:15, 69:18,
73:16, 75:16,
75:17, 75:19,
76:3, 76:4,
76:6, 258:16,

259:18
**days**
26:14, 76:17,
76:19, 77:5,
77:9, 77:14,
78:6, 207:7,
218:20, 218:21,
225:8, 228:19,
229:10, 229:25,
230:1, 230:14,
240:24, 249:24,
264:7, 264:17,
264:23, 272:16
**dealing**
174:14, 227:13
**deaths**
33:22
**december**
14:21, 26:25,
27:3, 27:6,
27:13, 163:12,
163:14, 226:8
**decide**
54:24, 81:14
**decided**
79:6, 88:2
**decision**
97:4
**declaration**
5:15, 7:24,
232:5, 232:7,
232:11, 232:17,
232:21, 232:22,
232:24, 233:2,
234:2, 234:9,
235:20, 241:25,
245:21, 285:24,
286:10, 286:15,
287:1, 287:3,
287:7, 288:14
**declined**
190:4
**declining**
254:15
**decreased**
25:11
**decreases**
25:13, 27:16

deem
280:17
deemed
52:3, 242:10,
242:25, 252:6,
255:11, 255:16,
266:9, 273:20
deeper
182:14
def
4:10, 4:12,
4:20, 4:22,
4:24, 5:9, 5:21,
99:13, 99:15,
128:23, 129:7,
152:8, 152:9,
154:13, 154:21,
166:8, 167:13,
175:23, 183:2,
188:17, 196:3,
197:17, 197:23,
216:15, 239:24,
240:14, 247:8,
256:10, 276:10,
277:2
defendant
3:2, 14:6
defendants
1:9, 2:12, 6:23
defined
169:25
definition
169:24
degree
14:25
delays
157:25, 158:14
deleted
228:21, 229:1
deletes
230:1
deletion
229:22, 230:4
delivered
95:11
delivery
147:1, 294:6
delta
94:20

denied
251:22
department
5:6, 6:21,
14:13, 14:17,
15:19, 20:9,
20:10, 80:16,
143:2, 143:19,
160:14, 164:1,
187:24, 189:23,
214:21, 223:1,
227:13, 279:20,
282:19, 283:19,
283:20, 283:21,
283:22, 283:25
departments
20:1, 122:10
departure
19:1, 19:6,
25:7, 64:21,
119:8, 174:24,
175:6
depending
119:15, 138:2,
139:3, 218:18
depends
262:15
depiction
168:17
deponent
6:22, 295:1
depos
6:12, 7:4,
152:12, 155:3,
175:24, 209:10,
233:9
deposition
1:13, 4:8, 5:3,
6:3, 6:12, 7:21,
7:23, 8:4,
10:22, 10:24,
11:13, 11:20,
12:6, 12:12,
12:19, 12:22,
12:25, 14:4,
27:5, 178:13,
233:12, 296:15
depositions
11:25, 12:5,

13:7
deputy
17:11, 17:12,
17:13, 17:19,
17:21, 17:23,
18:6, 18:11,
19:2, 19:11,
19:16, 19:24,
20:5, 20:19,
20:21, 20:23,
62:3, 64:4,
120:14, 160:16,
160:17, 163:9,
163:13, 163:15,
164:13, 186:15,
224:10, 224:12,
225:14, 227:1,
242:6, 251:16,
263:1, 269:3,
281:23, 282:3,
282:7, 288:13
derogatory
172:5
describe
27:5, 27:9,
28:12, 34:17,
57:15, 57:25,
66:23, 70:3,
70:14, 90:2,
95:23, 96:22
described
24:16, 28:12,
49:9, 78:17,
79:17, 91:8,
93:6, 136:8,
136:25, 138:10,
148:24, 155:21,
165:19, 168:22,
230:4, 234:16,
247:24, 284:6,
284:14, 288:12,
288:21
describes
211:7, 211:12,
211:20, 212:5,
235:20
describing
19:20, 63:17,

64:8, 106:21,
133:23, 135:19,
184:5, 191:7,
219:6, 219:9,
221:11, 224:9,
234:15, 245:22,
245:23
description
289:4
descriptions
289:9
designate
53:3, 292:11
designated
40:2, 43:17,
56:2, 56:8,
84:18, 84:20,
84:21, 94:7,
175:10, 243:12
designation
84:8, 84:11,
84:22, 128:13,
134:8, 165:13,
242:24, 274:10
designations
84:15, 103:15,
169:23, 170:1
desk
125:4, 215:16
desks
90:20
desktop
10:8, 11:8,
11:11, 11:12
detail
98:8, 115:12,
120:10, 144:12,
245:4
details
4:11, 161:14,
254:15
detention
162:7, 162:10,
162:17, 163:1,
163:4
determination
39:8, 88:6,
134:14, 238:22,

250:3
**determine**
118:22, 249:10,
249:13, 273:5
**determined**
128:8, 235:24,
249:16
**develop**
40:17, 40:20
**developed**
41:5
**developmental**
116:13
**deviate**
275:1
**device**
10:24, 11:3,
11:14, 141:15,
141:18, 141:20
**devices**
10:4, 10:7,
141:23
**diagnosed**
134:17, 149:5
**diagnoses**
82:25, 83:11
**diagnosing**
135:5
**diagnosis**
134:11, 186:3
**diagnostic**
80:11, 114:18,
137:5
**diamond's**
88:25, 89:23,
95:23, 102:2,
121:22, 122:2,
137:3, 153:18,
156:5, 158:18,
173:13, 186:17,
188:5, 196:23,
197:14, 201:1,
201:6, 201:16,
201:21, 203:12,
204:19, 208:6,
209:18, 210:15,
211:17, 215:19,
216:4, 219:11,

221:20, 222:20,
222:24, 223:5,
223:12, 223:13,
223:22, 224:18,
226:7, 226:23,
228:25, 229:21,
230:16, 230:17,
231:24, 232:12,
236:3, 236:9,
237:12, 237:13,
242:11, 244:9,
245:13, 246:6,
248:9, 249:10,
249:23, 250:18,
251:1, 254:21,
257:12, 257:15,
257:19, 258:6,
259:17, 264:24,
265:24, 266:3,
266:15, 267:6,
267:15, 267:24,
268:15, 269:9,
271:21, 272:11,
273:5, 275:21,
276:4, 277:15,
278:2, 281:20,
282:10, 290:17,
291:19
**dictates**
194:22
**dictation**
21:6
**differences**
164:15
**different**
11:14, 38:2,
42:15, 43:3,
43:17, 44:4,
45:8, 106:6,
120:18, 124:14,
137:22, 161:11,
169:23, 173:19,
243:2, 246:12,
260:17, 269:5,
270:14, 271:4
**difficult**
8:18, 158:20
**difficulty**
193:23

**dime**
166:4
**dining**
46:17, 46:21
**direct**
21:5, 35:25,
149:24, 233:25,
234:2, 296:26
**directed**
9:7, 282:9,
287:21, 288:6
**direction**
266:13
**directive**
83:25, 275:7
**directly**
21:10, 22:5,
35:14, 78:5,
93:21, 226:1
**director**
17:5, 36:14,
77:24, 78:12,
79:9, 133:15
**directors**
134:6, 134:7
**disabilities**
46:8, 47:21
**disability**
116:13, 116:14
**disappointed**
193:16
**disapproving**
40:15
**disciplinary**
65:17, 80:21,
106:1, 106:3,
106:18, 106:20,
106:23, 107:3,
107:7, 107:14,
151:23, 225:20
**discipline**
235:16
**disciplined**
235:2
**disciplining**
36:17
**discontinued**
275:3, 275:5,

275:7
**discovery**
99:13, 128:23,
152:8, 154:13,
154:21, 166:7,
183:2, 188:17,
196:3, 197:25,
216:15, 239:24,
247:7, 252:10,
255:1, 256:10,
276:10, 277:2,
284:7
**discuss**
185:23, 202:2,
219:2, 287:14
**discussed**
169:12, 169:21,
184:19, 227:22,
259:13
**discussing**
130:17, 179:15,
235:21, 269:19
**discussion**
169:8, 242:2
**disk**
77:8
**dislikes**
172:23, 173:2
**dismissed**
255:3
**disorder**
116:23
**disposition**
222:20, 246:11,
246:24, 247:23
**dispositions**
40:10, 255:1
**disprove**
237:7
**disproved**
223:8
**dispute**
245:9
**distance**
47:23
**distinction**
55:22
**distinguished**
43:11, 44:5,

84:13
**distraught**
278:15
**district**
1:1, 1:2, 6:6
**diversion**
162:20, 162:22,
162:24
**division**
1:3, 6:7,
77:24, 78:11
**doctor**
140:3, 149:8,
149:9
**doctors**
133:20, 134:13,
134:14, 134:17
**document**
99:12, 99:15,
99:21, 100:4,
100:7, 113:3,
113:25, 114:11,
115:8, 115:10,
128:22, 129:14,
129:18, 130:3,
138:21, 140:5,
140:6, 143:4,
143:6, 143:7,
143:15, 152:7,
152:10, 154:22,
161:7, 161:13,
161:15, 161:18,
166:7, 166:10,
168:15, 176:1,
176:9, 179:7,
179:12, 183:1,
183:4, 188:15,
188:16, 188:19,
191:20, 193:25,
196:2, 196:17,
196:19, 197:24,
198:17, 208:15,
209:1, 216:14,
216:18, 220:17,
232:25, 233:18,
234:6, 239:23,
240:6, 240:20,
241:23, 242:20,

243:16, 247:6,
256:9, 276:9,
276:11, 276:25
**documentation**
122:7, 138:25,
156:21, 156:24,
193:11, 282:25,
287:20
**documentations**
215:15, 252:13
**documented**
134:15, 252:3,
268:20, 268:21,
272:23
**documents**
12:6, 14:2,
113:4, 156:8,
171:5, 171:20,
184:21, 196:20,
198:22, 210:3,
210:22, 214:23,
215:3, 218:5,
230:14, 284:5
**doing**
80:14, 92:12,
142:20, 187:18,
229:17, 266:19
**doj**
37:25
**don'ts**
62:12
**done**
7:24, 30:19,
122:3, 122:4,
216:25, 217:20,
218:22, 259:21,
273:23, 276:1,
280:21, 284:9
**door**
42:24, 45:14,
45:15, 45:16,
49:2, 57:3,
57:19, 57:22,
57:25, 58:5,
58:6, 58:7,
58:10, 58:11,
59:7, 59:8,
59:21, 67:4,

67:6, 67:9,
67:11, 67:22,
68:1, 68:2,
68:3, 68:9,
75:25, 88:18,
88:23, 89:8,
90:5, 90:7,
90:8, 90:10,
90:21, 90:22,
90:23, 278:5,
278:17
**doorbell**
263:24
**doors**
40:24, 57:16,
58:2, 58:12,
58:16, 58:21,
58:24, 59:4,
59:9, 59:12,
59:19, 59:24,
60:3, 69:1,
70:12, 71:16,
72:15, 72:18
**dorm**
29:16, 46:2,
49:1, 49:11,
50:25, 51:10,
66:16, 68:5,
69:20, 72:24,
73:22, 91:20,
93:4, 93:21,
207:25, 261:2,
261:3, 262:17,
269:6
**dormitories**
29:9, 29:17,
29:18, 29:19,
29:21, 29:23,
43:11, 43:19,
43:20, 43:23,
43:24, 44:4,
44:8, 44:13,
44:19, 44:23,
46:8, 46:9,
46:13, 46:22,
47:19, 47:20,
47:21, 48:23,
51:14, 52:4,

52:6, 52:15,
53:3, 54:1,
67:2, 67:13,
73:1, 74:5,
83:19, 84:2,
84:3, 84:7,
84:12, 84:16,
84:17, 84:18,
84:19, 84:20,
84:21, 91:15,
93:10, 93:16,
94:4, 224:1,
235:10, 259:1,
271:18, 274:10
**dormitory-wide**
227:22
**dorms**
29:7, 29:8,
46:5, 46:6,
56:13, 94:9
**dos**
62:11
**dotted**
177:17
**down**
13:2, 22:13,
26:6, 26:16,
45:25, 47:10,
69:2, 69:3,
69:11, 90:8,
108:3, 129:20,
129:24, 135:10,
137:1, 138:22,
150:1, 163:8,
167:7, 167:8,
167:20, 178:2,
182:11, 185:16,
185:19, 189:1,
189:5, 199:24,
209:4, 212:4,
215:25, 240:10,
249:7, 260:3,
270:5, 270:23,
276:18, 276:19,
282:18, 283:8,
286:8, 288:1,
288:3, 288:18,
288:25

download
77:7, 282:9,
285:9, 285:14
downloading
229:3
downstairs
91:21
draft
293:3
draw
287:4
drawing
68:15
dress
71:21, 150:14,
150:18, 150:22
dressed
72:12, 95:25,
96:12
dried
72:11
drop
166:4
drug
105:15
drugs
106:12
due
93:6, 93:8,
93:19, 257:13
duly
7:8, 296:4
during
10:11, 10:21,
11:19, 11:24,
23:14, 27:10,
27:16, 27:20,
28:2, 30:4,
30:25, 31:14,
31:16, 31:18,
32:4, 32:16,
33:17, 60:4,
60:10, 63:1,
66:12, 78:17,
80:4, 81:1,
81:3, 83:13,
86:7, 87:10,
92:7, 93:1,

97:25, 101:25,
103:25, 105:24,
116:25, 121:15,
125:20, 127:13,
130:14, 140:8,
149:12, 160:14,
164:10, 164:17,
165:10, 169:17,
170:23, 185:16,
190:22, 192:11,
195:4, 199:15,
199:17, 203:14,
222:6, 229:19,
230:24, 237:17,
252:20, 252:24,
253:3, 255:20,
256:18, 265:9,
266:22, 266:24,
269:17, 270:1,
270:2, 270:15,
275:25, 278:22
duties
19:21, 20:6,
20:8, 21:5,
21:18, 34:5,
34:13, 34:16,
36:20, 39:10,
82:21
duty
35:2, 35:4,
35:7, 35:11,
39:4, 39:6,
39:7, 39:22,
40:9, 40:12,
40:17, 41:19,
41:22, 41:25,
42:6, 42:11,
137:14, 139:8,
174:5, 175:20,
221:8, 223:3,
223:7, 257:8
dysphoria
82:10, 82:12,
82:16, 82:17,
82:21, 82:25,
83:6, 83:10,
116:20, 128:10,
133:12, 134:4,

134:9, 134:16,
134:18, 134:23,
135:6, 135:7,
140:4, 148:10,
149:5, 149:10,
203:12

**E**

each
8:11, 30:17,
30:20, 33:14,
43:16, 43:18,
44:19, 45:1,
52:1, 57:3,
60:14, 62:9,
70:11, 72:24,
73:1, 84:15,
94:13, 102:21,
170:2, 177:6,
177:21, 195:10,
234:10
earl
263:21, 272:5
earlier
9:19, 24:16,
36:2, 44:2,
44:10, 68:8,
72:25, 83:7,
91:8, 93:6,
94:6, 111:6,
117:23, 144:5,
145:18, 153:6,
155:21, 172:21,
173:14, 194:1,
199:14, 202:3,
206:8, 210:14,
238:13, 257:5,
259:13, 274:8,
278:14, 281:11,
286:21, 288:23
eastern
1:18, 6:9
eat
47:3, 47:18
echo
94:21
education
20:11, 34:24,

50:15
educational
14:24, 105:21
effect
98:19, 287:21
effectively
172:16
eight
163:2
either
13:6, 24:17,
55:10, 105:8,
153:12, 236:22,
242:15, 249:21,
250:10, 250:14,
267:19, 294:4
electronic
10:3, 294:3
eligible
109:11
elimination
5:18, 36:24,
37:2
else
8:14, 17:7,
21:1, 21:9,
22:4, 85:15,
144:10, 202:12,
244:3, 252:22,
252:23, 275:15,
292:10
elsewhere
199:9
email
4:14, 4:25,
5:14, 5:24,
130:6, 130:12,
130:14, 130:20,
135:9, 135:19,
135:23, 136:17,
137:9, 140:15,
141:1, 146:13,
146:15, 146:17,
146:21, 146:24,
147:4, 149:24,
150:2, 152:24,
153:13, 153:16,
153:25, 155:12,

184:2, 186:14,
187:8, 189:6,
189:9, 201:13,
201:15, 201:25,
203:2, 206:9,
217:5, 254:20,
294:9
**emails**
4:13, 4:16,
5:4, 5:16, 5:22,
142:2
**emergency**
205:7
**emotional**
185:20, 185:23
**employ**
133:12
**employed**
296:14
**employee**
14:13, 131:1,
189:18
**encounter**
157:12
**encountered**
83:5, 157:24,
160:22, 165:8
**end**
49:20, 56:21,
57:6, 85:3,
91:19, 145:2,
161:1, 163:5,
163:10, 187:4,
206:3, 222:21,
240:7, 254:9,
254:16, 281:6,
290:16, 292:13,
292:21
**endeavored**
272:9
**ended**
58:9
**endocrinologists**
159:22
**endocrinology**
159:25
**enforcement**
15:16, 65:13

**engage**
203:15
**engaged**
36:17, 203:25,
226:11, 234:21
**enhanced**
166:25
**enough**
72:5, 72:8,
176:11, 183:8,
199:5
**ensure**
35:2, 38:23,
41:19, 41:23,
41:25, 42:11,
223:21, 226:22,
228:24, 229:12,
268:22, 274:20
**ensured**
268:20
**ensuring**
36:20, 39:12,
173:9
**entailed**
50:24
**enter**
9:24, 47:8,
61:4, 90:21,
212:6
**entered**
226:7, 257:25
**entering**
63:18, 65:15
**entire**
50:22, 90:25,
91:4, 267:23
**entirety**
183:15
**entity**
280:10
**entrance**
49:4, 49:7
**entry**
64:9, 168:21
**environment**
148:4, 171:9
**equally**
91:25

**equipment**
92:14, 215:12
**equivalent**
45:7, 263:24
**erect**
136:3
**errata**
295:8
**escapes**
19:13, 21:14,
63:3, 131:6
**escort**
275:16
**escorted**
275:8, 275:13,
275:18
**escorts**
274:15, 275:2,
275:3
**esquire**
2:3, 2:4, 2:13,
3:3
**established**
50:11, 51:8
**et**
1:8, 6:5
**evaluate**
244:19, 273:12
**evaluated**
261:14
**evaluation**
201:16, 202:21,
218:22
**even**
55:5, 66:8,
68:16, 76:21,
90:6, 137:17,
143:22, 143:25,
161:17, 207:13,
229:19, 243:21
**evening**
57:10, 292:9
**event**
60:7, 89:15,
172:3, 210:7,
238:23, 243:13,
248:24, 282:11
**ever**
31:18, 73:7,

81:24, 82:3,
88:25, 97:10,
101:25, 105:25,
106:8, 106:14,
108:17, 109:3,
127:16, 128:19,
136:11, 136:18,
136:22, 141:22,
149:20, 157:12,
158:21, 158:24,
159:15, 160:23,
164:25, 170:5,
185:13, 200:25,
201:10, 201:23,
228:24, 229:12,
232:20, 244:8,
246:5, 246:13,
249:22, 250:25,
251:4, 252:15,
253:21, 264:6,
273:4, 273:12,
273:23, 278:23,
288:8, 291:3,
291:18
**every**
37:15, 54:20,
58:7, 64:15,
66:3, 73:21,
84:6, 115:12,
115:20, 175:13,
175:14, 177:1,
177:24, 178:6,
195:10, 216:6,
229:25, 232:2,
276:1
**everyday**
93:18
**everyone**
54:11, 85:7,
148:23
**everything**
21:7, 69:25,
142:17, 222:17,
278:9, 284:13
**everywhere**
73:10
**evidence**
40:13, 40:17,

41:3, 41:10,
41:13, 41:15,
41:20, 47:13,
223:4, 223:12,
223:21, 224:20,
228:8, 230:23,
236:21, 238:14,
238:15, 238:22,
244:15, 250:2,
269:24, 270:9,
270:10, 270:11,
270:13, 270:20,
270:25, 271:9
**evidence-based**
46:3, 46:19,
47:4, 47:11,
47:14, 48:1,
48:3, 48:5,
48:6, 48:12,
48:21, 50:3,
50:5, 50:7,
50:10, 50:22,
51:7, 51:10,
51:13, 51:15,
51:17, 51:23,
51:24, 52:1,
52:3, 52:7,
52:13, 52:17,
52:24, 53:7,
53:14, 53:17,
54:14, 54:19,
56:12, 58:21,
59:13, 60:5,
62:10, 62:22,
62:24, 63:6,
63:10, 66:8,
66:11, 66:16,
84:20, 86:2,
93:4, 144:1,
153:6, 173:25,
181:20, 207:20,
258:20, 272:14,
274:11
**evidently**
238:13
**exact**
18:4, 87:15
**exactly**
45:3, 184:25,

222:9
**examination**
4:2, 7:10,
284:23
**examined**
7:8, 295:4
**example**
26:9, 28:13,
155:20, 172:1,
270:10
**examples**
43:1
**except**
6:23, 73:4
**exception**
149:23, 151:4
**excessive**
106:13
**exclusively**
117:19
**excuse**
22:6, 31:7,
95:6, 178:15,
185:22
**excuses**
185:20
**exhibit**
4:8, 5:3,
99:12, 99:17,
113:3, 113:11,
113:12, 115:10,
115:22, 128:22,
129:10, 137:1,
146:9, 146:10,
152:7, 152:14,
154:14, 154:17,
166:8, 166:12,
167:16, 175:23,
176:2, 178:13,
178:17, 178:25,
179:1, 179:8,
183:5, 188:16,
188:21, 191:12,
191:14, 195:3,
196:4, 196:9,
201:11, 201:12,
201:13, 208:17,
208:20, 211:16,

216:14, 216:19,
233:3, 233:7,
233:13, 233:14,
239:23, 240:3,
241:24, 243:20,
245:20, 247:7,
247:9, 256:5,
256:13, 276:9,
276:11, 276:14,
277:1, 277:3,
285:23, 288:1,
289:16, 289:24
**exhibits**
293:23, 294:3
**exist**
64:20, 281:16
**existed**
145:14
**existing**
284:6
**exists**
174:17
**exit**
42:24, 88:18
**expect**
158:13, 287:6
**expected**
37:18, 150:22,
150:25, 173:3
**expedited**
293:9, 293:11,
293:22
**experience**
11:24, 15:6,
31:1, 59:16,
145:25, 161:15,
193:13, 290:11
**experienced**
28:5, 28:7,
59:15, 116:9,
137:5, 138:17,
221:12, 239:13
**experiences**
193:24
**expertise**
134:3
**expiration**
265:18

**explain**
13:17, 13:19,
78:21, 98:6
**explained**
149:2, 182:15,
193:1
**explaining**
198:2
**explore**
101:22
**expressed**
195:19, 261:7
**expression**
149:15
**extent**
10:19, 151:3,
170:25, 218:8,
225:3, 281:14
**exterior**
42:24, 89:8
**external**
41:11
**extra**
28:18
**eyeliner**
146:2
**eyes**
25:14

**F**

**face**
111:11, 111:17,
111:21, 112:3,
127:22, 147:12
**faced**
100:23
**facial**
158:21, 158:25,
159:7, 159:15
**facilitate**
259:5
**facilities**
55:17, 55:20,
56:1, 56:3,
96:17, 102:14,
107:4, 107:5,
107:14, 109:4,
109:8, 137:17,

157:14, 157:17,
157:22, 157:23,
158:3, 158:7,
162:5, 165:8,
265:16, 273:21
**facility**
15:25, 26:4,
33:11, 33:25,
55:14, 56:9,
78:6, 78:14,
79:9, 79:21,
80:8, 82:7,
85:17, 85:23,
95:4, 96:15,
97:11, 97:18,
98:2, 98:7,
98:10, 98:13,
98:14, 98:25,
101:6, 101:13,
101:17, 101:19,
101:23, 102:3,
102:7, 102:21,
102:23, 103:2,
103:4, 103:6,
105:8, 107:10,
109:12, 109:17,
109:23, 110:1,
110:5, 110:14,
111:7, 111:8,
115:13, 121:14,
122:12, 123:14,
124:9, 124:15,
124:19, 125:2,
125:5, 125:11,
125:12, 127:19,
132:7, 137:22,
137:24, 137:25,
138:4, 138:7,
144:8, 151:13,
160:19, 162:5,
162:8, 162:9,
174:17, 177:2,
178:4, 179:21,
181:12, 181:14,
200:3, 205:10,
205:11, 215:1,
225:13, 234:5,
236:5, 238:3,

243:3, 249:1,
255:22, 256:19,
268:23, 280:15,
285:18
**facility's**
138:1, 180:8,
180:12
**fact**
65:5, 96:17,
98:4, 110:13,
112:19, 175:9,
184:13, 202:25,
226:5, 252:12,
253:6
**factor**
112:17
**factors**
83:21
**facts**
53:21
**factually**
53:16
**failed**
270:5
**failure**
106:5
**fair**
34:12, 87:17,
127:25, 157:7,
158:16, 207:2
**fairness**
276:23
**faith**
51:2, 51:6
**false**
185:14, 236:11,
236:21, 236:22,
237:9, 246:8,
246:15, 249:12,
249:14, 249:16,
251:2, 255:4,
255:11, 255:16
**familiar**
33:5, 33:16,
37:1, 37:21,
38:3, 38:14,
74:8, 77:11,
82:20, 96:19,

102:9, 174:8,
261:18, 279:10,
279:16
**fan**
260:3
**fans**
260:10
**far**
24:2, 24:21,
26:19, 42:1,
45:19, 46:11,
47:7, 47:22,
47:25, 66:25,
69:2, 73:19,
77:13, 83:18,
120:19, 127:4,
150:3, 173:21,
199:23, 227:2,
292:17
**farlow**
279:17, 279:18,
279:19
**farlow's**
280:12
**farther**
89:20
**fatal**
31:22
**fatalities**
34:2
**fear**
273:21
**february**
226:15
**fed**
46:18, 46:22
**federal**
35:17, 36:23,
37:1
**feed**
214:8
**feel**
11:4, 199:5,
199:9
**feels**
82:18, 101:20
**feet**
69:6, 89:24,

89:25, 90:1,
91:3
**feissner**
1:25, 7:4,
296:3, 296:22
**felt**
78:24, 79:3,
79:14, 98:13,
111:7, 158:25,
170:3, 193:6,
234:20
**female**
96:7, 96:14,
96:20, 96:23,
97:1, 97:11,
97:18, 98:2,
98:7, 98:10,
98:13, 98:14,
98:25, 101:5,
101:13, 101:17,
101:19, 101:23,
102:3, 102:13,
103:9, 107:4,
107:9, 107:10,
107:12, 107:13,
107:18, 108:10,
109:8, 109:11,
109:17, 109:23,
110:1, 110:5,
110:14, 111:7,
124:9, 124:19,
125:1, 125:5,
125:11, 126:7,
126:18, 135:24,
136:5, 136:12,
136:18, 136:22,
139:17, 144:7,
145:15, 145:16,
145:24, 146:12,
146:22, 147:6,
147:10, 147:24,
147:25, 148:15,
148:16, 149:25,
150:9, 157:13,
157:14, 157:16,
157:17, 157:22,
157:23, 158:3,
158:7, 158:10,

164:9, 164:13,
164:14, 164:16,
170:12, 170:16
**female-identified**
158:4
**females**
79:3, 148:1,
148:3, 150:10,
164:8, 164:20
**feminine**
107:22
**few**
8:1, 8:5,
47:18, 119:5,
158:22, 264:1,
286:23
**few-page**
188:19
**field**
133:19
**fighting**
32:6, 106:5
**fights**
31:10, 32:12
**file**
62:19, 62:20,
118:21, 123:1,
178:20, 179:3,
181:8, 187:20,
221:23, 222:7,
222:8, 222:12,
222:15, 237:24,
243:9, 246:9,
246:19, 247:4,
263:8, 281:22,
282:2, 292:16
**filed**
33:10, 81:5,
81:17, 81:20,
100:8, 101:4,
125:7, 173:18,
173:19, 173:21,
202:10, 241:13
**files**
156:15, 192:8,
195:5, 222:13
**filled**
156:6, 177:1

**fills**
115:12
**final**
123:25, 231:14
**financial**
296:16
**find**
65:5, 113:18,
129:1, 137:23,
172:1, 178:19,
179:4, 182:17,
217:22, 229:5,
237:3, 275:15
**finding**
242:18, 257:6
**findings**
55:9, 218:25,
232:2, 232:12,
242:16
**fine**
231:16, 294:6,
294:7
**finish**
245:3, 275:14
**finished**
72:11, 191:21,
199:22
**first**
7:8, 8:6,
79:24, 80:4,
81:1, 81:19,
81:21, 82:4,
82:8, 86:13,
87:24, 88:11,
88:13, 88:14,
88:17, 88:19,
88:21, 89:7,
89:8, 89:23,
90:6, 95:1,
97:17, 114:3,
119:10, 135:11,
139:19, 154:24,
156:12, 156:16,
156:19, 156:22,
164:6, 164:21,
168:22, 169:4,
169:10, 170:9,
206:21, 206:22,

206:23, 214:1,
264:13, 269:10,
286:15, 296:4
**fit**
79:4, 79:15,
274:10
**five**
26:13, 26:14,
66:20, 75:4,
75:9, 75:10,
144:22, 231:14,
280:23
**five-minute**
144:18, 205:22
**fix**
213:8
**flattop**
45:25, 47:9,
72:25
**fletcher**
130:23, 146:24
**float**
92:8, 93:5,
93:7, 93:9
**floating**
29:14, 29:16,
29:22, 44:15,
94:3
**floor**
2:7, 45:7,
45:11, 71:1,
76:1, 88:19,
88:21, 89:5,
89:7, 89:11,
89:16, 89:23,
91:24
**floors**
69:7, 91:9,
91:15, 226:8
**fluctuate**
23:13
**fluctuated**
27:18
**focused**
73:16
**folder**
191:10, 233:1
**folks**
49:16, 119:5,

205:23, 209:10,
287:22
**follow**
106:5, 138:15,
145:10, 150:25,
174:14, 175:18,
294:9
**follow-up**
281:3
**followed**
65:22, 65:25,
66:3, 118:13,
121:22, 137:21,
139:9, 149:4,
170:23, 175:20,
177:20, 177:23,
180:17, 180:19,
180:20, 195:9,
218:2
**following**
88:9, 139:15,
146:20, 147:3,
179:15, 235:2,
261:12, 265:25,
266:19, 267:7,
268:11, 273:4,
274:3, 276:4
**follows**
7:9, 148:23
**follows:**
200:10, 254:1
**food**
20:1
**footage**
76:16, 76:21,
77:7, 214:3,
223:25, 225:21,
226:14, 229:3,
229:9, 229:14,
269:4, 285:10
**foregoing**
295:4, 296:7,
296:24
**forget**
177:17
**forgot**
171:8
**form**
4:9, 50:15,

61:6, 61:21,
62:2, 64:10,
64:17, 100:12,
100:15, 112:11,
115:12, 115:14,
115:17, 117:11,
143:13, 180:18,
180:21, 192:4,
196:25, 197:2,
197:4, 209:20,
210:6, 215:22,
230:6, 277:22,
283:16, 286:2,
291:1, 291:7,
291:12
**formal**
145:15
**formally**
151:11, 152:2
**former**
85:17, 116:2
**forth**
70:19, 170:4
**forthcoming**
187:25, 188:2,
230:10, 230:11
**forward**
13:8, 14:17,
41:10, 88:24,
137:14, 138:7,
138:8, 140:5,
182:11, 199:24,
201:8, 243:4,
243:7, 249:2,
249:3, 249:5,
249:7, 259:14,
262:5, 262:10,
270:24, 280:18
**found**
106:9, 217:22,
236:4, 237:22,
242:23, 275:19,
279:8, 284:11
**foundation**
51:4
**four**
43:21, 44:25,
51:25, 70:10,

75:12, 91:3,
161:4
**foyer**
48:22, 67:5,
68:7, 75:5,
75:14
**frame**
33:18, 75:25,
207:6, 223:16,
223:17, 232:9,
264:14
**free**
11:4
**freely**
139:21
**friends**
113:7, 128:24
**front**
42:17, 44:22,
45:20, 45:25,
46:22, 67:4,
67:6, 67:7,
84:2, 87:24,
90:5, 90:7,
90:8, 93:21,
222:7, 237:16,
237:25, 246:10,
246:19, 247:4
**full**
23:16, 70:21,
70:22, 113:16,
133:16, 166:15,
166:21, 293:23,
294:3
**fully**
29:24, 38:23
**functions**
57:25
**further**
129:25, 150:1,
265:25, 266:16,
268:14, 268:22,
270:8, 279:13,
288:3, 296:7

## G

**ga**
2:16, 2:18, 3:7

**gain**
49:3, 49:7
**gang**
54:7, 195:19,
198:13
**gang-affiliated**
24:13, 54:13
**gangs**
195:23, 198:8
**gate**
67:25
**gave**
36:7, 40:11,
54:11, 87:8,
204:21, 270:11
**gay**
169:24
**gdc**
5:5, 5:13,
5:17, 5:20,
5:23, 14:17,
14:19, 14:24,
15:9, 15:13,
15:20, 15:23,
35:19, 55:16,
80:1, 80:23,
81:1, 81:5,
81:17, 82:4,
87:18, 100:23,
102:7, 103:17,
111:16, 111:21,
112:4, 112:8,
112:13, 131:1,
131:7, 132:25,
137:13, 138:10,
142:25, 145:14,
148:25, 150:4,
150:10, 151:12,
165:8, 169:12,
171:4, 173:3,
177:25, 188:4,
188:13, 189:18,
191:3, 193:22,
197:4, 197:25,
214:17, 214:19,
219:14, 221:1,
223:13, 234:17,
238:20, 243:23,

249:10, 249:13,
250:1, 252:23,
261:18, 262:7,
273:11, 275:22,
280:19, 282:19,
283:25, 285:18
**gdc's**
33:1, 33:5,
38:14, 39:17,
39:19, 39:21,
189:17, 241:9
**gdc-issued**
141:18
**gdcp**
138:17, 144:14,
193:20
**gender**
82:10, 82:12,
82:16, 82:17,
82:20, 82:25,
83:5, 83:10,
116:20, 117:5,
128:9, 133:12,
134:3, 134:9,
134:16, 134:18,
134:23, 135:6,
140:3, 148:10,
149:5, 149:10,
149:15, 158:1,
170:20, 203:12
**general**
2:14, 20:9,
84:16, 94:9,
121:9, 139:21,
153:3, 170:1
**general's**
190:1
**generally**
219:7
**generate**
39:22, 140:11,
180:13
**generated**
122:7, 140:17,
229:9
**generating**
177:19
**genital**
203:4, 203:5,

203:16, 203:25,
204:8
**genitalia**
227:25
**georgia**
1:2, 2:14, 5:6,
6:6, 14:13,
14:16, 15:3,
15:19, 16:3,
16:12, 16:14,
23:4, 34:1,
80:11, 80:15,
114:18, 132:18,
132:21, 133:3,
137:5, 264:25,
279:20
**gerilyn**
261:19, 261:21
**gestures**
8:8
**getting**
58:14, 72:10,
86:4, 128:19,
157:8, 157:13,
207:24, 268:25
**gist**
187:7
**give**
26:9, 72:4,
89:21, 113:5,
119:21, 119:22,
140:19, 154:15,
172:1, 182:11,
182:12, 182:18,
185:17, 185:18,
191:2, 249:4,
256:10, 270:8,
270:9, 280:23,
293:13, 293:21
**given**
12:15, 12:18,
33:3, 77:23,
89:4, 92:4,
102:7, 118:6,
132:4, 185:1,
223:15, 223:16,
223:18, 260:12,
260:20, 266:13,

295:6
**giving**
8:10, 28:19,
128:13, 259:3,
270:6
**glad**
95:21
**glance**
33:17
**glass**
69:15, 69:17,
75:21, 75:24,
278:5, 278:18
**glenn**
19:17, 19:18,
19:24
**go**
8:2, 15:15,
18:24, 25:18,
28:5, 32:10,
45:2, 48:2,
56:22, 57:12,
59:8, 60:11,
60:13, 60:21,
63:3, 64:3,
67:8, 69:2,
69:3, 69:15,
90:12, 90:21,
92:9, 98:8,
101:17, 101:19,
111:7, 139:25,
144:7, 148:22,
156:15, 159:3,
159:6, 167:1,
176:10, 193:18,
209:4, 218:16,
227:2, 229:6,
231:13, 241:23,
243:4, 246:18,
247:19, 249:5,
251:19, 261:2,
261:3, 263:25,
268:4, 270:5,
271:17, 275:11,
280:22, 282:18,
284:3, 286:6,
287:22, 291:14
**goal**
50:20, 50:21,

199:4
**god**
161:10
**goes**
57:18, 58:5,
68:3, 91:4,
91:16, 222:17,
229:24, 262:25
**going**
8:7, 9:10,
10:10, 12:19,
13:8, 14:17,
22:7, 45:17,
49:14, 49:19,
50:25, 51:9,
69:25, 71:22,
78:21, 85:2,
86:15, 93:15,
93:16, 95:12,
99:20, 113:8,
113:15, 119:15,
129:18, 130:8,
135:9, 135:10,
138:22, 139:7,
142:17, 144:17,
145:1, 152:11,
152:12, 154:24,
166:9, 166:15,
166:17, 167:1,
167:13, 175:22,
176:5, 176:10,
178:19, 178:24,
183:3, 188:15,
190:8, 196:3,
196:4, 201:7,
202:11, 205:21,
208:16, 208:17,
216:16, 216:17,
224:11, 224:13,
231:17, 233:2,
233:4, 233:12,
240:9, 251:15,
252:17, 252:25,
253:15, 256:18,
262:4, 262:10,
264:2, 266:22,
266:23, 266:25,
267:2, 276:12,

278:9, 278:18,
278:20, 281:6,
286:23, 288:5,
292:20
**gone**
138:23
**good**
6:16, 6:20,
6:25, 7:12,
7:13, 7:14,
19:10, 49:17,
59:11, 78:24,
79:4, 79:15,
85:8, 114:8,
129:21, 131:4,
144:20, 144:24,
159:2, 161:8,
161:13, 167:5,
168:17, 176:16,
183:12, 193:7,
193:8, 205:25,
216:22, 231:13,
233:21, 288:4,
292:9
**google**
81:11, 81:14
**googled**
81:4, 81:18
**gov**
2:18
**gp**
121:15, 121:18,
153:3
**grace**
5:15, 216:10,
217:3, 217:17,
217:22, 232:4,
233:1, 245:21,
285:23, 286:10
**graduates**
51:12
**graduation**
15:17
**graham**
263:15
**granted**
199:13, 199:21,
200:14, 201:3,

252:18, 252:25,
256:19
**granularly**
94:11
**great**
130:4, 244:17,
244:18, 244:21
**greater**
56:4
**green**
3:4, 7:1
**greet**
259:5
**grew**
15:14
**grievance**
4:9, 98:23,
99:3, 99:4,
100:12, 100:19,
109:21, 110:7,
110:11, 125:3,
138:1, 139:2,
242:22, 243:11
**grievances**
99:6, 99:9,
110:1, 125:1,
125:7
**ground**
70:23
**group**
17:15, 21:11,
21:18, 24:17,
24:21, 118:20,
119:14, 259:4
**groups**
42:15, 43:3,
50:14, 259:5
**grow**
108:2, 126:13,
126:15, 150:9
**guess**
11:8, 26:21,
27:5, 79:23,
173:22, 256:2,
267:8
**guidance**
170:24
**guidelines**
151:1, 261:9

**guys**
72:6, 208:1

## H

**habit**
171:12
**hair**
107:21, 107:22,
107:25, 108:2,
108:8, 126:14,
126:15, 126:18,
150:10, 158:21,
158:25, 159:7,
159:11, 159:15,
165:14
**half**
32:2, 83:10,
138:20, 144:18
**hall**
30:13, 46:17,
46:21, 47:1,
47:15, 47:18,
47:23, 275:10
**hallway**
67:25, 68:2,
68:7, 90:9
**hand**
296:19
**handed**
64:11, 64:14
**handle**
263:1
**handled**
39:15, 40:7,
106:22, 262:9
**handwriting**
196:22, 196:23,
220:23
**hang**
72:1
**happen**
33:16, 123:17,
222:11, 238:14,
262:12
**happened**
137:25, 222:9,
222:12, 228:3,
228:4, 228:5,

266:22, 286:3
**happening**
283:8
**happens**
142:19, 142:22
**happy**
95:22, 293:13
**harassed**
181:17, 181:20,
181:24, 206:10
**harassing**
185:11
**hart**
162:7, 162:10,
162:17
**hatcher**
36:13
**hate**
11:23
**he'll**
9:3
**head**
279:6
**health**
20:8, 35:2,
35:8, 55:14,
55:16, 55:19,
55:23, 55:24,
55:25, 56:2,
56:5, 56:9,
82:10, 104:14,
104:17, 104:23,
105:5, 105:9,
105:12, 116:18,
121:6, 121:8,
121:16, 121:18,
122:9, 122:10,
130:24, 130:25,
131:5, 131:7,
131:10, 131:13,
132:9, 133:1,
133:7, 133:16,
133:17, 133:23,
135:15, 148:4,
148:10, 175:3,
185:2, 185:3,
205:9, 287:19,
287:21, 288:6

**hear**
8:25, 12:1,
25:17, 31:10,
81:19, 278:19
**heard**
12:2, 81:21,
81:22, 82:13,
82:15, 82:18,
264:24, 265:2,
287:19
**hearing**
81:23, 260:5,
260:9, 265:10,
265:25, 266:2,
266:14, 266:20,
267:7, 267:14,
267:23, 268:11,
268:14, 268:15,
269:7, 269:12,
290:15, 290:16,
290:22, 291:2,
291:8
**height**
91:4
**heightened**
111:17, 111:21,
112:3
**held**
6:5, 15:8,
18:25, 19:4,
119:6, 161:10,
161:19, 227:21
**help**
68:16, 113:9,
129:9, 215:16,
226:8
**helped**
16:8
**helpful**
30:22, 94:8
**helping**
152:8
**henefeld**
3:3, 3:4, 6:25,
7:1, 292:6,
293:25, 294:2,
294:7
**here**
6:2, 8:7, 63:3,

65:2, 97:15,
113:18, 122:25,
135:3, 139:11,
140:23, 146:25,
153:20, 153:25,
154:8, 168:17,
197:20, 199:8,
202:24, 210:4,
210:24, 213:13,
217:19, 224:9,
238:16, 238:17,
245:22, 281:2,
287:3, 290:2
**hereby**
295:3, 296:4
**hereunto**
296:18
**herself**
117:15, 159:2,
159:6, 203:18,
275:15
**hesitation**
182:20
**hide**
136:2
**high**
23:22, 24:22,
25:8, 26:1,
69:6, 112:24
**high-profile**
78:23, 79:17
**high-resolution**
76:9
**higher**
28:5, 205:10,
280:10, 289:2
**higher-ups**
148:25
**highest**
24:23, 27:19,
27:23, 27:24,
28:4, 28:6, 28:7
**highlighting**
211:11
**himself**
187:4, 244:16
**hiring**
131:14

**histories**
53:8
**history**
80:22, 117:12,
117:18, 117:19,
118:22, 167:22
**hit**
25:17
**hitting**
27:25
**hold**
68:20, 162:5,
191:19
**holds**
67:16, 67:17,
67:18
**holt**
265:9, 265:14,
265:17, 265:23,
266:14
**home**
16:7, 16:8,
16:12, 16:13,
25:19, 81:4
**honest**
27:18, 128:18,
142:14, 182:9
**honestly**
64:13, 124:12,
169:16, 200:17,
247:2
**hope**
85:8
**hopefully**
113:9, 129:8,
178:22, 188:19,
264:1, 281:2
**hoping**
65:8
**hormone**
159:18, 159:20
**hospital**
33:24
**hospitals**
105:2
**hour**
49:15, 144:18
**hours**
28:18, 60:4,

60:10, 93:15,
229:3, 280:25
**house**
23:9, 42:17,
43:23, 43:24,
45:6, 53:3,
60:17, 97:4,
103:9
**housed**
24:2, 42:14,
43:20, 43:21,
43:22, 46:11,
46:13, 50:9,
53:7, 74:11,
74:14, 79:2,
79:20, 83:15,
83:18, 84:4,
88:2, 88:15,
92:21, 101:13,
107:13, 109:4,
109:23, 124:18,
125:15, 125:21,
125:23, 126:6,
126:13, 158:9
**houses**
48:15, 50:8
**housing**
28:23, 28:25,
29:1, 41:23,
42:12, 42:13,
43:6, 43:7,
43:9, 43:15,
43:16, 43:18,
44:5, 46:2,
46:3, 54:6,
72:21, 83:18,
83:21, 118:6,
118:10, 118:17,
121:1, 121:23,
122:2, 122:15,
122:23, 123:10,
123:13
**however**
138:7, 235:15
**huge**
91:2
**hundred**
32:24, 160:15,

168:25

## I

**ia**
280:20
**id**
5:13
**idea**
142:7
**identification**
99:18, 113:13,
129:11, 152:15,
154:18, 166:13,
176:3, 179:9,
183:6, 188:22,
191:15, 196:10,
208:21, 216:20,
233:15, 240:4,
247:10, 276:15,
277:4
**identified**
18:23, 19:15,
112:24, 116:1,
139:4, 149:4,
155:17, 212:10
**identifies**
211:17, 211:23
**identify**
6:14, 17:16,
18:25, 76:13,
82:19, 87:5,
112:15, 113:10,
115:15, 119:6,
147:24, 170:14,
170:16, 178:14,
178:23, 210:3
**identifying**
113:4, 147:25,
198:13, 282:14
**identity**
170:20
**ignorance**
171:11
**ii**
55:14, 55:17,
55:23, 105:6,
105:12
**iii**
55:19, 55:25,

56:2, 56:9,
105:9, 105:13
**illness**
116:14
**immediate**
17:8
**immediately**
39:15, 76:3,
89:15, 199:2,
205:9, 213:22,
235:11, 280:3
**impact**
26:3, 194:4
**impede**
182:19
**impeding**
182:13
**implement**
37:19, 42:11
**implemented**
42:25, 43:2,
73:14
**important**
26:7, 26:8,
148:10, 177:5
**impressed**
163:23
**improper**
13:11
**improve**
179:21
**in-service**
37:14, 168:14
**inappropriate**
234:21
**incarcerated**
79:19, 79:24,
80:1, 80:12,
80:23, 204:1,
212:1
**incarceration**
79:21, 80:5
**incidences**
257:24, 258:2
**incident**
4:23, 137:21,
138:17, 177:7,
177:21, 178:9,

178:10, 178:11,
178:21, 179:5,
185:24, 207:3,
207:5, 207:10,
207:14, 207:19,
208:3, 208:8,
210:16, 211:8,
211:12, 212:11,
219:11, 221:17,
221:18, 222:15,
228:3, 228:4,
228:8, 230:19,
234:15, 234:16,
235:17, 235:21,
236:12, 236:13,
236:14, 236:17,
245:16, 263:18,
264:18, 272:4,
287:23, 288:11,
289:2, 289:5,
289:18, 290:4
**incidents**
33:3, 39:23,
42:8, 110:25,
225:21, 259:8,
265:6, 272:10,
272:13, 273:5,
288:21, 290:8
**inclined**
190:22
**includes**
179:24, 198:6
**including**
36:23, 65:7,
83:2, 104:4,
105:21, 108:13,
116:2, 116:20,
123:4, 136:2,
136:12, 136:19,
205:18, 274:11
**inclusive**
146:12, 166:22
**inconvenient**
294:10
**incorporate**
52:10
**indeed**
117:25

**indicate**
9:3, 257:14
**indicated**
79:16, 85:13,
101:12, 110:7,
116:12, 155:7,
173:14, 181:16,
181:19, 185:9,
193:22, 197:13,
199:9, 231:7,
242:9, 253:10,
254:3, 254:20,
254:25, 257:11,
265:18, 266:14,
270:18, 290:3,
290:17, 292:3
**indicates**
100:14, 117:3,
117:11, 135:24,
186:15, 192:1,
197:6, 197:24,
201:15, 217:8,
235:24, 248:15,
248:16, 248:21,
260:19
**indicating**
100:19, 100:22,
134:10, 153:16,
155:25, 198:12,
246:6, 246:14,
278:8
**indicative**
222:14
**individual**
4:18, 21:24,
44:25, 131:19,
138:6, 171:19,
173:1, 189:10,
194:22, 220:2,
261:4, 279:16,
283:2, 283:3,
283:5
**individually**
64:11, 64:14
**individuals**
17:17, 21:18,
24:15, 52:11,
63:11, 112:15,

118:4, 118:21,
133:14, 170:2,
172:8, 198:10,
251:17, 259:14
**ineligible**
107:9
**influence**
204:5
**inform**
253:22, 254:14,
291:3
**information**
12:15, 12:18,
53:21, 64:2,
64:5, 64:6,
80:18, 81:23,
86:3, 86:14,
94:8, 121:17,
131:23, 131:25,
132:8, 139:10,
140:19, 140:21,
141:1, 159:3,
159:5, 160:2,
182:10, 184:19,
185:1, 185:13,
185:17, 186:22,
186:23, 193:12,
195:23, 199:25,
200:2, 204:21,
219:2, 223:15,
237:3, 237:6,
237:17, 237:20,
246:6, 246:14,
246:25, 247:3,
248:12, 248:20,
249:5, 249:15,
249:22, 250:8,
250:15, 259:2,
259:4, 260:6,
264:12, 267:15,
269:16, 270:7,
271:22, 273:14,
273:15, 277:21,
278:1, 278:3,
278:25, 287:7,
288:9
**informational**
165:24

informed
164:14, 186:16,
251:18, 252:5,
253:5, 255:10
infractions
106:1, 106:3,
106:18, 107:3,
107:8, 107:15
infrastructure
34:10
initial
15:4, 52:2,
121:11, 121:12,
157:5
initially
51:1, 74:13,
74:14, 74:24,
97:8, 133:2,
148:21, 213:10,
214:16
initiate
216:3
initiative
37:24
inmate
20:3, 30:23,
31:2, 31:11,
32:3, 33:22,
34:1, 54:20,
57:18, 58:4,
59:3, 60:7,
63:16, 71:9,
72:21, 74:8,
77:17, 81:17,
107:8, 107:9,
150:15, 171:2,
195:5, 226:6,
226:12, 262:10,
263:13, 263:15,
263:20, 276:2
inmate's
123:9
inmate-on-inmate
31:2, 269:10
inmates
23:6, 23:9,
23:16, 23:19,
23:21, 24:20,

34:10, 35:1,
41:23, 42:12,
42:16, 43:21,
43:22, 45:1,
45:6, 45:17,
46:5, 46:15,
48:1, 48:3,
52:8, 52:25,
53:7, 54:24,
60:10, 60:12,
60:13, 61:4,
61:17, 61:18,
63:17, 64:9,
65:15, 66:3,
69:14, 70:5,
70:8, 71:21,
71:25, 72:22,
80:8, 82:24,
83:4, 104:1,
104:14, 104:19,
104:22, 105:5,
105:9, 105:25,
106:25, 107:2,
107:12, 107:18,
108:6, 108:10,
108:18, 108:23,
108:25, 109:8,
123:19, 124:17,
125:10, 128:3,
131:11, 133:1,
134:18, 134:21,
135:5, 136:9,
136:21, 150:22,
151:1, 151:12,
157:17, 158:4,
190:9, 194:7,
194:15, 194:19,
195:7, 195:19,
257:25, 259:1,
260:3, 260:13,
260:20, 260:22,
261:1, 264:9,
271:13, 271:17,
271:21, 273:20,
274:9
inquire
13:6
inside
47:1, 47:8,

67:12, 67:13,
69:15, 69:16,
69:17, 72:1,
91:17, 132:6,
260:17, 278:6,
278:18
inspection
61:1, 95:9,
159:8
inspections
34:8
install
215:2
installation
214:15, 214:24
installed
73:7, 74:3,
213:2, 213:6,
213:7, 213:10,
213:21, 213:22,
213:25, 214:1,
214:20
installing
73:9, 74:4,
213:23
instance
42:16, 57:1,
94:16, 108:1,
108:7, 171:20,
254:24, 272:3
instances
28:21, 151:14,
239:10, 270:18,
271:20, 272:8,
285:13
instead
72:15, 275:16,
277:1
instituted
140:9
institution
73:10, 120:8,
120:11, 120:13,
121:7
institutional
62:20, 116:3
instruct
9:5, 252:22,

253:21, 255:14,
267:18
instructed
87:1, 223:11,
228:7, 241:2,
251:10, 266:7,
267:11, 275:17
instruction
169:5, 223:17
instructions
87:8, 106:6
insubordination
106:5
insufficient
238:22
intake
86:3, 86:15,
95:10, 95:12,
95:13, 96:4,
121:15
intaked
86:16
integrity
244:18
interact
95:18
interacted
160:11, 164:25,
165:5
interacting
10:19, 165:15
interaction
59:3, 134:14,
135:20, 227:4
interactions
78:10
interest
109:22, 244:11,
296:16
internal
190:15, 190:23,
192:11, 199:15,
199:17, 253:3,
255:22, 280:20
internally
215:2
interrupt
8:20

interruption
253:14
intervened
212:2
interview
15:20, 55:7,
201:7, 220:8,
220:9, 248:17,
250:21, 251:23,
255:5, 255:12,
255:16, 256:23,
257:1, 257:13,
257:21, 270:12,
270:19, 273:2,
289:6
interviewed
55:6, 219:20,
219:21, 219:22,
220:2, 220:6,
220:14, 220:16,
221:7
interviews
186:7, 186:18,
190:12, 194:4,
198:4, 198:19,
200:23, 201:2,
201:18, 251:6,
251:13, 252:17,
252:24, 254:9,
256:18, 288:15
intimidation
195:6
introduced
50:17, 52:18,
95:19, 241:24
investigate
39:5, 39:7,
137:14, 138:13,
174:6, 221:8,
241:3, 256:22,
257:8, 257:15,
257:19, 271:16,
283:10
investigated
38:24, 39:15,
138:18, 182:24,
216:7, 216:11,
219:7, 220:11,

245:5, 245:6,
265:25, 266:16
investigates
185:5
investigating
187:1, 243:23,
280:2, 280:5
investigation
4:21, 40:2,
40:5, 40:6,
41:17, 137:15,
174:9, 175:12,
175:14, 176:23,
177:2, 177:20,
178:6, 182:13,
182:19, 185:16,
187:13, 187:15,
187:18, 190:15,
190:16, 190:23,
192:12, 192:21,
193:8, 195:4,
195:17, 199:3,
199:15, 199:18,
199:22, 216:3,
217:9, 217:14,
217:15, 217:16,
218:1, 218:9,
218:10, 219:10,
221:13, 221:20,
222:4, 222:7,
222:15, 222:18,
230:24, 235:7,
235:12, 235:13,
237:17, 237:20,
238:21, 242:12,
248:3, 248:13,
249:8, 251:19,
252:1, 252:21,
253:3, 254:10,
254:16, 255:23,
259:16, 259:21,
259:24, 261:23,
262:2, 269:15,
269:17, 270:1,
270:2, 271:19,
273:18, 274:3,
279:4, 280:19,
289:12, 289:20,

290:11, 291:11
investigations
40:10, 41:11,
138:8, 143:20,
179:18, 180:14,
184:9, 184:23,
244:4, 244:10,
262:14, 265:19,
266:3, 266:9,
268:6, 269:18,
269:19, 269:23,
278:24, 279:1,
279:23, 280:3,
280:12, 280:13,
280:14, 291:21
investigative
222:8, 257:18,
281:15
investigator
184:24, 185:4,
218:16, 218:23,
244:1, 244:6,
244:20, 245:6,
251:16, 271:16,
272:19, 279:18,
279:19, 279:21
investigators
245:8, 270:6
involve
123:8, 219:19,
256:22
involved
88:5, 97:4,
97:7, 123:16,
131:14, 188:11,
198:7, 244:4
involving
189:22, 234:16,
279:23
issuance
148:15
issue
157:12, 190:19,
213:11, 243:9,
283:7, 293:14
issued
65:18, 96:6,
96:20, 96:23,

96:25, 108:11,
127:19, 136:12,
136:18, 136:22,
146:6, 146:21,
147:5, 147:10,
150:5, 151:11,
152:3
issues
11:24, 16:6,
25:15, 31:9,
33:22, 40:21,
59:12, 59:14,
59:15, 59:23,
144:13, 213:6,
213:9, 214:2,
214:4, 214:6,
215:16, 215:18,
215:24, 267:2
issuing
142:8, 143:9
item
149:19
items
128:15, 135:25,
136:9, 136:17,
140:6, 145:14,
145:24, 146:5,
149:8, 149:13,
156:13, 156:16
itself
292:18
iv
55:25
iw
163:1, 163:8

___

**J**

jackson
3:2, 6:24, 7:2,
16:14, 227:21,
234:17, 234:21,
234:24
jail
116:3
james
16:10
january
16:18, 161:3,

163:11, 163:12
**javel**
3:2, 6:24, 7:2
**jefferson**
16:14
**jennifer**
189:13, 189:15
**jesus**
224:13
**job**
1:23, 15:8,
19:21, 20:6,
21:18, 34:5,
34:12, 34:19,
34:20, 34:22,
50:16, 92:9,
120:18, 218:4,
244:21, 280:9
**jobs**
34:22
**john**
3:13
**join**
16:4, 198:4,
198:19, 200:23,
201:17, 251:12,
252:17, 253:12,
254:5, 254:22
**joined**
6:18, 14:24,
23:10, 25:3,
192:20, 194:14,
199:11, 201:1,
201:17, 252:24
**joining**
15:9, 16:21
**joins**
9:25
**jones**
19:3, 282:7
**judge**
290:16
**july**
4:17, 16:25,
23:11, 25:3,
25:22, 27:6,
27:12, 102:22,
102:23, 155:15,

155:23, 163:14,
163:17, 163:20,
184:3, 187:22,
188:1, 189:21,
206:15, 208:16,
209:18, 210:12,
210:17, 212:6,
213:12, 213:17,
215:20, 219:11,
221:21, 222:25,
223:19, 228:3,
230:18, 230:23,
231:9, 231:10,
231:24, 235:20,
236:4, 236:13,
236:14, 236:21,
237:13, 269:8,
287:12, 288:6,
289:9
**jump**
20:5
**june**
19:1, 19:5,
64:20, 95:6,
95:7, 100:16,
115:23, 119:7,
130:20, 130:21,
133:10, 137:8,
148:14, 163:17,
174:24, 175:5,
213:20, 228:5,
234:15

### K

**kaigler**
17:22, 18:6,
20:7
**keep**
8:5, 8:14,
76:20, 167:17,
171:19, 213:8,
231:14, 276:20
**keeping**
77:13
**kept**
40:23, 41:16,
92:22, 159:2
**key**
57:20, 59:7,

59:9
**khaki**
96:23, 97:1
**kind**
10:19, 15:16,
27:7, 34:13,
34:17, 35:11,
35:22, 39:14,
42:11, 45:15,
54:10, 66:25,
176:25, 195:6,
240:8, 282:25
**kindly**
152:13, 166:10
**kinds**
106:3, 106:4
**knew**
73:13, 163:23,
168:14, 213:1,
220:23, 224:11,
246:25, 253:2,
267:1
**knock**
260:3
**knowing**
165:16
**knowledge**
109:14, 109:18,
110:9, 115:18,
124:19, 124:20,
133:10, 147:9,
150:19, 150:20,
177:4, 215:4,
216:8, 217:13,
242:18, 271:6
**known**
48:13, 103:17,
109:3

### L

**label**
243:2
**lack**
101:1, 249:15,
250:21, 252:6,
257:13
**language**
287:17

**laptop**
10:5, 11:7,
11:15, 11:17
**large**
75:23, 183:8,
209:3
**larger**
114:4, 114:5,
155:1, 209:1,
233:18, 240:9
**last**
15:8, 26:22,
26:24, 27:2,
38:10, 55:7,
57:11, 80:12,
80:20, 80:23,
84:6, 115:1,
132:19, 253:24,
286:2
**late**
27:20
**later**
76:24, 138:20,
162:8, 187:5
**launched**
259:17
**law**
6:21, 15:16,
35:17, 210:23
**lawsuit**
6:23, 81:5,
81:7, 81:17,
81:20, 82:4,
82:8
**lawyer**
186:7, 202:5
**lawyers**
254:22, 290:17,
291:3, 292:16
**layout**
44:22, 45:19,
56:12, 66:22,
66:25, 90:17,
90:19
**leader**
184:13, 184:16
**leading**
34:1

| | | | |
|---|---|---|---|
| **leads**<br>90:10<br>**learn**<br>77:20, 80:3,<br>80:9, 80:24,<br>81:2, 97:10,<br>137:21, 201:10<br>**learned**<br>80:10, 81:6,<br>138:16<br>**least**<br>73:22, 76:5,<br>97:8, 109:20,<br>123:13, 194:7,<br>205:21, 276:24,<br>293:18<br>**leave**<br>10:15, 18:13,<br>161:2, 163:7,<br>195:7, 292:24<br>**leaving**<br>73:9<br>**lee**<br>79:2, 102:18,<br>102:24, 103:3,<br>103:8, 103:11,<br>103:13, 103:20,<br>104:1, 104:13,<br>104:22, 105:4,<br>105:10, 105:11,<br>105:16, 105:25,<br>107:17, 108:7,<br>108:10, 108:18,<br>108:23, 109:2,<br>127:13, 160:12,<br>160:17, 160:18,<br>160:20, 160:21,<br>160:25, 163:6,<br>163:9, 163:15,<br>164:6<br>**left**<br>21:3, 21:12,<br>21:13, 45:24,<br>46:2, 47:2,<br>47:7, 47:10,<br>49:5, 51:19,<br>51:21, 67:10,<br>73:11, 73:12, | 73:13, 74:3,<br>74:20, 74:23,<br>79:1, 88:14,<br>160:18, 161:4,<br>162:17, 235:14<br>**legal**<br>22:11, 187:20,<br>189:16, 190:10,<br>192:2, 193:16,<br>201:16, 201:21,<br>202:21<br>**length**<br>13:7, 70:21,<br>70:22, 108:8,<br>126:18<br>**lesbian**<br>169:24<br>**less**<br>47:24, 158:11<br>**let's**<br>27:6, 37:7,<br>55:12, 85:1,<br>85:10, 97:3,<br>105:23, 130:11,<br>130:19, 137:2,<br>152:5, 152:20,<br>154:11, 172:1,<br>174:8, 182:17,<br>183:1, 183:13,<br>188:14, 196:2,<br>205:20, 232:23,<br>241:23, 245:20,<br>247:5, 263:4,<br>276:22, 276:25<br>**letter**<br>5:10, 84:8,<br>84:11, 84:13,<br>94:14, 208:10,<br>210:20, 211:7,<br>211:19, 248:16<br>**level**<br>28:4, 55:14,<br>55:17, 55:19,<br>55:23, 55:25,<br>56:2, 56:9,<br>67:14, 67:15,<br>91:18, 103:11,<br>103:14, 105:6, | 105:9, 105:12,<br>105:13, 174:18,<br>205:10, 236:5,<br>238:3, 243:3,<br>249:1, 256:19,<br>263:1<br>**levels**<br>25:10, 42:1,<br>42:7, 67:14<br>**lieutenant**<br>244:7<br>**life**<br>164:11, 165:2<br>**likely**<br>33:2, 151:15,<br>164:21, 200:17,<br>200:20, 231:13,<br>273:2<br>**likes**<br>172:22, 173:2<br>**limited**<br>127:12<br>**limiting**<br>201:6<br>**line**<br>283:6, 285:17<br>**lipstick**<br>127:9, 146:1,<br>146:3<br>**lisa**<br>1:25, 7:4,<br>177:13, 296:3,<br>296:22<br>**list**<br>18:23, 143:16,<br>168:20<br>**listed**<br>168:24, 174:13,<br>198:9<br>**literature**<br>51:11, 52:18,<br>166:2<br>**litigation**<br>143:1, 187:24,<br>188:2, 188:7,<br>188:10, 189:21,<br>190:11, 226:24,<br>229:13, 229:19, | 230:5<br>**little**<br>56:11, 83:10,<br>89:20, 108:4,<br>114:4, 127:9,<br>129:15, 129:24,<br>152:17, 158:20,<br>160:10, 166:18,<br>166:25, 167:3,<br>176:12, 176:14,<br>182:12, 183:10,<br>205:21, 205:23,<br>209:2, 209:4,<br>233:21, 247:15,<br>288:2, 289:2<br>**live**<br>60:20, 121:19,<br>214:8<br>**lives**<br>50:13, 51:6,<br>121:4<br>**living**<br>43:9, 120:21,<br>120:22, 120:23<br>**lobby**<br>22:19<br>**local**<br>18:18<br>**locate**<br>113:8, 209:11<br>**located**<br>47:5, 66:11,<br>66:14, 66:15,<br>68:18, 75:10,<br>75:11, 75:13,<br>75:14, 282:16<br>**location**<br>47:12, 211:23<br>**locations**<br>30:14, 221:11,<br>275:19<br>**lock**<br>56:16, 58:8,<br>59:10, 249:6<br>**locked**<br>40:24, 56:14,<br>56:19, 56:21,<br>56:25, 57:10, |

58:22, 59:19,
60:4, 67:22,
68:2, 68:3,
68:9, 274:2
**locking**
45:15, 45:16,
59:25
**locks**
57:21
**log**
215:23
**logged**
283:1
**long**
9:6, 14:19,
18:9, 107:25,
108:4, 120:4,
132:18, 150:10,
157:24, 158:4,
161:20, 256:2
**longer**
76:21, 77:13,
205:23, 234:24
**look**
54:8, 76:3,
87:21, 91:13,
91:21, 154:11,
188:14, 191:6,
193:7, 196:2,
232:23, 247:5,
269:5, 276:25,
285:10, 286:22,
287:10
**looked**
59:22, 80:7,
80:13, 80:15,
146:9, 206:8,
284:14
**looking**
34:9, 65:4,
76:12, 123:1,
167:11, 182:14,
288:23, 289:21
**looks**
91:20, 167:22
**loop**
142:18
**lose**
11:25, 107:13,

154:4
**lost**
25:16, 84:23
**lot**
22:7, 22:9,
25:15, 25:16,
26:16, 31:8,
37:16, 52:11,
52:16, 80:8,
124:13, 131:21,
161:10, 161:11,
169:25
**loud**
127:6, 151:20
**low**
23:24, 24:24
**lowest**
25:21
**lpns**
133:21
**lunch**
9:12
**lying**
106:6

## M

**ma'am**
45:23, 65:10,
114:23, 115:2,
115:16, 115:19,
115:20, 115:25,
116:6, 116:11,
116:24, 117:2,
117:6, 117:10,
124:20, 129:17,
129:23, 157:5,
160:5, 166:20,
171:1, 197:19,
219:12, 222:22,
254:11, 293:10,
294:2, 294:7
**macon**
1:3, 6:7,
264:25
**madam**
200:5
**made**
28:19, 52:15,

52:17, 75:21,
76:9, 93:8,
99:8, 108:18,
109:16, 123:9,
137:8, 142:13,
142:15, 144:4,
147:2, 149:24,
157:4, 181:10,
181:13, 184:6,
185:9, 192:23,
193:15, 194:10,
195:24, 198:18,
199:20, 200:12,
200:16, 202:17,
212:14, 225:3,
228:19, 229:8,
234:4, 235:3,
243:17, 243:22,
248:17, 249:17,
254:21, 255:21,
257:23, 259:11,
259:12, 261:13,
263:5, 263:8,
264:16, 268:20,
271:8, 280:2,
288:12
**main**
45:11, 46:21,
67:14, 149:18,
272:19
**maintain**
62:14
**maintained**
62:17, 64:24,
281:20, 282:1
**maintenance**
20:4, 59:24,
282:15, 284:12
**major**
214:2, 214:4,
214:6
**majority**
60:8, 84:16,
250:24
**make**
8:19, 18:23,
28:8, 28:16,
34:19, 34:21,

34:23, 35:7,
39:8, 40:5,
50:22, 66:21,
78:12, 78:14,
113:15, 114:3,
114:5, 123:18,
123:22, 124:22,
129:15, 138:6,
139:9, 142:15,
154:25, 158:19,
165:13, 166:15,
175:20, 177:16,
183:13, 209:1,
225:2, 227:8,
233:18, 238:22,
240:9, 250:2,
259:3, 262:3,
262:8, 263:9,
273:10, 275:25,
287:6
**makeup**
127:6, 127:7,
127:8, 127:11,
127:21, 127:24,
145:21, 147:11,
147:14, 147:17,
147:21, 151:6,
151:7, 151:8,
151:11, 151:15,
151:19, 151:24,
151:25, 152:2
**making**
35:16, 92:11,
174:3, 181:24,
195:21, 232:17,
283:4
**male**
48:15, 96:6,
96:8, 96:13,
96:24, 98:14,
107:4, 109:8,
111:8, 150:11,
150:21, 150:22,
151:1, 151:13,
162:9, 164:15,
164:19, 170:14,
171:8, 181:9,
181:11, 181:14,

260:13
**males**
162:21, 162:22
**man**
26:8
**manage**
29:9
**management**
102:10
**manager**
130:24, 218:25,
235:9
**manager's**
40:24, 218:4
**managers**
20:22
**managing**
28:22
**mandatory**
173:9
**manipulate**
59:18
**manner**
38:24, 43:17,
145:15, 146:23,
237:11
**manning**
29:1
**manual**
57:4
**manually**
58:16, 59:7
**manufactured**
106:12
**many**
23:6, 23:9,
23:15, 23:17,
23:21, 24:20,
25:2, 28:25,
29:25, 31:24,
32:15, 43:7,
44:11, 44:19,
48:9, 48:18,
66:18, 78:9,
78:11, 83:4,
92:3, 98:18,
106:6, 160:13,
169:6, 169:14,

171:4, 186:25,
200:16, 200:18,
239:9, 239:10,
239:15, 244:25,
248:19, 263:7,
271:24, 272:2,
274:19
**march**
169:1, 258:17,
259:9, 259:19,
260:2
**marijuana**
279:7
**mark**
99:11, 113:2,
128:21, 152:6,
178:12, 188:15,
191:8, 216:13,
238:8, 238:24,
247:6, 250:4,
276:8
**marked**
41:16, 99:17,
113:12, 129:10,
152:14, 154:12,
154:17, 166:12,
175:23, 176:2,
179:8, 183:5,
188:21, 191:14,
195:3, 196:9,
208:15, 208:20,
216:19, 231:24,
233:14, 236:9,
237:12, 237:13,
238:3, 240:3,
247:9, 248:3,
248:9, 248:25,
249:18, 250:20,
250:22, 251:7,
251:11, 256:5,
276:14, 277:3
**marking**
257:12
**matched**
157:25
**material**
169:20
**materials**
218:1

**matter**
6:4, 41:5,
65:5, 173:4,
184:13, 205:6,
226:25
**maximum**
103:15, 103:17
**maya**
189:10
**maybe**
178:22, 253:23
**mds**
133:20
**meal**
85:8
**meals**
46:16
**mean**
12:17, 27:23,
60:23, 61:3,
62:8, 68:4,
79:18, 85:22,
134:12, 156:22,
161:18, 162:13,
165:12, 165:22,
165:25, 184:15,
187:15, 200:22,
206:23, 206:24,
213:15, 214:5,
214:18, 283:7,
284:1
**meaning**
66:2, 237:2,
255:4
**means**
8:4, 106:24,
238:12, 259:10,
296:26
**meant**
61:1, 199:1
**measurements**
72:4
**mechanical**
59:23
**mechanism**
60:1
**mechanisms**
59:25

**media**
22:17
**medical**
16:6, 48:4,
48:5, 48:7,
101:2, 104:15,
104:19, 131:13,
132:14, 132:15,
132:18, 132:21,
133:2, 133:15,
133:16, 133:19,
133:24, 134:6,
134:7, 144:15,
149:9, 160:7,
160:9, 161:2,
163:7, 174:25,
203:23, 204:6,
204:7, 204:9,
204:13, 205:7,
218:20, 218:21,
274:21, 275:8,
275:9
**medically**
218:22
**medication**
48:8, 274:21
**medium**
103:15, 103:21
**meeropol**
2:4, 6:19,
293:17
**meet**
12:21, 12:24,
13:22, 55:11,
95:1, 95:22,
121:9, 243:1,
243:5, 259:5
**meeting**
4:14, 10:12,
13:15, 37:15,
164:13, 164:14,
184:20, 187:5,
219:1, 219:3,
227:22, 259:4
**meetings**
37:14, 165:24
**member**
118:25, 119:16,

174:23, 223:24,
224:6, 224:8,
224:17, 227:5,
227:9, 227:21,
227:25, 259:22,
260:9, 261:15,
282:8
**members**
23:25, 24:21,
131:22, 140:11,
174:25, 198:14,
253:10, 254:3
**memo**
5:18, 61:21,
64:10, 64:16,
64:17, 185:19,
247:21, 248:10,
277:11, 289:16
**memorandum**
64:19, 249:20,
277:25
**memory**
163:24, 166:5,
171:8, 221:24
**memos**
62:2, 63:19,
63:21, 64:4,
64:14, 276:4,
276:6
**men**
108:25, 112:2,
157:24, 160:13
**men's**
23:2, 111:11
**mental**
20:8, 55:13,
55:16, 55:19,
55:23, 55:24,
55:25, 56:2,
56:5, 56:9,
104:17, 104:23,
105:5, 105:9,
105:12, 116:13,
116:18, 121:6,
121:8, 121:16,
121:18, 122:9,
130:24, 130:25,
131:5, 131:7,

131:13, 132:9,
133:16, 133:17,
133:23, 135:15,
175:3, 185:2,
185:3, 205:9,
287:19, 287:21,
288:6
**mention**
194:20
**mentioned**
30:3, 38:5,
47:4, 63:15,
68:7, 70:3,
73:5, 122:18,
141:24, 146:14,
168:12, 181:23,
202:3, 206:25,
274:1
**mentors**
258:21, 258:23,
258:24, 259:5,
259:8
**message**
141:3, 154:12,
190:8, 277:7
**messaged**
141:12
**messages**
141:5, 141:8,
141:10, 141:16,
141:22, 142:2,
142:5
**met**
40:11, 50:8,
52:16, 54:12,
55:5, 90:22,
95:3, 134:13,
160:14
**methods**
59:21
**mhm**
131:2, 131:3,
132:10
**middle**
1:2, 6:6,
33:13, 69:5,
182:16, 190:15,
211:10

**midsection**
108:3
**might**
8:25, 10:2,
21:24, 29:11,
85:22, 143:1,
144:18, 158:13,
158:19, 168:9,
169:1, 194:4,
201:6, 231:12,
271:9
**mind**
8:5, 8:14,
10:17
**minimize**
209:25
**minimizing**
10:18
**minimum**
103:15, 103:21,
127:5
**minute**
21:17, 110:19,
221:22, 246:2
**minutes**
144:22, 231:14,
264:1, 280:23,
280:25
**mirrors**
69:23, 69:24
**misconduct**
36:18, 225:13
**mislabeled**
191:9
**miss**
177:18
**missing**
168:3, 168:4,
168:9, 168:13
**missions**
103:13
**misstates**
230:7
**mistake**
286:1
**mistaken**
86:6, 88:9,
95:5, 96:1,

97:20, 211:1
**mitchell**
21:25, 22:2,
24:24
**mixed**
207:25
**mm-hmm**
171:24
**modify**
213:8
**moment**
113:5, 172:2,
256:11, 266:25
**monitor**
6:9, 175:2,
175:4, 243:7,
268:23, 283:10
**monitored**
24:18, 275:22
**monitoring**
180:3
**monitors**
175:11
**month**
207:9, 227:16
**month-long**
158:14
**months**
139:16, 153:17,
157:9, 157:16,
159:25, 214:2
**more**
13:22, 26:7,
26:8, 28:20,
28:22, 29:22,
31:1, 57:4,
90:1, 94:11,
114:13, 127:12,
128:19, 144:22,
153:17, 167:3,
176:14, 183:10,
192:24, 199:9,
200:17, 200:20,
208:3, 242:22,
268:17, 284:13
**morning**
6:16, 6:20,
6:25, 7:12,

7:13, 58:13,
59:5
**most**
23:23, 28:25,
29:3, 29:7,
29:8, 76:15,
154:7
**motivated**
15:13, 16:4
**move**
114:15, 114:22,
114:24, 195:7,
199:24, 243:6,
249:2, 249:3,
249:5, 249:7,
270:24
**moved**
52:20, 74:15,
74:25, 231:8,
231:9
**moving**
139:21
**much**
23:13, 55:24,
98:8, 166:19,
181:6, 256:14
**multiple**
44:8, 44:12,
44:13, 73:23,
172:6, 172:8,
172:10, 181:20,
181:22, 185:10,
198:20, 205:4
**must**
174:13
**mute**
10:12, 10:14,
286:3
**muting**
10:17
**mutual**
13:8
**myself**
62:2, 64:4,
95:19, 97:24,
110:19, 120:13,
151:17, 171:11,
255:18

**N**

**na**
49:1, 66:15,
66:18, 67:3,
67:9, 67:22,
68:6, 73:6,
74:2, 74:14,
74:19, 74:20,
74:21, 74:23,
74:25, 86:12,
88:12, 88:13,
125:23
**name**
6:25, 7:16,
17:17, 18:19,
19:13, 21:1,
21:14, 21:17,
21:24, 22:17,
22:22, 63:3,
65:5, 65:11,
93:22, 94:14,
119:7, 119:14,
119:21, 119:22,
153:8, 160:7,
164:12, 175:9,
178:20, 179:2,
179:3, 200:7,
214:14, 224:13,
227:5, 263:17,
269:2, 274:1,
283:20, 284:2
**named**
6:23, 36:2,
74:8, 77:17,
77:25, 78:19,
135:12, 189:10,
261:19, 263:15,
263:20, 279:16
**names**
22:8, 94:12,
125:25, 126:4,
153:12, 182:18,
185:18, 198:9,
218:13
**nature**
31:13, 92:13,
98:2, 142:6,

142:23, 143:18,
165:15, 166:2,
181:25, 194:16,
200:3, 202:15,
227:15, 242:22,
272:22, 274:20,
280:18, 283:11
**nb**
67:3, 67:11,
67:12, 67:22,
68:9, 68:10,
68:17, 68:23,
70:8, 72:3,
73:5, 73:8,
73:14, 74:1,
74:2, 74:3,
74:11, 74:15,
74:18, 74:23,
74:25, 75:1,
75:3, 75:10,
75:17, 75:19,
76:8, 76:14,
88:10, 88:17,
88:18, 125:23,
282:14
**ne**
3:5
**near**
23:4, 286:6,
287:11
**nearly**
250:18
**necessarily**
59:6, 151:17,
170:22, 238:10,
262:25
**necessary**
10:10, 22:15,
52:19, 259:2,
274:18
**need**
11:3, 26:17,
34:22, 65:7,
77:6, 129:15,
129:20, 154:25,
185:20, 187:2,
187:3, 209:5,
226:1, 243:8,

293:3, 293:22,
293:24, 294:1,
294:4
**needed**
12:20, 28:18,
34:23, 35:9,
64:5, 104:19,
105:2, 179:25,
180:3, 180:6,
190:1, 224:23,
225:5, 249:5,
273:6, 273:13,
275:11, 292:11
**needing**
144:21
**needs**
166:24
**negatively**
194:4
**neglected**
19:19
**neither**
296:12
**nettles**
152:25, 153:2,
153:14
**never**
23:15, 23:16,
47:2, 133:8,
147:9, 164:7,
186:6, 236:20,
236:22, 254:8,
255:10, 260:16,
263:2, 267:11,
267:13
**new**
2:8, 22:16,
22:19, 36:12,
51:13, 163:8,
259:1
**next**
10:2, 18:24,
19:14, 114:10,
114:13, 114:15,
114:22, 235:19,
264:1, 276:9,
288:2, 288:25
**nice**
205:24

nipples
136:3
nodding
8:9
non-prea
243:9
non-truth
238:11
nonconforming
117:5
nonetheless
286:21
nonviolent
24:9, 104:2,
117:20
normal
142:4, 229:25
normally
58:19, 58:23,
122:6, 159:1
north
36:14
nose
31:7
notations
195:22
note
149:23, 286:3
noted
55:4
notes
12:8, 186:6
nothing
80:20, 127:6,
214:7, 267:4,
284:13, 285:11,
285:15
notice
5:10, 15:20,
143:12, 208:12,
208:15, 209:17,
210:9, 210:15,
223:24, 224:20,
227:10, 227:11,
227:12, 227:17
notices
204:18
notification
138:24

notified
116:8, 124:8,
204:17, 204:22,
206:13, 206:17,
207:3, 207:5,
207:8, 207:13,
234:19, 251:21,
251:25, 255:2
notify
215:16, 251:4,
252:15, 252:23,
253:1, 255:13,
255:14
november
19:7, 216:9,
217:6
number
6:3, 6:7,
23:13, 30:4,
30:16, 32:18,
32:21, 33:2,
33:14, 33:18,
89:13, 128:25,
141:20, 166:22,
191:2, 196:11,
205:15, 211:6,
240:14, 276:11,
282:18
numbered
38:15
numbers
33:1, 33:8,
33:15, 185:18
numerous
32:1, 97:23,
268:6, 273:19
nurse
41:8, 41:9,
203:17
ny
2:8

___O___

oath
254:13
object
286:1, 291:1,
291:7, 291:12

objection
9:2, 13:1,
13:3, 13:11,
13:13, 13:20,
61:6, 112:11,
143:13, 186:9,
192:4, 209:20,
209:25, 210:5,
210:6, 230:6,
236:6, 267:25,
277:22
objections
8:25, 210:1,
286:4
objects
9:4
observe
27:15, 31:6,
31:9
observed
151:18, 158:21,
265:6, 272:15,
278:14
obtain
77:6, 128:10,
128:15, 204:3
obtaining
139:6
occasion
13:23, 192:24,
195:10
occasional
32:7, 32:12
occasions
98:18, 106:8,
106:14, 193:14,
205:4, 271:12,
287:15, 287:23
occur
58:18, 182:2,
182:4, 236:17,
236:19, 238:4,
247:1, 249:24,
257:1, 273:2
occurred
207:4, 211:13,
212:11, 238:23,
243:1, 272:22

occurrences
142:4
occurring
55:3
occurs
142:22
october
18:3, 197:7,
197:12, 205:18,
226:10, 256:16,
257:24, 258:7,
263:4, 263:6,
263:8, 263:10,
272:4
offender
4:9, 4:11,
4:13, 4:15,
4:16, 5:22,
5:24, 51:4,
55:4, 55:8,
57:18, 58:6,
62:9, 64:15,
65:18, 71:5,
72:8, 77:25,
78:19, 78:24,
79:17, 96:13,
96:23, 96:24,
100:12, 115:11,
115:12, 115:20,
120:7, 120:10,
120:12, 121:4,
121:7, 122:11,
134:15, 137:24,
140:1, 147:17,
149:9, 149:21,
185:3, 192:8,
192:10, 195:12,
218:12, 218:13,
218:18, 231:7,
231:8, 274:7,
277:15, 278:8,
290:3, 290:12
offender's
62:19, 118:21,
187:17, 190:14,
190:22, 192:15,
199:16
offenders
21:19, 23:12,

34:23, 35:8,
43:23, 43:25,
46:4, 46:12,
46:18, 48:16,
50:8, 50:12,
50:19, 51:12,
52:11, 52:16,
53:10, 53:13,
53:15, 54:13,
55:23, 56:22,
57:12, 58:14,
59:18, 60:18,
64:1, 64:11,
67:17, 67:18,
67:19, 69:10,
76:13, 80:17,
83:8, 83:9,
83:14, 84:4,
91:5, 96:20,
103:9, 103:11,
103:21, 104:10,
105:13, 105:19,
106:8, 106:14,
111:17, 111:20,
112:9, 118:9,
120:17, 120:19,
122:19, 122:20,
123:4, 125:15,
125:18, 126:1,
126:5, 126:12,
126:23, 134:15,
145:11, 146:6,
147:21, 149:14,
150:6, 150:9,
150:17, 150:22,
151:15, 157:9,
157:14, 160:11,
164:2, 164:5,
165:6, 168:22,
169:6, 169:22,
170:7, 181:24,
185:6, 187:19,
192:1, 230:12,
258:24, 261:3,
280:7
**offenses**
24:7, 24:10,
54:3, 104:2,

104:4, 104:11,
106:7
**offensive**
172:10
**offered**
52:25, 274:15
**office**
2:14, 22:14,
40:24, 99:7,
128:12, 131:16,
140:6, 156:14,
190:2, 225:4,
281:23, 282:3
**officer**
4:18, 25:25,
28:1, 28:3,
28:22, 29:9,
29:12, 29:18,
29:22, 30:2,
30:17, 30:21,
35:8, 42:18,
42:22, 44:15,
49:3, 49:6,
56:24, 57:2,
57:17, 57:21,
58:4, 58:5,
58:8, 58:10,
58:15, 59:4,
90:13, 91:6,
91:19, 92:11,
92:17, 93:20,
94:2, 95:15,
162:2, 162:11,
162:14, 272:18,
272:24, 273:2
**officers**
26:12, 26:13,
26:15, 26:17,
27:17, 28:18,
28:20, 29:1,
29:22, 29:25,
30:11, 39:3,
39:4, 44:12,
92:3, 92:11,
92:16, 93:12,
93:14, 94:3,
151:22, 207:1,
272:9, 272:14,

276:3, 276:6
**offices**
63:13
**official**
27:2, 164:24,
243:23
**officials**
116:8, 188:5,
192:23
**often**
24:16
**oh**
25:23, 65:23,
66:9, 108:9,
108:24, 110:8,
119:9, 124:2,
127:18, 146:1,
160:15, 161:17,
161:21, 168:23,
170:11, 220:15,
224:13, 268:17,
272:18
**old**
153:11, 218:20,
218:21, 291:9
**once**
29:17, 40:4,
40:11, 51:8,
56:25, 57:17,
57:21, 58:4,
68:10, 68:24,
86:5, 86:15,
88:16, 90:21,
99:6, 137:23,
149:3, 149:8,
205:4, 213:22,
217:15, 218:12,
218:23, 223:24,
224:19, 226:24,
229:13, 237:19,
264:12, 266:12,
270:23, 275:12
**one-page**
99:21, 113:25,
152:9, 176:1,
176:9, 179:6,
183:3, 216:18
**one-person**
60:17, 261:5

**ones**
30:11, 134:8,
149:16, 170:16
**ongoing**
37:13
**only**
58:8, 58:21,
71:9, 79:14,
85:18, 108:20,
119:22, 141:12,
145:21, 147:13,
147:16, 149:16,
151:4, 175:10,
220:10, 223:23,
237:15, 238:1,
248:21, 273:25,
275:9, 275:10,
279:9, 279:14,
283:3, 293:12
**open**
40:25, 42:20,
43:18, 43:22,
49:3, 49:6,
54:20, 67:11,
68:25, 69:6,
69:8, 69:20,
73:16, 90:20,
90:23, 187:6,
260:10, 261:14,
291:10
**opened**
59:7, 68:10
**opens**
90:8
**operation**
34:13, 34:18
**operations**
17:14, 26:3,
26:19, 28:9,
34:6, 79:9,
119:4, 119:20,
124:16, 265:16
**opinion**
112:1, 243:15,
250:6, 250:9
**opportunity**
15:17, 18:15,
18:17, 54:12,

260:13, 260:21, 262:7, 270:8

**opposed**
8:8, 243:13

**opposite**
82:19, 254:17

**opted**
25:18

**order**
34:22, 59:11, 215:7, 215:21, 283:17, 293:14, 293:21

**orders**
215:10, 292:24

**ordinary**
272:16, 293:5

**org**
2:10

**original**
156:6

**ostracize**
54:10

**other**
6:22, 10:3, 10:4, 11:16, 11:21, 15:19, 22:19, 26:7, 28:15, 29:15, 32:3, 32:6, 39:10, 43:12, 44:6, 45:5, 45:17, 45:18, 47:18, 52:3, 52:21, 60:13, 61:18, 63:5, 68:4, 68:8, 69:23, 72:22, 79:20, 90:15, 93:21, 103:2, 105:18, 122:19, 122:20, 124:17, 125:4, 125:9, 125:14, 125:18, 136:8, 136:9, 136:21, 137:18, 138:1, 141:23, 149:13, 149:22,

154:10, 185:15, 190:19, 192:14, 212:1, 217:12, 226:18, 231:2, 235:10, 244:1, 257:14, 257:18, 257:20, 260:17, 260:21, 265:5, 268:13, 270:20, 271:17, 273:14, 273:20, 275:1, 281:22, 283:6

**others**
63:18

**otherwise**
9:4, 24:18, 224:21, 296:16

**out**
16:8, 22:14, 22:18, 54:1, 54:5, 61:21, 61:22, 64:11, 64:14, 68:6, 69:10, 72:12, 83:9, 87:12, 91:13, 115:12, 137:23, 142:4, 152:9, 156:11, 161:2, 163:7, 171:10, 177:1, 182:17, 225:16, 229:5, 257:6, 272:16, 281:2, 283:10, 283:14

**outcome**
193:17, 195:16, 273:18, 280:3

**outcomes**
232:12

**outlined**
138:16, 138:24, 145:9, 149:1, 261:8

**outlines**
150:14

**outside**
41:8, 48:7, 69:17, 120:8,

120:10, 120:13, 131:12, 132:25, 212:16, 212:24, 213:7, 214:19, 215:19, 222:24, 228:25, 229:20, 261:2, 261:3, 275:23, 278:4, 280:10, 280:15, 280:16, 280:18, 280:19, 282:17

**outstanding**
50:16, 50:18

**over**
8:2, 8:15, 8:24, 20:1, 20:2, 20:3, 20:4, 20:7, 20:8, 20:10, 20:11, 20:12, 20:21, 21:16, 21:17, 22:17, 22:22, 23:24, 25:11, 32:1, 33:17, 34:9, 51:7, 53:22, 55:8, 62:4, 68:8, 76:3, 99:5, 119:23, 120:1, 130:24, 132:13, 132:19, 134:7, 138:20, 141:1, 141:3, 153:6, 160:21, 162:8, 162:18, 168:6, 168:18, 184:12, 184:17, 217:16, 218:25, 219:1, 235:9, 239:18, 244:22, 244:25, 262:1, 264:23, 265:15, 268:19, 269:22, 283:22, 288:21

**overall**
34:13, 34:18

**oversaw**
34:6

**overtime**
28:17

**overwritten**
76:24, 77:5, 229:15

**own**
12:16, 47:1, 47:14, 50:13, 137:18, 193:15, 263:24, 267:10

---

**P**

---

**package**
136:5, 136:12, 136:18, 136:23, 145:25, 146:12, 146:16, 146:22, 147:6, 147:10, 147:13, 149:25

**packages**
145:17

**packet**
41:16, 41:17, 222:17, 222:18, 271:19

**padding**
136:2

**page**
4:2, 4:8, 5:3, 114:3, 114:10, 114:13, 114:14, 114:15, 114:22, 115:1, 115:21, 154:22, 154:25, 166:16, 166:21, 211:6, 211:10, 234:6, 234:14, 235:23, 240:7, 242:1, 286:7, 287:10, 288:2, 289:1

**pages**
1:24, 114:1, 130:5

**pah@aps-law**
3:9

**paid**
245:4, 268:17

pandemic
158:19
panties
108:13, 108:17,
128:11, 128:20,
148:15, 149:22,
154:6, 156:7,
157:1, 157:13,
157:18, 158:5,
158:11
paper
68:13, 217:15,
281:16, 281:17
paragraph
211:11, 211:14,
211:16, 234:7,
234:8, 234:10,
235:19
paragraphs
212:4
parameters
230:4
pardon
197:2
parole
162:18
part
10:14, 24:17,
29:13, 50:12,
52:13, 53:25,
63:10, 76:15,
82:7, 112:7,
121:3, 122:10,
123:7, 135:11,
154:7, 159:20,
171:11, 175:14,
175:17, 177:1,
178:10, 187:12,
187:14, 187:16,
190:13, 190:17,
190:20, 192:2,
192:20, 218:1,
218:4, 219:21,
219:22, 244:1,
255:22, 261:23,
262:13, 271:18
participate
54:12, 190:11,

199:6, 251:5,
251:18, 251:23,
255:5, 268:5,
270:19, 271:2,
288:15, 289:19,
290:10, 290:18,
291:10, 291:11
participating
192:16, 194:3,
199:10, 250:24,
270:12
participation
201:7, 250:20,
252:7, 257:14
particular
119:16, 204:3,
222:13
particularly
111:24, 165:3,
225:12
parties
218:24, 269:12,
296:14
partners
280:19
parts
34:9
party
5:17
pas
133:20
passed
86:3, 86:14,
139:10, 143:19,
159:25, 199:25,
200:4, 200:20
past
53:19, 77:8,
81:16, 108:3,
110:8, 165:9,
166:17, 168:11,
188:25, 193:12,
202:9, 266:15
path
13:2
paul
3:3, 7:1
pay
28:17

pen
68:12
pending
9:15, 188:7,
188:10, 190:10,
195:16, 201:18,
202:22, 229:13,
229:20, 235:7,
273:18
pennsylvania
15:15
people
24:2, 24:6,
24:9, 36:1,
54:2, 54:6,
54:17, 86:8,
102:7, 111:11,
112:2, 112:23,
144:21, 148:5,
164:23, 165:1,
169:7, 169:11,
170:19, 171:13,
171:16, 172:10,
172:16, 181:20,
181:22, 185:10,
188:10, 198:6,
212:2, 226:4,
244:1, 272:9,
272:19
pepin
261:19, 261:21,
261:22
perceived
117:4, 117:15
percent
168:25, 222:6
performance
35:22, 36:4,
36:7
performed
114:17, 114:18,
214:15, 215:11
perhaps
24:21, 63:16,
156:5
period
27:5, 27:12,
32:2, 33:25,

64:20, 80:4,
87:10, 121:11,
139:22, 159:6,
163:5, 230:2,
264:7, 269:9,
288:21
periods
108:17, 158:4
permissible
219:14
permission
128:14, 212:7
permitted
54:18, 54:24,
127:16, 221:1
perry
16:10
person
60:15, 63:1,
65:3, 72:7,
82:18, 138:5,
141:12, 155:17,
160:8, 181:4,
220:3, 220:4,
220:5, 282:4,
283:12
personal
267:1
personally
31:9, 124:23,
266:23, 271:11
personnel
24:18, 30:6,
30:9, 35:12,
36:17, 36:21,
173:9, 174:5,
193:23, 194:11,
195:25, 203:23,
204:10, 204:22,
267:5, 267:18,
271:13
perspective
30:23, 293:19
pertaining
215:16
pertains
173:1
phases
86:10

| | | | |
|---|---|---|---|
| **philadelphia** | **pipe** | 233:8 | **policy** |
| 15:14 | 70:17 | **planned** | 35:19, 38:17, |
| **phillip** | **place** | 107:23 | 38:21, 39:11, |
| 19:17, 19:18, | 6:13, 12:19, | **plans** | 39:13, 39:16, |
| 19:24 | 32:4, 40:22, | 50:14 | 39:18, 39:19, |
| **phillips** | 72:8, 73:25, | **play** | 39:21, 41:22, |
| 16:1, 16:2, | 79:6, 85:25, | 50:12, 82:7 | 71:9, 93:5, |
| 16:4, 16:9, | 86:1, 86:19, | **plays** | 93:7, 111:16, |
| 16:17, 16:21 | 87:1, 87:13, | 122:10 | 118:13, 119:18, |
| **phone** | 87:23, 109:16, | **please** | 137:13, 138:11, |
| 10:9, 10:11, | 131:22, 138:3, | 6:14, 7:5, | 139:7, 150:14, |
| 65:4, 77:23, | 197:12, 207:19, | 7:17, 8:11, | 150:18, 175:17, |
| 78:3, 141:17, | 211:21, 212:11, | 12:17, 32:10, | 175:18, 175:20, |
| 141:20, 141:24, | 219:10, 243:14, | 42:4, 60:11, | 177:19, 177:25, |
| 277:16, 282:20 | 245:17, 262:7, | 65:12, 82:1, | 190:13, 190:17, |
| **phones** | 264:13, 273:17, | 99:25, 114:5, | 190:18, 190:21, |
| 21:6 | 275:9, 283:13 | 114:10, 152:19, | 190:24, 190:25, |
| **photo** | **placed** | 153:24, 154:16, | 191:17, 191:25, |
| 95:15 | 55:10, 79:13, | 155:2, 155:4, | 192:9, 192:14, |
| **phrase** | 84:1, 86:12, | 172:2, 172:25, | 194:21, 194:25, |
| 27:8, 52:23, | 88:11, 88:17, | 176:17, 179:3, | 195:2, 195:9, |
| 53:2, 172:4 | 94:23, 101:23, | 183:4, 183:10, | 219:14, 221:1, |
| **physical** | 118:24, 143:25, | 191:13, 196:8, | 222:10, 238:20, |
| 26:24, 45:19, | 195:15, 205:14 | 209:25, 233:19, | 243:6, 260:24, |
| 66:25, 90:17, | **placement** | 240:2, 240:10, | 280:17 |
| 90:19, 100:23, | 88:25, 97:11, | 247:16, 255:8, | **poor** |
| 116:13, 133:7, | 97:19, 107:10, | 277:8, 285:22, | 193:24 |
| 230:23, 269:24, | 109:12, 110:2, | 286:7, 289:3, | **population** |
| 270:13, 271:8, | 110:14 | 289:24, 291:10, | 20:9, 51:5, |
| 283:16 | **placements** | 292:25, 293:23 | 84:16, 94:9, |
| **physically** | 83:22, 102:7, | **plural** | 108:20, 121:9, |
| 23:15, 78:7, | 118:7, 118:10, | 172:14 | 128:14, 139:21, |
| 161:3, 161:4, | 118:17, 124:19, | **point** | 153:3, 164:9, |
| 163:11 | 125:2, 125:11 | 11:4, 11:25, | 164:15, 164:19, |
| **physician's** | **places** | 17:23, 28:5, | 170:12 |
| 133:20 | 275:1, 275:10 | 52:6, 56:7, | **portion** |
| **physicians** | **placing** | 65:12, 80:12, | 130:12, 189:6, |
| 134:22 | 79:10, 89:4 | 88:24, 98:9, | 234:2 |
| **picasso** | **plaintiff** | 116:17, 117:8, | **portions** |
| 68:21 | 1:6, 2:2, 6:17, | 149:7, 180:24, | 77:2 |
| **picture** | 292:13 | 236:8, 244:17, | **position** |
| 69:21, 95:14, | **plan** | 245:5, 269:11 | 18:24, 18:25, |
| 126:2 | 39:23, 39:25, | **policies** | 19:4, 19:15 |
| **pictures** | 40:1, 40:4 | 22:12, 38:12, | **positions** |
| 21:20 | **planet** | 38:13, 166:2, | 19:20, 30:13, |
| **pill** | 6:12, 7:4, | 180:7, 180:8, | 161:11, 162:6 |
| 47:25, 48:2, | 152:12, 155:3, | 241:9, 273:6, | **positive** |
| 48:3 | 175:24, 209:10, | 273:11, 285:20 | 50:16 |

possession
106:9, 279:6,
279:7
possible
10:12, 17:16,
32:25, 33:9,
76:20, 143:11,
207:12, 207:17,
283:14
possibly
284:11
post
168:12
post-traumatic
116:22
posted
63:22
posts
26:6, 26:7,
26:8, 26:16
potential
187:23
potentially
188:2, 188:7
poverty
210:23
power
229:16
powers
280:11
practice
140:10, 142:2,
142:7, 166:17,
180:12, 180:16,
225:18, 264:18,
285:2, 285:5
practices
180:7, 180:8
prea-related
37:11
preas
32:13, 32:15,
33:10, 33:19,
40:22, 41:20,
101:4, 109:25,
110:4, 110:14,
110:17, 173:18,
173:19, 181:7,

181:18, 185:6,
187:20, 200:2,
202:10, 218:20,
224:2, 245:5,
245:6
precautions
205:15
preferences
110:3
prefix
129:8
preparations
13:7, 14:3
prepare
12:12, 58:14
prepared
234:9
prepares
184:20
prescreen
21:20
presence
186:18
present
21:2, 29:12,
63:11, 109:16,
133:11, 169:6,
186:7, 186:13,
187:3, 187:12,
192:11, 193:2,
199:17, 202:6,
202:11, 202:12,
202:19, 251:6,
251:24, 252:20,
253:3, 254:9,
254:15, 255:6,
255:17, 256:18,
259:15, 271:3,
287:16
presentation
185:7
presented
269:16
presents
184:18
preserve
223:4, 223:7,
223:11, 224:20,

225:20, 227:10,
227:13, 228:7,
228:10, 264:19,
284:8, 285:5
preserved
222:25, 223:22,
226:19, 226:24,
228:15, 228:20,
258:12, 281:25
pretty
26:1, 76:9,
159:2
prevent
45:16, 72:10,
198:25, 199:1
prevented
108:6, 266:19,
267:4
preventing
42:8, 59:21,
65:14, 180:9
prevention
42:2
previous
193:11
previously
256:4
preyer
21:4, 155:13
prior
15:5, 15:8,
16:21, 18:6,
19:12, 55:2,
55:5, 78:7,
80:1, 85:12,
85:16, 97:11,
110:8, 117:12,
125:11, 134:25,
154:1, 165:1,
190:8, 200:8,
234:5, 252:10
prisoners
35:5
prisons
78:13, 111:11,
126:19, 150:21,
188:13
private
18:20, 71:7,

71:8, 81:3
privately
261:8
privileged
13:12, 13:18
probably
18:3, 23:24,
24:24, 24:25,
25:8, 25:9,
25:24, 29:3,
29:5, 33:20,
53:16, 53:17,
72:6, 78:6,
78:7, 83:9,
87:10, 89:24,
90:1, 91:3,
126:3, 126:20,
137:10, 193:6,
210:24, 215:1,
253:4, 274:10,
280:23
probation
15:18, 46:5,
163:1
problems
31:1, 31:2,
31:6, 32:4,
33:22, 82:9,
106:25, 173:24,
181:4, 181:5,
213:3
procedure
60:19, 60:22,
60:24, 61:3,
61:14, 61:15,
61:17, 62:1,
63:17, 64:8,
65:14, 65:21,
65:25, 77:10,
139:9, 150:4,
152:2, 190:9,
191:7, 218:2,
238:24, 250:1,
250:4
procedures
5:7, 22:12,
22:13, 40:17,
40:20, 40:22,

41:2, 41:4,
41:7, 42:25,
43:2, 150:3,
273:7, 273:11
**proceed**
9:6, 115:4,
183:24, 209:7,
247:18, 248:13
**proceedings**
296:6, 296:9
**process**
39:12, 57:15,
74:4, 77:4,
95:13, 96:4,
99:3, 102:6,
106:23, 112:8,
112:13, 121:15,
121:21, 121:22,
128:2, 128:4,
128:5, 128:7,
128:11, 137:20,
137:23, 138:9,
138:10, 138:24,
139:19, 139:24,
140:10, 145:10,
145:13, 147:1,
147:5, 148:23,
148:24, 149:1,
149:2, 149:4,
150:8, 151:10,
157:8, 158:10,
182:16, 187:13,
187:15, 187:16,
192:3, 192:16,
192:21, 193:24,
198:24, 199:6,
199:10, 201:7,
219:21, 219:23,
229:25, 232:17,
234:20, 250:21,
251:23, 254:10,
261:24, 262:3,
270:16, 280:16,
289:6, 290:19
**produced**
99:13, 128:22,
152:7, 154:13,
154:21, 166:7,

183:2, 188:16,
196:3, 197:25,
216:14, 230:25,
239:23, 247:7,
256:9, 276:9,
277:2, 284:11
**produces**
238:21
**professionalism**
244:18
**professionally**
170:6
**profile**
4:18
**program**
50:10, 50:18,
52:14, 53:24,
56:24, 259:3
**programmed**
56:16
**programming**
50:16, 52:25,
105:18, 105:21
**programs**
11:8, 11:10,
11:16, 11:21,
105:15
**prohibit**
192:15
**promoted**
162:2, 162:14,
162:15, 163:16
**prompted**
18:13, 103:1
**pronouns**
170:19
**proof**
236:10, 236:15,
238:4, 249:19,
250:25, 291:18
**proper**
36:21, 210:6,
238:23, 250:1,
250:4
**property**
104:8, 106:13,
280:1, 280:8
**protect**
35:5, 269:13

**protecting**
180:9
**prove**
237:6, 238:14
**proven**
237:1, 237:9,
244:16
**provide**
56:4, 131:11,
132:25
**provided**
94:8, 218:13,
230:17, 250:15,
267:15, 273:15
**provider**
135:17, 261:18,
262:16
**providers**
131:10, 131:20,
132:10, 132:14,
132:15, 132:24,
133:6, 133:24,
134:2, 134:4,
134:25, 135:4,
262:3, 262:8
**provides**
161:7
**providing**
270:13
**proximity**
272:11
**psychiatrists**
133:17
**psychologists**
133:17
**psychology**
14:25
**ptsd**
186:3
**pull**
154:15, 191:5,
208:1, 208:16,
213:14, 214:6,
224:3, 226:4,
227:2, 227:3,
239:21, 245:20,
256:11, 264:13,
285:22, 289:24

**pulled**
214:8, 287:11
**purchase**
139:25
**purpose**
115:14, 198:24
**purposes**
27:4, 113:3
**push**
54:11, 99:14,
129:4, 152:13,
155:4, 166:11,
175:25, 179:6,
183:4, 191:13,
196:8, 208:18,
240:1, 247:16,
276:13, 277:8
**pushed**
216:16
**put**
26:16, 42:18,
51:13, 61:21,
61:22, 64:4,
64:6, 64:17,
70:17, 72:6,
73:11, 86:2,
113:9, 129:1,
136:25, 166:9,
169:20, 176:5,
178:19, 178:24,
183:3, 196:4,
282:20, 282:24,
287:7
**putting**
22:17, 129:3,
239:24

**Q**

**qualifications**
131:19
**quarantine**
86:10, 86:12,
88:9, 88:16,
139:20
**quarantined**
88:12
**quarantining**
86:8, 86:11

question
8:16, 8:17,
9:3, 9:6, 9:15,
10:3, 13:12,
13:25, 38:2,
61:12, 64:12,
94:6, 117:23,
131:4, 140:16,
158:19, 180:20,
189:5, 192:13,
200:6, 200:8,
200:11, 210:19,
220:12, 229:2,
246:12, 253:24,
254:2, 267:3,
277:24, 279:1,
281:18, 285:4
questions
8:11, 8:25,
10:23, 200:6,
211:4, 284:17,
284:22, 286:2,
286:22, 286:24,
292:1, 292:6
quick
161:24, 171:9
quickly
232:23, 276:12
quiet
275:25
quite
14:22, 66:2,
138:19, 150:13,
180:19, 193:4,
210:23, 241:21,
272:18
quote
211:5

**R**

rachel
2:4, 6:19
radio
92:18
radios
92:16
railing
91:15, 91:16

rails
72:10
rajaratnam
189:11
ramifications
243:5
ramp
26:5
ran
34:19, 39:12,
39:13, 40:5,
53:23
randomly
269:5
range
45:1, 45:2,
45:3, 45:4,
45:6, 45:12,
45:17, 49:10,
49:12, 51:25,
52:1, 73:2
ranges
44:25, 45:10,
45:11, 51:25
rape
5:18, 36:24,
37:2, 116:3,
116:9, 206:14,
207:19, 207:23,
211:18, 287:13
rate
25:23, 25:25
rather
62:1, 65:14,
94:1, 140:10,
179:1, 241:14,
277:15
rchalmers@law
2:18
rd
155:15
rdr
1:25, 296:3,
296:22
re-interview
268:9
reach
39:8, 99:6

reached
23:16, 27:19,
27:22, 237:19
read
38:11, 38:12,
99:25, 100:25,
101:3, 130:9,
152:22, 152:23,
183:18, 186:20,
187:8, 187:9,
194:1, 196:15,
198:5, 198:15,
200:9, 201:19,
202:3, 202:4,
202:16, 211:14,
212:9, 217:2,
240:19, 246:2,
246:3, 253:23,
253:25, 278:11,
292:4, 295:4
reading
64:17, 166:1,
183:25, 187:9,
198:21, 212:8,
217:1, 242:8,
243:19, 248:7,
296:11
ready
183:24, 290:23
realize
158:18, 212:21
really
32:20, 59:22,
81:12, 144:11,
146:2, 275:8
realm
127:8
realtime
293:10
reason
9:11, 11:3,
59:20, 107:8,
182:1, 182:3,
182:7, 193:1,
252:2, 278:7
reasoning
193:5
reasons
31:12, 101:14,

124:10, 198:3
reassessment
123:8
reassessments
122:2, 122:6,
122:14, 122:23,
123:5
reassign
30:12
reassigned
161:1
receipt
104:8, 146:20,
147:4
receive
36:4, 37:11,
48:8, 78:3,
87:19, 104:20,
104:24, 120:17,
121:11, 141:16,
145:17, 148:19,
148:21, 149:14,
149:17, 150:18,
154:3, 154:7,
154:9, 173:4,
173:9, 185:15,
193:7, 218:16,
224:20, 236:15,
246:5, 248:19,
249:19, 250:2,
252:14, 282:25
received
15:20, 33:3,
34:24, 35:8,
36:21, 37:8,
38:9, 38:10,
63:21, 100:15,
101:8, 115:23,
122:13, 122:22,
130:14, 130:20,
137:9, 143:5,
143:15, 146:15,
146:18, 146:24,
153:18, 153:19,
154:1, 154:9,
156:13, 156:19,
156:22, 156:25,
159:15, 159:18,

164:1, 164:5,
164:17, 164:22,
165:19, 165:25,
167:25, 168:18,
169:5, 170:5,
170:9, 184:3,
185:13, 186:12,
201:14, 204:13,
204:19, 208:11,
210:15, 216:2,
221:10, 223:24,
227:10, 227:12,
227:17, 236:10,
236:20, 236:22,
245:7, 245:8,
245:13, 246:13,
249:1, 249:22,
250:25, 252:9,
252:13, 260:6,
260:7, 260:8,
262:13, 264:12,
264:17, 269:9,
270:15, 274:21,
285:1, 291:18
**receives**
218:23
**receiving**
77:25, 78:18,
78:22, 143:4,
149:20, 156:25,
168:5, 174:4,
188:20, 210:21,
210:22, 254:25,
268:25, 283:12
**recent**
11:23, 54:9
**recently**
17:25, 18:2,
32:19, 132:19
**recess**
49:22, 85:4,
145:4, 206:4,
231:19, 253:17,
264:4, 281:7
**recipients**
141:10
**recognize**
196:20

**recognizes**
111:16
**recollect**
206:20, 221:23,
245:18, 266:21,
266:25
**recollection**
74:17, 117:24,
156:5, 168:8,
172:17, 195:11,
236:3, 243:17
**recommendation**
40:12, 40:13,
61:4, 237:21,
262:15
**recommendations**
84:1, 123:18,
123:22, 123:25,
262:3, 262:8,
262:13, 262:21
**recommended**
261:15
**recommends**
120:25
**reconsider**
290:18
**reconsidered**
88:25
**record**
7:17, 8:19,
10:13, 10:25,
11:20, 49:20,
49:24, 77:7,
85:3, 85:6,
145:2, 145:6,
156:18, 167:24,
200:9, 206:2,
206:6, 216:10,
217:9, 217:11,
227:3, 229:3,
229:7, 229:23,
230:13, 231:18,
231:21, 241:22,
253:16, 253:19,
253:25, 263:25,
264:3, 280:22,
280:24, 281:6,
281:9, 283:16,

292:11, 292:21,
294:13, 296:8
**recorded**
76:11, 224:23,
228:12, 230:1,
230:9, 230:14
**recording**
6:2, 49:21,
49:24, 85:3,
85:6, 145:3,
145:6, 206:3,
206:6, 213:3,
214:12, 228:14,
229:24, 230:16,
231:21, 253:19,
281:9, 283:9,
292:22
**recordings**
76:10, 92:21,
214:11, 229:8
**records**
62:16, 64:23,
217:12, 232:17,
281:12, 281:14,
281:16, 281:19,
282:13, 282:16,
282:17, 284:12,
287:1, 287:4
**recruitment**
26:5
**redacted**
292:17
**redacting**
292:16
**redirect**
243:8
**reduce**
209:5
**reduced**
30:15, 296:10
**reexamining**
267:6
**refer**
14:16, 39:18,
49:11, 49:12,
170:11, 171:16,
171:21, 172:10,
232:2, 279:3,

280:14, 284:1
**reference**
110:4, 143:4,
143:8, 144:11,
159:3, 164:18,
202:14, 203:8,
252:20, 255:19,
268:18, 273:8,
278:13
**referenced**
136:16
**references**
203:3, 227:24
**referencing**
12:9, 190:24,
191:18, 194:25
**referred**
84:12, 170:19,
171:4, 202:9,
248:2, 278:25,
283:24, 284:3
**referring**
27:11, 48:20,
49:10, 52:24,
57:7, 61:16,
143:11, 171:13,
192:9, 227:11,
256:9, 269:18
**refers**
223:18
**reflect**
161:16, 167:25,
168:2, 168:3,
214:23
**reflected**
122:15, 270:3,
270:4
**reflective**
33:2
**refresh**
74:17, 117:24,
156:4, 236:3,
243:16
**refusal**
242:11
**refusals**
290:10
**refused**
188:5, 287:14,

288:15, 289:5,
291:10
**refusing**
268:2, 268:5,
289:11, 290:8
**regarding**
201:25, 223:12,
247:23, 262:8
**regardless**
223:7
**region**
17:6, 36:14
**regional**
17:5, 36:14
**regular**
294:5
**reject**
242:15
**related**
33:22, 34:13,
36:17, 36:20,
36:23, 37:8,
40:17, 40:20,
41:2, 41:3,
41:20, 56:4,
120:5, 123:22,
149:14, 164:1,
169:22, 180:8,
180:9, 181:4,
198:13, 203:4,
203:11, 215:18,
223:4, 223:21,
230:23, 235:16,
271:9, 282:10,
296:13
**relates**
223:18
**relation**
273:23
**relations**
230:12
**relay**
140:20, 140:21,
140:25
**relayed**
60:19, 60:22,
60:24, 61:2,
61:14, 64:5,

64:16, 121:17,
200:4
**relevant**
271:22
**relied**
131:10
**reluctance**
270:19
**rely**
184:22
**remained**
163:2, 275:25
**remaining**
111:8
**remember**
18:19, 23:23,
24:23, 25:24,
33:12, 33:18,
55:2, 63:20,
76:1, 81:22,
81:23, 86:20,
87:9, 87:15,
101:18, 102:12,
112:22, 124:11,
124:12, 126:3,
127:20, 143:4,
144:10, 146:4,
147:11, 149:16,
154:5, 164:11,
180:18, 180:21,
186:20, 186:24,
187:8, 202:7,
202:9, 203:20,
204:2, 208:9,
210:21, 210:22,
223:16, 223:17,
232:1, 232:10,
232:14, 235:11,
246:21, 260:5,
260:9, 272:20,
279:5, 287:24,
290:1, 290:20
**remembering**
75:15, 86:9,
153:10, 184:14
**reminder**
61:1
**remotely**
6:13, 8:4

**removal**
159:11, 159:15,
262:19
**remove**
194:10, 273:16
**removed**
195:13, 235:6
**removing**
65:18, 235:12
**reopen**
266:9, 267:10
**reopened**
58:12, 266:2
**repair**
59:25
**repairman**
283:14
**repairperson**
283:15
**repairs**
215:11, 215:12
**repeat**
42:4, 61:11,
200:6, 255:8
**repeated**
100:23
**repeatedly**
182:9
**report**
4:17, 4:25,
5:17, 5:22,
17:2, 17:7,
33:2, 33:6,
33:17, 142:3,
156:2, 178:11,
185:9, 194:8,
222:16, 270:5,
277:16, 280:15,
296:6
**reported**
1:25, 17:10,
21:1, 21:9,
22:4, 137:4,
229:6, 239:15,
239:17, 245:24,
259:7, 259:22,
259:23, 259:25,
260:16

**reporter**
7:3, 7:5, 8:7,
8:19, 84:23,
200:5, 200:9,
205:24, 253:14,
253:25, 292:10,
292:23, 293:2,
293:7, 293:10,
293:17, 293:25,
294:5, 294:8,
294:11, 296:28
**reporting**
24:24
**reports**
35:25, 65:17,
80:21, 140:11,
140:14, 140:17,
142:8, 151:23,
155:21, 184:5,
194:10, 213:14,
219:14, 257:9,
281:17
**represent**
6:15, 6:22,
7:2, 114:16
**representation**
190:1, 190:5
**representative**
119:3, 119:20,
120:3
**representatives**
190:10
**represented**
187:20
**representing**
6:12, 7:4
**reproduction**
296:25
**request**
77:1, 102:2,
124:18, 128:3,
128:12, 128:19,
142:13, 142:15,
144:18, 145:10,
145:14, 149:5,
149:19, 149:20,
149:25, 150:4,
150:8, 156:6,

157:3, 157:4,
157:5, 192:23,
199:13, 199:20,
199:21, 200:12,
200:13, 201:1,
201:6, 201:16,
201:21, 225:20,
225:24, 226:5,
227:8, 246:24,
251:12, 252:16,
252:24, 254:8,
260:23, 260:24,
261:1
**requested**
28:17, 97:11,
97:18, 101:5,
108:21, 110:14,
125:10, 132:3,
133:8, 133:9,
135:24, 140:7,
142:10, 148:15,
156:1, 186:12,
188:25, 198:3,
215:12, 226:10,
226:14, 226:19,
231:4, 296:12
**requesting**
125:5, 136:14,
140:6, 145:21,
145:22, 146:11,
148:25, 149:8,
149:21, 193:2,
255:20, 262:16,
262:17, 262:18
**requests**
101:9, 123:23,
124:22, 154:2,
154:6, 156:10,
198:18, 200:16,
200:18, 200:22,
225:2, 256:17
**require**
55:24, 59:2,
59:3, 59:9,
263:23
**required**
16:6, 59:24,
93:20, 101:2,

104:15, 104:23,
105:5, 108:21,
138:10, 159:21,
205:7
**requirement**
123:3
**requiring**
59:7
**research**
80:6, 80:7,
80:14, 81:3,
81:11
**reserve**
292:3
**reside**
54:14, 54:18
**residential**
46:4, 46:12
**residents**
24:12
**resolved**
242:14
**resource**
37:21, 38:4
**respect**
34:17, 35:1,
71:14, 75:9,
75:16, 121:22,
122:14, 142:1,
156:7, 157:13,
158:17, 177:21,
180:7, 180:23,
184:8, 219:10,
221:13, 234:22,
261:13, 262:10,
280:5
**respecting**
64:9
**respond**
13:21, 101:14,
198:25, 199:2
**responded**
278:10, 278:16
**responding**
106:24, 180:9
**response**
28:10, 39:23,
39:25, 40:1,

101:8, 101:18,
174:16, 213:17,
238:8, 246:10,
254:16, 254:23,
256:17
**responsibilities**
11:3, 20:17,
35:15, 36:16,
38:18, 38:20,
120:5
**responsibility**
20:20, 22:14,
34:17, 99:2,
173:8
**responsible**
22:11, 118:16,
160:8
**responsive**
284:6
**restrictions**
107:25, 126:17
**restrictive**
127:12
**restroom**
49:15, 144:19
**result**
112:6, 189:25,
242:19
**retain**
41:15, 188:10
**retained**
41:20, 187:23
**retaliation**
40:3, 175:2,
175:4, 175:11,
194:19, 273:21
**retention**
26:6, 40:18,
41:3
**retired**
235:1
**retrieve**
76:23, 225:7,
226:2, 226:6,
264:6
**retrieved**
264:15
**return**
161:3, 194:24

**review**
4:23, 14:2,
40:12, 41:1,
42:6, 118:21,
178:9, 178:21,
179:5, 223:25,
225:6, 225:14,
225:16, 232:20,
262:20, 286:18
**reviewed**
14:9, 102:11,
109:21, 110:12,
118:11, 184:1,
222:1, 262:17,
262:18, 262:19,
269:4
**reviewing**
118:16, 262:24
**reviews**
35:22, 36:4,
36:7
**revocation**
162:19
**rid**
28:13
**right**
11:7, 13:16,
15:17, 21:12,
31:20, 42:21,
42:23, 46:11,
49:1, 49:7,
55:17, 57:22,
63:25, 65:4,
67:8, 67:9,
69:2, 74:21,
74:22, 74:23,
78:5, 85:10,
88:22, 91:1,
110:7, 110:16,
110:18, 111:18,
122:25, 131:6,
146:25, 147:13,
154:8, 157:3,
168:10, 168:17,
178:16, 192:10,
197:20, 207:6,
209:3, 209:6,
209:16, 210:24,

213:13, 216:5,
217:19, 221:1,
221:4, 221:19,
222:2, 224:14,
230:13, 237:16,
238:17, 245:19,
248:22, 271:5,
279:9, 288:2,
289:3
**right-hand**
21:7
**rights**
2:5, 6:18
**ringing**
263:25
**rip**
168:10
**risk**
111:17, 111:21,
112:3, 112:16,
112:24
**risks**
111:11
**rivers**
119:9, 119:25,
120:1
**rj**
3:12, 6:11
**rns**
133:20
**robert**
77:23, 78:10,
85:14, 86:18,
88:1
**rodney**
227:21, 234:17,
234:20, 234:24
**roger**
2:13, 6:20
**rojure**
279:17
**role**
15:22, 18:10,
18:14, 36:12,
123:12, 160:3,
184:8, 184:11,
184:25, 211:4,
262:2, 262:23

**roles**
18:23, 19:23,
119:6, 161:8,
161:10, 161:16,
161:18
**roll**
224:3
**room**
9:20, 9:22,
9:24, 9:25,
10:4, 42:22,
42:23, 49:8,
57:19, 58:5,
58:17, 58:25,
59:20, 60:21,
61:19, 67:7,
68:13, 69:16,
69:17, 72:8,
75:13, 75:20,
87:24, 89:9,
89:19, 89:24,
89:25, 90:2,
90:4, 90:10,
90:11, 90:12,
90:13, 90:15,
90:18, 90:19,
90:24, 91:1,
91:4, 91:6,
91:7, 91:11,
91:14, 91:20,
92:1, 92:4,
92:6, 92:15,
92:20, 92:24,
92:25, 185:18,
208:1, 275:23,
278:4, 278:6,
278:19
**roommate**
60:14, 60:16
**rooms**
42:19, 43:20,
43:21, 43:22,
60:13, 60:17,
61:18, 63:18,
69:11
**rough**
293:2
**rounds**
78:12, 78:14,

92:12
**rsat**
46:3, 46:14,
46:19, 46:25,
84:19, 93:24,
94:9, 131:13
**rubber**
70:16
**rule**
12:16, 61:3,
61:25, 65:14,
65:21, 66:2,
108:6
**run**
37:24, 70:21
**running**
11:9, 11:10,
11:17, 11:21
**résumés**
132:2, 133:6,
134:24

**S**

**s**
2:1
**safe**
41:23, 42:12,
87:21, 111:9,
181:13
**safer**
98:14, 101:20
**safety**
30:23, 31:2,
32:3, 35:2,
87:14, 87:18,
101:14, 110:22,
111:2, 123:23,
124:9, 143:22,
144:4, 144:8,
173:13, 173:15,
173:24, 179:22,
180:25, 181:3,
181:10, 194:4,
198:13, 262:10,
267:16, 267:24,
268:15, 268:23,
275:17, 275:18,
290:13

**said**
19:9, 27:9,
28:8, 39:13,
45:20, 47:17,
59:6, 61:20,
69:7, 75:19,
79:3, 79:14,
80:13, 86:20,
86:21, 87:9,
95:21, 96:2,
98:1, 98:3,
98:9, 98:12,
110:4, 111:6,
115:7, 122:9,
133:19, 134:11,
138:3, 138:19,
139:18, 144:6,
144:11, 144:12,
145:18, 145:19,
146:25, 149:9,
153:25, 169:2,
169:9, 172:21,
187:10, 193:19,
194:13, 194:18,
200:18, 202:4,
202:10, 206:9,
212:24, 213:1,
213:19, 215:2,
215:24, 238:13,
239:8, 241:20,
246:13, 248:15,
248:23, 257:5,
270:23, 280:8,
284:25, 288:10,
289:18, 291:3,
296:6, 296:9
**sake**
27:8
**same**
20:17, 103:24,
120:2, 132:22,
207:9, 207:13,
213:17, 245:7,
248:2, 248:25,
270:16, 289:1,
295:5, 296:26
**sane**
41:8

**sart**
4:21, 40:11, 138:18, 174:9, 174:13, 174:15, 174:20, 174:23, 175:12, 176:22, 177:20, 184:9, 184:12, 184:13, 184:15, 184:17, 185:7, 217:9, 219:1, 219:2, 222:16, 237:19, 237:21, 251:15
**satin**
70:15, 70:16
**saturday**
26:14
**savannah**
23:4
**save**
77:8, 164:11, 285:10, 285:14
**saved**
77:2
**saw**
32:8, 62:5, 81:4, 126:2, 146:13, 147:17, 148:14, 149:24, 159:7, 212:5, 225:17, 278:5, 278:6, 289:16
**say**
7:16, 8:15, 11:23, 16:12, 18:2, 19:8, 23:22, 26:24, 27:6, 27:10, 27:22, 29:10, 34:12, 44:3, 48:10, 48:11, 53:16, 56:6, 57:24, 60:22, 62:5, 62:7, 64:15, 66:19, 67:16, 74:21, 74:22, 78:4, 78:5, 83:9, 87:8, 87:9, 87:17, 89:22, 91:3, 96:11, 98:15, 107:11, 109:10, 111:14, 111:25, 113:5, 123:15, 124:21, 125:6, 126:16, 127:23, 139:12, 139:22, 143:16, 147:15, 151:22, 154:20, 156:12, 157:7, 158:12, 160:15, 168:25, 171:9, 175:8, 182:17, 183:20, 185:22, 187:11, 187:14, 189:5, 190:17, 190:18, 200:17, 202:11, 206:20, 207:2, 211:3, 213:13, 214:4, 245:9, 262:6, 279:7, 279:13, 280:7, 282:24, 283:13, 290:23, 291:9
**saying**
26:20, 66:1, 84:11, 101:18, 124:21, 127:24, 140:3, 143:7, 190:20, 197:11, 202:14, 202:17, 204:7
**says**
119:18, 140:1, 209:12, 222:10, 234:15, 287:3, 287:11, 287:13, 289:4
**scared**
195:23
**schedule**
219:1
**scheduled**
73:13
**scheduling**
160:3
**schmieg**
3:13
**screen**
53:18, 99:22, 113:9, 113:17, 118:3, 129:3, 129:8, 138:22, 152:11, 156:17, 166:9, 176:5, 178:24, 183:3, 188:18, 189:7, 192:18, 196:5, 208:17, 208:24, 214:13, 218:7, 233:17, 239:4, 239:25, 247:12
**screened**
121:8
**screening**
54:1, 54:5, 112:7
**scribe**
80:15, 80:19, 217:21, 217:24, 218:1, 218:5, 281:18
**scroll**
129:20, 129:24, 130:19, 135:10, 167:7, 167:8, 167:19, 167:21, 189:1, 189:5, 234:12, 240:10, 240:11, 276:17, 276:19, 286:8, 288:1, 288:18, 288:25
**scrolled**
197:22
**scrolling**
167:17, 234:1, 276:20
**se**
124:4
**searched**
284:10
**season**
27:20
**second**
88:19, 89:5, 89:11, 91:24, 154:15, 154:22, 163:3, 168:11, 191:20, 209:15, 240:7
**second-party**
259:13
**second-story**
67:15
**secretary**
17:14, 21:3, 21:4, 140:20, 155:18, 224:11, 224:13, 227:2, 269:3
**secure**
57:22, 58:11, 59:22, 249:6
**secured**
57:13, 57:16, 57:19, 218:15, 274:2, 281:23
**secures**
57:3, 58:6
**securing**
59:21
**security**
17:12, 17:15, 19:2, 19:12, 20:19, 20:21, 20:25, 21:11, 21:17, 24:17, 24:21, 60:25, 61:22, 103:11, 103:14, 103:16, 103:17, 103:18, 103:19, 103:21, 119:3, 119:19, 120:3, 160:18, 163:15, 225:15, 282:7
**security's**
224:10, 224:12, 227:1, 269:3, 282:3
**seeing**
55:2, 100:6,

110:19, 125:3,
147:11, 151:23,
156:11, 180:18,
180:21, 196:19,
208:9, 222:12,
272:20
**seeking**
98:24, 125:1,
252:10
**seems**
37:14
**seen**
100:3, 100:4,
114:11, 115:7,
121:15, 155:6,
196:17, 198:16,
199:14, 218:20,
268:24, 287:20
**segregation**
72:18, 73:4,
195:8, 195:15,
218:15, 249:7,
273:17, 274:2
**selection**
97:8, 131:15
**self-harmed**
204:23
**self-programming**
50:11
**send**
79:23, 141:5,
141:8, 141:15,
141:22, 142:2,
142:4, 276:3,
276:6, 283:10
**sending**
79:22, 142:21,
154:5
**senior**
53:23
**sensitive**
194:16
**sent**
153:14, 154:2,
156:10, 156:16,
164:8, 189:10,
198:22, 208:10,
217:5, 220:21,

283:16
**separate**
41:11, 169:9,
185:4, 195:6,
240:23, 287:23
**separately**
260:21
**separates**
45:12, 67:21
**separating**
71:16
**september**
148:19, 239:7,
239:19, 240:24,
240:25, 241:14,
241:18, 242:2,
245:13, 245:25,
246:7, 248:1,
249:9, 249:12,
257:20, 258:9,
288:3, 288:11,
288:19, 289:2,
289:5, 289:10,
289:17, 289:18,
289:22, 290:7
**sergeant**
17:15, 21:11,
22:2, 119:4,
120:4
**serve**
18:9
**served**
19:11, 46:15,
47:18, 96:14,
102:13, 102:20,
102:22
**service**
20:1, 56:4
**services**
105:6, 105:9,
131:11, 164:13
**session**
165:24
**set**
118:23, 150:16,
296:18
**setting**
206:25

**seven**
44:23, 44:24,
45:20, 46:22,
47:9, 72:25
**seven-day**
121:10
**seven-page**
166:10
**several**
15:18, 19:25,
55:3, 131:12,
139:16, 139:20,
154:2, 154:5,
156:10, 169:16,
173:18, 239:18,
263:5, 264:23,
268:6, 274:9,
288:21
**sex**
53:14, 54:2,
82:19
**sexual**
4:23, 35:5,
38:25, 39:23,
41:7, 41:9,
42:2, 100:23,
106:15, 110:25,
111:12, 111:13,
111:18, 111:21,
112:3, 112:17,
112:20, 112:23,
112:24, 115:15,
116:1, 116:3,
116:9, 117:12,
117:25, 118:5,
137:5, 174:16,
175:14, 177:7,
177:21, 178:8,
178:20, 179:5,
180:10, 185:23,
195:5, 198:25,
208:3, 209:18,
210:16, 211:7,
221:12, 226:12,
236:10, 239:10,
242:21, 249:11,
249:23, 259:8,
264:24, 265:6,

268:7, 268:8,
268:10, 269:10,
269:13, 269:25,
271:10, 271:23,
272:10, 273:5,
274:7, 281:25,
287:13, 291:22
**sexually**
80:25, 81:7,
181:16, 181:19,
181:23, 185:11,
206:10, 239:6,
239:17, 240:23,
263:20
**share**
118:3, 152:11,
156:17, 192:18,
218:7, 239:4,
254:15, 270:21,
278:21
**shay**
36:13
**sheet**
295:8
**shepard**
17:3, 17:4,
36:8, 36:9,
124:6, 124:10,
140:23, 141:11,
142:1, 142:9
**shift**
19:14, 26:12,
26:15, 26:17,
28:14, 29:13,
30:11
**shin**
71:5
**short**
49:15, 70:24,
71:1, 90:9,
165:14
**shortage**
93:8
**shortages**
44:11, 93:6
**shorter**
27:8
**shortly**
137:3, 207:3

**should**
45:18, 62:18,
64:22, 64:25,
88:2, 99:15,
107:12, 113:5,
114:24, 115:1,
115:19, 118:6,
122:8, 122:17,
123:9, 128:24,
129:24, 152:17,
156:18, 156:21,
156:24, 167:17,
177:25, 188:18,
191:10, 191:11,
208:15, 209:1,
214:25, 215:14,
215:20, 215:22,
228:14, 228:20,
232:25, 233:10,
233:18, 238:2,
243:11, 243:12,
251:17, 251:21,
258:8, 258:11,
262:9, 264:18,
271:18, 272:24,
285:5, 290:17,
292:17
**shoulder**
108:8
**shoulders**
126:14, 126:16
**show**
68:18, 73:25,
99:20, 156:19,
175:22, 276:12
**showed**
193:25
**shower**
69:19, 70:4,
70:8, 70:11,
70:12, 70:13,
70:14, 70:15,
70:17, 70:20,
70:21, 71:9,
71:17, 71:23,
72:1, 72:11,
72:13, 72:15,
72:22, 72:23,

73:1, 73:2,
260:3, 260:11,
260:13, 260:17,
260:21, 261:4,
261:8, 261:13
**showering**
260:4, 260:14
**showers**
70:3, 70:6,
70:7, 70:9,
70:10, 71:6,
71:8, 71:11,
71:24, 71:25,
72:3, 72:5,
72:15, 72:17,
72:19, 73:3,
261:5
**showing**
92:11, 283:9
**shown**
166:4
**shows**
285:15
**shut**
26:6, 26:16,
58:8, 182:11,
185:16, 185:19,
199:24, 270:5
**shuts**
270:23
**side**
48:19, 48:20,
48:23, 48:24,
49:6, 54:11,
66:15, 67:2,
67:3, 67:11,
67:16, 67:17,
67:18, 67:22,
68:4, 68:8,
68:17, 69:21,
69:23, 69:24,
69:25, 70:1,
73:14, 90:14,
90:15, 133:7,
185:4
**sides**
49:9, 90:14,
112:1

**sign**
40:9, 40:14,
99:6, 120:8,
120:14, 286:18,
292:4
**signature**
130:7, 154:23,
240:8, 292:4,
295:12
**signature-p1kal**
296:20
**signatures**
120:9
**signed**
52:19, 134:8,
134:11, 295:8
**significant**
73:11
**signing**
296:12
**signs**
62:10
**similar**
194:21
**simply**
13:11, 238:6
**since**
25:22, 30:25,
79:8, 169:14,
230:4, 266:2
**single**
28:22, 30:1,
239:19
**singular**
171:19
**sir**
292:5
**sit**
69:11, 119:12,
255:12, 255:16,
257:21
**site**
80:16
**sitting**
42:22, 65:2,
97:15, 122:25,
135:3, 139:11,
202:24, 238:16,

238:17
**six**
43:22, 66:19,
66:20, 73:6,
75:2, 75:4
**sixth**
75:14
**size**
113:16, 166:16,
188:24, 216:22
**skill**
118:23
**skills**
68:15
**slide**
70:18, 73:4
**sliding**
58:2, 58:7
**small**
31:12, 68:2,
114:6, 159:6
**smaller**
52:4, 52:5
**smith**
19:8
**smoothly**
34:20, 39:13,
40:6
**sociology**
15:1
**solely**
243:25
**some**
8:25, 15:16,
16:6, 23:1,
24:6, 24:9,
24:12, 26:6,
28:5, 31:22,
38:20, 43:1,
43:2, 43:18,
43:19, 43:21,
43:22, 44:8,
51:11, 52:20,
53:10, 53:13,
54:16, 59:14,
59:23, 65:11,
66:3, 70:15,
70:16, 73:22,

80:6, 84:18,
84:19, 84:21,
93:15, 94:8,
94:9, 102:11,
108:2, 108:22,
111:23, 116:17,
122:7, 123:15,
127:2, 127:4,
127:5, 140:18,
143:8, 144:3,
144:13, 145:22,
146:3, 151:6,
151:7, 151:8,
151:18, 154:1,
156:8, 156:21,
156:24, 159:2,
159:5, 159:7,
160:25, 168:3,
168:5, 169:5,
173:15, 180:24,
182:10, 182:20,
182:21, 184:5,
198:3, 198:6,
204:18, 213:9,
215:22, 220:18,
235:21, 241:22,
259:5, 261:1,
261:2, 266:23,
267:1, 272:1,
278:7, 279:8,
284:21
**somebody**
221:23
**someone**
115:15, 124:1,
124:4, 135:12,
165:13, 212:6,
220:21, 226:1,
283:10
**someone's**
112:7
**something**
8:14, 51:5,
97:14, 98:2,
98:16, 106:17,
110:6, 110:9,
116:7, 116:25,
127:9, 137:25,

139:25, 140:2,
142:10, 143:8,
170:23, 194:20,
202:25, 204:7,
204:9, 215:23,
224:4, 229:5,
257:7, 258:21,
260:5, 262:23,
280:17, 283:11
**sometimes**
59:6, 171:6,
171:12, 171:16,
275:18
**somewhere**
24:25, 122:16,
156:22, 214:25,
215:7, 275:15
**soon**
69:1, 281:3,
283:14
**sooner**
293:3, 293:11
**sop**
38:14, 39:18,
102:10, 178:21,
191:1, 191:3,
191:9, 191:10
**sops**
38:12
**sorry**
7:22, 11:7,
12:15, 14:20,
18:22, 19:18,
24:1, 26:21,
31:19, 32:9,
32:11, 32:25,
35:8, 38:1,
42:4, 43:13,
44:2, 61:11,
82:2, 86:25,
89:3, 98:5,
107:11, 122:19,
123:13, 124:21,
133:22, 134:21,
137:12, 138:14,
140:18, 147:8,
152:8, 153:23,
153:24, 155:9,

156:9, 157:3,
157:6, 157:21,
160:23, 167:21,
171:15, 172:24,
173:1, 175:7,
177:10, 177:13,
186:11, 191:2,
192:6, 194:8,
197:3, 201:13,
203:22, 212:15,
212:21, 216:1,
219:18, 219:20,
225:1, 228:4,
233:11, 234:1,
236:12, 240:13,
241:18, 244:24,
245:12, 246:12,
248:6, 253:22,
254:13, 256:6,
257:4, 258:3,
262:6, 263:23,
264:22, 268:3,
274:24, 276:11,
285:25
**sort**
58:9, 68:16
**sorted**
12:3
**sought**
136:9, 159:10
**sound**
33:19, 88:22,
144:22, 239:16
**sounds**
65:24, 144:20,
157:23, 159:14
**source**
282:17
**sources**
25:13, 41:8
**southeast**
17:5
**southern**
210:23
**space**
90:25, 91:1,
175:24
**spacious**
71:24, 72:7,

73:2
**span**
160:24, 162:12
**spark**
166:5
**speak**
8:15, 82:3,
85:20, 85:21,
87:12, 111:2,
181:7, 185:21,
188:5, 190:4,
201:25, 271:13,
272:9, 283:2,
283:3, 283:5
**speaking**
8:17, 8:18,
23:1, 34:10,
34:11, 43:5,
44:10, 85:11,
148:12, 201:20,
209:24, 209:25,
218:11, 232:14,
272:3
**speaks**
272:20
**special**
103:13, 118:5
**specialist**
40:3
**specialists**
133:12
**specialization**
134:2, 134:23
**specialized**
168:7, 168:24
**specialty**
43:24, 46:2,
134:24, 135:7
**specific**
123:15, 126:4,
160:7, 193:5,
195:22, 200:19,
221:17, 221:25,
225:8, 229:24,
266:25
**specifically**
18:25, 53:3,
102:16, 128:17,

148:9, 148:16,
181:5, 224:17,
226:19, 229:23,
237:5, 237:7,
253:4, 272:6
**specifics**
102:12, 207:1,
279:25
**specimen**
204:4
**speculate**
87:12, 222:10,
251:14
**speculating**
237:23
**speculation**
246:17, 253:5
**spell**
7:16
**spent**
93:15
**spider**
263:24
**split**
26:12, 26:15,
28:13, 30:11,
48:23
**spoke**
77:16, 85:12,
85:14, 85:15,
110:2, 160:10,
169:17, 280:6,
281:11, 281:12
**spoken**
202:21
**square**
2:15
**st**
27:3, 226:10
**stabbing**
32:12
**stabbings**
31:15, 31:24
**stabilization**
205:12
**staff**
20:22, 22:15,
22:16, 22:19,

23:25, 25:2,
25:16, 34:7,
34:11, 34:21,
35:13, 35:16,
39:6, 40:2,
44:11, 61:23,
61:24, 63:5,
63:10, 93:8,
93:19, 99:4,
119:16, 119:19,
131:22, 133:17,
137:4, 140:10,
144:14, 144:15,
152:12, 160:9,
165:5, 165:7,
165:16, 173:5,
175:1, 175:3,
180:24, 193:21,
204:7, 223:24,
224:6, 224:8,
224:17, 227:5,
227:9, 227:21,
227:25, 230:11,
230:21, 250:2,
251:9, 251:10,
251:15, 253:1,
253:9, 253:22,
254:3, 255:14,
259:22, 260:8,
261:15, 264:13,
270:19, 271:8,
275:22, 275:25,
282:8
**staffed**
29:25, 93:2
**staffing**
25:10, 25:21,
27:16, 42:1,
42:6, 93:6,
179:25
**stairs**
90:22
**stalls**
70:12
**stamp**
176:10, 197:16,
197:23
**stan**
17:3, 17:4,

36:8, 36:9,
124:6, 124:10,
140:23, 141:11,
142:1
**stand-alone**
46:24
**stand-up**
57:11
**standard**
6:9, 37:5
**standards**
37:2, 37:19,
38:7
**standing**
69:16
**stands**
13:13, 13:20
**start**
17:19, 49:24,
51:14, 85:6,
130:11, 142:20,
142:21, 145:6,
183:1, 206:6
**started**
7:15, 18:2,
18:3, 40:5,
51:1, 51:3,
143:20, 156:25,
162:1, 162:7,
163:11, 170:11,
269:15
**starters**
8:3
**starting**
178:13
**state's**
189:17
**stated**
61:14, 76:2,
83:7, 101:15,
111:6, 144:5,
151:7, 151:17,
156:10, 185:10,
185:19, 199:14,
204:2, 242:20,
250:13, 265:23,
274:8, 278:14,
290:3

**statement**
5:8, 126:22,
185:14, 193:19,
197:5, 202:17,
218:12, 218:17,
219:17, 220:17,
248:11, 256:20,
272:25, 273:1
**statements**
138:6, 139:6,
194:11, 195:24,
218:24, 222:16,
271:25
**states**
1:1, 6:5,
210:8, 212:1,
242:5
**statewide**
217:4, 218:5
**stating**
154:9, 168:15,
203:18, 287:15
**station**
42:18
**stay**
142:18
**stayed**
162:25
**stemmed**
25:16
**stenographically**
296:10
**step**
55:7, 137:2,
244:9, 281:1
**stepping**
34:4
**steps**
12:11, 12:13,
42:10, 101:21,
101:25, 137:11,
138:13, 138:15,
146:20, 147:3,
199:20, 200:13,
216:1, 221:13,
223:20, 223:23,
226:22, 228:24,
229:12, 257:14,

257:19, 268:14,
268:17, 268:22,
269:12, 273:4,
281:15, 284:7
**stg**
17:15
**still**
8:16, 36:9,
155:9, 183:25,
212:22, 213:2,
221:7, 224:15,
227:7, 230:3,
256:16, 257:8,
282:6, 289:1,
290:8
**stock**
158:6
**stockman**
15:11
**stolen**
104:8, 154:5
**stop**
71:4, 118:3,
156:17, 167:2,
182:16, 192:18,
218:7, 278:21
**stopped**
70:24, 71:2,
212:2
**stopping**
239:4
**store**
10:12, 20:3
**stored**
76:17, 76:18,
92:23, 229:9
**stories**
91:11
**straddling**
130:2, 130:5
**straight**
47:10, 67:7
**stress**
116:22
**stretch**
49:16
**strike**
24:1, 62:22,

70:4, 89:3,
137:12, 177:4,
186:13, 263:2
**stripe**
96:25
**striped**
96:5
**stripes**
96:13
**strong**
51:4, 153:12
**studies**
15:2
**stuff**
22:8, 92:12,
166:2, 181:24,
202:15, 266:23,
268:19, 274:19
**style**
184:20
**styles**
107:22
**subject**
74:7, 93:5,
107:25, 126:17,
164:22, 169:8,
170:10, 173:4,
173:13, 205:6,
229:21, 230:3,
278:23, 282:15,
292:16
**subjected**
241:8
**subjects**
37:16, 280:4
**submit**
241:21
**submitted**
98:23, 110:15,
110:17, 110:24,
125:1, 173:16,
197:6, 197:9,
197:11, 208:7,
216:7, 220:3,
232:5, 232:6,
232:11, 234:11,
250:19, 257:7,
286:19

**submitting**
109:25, 110:4
**subordinate**
34:7, 34:20,
35:13
**subsequent**
80:25
**substance**
46:4, 46:12
**substantiate**
238:11
**subtle**
127:10, 151:18
**suffers**
140:3, 149:10
**sufficient**
144:23, 178:22,
250:2
**suicide**
205:2, 205:14
**suit**
153:12
**suite**
3:6
**summarize**
19:20, 277:20,
278:1
**summarized**
232:11, 278:4
**summarizing**
277:14
**summary**
161:8, 234:3
**summer**
142:25
**sunday**
26:15
**superintendent**
162:21, 163:3
**supervise**
35:12
**supervised**
34:7, 39:4
**supervises**
19:25
**supervising**
29:2
**supervision**
296:11, 296:27

**supervisor**
17:8, 21:5,
36:8, 36:10,
36:12, 92:5,
92:6, 124:3,
124:5, 140:22,
140:23, 149:3,
149:8, 199:25,
200:1, 200:4,
200:7, 200:21,
262:22
**supervisor's**
92:9
**supervisors**
92:8
**support**
193:16
**supposed**
56:21, 57:13,
57:22, 58:11,
60:3, 60:12,
71:21, 76:16,
118:11, 122:3,
122:24, 123:8,
137:20, 175:13,
175:18, 176:25,
178:4, 178:5,
180:15, 188:11,
218:2, 222:11,
243:4, 243:6,
243:8, 252:14,
260:20, 262:12,
262:20, 275:19
**sure**
18:3, 34:19,
34:21, 34:23,
35:7, 35:16,
40:5, 42:5,
61:13, 66:2,
66:21, 84:25,
111:15, 138:19,
139:9, 142:16,
150:13, 175:20,
177:16, 180:19,
193:4, 198:11,
210:24, 211:3,
231:16, 241:21,
255:9, 259:21,

268:20, 272:18, 275:25, 289:25
**sw**
2:15
**swap**
124:3
**swear**
7:5, 169:3, 274:5
**swiftly**
39:15
**sworn**
5:8, 7:8, 296:5
**system**
21:19, 57:4, 76:18, 215:17
**systematic**
177:15

**T**

**t**
3:11
**tables**
69:10, 69:11
**take**
9:11, 9:13, 9:14, 10:2, 11:4, 12:2, 12:11, 12:19, 21:20, 41:9, 42:10, 42:11, 47:10, 49:15, 51:11, 85:1, 95:14, 95:15, 98:11, 101:21, 138:5, 138:13, 138:22, 140:5, 146:20, 147:3, 154:11, 157:9, 161:20, 178:2, 187:4, 188:14, 199:20, 200:12, 205:21, 215:25, 226:22, 228:24, 229:12, 232:23, 247:5, 268:13, 269:12, 273:4, 280:22

**taken**
7:21, 7:23, 40:7, 101:25, 218:21, 221:13, 245:17, 257:16, 257:19, 259:15, 281:15, 281:16, 284:7, 296:9, 296:15
**takes**
163:19, 209:15
**taking**
6:13, 8:4, 21:6, 260:10
**talk**
43:14, 56:11, 69:11, 187:11, 202:18, 271:2, 271:17, 287:22, 288:7, 288:10, 290:4, 290:8, 290:24, 291:4
**talked**
37:16, 110:1, 124:13, 170:1, 202:5
**talking**
50:3, 145:8, 157:19, 157:22, 167:18, 171:18, 172:6, 172:7, 289:1
**tall**
91:12
**tamara**
135:12, 135:14, 184:3, 184:6, 184:8, 186:14, 201:14
**target**
225:19, 278:23
**tasked**
99:5
**tattoos**
21:21
**taught**
170:13
**tc**
159:4

**team**
40:11, 138:18, 155:3, 174:16, 174:17, 174:20, 174:23, 174:25, 184:17, 184:18, 185:7, 219:1, 237:19, 244:2, 259:23, 262:1, 280:19
**tech**
11:24, 113:7, 113:18, 113:19, 128:24, 129:5, 191:21, 209:12, 233:10, 256:12
**technician**
3:13, 129:5
**technology**
180:4
**telecommunicatio-
ns**
214:18
**teleconference**
1:16
**telephone**
92:16, 92:19
**television**
22:18
**tell**
21:13, 22:7, 72:5, 76:4, 78:4, 96:9, 102:20, 122:3, 122:24, 131:6, 144:13, 161:18, 166:19, 167:2, 169:16, 169:18, 175:8, 175:9, 176:11, 177:23, 222:5, 222:8, 222:11, 223:23, 237:15, 238:18, 252:12, 252:13, 272:2, 283:6
**tells**
121:12
**ten**
43:9, 159:24,

205:24, 205:25
**tenure**
125:19
**term**
28:14, 34:25
**termination**
235:16
**terms**
179:22
**terribly**
294:10
**test**
204:4
**testified**
7:9, 265:9, 265:12, 267:14
**testifying**
209:21, 211:5
**testimony**
195:14, 198:17, 224:16, 224:19, 230:7, 251:20, 264:24, 265:2, 270:6, 270:17, 295:5, 295:6
**text**
114:3, 130:6, 141:2, 141:3, 141:5, 141:8, 141:10, 141:12, 141:16, 141:22, 142:2, 142:5, 152:17
**th**
6:8, 26:25, 27:6, 27:13, 100:16, 130:21, 155:23, 156:7, 189:21, 205:18, 208:16, 210:12, 212:6, 213:17, 215:20, 217:6, 228:5, 231:10, 234:15, 240:24, 246:7, 248:1, 249:9, 260:2, 289:5, 289:22, 289:23, 296:19

thank
8:13, 8:23,
9:9, 9:18, 22:1,
49:18, 49:25,
67:20, 100:2,
113:21, 153:9,
163:23, 178:17,
178:25, 180:22,
189:3, 209:16,
233:6, 233:11,
256:14, 281:4,
284:18, 286:5,
291:17, 292:7,
292:8, 292:18,
293:24
thanks
183:23, 191:24,
240:16, 284:15,
294:12
theft
104:4, 106:4
themselves
6:15, 58:15,
220:22
therapy
159:18, 159:20
thereafter
188:12, 296:10
thereof
250:21
thick
70:16
thigpen
263:21, 272:5,
274:1, 274:6
thing
22:8, 67:21,
90:6, 93:18,
120:2, 145:21,
183:14, 237:15,
279:9, 279:14
things
8:1, 8:5, 8:8,
34:24, 45:18,
68:18, 124:14,
147:25, 148:3,
179:21, 182:21,
268:20, 270:14,

271:4
think
21:16, 22:22,
23:23, 24:16,
28:13, 29:8,
33:9, 43:14,
67:17, 68:16,
74:19, 74:20,
74:23, 83:7,
84:23, 86:5,
86:6, 86:8,
86:9, 86:11,
87:12, 95:13,
96:3, 97:21,
112:22, 130:6,
150:16, 156:18,
161:17, 161:20,
168:13, 168:23,
172:9, 173:5,
176:19, 184:12,
185:22, 185:25,
202:8, 203:17,
204:3, 204:6,
206:19, 207:11,
208:2, 209:6,
210:5, 210:25,
217:23, 224:14,
231:12, 233:5,
245:18, 273:10,
274:1, 274:3,
276:23, 279:2,
279:9, 279:14,
284:16, 293:12
thinking
29:4, 143:6,
153:6, 208:4,
212:20, 213:1,
217:24, 227:7,
279:5
third
5:10, 5:17,
51:21
third-party
143:12, 208:8,
221:3, 259:13
thought
74:21, 157:21,
207:24, 207:25,

228:9, 228:11,
228:12
thoughts
205:2
thread
130:14
threat
17:15, 21:11,
21:18, 24:17,
24:21
threatened
189:22
three
29:7, 29:8,
29:16, 29:17,
29:21, 46:13,
72:6, 114:1,
240:23, 287:22
through
22:7, 34:7,
34:20, 35:13,
37:14, 38:5,
67:10, 95:12,
96:3, 106:23,
128:4, 128:5,
128:11, 132:10,
138:23, 139:7,
148:22, 163:19,
181:18, 229:25,
259:3
throughout
73:10, 83:19,
92:8, 120:20,
165:2, 274:9,
283:23
tia
130:23
ticket
282:20, 282:24,
283:13
tied
204:7
timeline
218:19
timely
38:24
times
28:24, 58:25,

63:12, 63:13,
65:20, 77:1,
84:5, 94:1,
106:18, 107:23,
140:25, 147:18,
157:7, 158:20,
158:22, 159:24,
169:6, 169:14,
187:1, 198:20,
204:23, 205:7,
205:15, 239:18,
248:12, 248:15,
248:19, 259:4,
269:5
timothy
1:8, 6:5
tip
268:25
title
17:17, 21:2,
99:14, 99:16,
119:7, 128:25,
179:5
titled
277:15
titles
22:18
tobacco
106:13
today
6:11, 7:3, 8:3,
8:8, 9:11, 12:6,
12:12, 12:19,
31:8, 36:2,
37:5, 39:19,
97:15, 135:4,
139:11, 168:8,
198:17, 202:24,
211:4, 224:16,
224:19, 238:16,
238:17, 269:20,
281:11, 286:22
today's
6:8, 27:4
together
71:11, 146:10,
184:18, 191:6,
232:24

told
30:12, 32:21,
34:3, 51:2,
55:10, 78:18,
78:23, 85:24,
85:25, 86:18,
86:22, 87:19,
87:22, 95:20,
101:16, 142:20,
186:6, 186:25,
202:13, 204:20,
206:24, 225:5,
226:4, 228:10,
252:3, 254:8,
254:17, 256:2,
267:9, 271:1

tolerated
127:25

tom
93:23

took
32:4, 73:25,
137:12, 138:3,
142:19, 207:19,
211:20, 219:10,
223:20, 223:23,
243:14, 268:17,
278:3

toole
77:24, 78:3,
78:10, 78:16,
79:8, 85:14,
85:18, 85:21,
85:24, 86:18,
88:1

toole's
79:5

top
73:1, 75:24,
75:25, 116:5,
181:7, 189:9,
235:23, 276:24,
279:6

topic
13:18, 98:21,
169:17

topics
165:20, 169:21

total
14:19, 33:13,
43:8, 46:13

touch
70:23

trained
76:6

training
36:21, 36:23,
37:8, 37:13,
38:9, 38:10,
134:22, 164:1,
164:4, 164:8,
164:10, 164:12,
164:17, 164:18,
164:22, 164:24,
165:1, 165:19,
165:23, 167:22,
168:3, 168:6,
168:7, 168:18,
168:21, 168:24,
169:11, 169:15,
169:18, 170:5,
170:10, 172:15,
173:4, 245:7

trainings
37:12, 38:5,
167:25, 168:9,
168:13, 169:7,
169:17, 173:10

transcript
4:7, 5:2,
99:18, 113:13,
129:11, 152:15,
154:18, 166:13,
176:3, 179:9,
183:6, 188:22,
191:15, 196:10,
208:21, 216:20,
233:15, 240:4,
247:10, 276:15,
277:4, 292:18,
292:24, 293:3,
293:14, 294:1,
296:8, 296:25

transcription
295:6

transfer
98:24, 103:1,

123:23

transferred
19:8, 21:13,
101:5, 102:24,
103:4, 103:5,
105:1, 107:4,
110:5, 123:19,
124:4, 125:5,
133:3, 133:4,
162:19, 162:24,
163:1, 163:6,
205:10, 261:16,
273:19, 274:4

transferring
16:8

transfers
123:14, 123:15,
123:17

transgender
77:18, 77:21,
78:1, 78:20,
83:8, 83:14,
84:4, 96:10,
100:20, 102:6,
102:9, 108:20,
108:22, 108:25,
109:3, 109:7,
111:10, 111:17,
111:20, 111:24,
112:2, 112:7,
112:16, 117:4,
117:8, 118:10,
118:17, 122:19,
122:20, 123:3,
124:17, 125:4,
125:10, 125:14,
125:18, 126:5,
126:12, 126:23,
128:3, 128:9,
128:14, 136:8,
145:11, 146:6,
147:17, 147:21,
148:5, 149:14,
150:5, 150:9,
150:17, 150:21,
151:14, 157:9,
157:19, 157:24,
160:11, 160:13,

164:2, 164:5,
164:18, 164:19,
164:20, 164:22,
164:25, 165:7,
165:16, 165:20,
168:22, 169:5,
169:7, 169:11,
169:22, 169:24,
170:6, 170:18,
171:13, 171:16,
172:16, 181:4,
181:11, 260:20,
261:2

transgender-rela-
ted
169:15

transgenders
42:16, 127:5,
145:20, 149:3,
151:8, 151:18,
151:24, 157:22,
160:22, 170:13,
170:14, 171:13,
171:17, 171:21,
171:23, 172:4

transpired
80:4, 221:24,
222:6

transports
30:13

travel
47:22

traveled
47:17

treadwell
290:16

treat
144:14

treating
135:5

treatment
17:12, 17:20,
17:21, 17:24,
18:7, 18:12,
20:6, 20:8,
20:14, 20:24,
46:4, 46:12,
62:3, 104:15,

104:17, 105:15,
119:3, 119:16,
119:19, 120:14,
134:3, 159:11,
159:15, 159:21,
160:16, 163:9,
163:13, 186:16,
251:17, 262:4
**tried**
108:2, 208:1,
214:10, 248:11,
248:19, 286:1
**tries**
9:24
**trim**
108:4
**trouble**
161:14
**true**
31:14, 39:17,
53:6, 66:7,
98:22, 126:9,
132:9, 139:14,
140:25, 173:16,
181:15, 182:18,
194:2, 194:18,
195:18, 195:24,
203:14, 222:23,
236:23, 237:10,
238:7, 242:23,
248:16, 250:17,
256:21, 261:6,
265:21, 275:21,
276:3, 276:7,
291:19, 295:5,
296:8
**trust**
193:20
**truth**
238:11
**truthfully**
247:3
**try**
8:20, 12:2,
42:18, 50:19,
50:22, 52:10,
59:18, 68:19,
165:13, 171:19,

187:6, 257:10,
264:13, 287:22,
288:7
**trying**
18:22, 43:14,
51:14, 58:1,
74:19, 98:1,
98:6, 98:9,
98:12, 144:10,
159:4, 178:18,
187:1, 204:3,
210:4
**ts**
177:17
**tuesday**
1:17
**turn**
49:1, 67:8,
67:10, 87:12,
114:10, 114:12,
154:24, 166:6,
173:12, 208:14,
218:24, 224:21,
263:4
**turnaround**
293:6
**turned**
49:5, 51:6,
162:18
**turning**
201:11, 211:6,
211:10, 243:20,
256:4
**turns**
60:16, 218:25
**tvs**
69:12, 69:14,
69:18
**twice**
275:12
**two**
18:12, 26:13,
29:3, 29:5,
29:7, 29:9,
29:18, 29:19,
29:23, 32:1,
40:24, 43:21,
44:16, 45:10,

45:11, 45:24,
46:1, 46:5,
46:6, 48:10,
48:23, 51:20,
52:4, 52:5,
55:22, 60:18,
67:2, 67:14,
69:7, 72:6,
86:13, 91:9,
91:11, 93:16,
96:17, 102:13,
138:20, 153:17,
200:6, 212:1,
212:4, 270:14,
275:10, 280:7,
286:2, 287:14,
293:4, 293:5,
293:11
**two-man**
42:19, 60:14
**two-page**
129:18, 154:22,
240:6
**two-person**
42:19, 60:15
**two-piece**
96:24, 97:1
**two-week**
294:5
**tying**
203:10
**type**
52:24, 92:14,
111:13, 111:14,
121:1, 122:7,
127:7, 131:25,
164:4, 196:21
**typed**
185:6
**types**
31:6, 32:3,
105:18, 106:11,
120:16, 133:23
**typewriting**
296:11
**typically**
9:3, 58:20,
58:23, 188:9

**typo**
191:11

---
**U**
---

**ultimately**
88:1, 94:23,
97:3, 222:19,
222:25, 231:23,
235:14, 236:4,
245:11, 250:17,
274:4
**unable**
12:1, 261:8
**unclear**
220:12, 238:7
**uncommon**
65:24
**under**
32:23, 38:18,
38:21, 39:10,
39:17, 39:21,
41:22, 137:13,
138:10, 168:24,
204:5, 219:14,
221:1, 228:21,
230:4, 254:13,
296:11, 296:26
**undergarments**
108:11, 128:20,
136:14, 139:17,
145:9, 145:11,
145:23, 148:16,
149:6, 149:17,
150:5, 151:5,
151:6, 154:3,
156:1, 156:6,
156:20, 156:25,
157:8, 157:25
**underneath**
91:1
**understand**
26:20, 27:11,
35:4, 37:18,
45:9, 148:2,
148:6, 187:10,
201:5, 203:7,
203:11, 203:21,
223:3, 228:13,

229:2, 238:19,
278:12, 278:13,
286:25
**understanding**
79:6, 79:11,
87:4, 102:6,
109:6, 147:20,
147:23, 158:24,
193:10, 211:2,
217:20, 236:2,
284:5, 285:17
**understood**
10:16, 39:3,
79:25, 81:16,
149:11, 158:8,
174:3
**underwear**
128:10, 148:13
**undivided**
65:8
**undress**
71:22
**unfortunately**
179:2, 208:2
**unfounded**
231:25, 235:25,
236:5, 236:9,
236:24, 237:2,
237:8, 237:10,
237:12, 237:14,
237:18, 237:22,
238:3, 238:12,
239:2, 242:10,
242:23, 243:13,
246:16, 248:3,
248:9, 248:25,
249:17, 249:18,
250:7, 250:14,
250:20, 250:23,
251:7, 251:11,
251:22, 252:2,
252:6, 255:3,
257:13, 266:10
**uniform**
10:15, 20:22,
96:2, 96:5,
96:6, 96:7,
96:8, 96:24,

97:1
**uniforms**
96:19, 96:22,
126:7
**unique**
111:11
**unit**
20:22, 28:23,
36:13, 41:11,
43:16, 43:18,
72:18, 120:23,
130:24, 130:25,
235:9
**united**
1:1, 6:5
**units**
28:25, 29:1,
43:6, 43:7,
43:9, 43:15,
44:5, 72:21,
83:18, 120:21,
120:23, 205:12
**university**
15:3, 133:4
**unknown**
5:20
**unless**
44:21, 60:13,
138:21, 220:23,
221:22, 222:7,
246:9, 263:8,
281:3, 296:26
**unlock**
56:16, 59:4,
59:8
**unlocked**
56:20, 58:25,
60:8
**unlocks**
58:15
**unquote**
211:5
**unsubstantiated**
238:9, 238:12,
238:25, 250:5,
250:7
**until**
39:7, 49:22,

66:4, 85:4,
102:23, 145:4,
148:19, 156:7,
161:3, 161:4,
191:20, 206:4,
231:19, 235:13,
244:16, 253:17,
264:4, 281:7,
281:17
**untrue**
237:1, 249:19
**unusual**
271:15
**update**
22:15
**updated**
217:21
**updates**
142:21
**updating**
217:25
**upload**
218:5
**uploaded**
217:16, 217:24,
281:17
**uploading**
191:22, 217:25
**upset**
278:6
**upstairs**
45:11, 89:21,
89:25, 91:14,
91:16, 91:17,
91:22, 207:25
**urine**
204:4
**use**
52:23, 59:20,
71:22, 141:15,
243:3
**using**
10:24, 27:8,
54:24, 76:13,
170:19
**utilized**
30:8

---
**V**
---
**vacancies**
25:25, 27:24,

28:1, 28:3,
28:10, 30:4
**vacancy**
25:23, 25:25,
28:4, 103:5
**varies**
44:21
**variety**
24:3, 53:8
**various**
30:13, 31:11,
34:9, 37:16,
83:19, 84:4,
106:4, 113:4
**vary**
46:16, 119:13
**vast**
181:7
**venture**
51:9
**veracity**
250:3
**verbal**
8:8, 8:10,
140:18
**verbalized**
206:21, 206:22,
206:23
**verbalizing**
195:22
**verbally**
60:25, 61:22,
173:22, 225:4,
226:3
**verify**
204:10
**versa**
170:15
**versus**
6:4, 98:14,
109:8, 164:16
**vestibule**
67:5
**via**
1:16, 6:13,
11:13, 11:15,
58:25, 140:15,
234:19, 235:12,

282:20, 294:9
**vice**
170:15
**victim**
112:12, 112:20,
113:5, 115:15,
116:1, 116:2,
117:25, 195:7,
206:14, 218:14,
218:22, 219:20,
220:8, 220:9,
220:19, 220:23,
221:6, 256:24,
256:25, 257:1,
257:6, 273:22
**victimization**
112:17, 117:12
**victims**
53:4, 112:23,
118:5, 199:5,
219:22, 220:8,
220:13, 262:4
**video**
1:16, 41:13,
41:14, 41:15,
41:20, 77:2,
77:5, 92:20,
180:3, 222:23,
222:24, 223:4,
223:11, 223:21,
224:20, 225:20,
226:6, 226:10,
226:19, 226:23,
227:14, 228:7,
228:25, 229:24,
253:16, 258:12,
264:6, 264:12,
264:19, 285:1,
285:5, 285:10,
285:11, 285:13,
285:14, 293:24,
294:4
**videographer**
3:12, 6:2,
6:11, 7:3,
49:19, 49:23,
85:2, 85:5,
145:1, 145:5,

206:1, 206:5,
231:17, 231:20,
253:15, 253:18,
264:2, 280:24,
281:5, 281:8,
292:20
**videos**
76:23, 77:13,
225:7, 228:18,
229:20, 230:3,
281:24, 282:2,
282:9
**videotaped**
1:13, 6:3
**viewed**
73:22, 73:23,
213:4
**violates**
241:9
**violations**
5:11, 210:10
**violence**
31:3, 53:18
**violent**
24:7, 53:10,
54:17, 104:11
**visible**
73:20, 75:17,
90:13, 91:6,
91:25, 183:14,
224:4
**visual**
66:22, 68:17
**visualize**
58:1
**visually**
204:10
**vocally**
101:5
**vocational**
20:11
**voice**
6:14
**voiced**
109:21, 109:22,
110:21, 173:15,
194:3
**vs**
1:7

**vulnerable**
117:16

**W**

**wait**
158:4
**waiting**
155:9, 275:16
**walk**
47:10, 48:7,
48:21, 48:25,
63:25, 67:4,
67:6, 67:10,
67:11, 68:6,
68:8, 68:24,
69:1, 69:2,
76:2, 88:13,
90:5, 90:7,
90:8, 93:20
**walked**
48:4, 95:15
**walking**
34:8, 45:25,
90:14, 91:7
**walks**
57:2, 58:4,
91:19
**wall**
64:1, 69:3,
69:4, 70:10,
72:2
**walls**
75:20, 75:21
**walmart**
15:11
**want**
9:2, 9:11,
18:2, 18:24,
19:8, 19:14,
26:24, 56:11,
59:19, 62:5,
64:2, 66:4,
66:19, 66:21,
67:16, 74:21,
78:4, 78:5,
79:23, 87:8,
87:9, 87:11,
91:3, 124:4,

143:15, 147:25,
166:18, 175:7,
189:4, 202:11,
206:20, 220:16,
222:9, 233:25,
248:14, 270:9,
270:24, 271:1,
271:2, 279:7,
280:7, 290:4,
293:20
**wanted**
15:15, 52:10,
52:13, 61:15,
87:13, 87:21,
89:7, 101:13,
101:17, 111:6,
124:9, 142:16,
142:18, 149:17,
167:23, 192:20,
194:14, 225:8,
234:1, 271:3,
274:20, 285:18,
287:15
**wanting**
51:5, 146:16,
159:3, 260:16
**ward**
1:8, 6:5
**warden's**
263:1, 281:23
**warden-to-warden**
124:3
**wardens**
17:11, 64:4,
164:13
**warren**
153:8, 153:9
**way**
3:5, 44:4,
45:8, 49:10,
49:11, 59:22,
66:1, 108:3,
109:10, 125:6,
142:20, 147:12,
147:13, 185:15,
190:19, 206:19,
206:20, 220:10,
236:22, 249:21,

250:10, 250:14,
257:6, 262:9,
268:13, 284:12
**ways**
76:23, 173:20,
219:6, 250:7,
256:21
**we'll**
12:2, 281:2,
283:13
**we're**
8:3, 10:13,
10:24, 11:20,
49:19, 49:23,
65:8, 85:2,
85:5, 145:1,
145:5, 178:15,
187:17, 206:2,
206:5, 215:24,
231:17, 231:20,
253:18, 264:2,
281:6, 281:8,
289:1, 292:20
**we've**
13:2, 20:23,
23:1, 43:5,
49:14, 97:23,
106:21, 144:17,
160:10, 172:19,
205:20, 235:21,
269:19, 280:24,
284:9, 284:10,
284:14, 287:10,
287:19
**weapons**
106:12
**wear**
107:18, 107:21,
126:7, 127:5,
127:17, 127:24,
128:4, 147:21,
150:9, 151:7,
151:8, 165:14
**wearing**
147:17, 151:15
**week**
26:14, 78:7,
205:18, 207:13,

275:12, 293:8
**weekend**
239:19, 288:22
**weekly**
4:17, 5:22,
123:17, 140:11,
140:17, 142:3,
142:8, 142:21,
155:20
**weeks**
86:13, 139:20,
157:10, 157:16,
293:4, 293:5,
293:11
**welcome**
85:7, 284:18,
292:8
**welcomed**
30:5
**wellpath**
132:17, 132:20,
133:4
**went**
18:20, 34:8,
37:15, 47:2,
83:21, 96:3,
139:16, 139:22,
144:9, 144:12,
199:23, 204:6,
250:6, 250:10,
250:14, 264:13,
270:7, 285:10
**weren't**
53:25, 228:8,
258:7
**west**
15:3
**wet**
72:10
**whatever**
9:11, 59:20,
95:8, 230:1
**whatnot**
159:5, 195:6,
220:24
**wheelchair**
52:16
**wheelchairs**
52:12

**whereof**
296:18
**whether**
9:19, 9:20,
54:24, 74:20,
85:12, 101:22,
102:2, 109:11,
112:6, 115:15,
122:4, 122:25,
123:9, 123:19,
124:25, 125:7,
125:9, 134:24,
135:4, 139:12,
139:22, 147:4,
147:8, 159:14,
169:18, 179:20,
179:24, 180:2,
180:6, 180:16,
180:19, 199:21,
200:13, 201:1,
202:20, 202:21,
202:24, 213:11,
221:6, 222:11,
223:8, 230:21,
230:22, 231:4,
232:16, 238:7,
238:23, 246:25,
253:6, 256:17,
269:22, 269:24,
270:20, 273:12,
282:14
**white**
96:25
**whitworth**
102:16, 102:23,
103:8, 103:23,
104:1, 104:13,
104:23, 105:4,
105:16, 105:25,
107:18, 108:7,
108:11, 108:19,
108:23, 109:3,
127:13, 160:12,
162:8, 162:18
**whoever**
234:8
**whole**
27:19, 31:4,

78:13, 92:9,
166:16, 183:13
**wide**
90:9
**wilkerson**
269:2, 269:4,
282:6, 282:12
**willesha**
153:8, 153:9
**willing**
220:14
**window**
42:21, 48:7,
91:2, 91:14,
264:15
**windows**
69:15, 75:20,
75:21, 75:22,
75:23, 91:2
**wish**
147:21
**wished**
77:14, 136:17
**within**
43:6, 44:9,
45:4, 53:6,
55:16, 69:9,
72:20, 73:5,
80:1, 82:4,
83:17, 87:18,
103:17, 107:17,
112:4, 112:13,
121:10, 132:19,
145:14, 148:25,
150:4, 150:21,
172:24, 173:3,
182:2, 188:13,
197:4, 207:8,
207:9, 207:13,
230:2, 236:25,
264:17
**without**
10:15, 72:22,
110:19, 123:1,
139:16, 139:23,
187:11, 188:6,
190:5, 193:15,
202:5, 202:12,

202:18, 212:6,
222:12, 247:3,
251:6, 251:24,
254:15, 255:5,
255:17
**witness**
2:12, 7:6,
13:20, 84:24,
139:6, 144:24,
192:6, 196:15,
197:5, 218:12,
219:17, 219:19,
220:17, 222:16,
245:3, 256:23,
268:3, 271:25,
272:25, 273:1,
284:18, 292:5,
292:8, 296:4,
296:18
**witnessed**
271:15, 272:5,
272:10
**witnesses**
265:5, 267:14
**woman**
21:7, 77:18,
100:20, 181:11
**women**
109:4, 111:24,
112:3
**women's**
102:23, 162:8
**wonder**
178:14
**wondering**
293:15
**words**
50:6, 87:15
**work**
23:1, 26:14,
28:18, 118:22,
120:10, 120:19,
120:23, 215:6,
215:10, 215:21,
283:17
**worked**
14:19, 15:10,
132:6, 164:7

**working**
51:20, 59:11,
121:13, 145:16,
160:25, 170:12,
213:15, 224:7,
224:15, 241:5,
258:7, 258:9
**works**
50:11, 279:20
**worried**
194:19
**worth**
161:22
**wouldn't**
10:17, 96:11,
158:13, 161:23,
168:2, 168:3,
220:22, 270:7,
270:25, 285:14
**wow**
25:23, 119:9,
160:15, 170:11
**writing**
60:24, 61:20,
62:1, 122:16,
128:12, 140:2,
145:20, 145:22,
149:21, 173:22,
197:14, 225:23,
225:24, 227:14,
282:22
**written**
62:9, 63:18,
80:21, 138:25,
151:24, 199:15,
272:24, 288:14

**Y**

**y'all**
198:22
**yards**
47:24, 48:9,
48:11
**yeah**
27:10, 92:17,
92:19, 233:21,
256:11
**year**
32:2, 33:3,

33:14, 132:19,
165:18, 168:13,
227:16
**years**
14:20, 14:21,
18:12, 132:13,
134:7, 138:20,
160:21, 160:24,
161:4, 161:12,
161:19, 163:2,
163:25, 168:6,
168:18, 244:22,
244:25
**yolanda**
21:4, 155:13
**york**
2:8
**yourself**
9:22
**yourselves**
255:25

**Z**

**zechariah**
19:2, 19:4,
19:12, 282:7
**zoom**
6:13, 11:9,
11:17, 11:21,
129:19, 152:17,
166:18, 166:19

**.**

**.3500**
2:17
**.6467**
2:9

**0**

**00**
23:24, 57:8,
58:19, 58:22,
58:24
**000290565**
5:23
**00453**
1:8, 6:7
**005314**
188:17

**005317**
183:2
**0057**
152:8
**005797**
152:9
**006407**
276:10
**006904**
216:15
**007408**
128:23, 129:6
**007961**
154:13, 154:21
**007963**
277:2
**008420**
239:24
**00s**
23:24
**01**
292:21
**028527**
4:20, 166:8,
167:13
**028533**
4:20
**03**
85:4, 85:5
**04**
231:18, 231:19,
294:13
**07**
264:3, 264:4
**09**
1:18, 6:9,
264:4

**1**

**1**
85:4, 85:5
**10**
1:17, 1:18,
5:4, 6:8, 6:9,
89:24, 90:1,
169:19, 188:16,
188:21, 189:21,
201:12, 206:2,

206:4
**100**
222:6
**1000290565**
4:15, 5:5,
5:13, 5:14,
5:17, 5:20
**10012**
2:8
**11**
5:6, 49:20,
49:22, 49:23,
57:8, 57:9,
58:22, 115:23,
191:12, 191:14,
195:3
**113**
4:11
**1150**
4:10, 99:13,
99:15
**12**
5:8, 43:13,
43:15, 44:4,
44:7, 84:6,
85:3, 85:4,
130:21, 196:4,
196:9, 256:5,
256:6, 256:8,
256:13
**1275**
3:8
**129**
3:6, 4:13
**13**
5:10, 122:18,
208:17, 208:20,
211:16
**136**
88:22, 89:16
**14**
5:14, 156:7,
216:14, 216:19,
233:3
**1410**
4:24
**1423**
4:12

**1425**
4:12
**15**
5:15, 83:8,
83:14, 100:16,
122:19, 233:4,
233:7, 233:10,
233:13, 233:14,
241:24, 245:21,
285:23
**152**
4:14
**154**
4:16
**16**
5:16, 83:8,
83:9, 83:14,
122:20, 212:6,
213:17, 215:20,
231:19, 231:20,
239:23, 240:3,
243:20
**166**
4:18
**17**
5:18, 23:24,
26:25, 27:6,
27:13, 217:6,
247:7, 247:9,
256:7, 289:16,
289:24
**1700**
23:24
**176**
4:21
**179**
4:23
**18**
5:22, 234:15,
240:24, 245:25,
246:7, 276:11,
276:14, 288:19,
289:2, 289:5,
289:10, 289:18,
289:22
**1800**
23:12, 23:19,
79:2

**183**
4:25
**188**
5:4
**19**
5:24, 85:3,
85:4, 228:5,
240:24, 246:7,
277:1, 277:3,
296:19
**191**
5:6
**196**
5:8
**1998**
162:25
**1st**
14:21, 16:18,
16:25, 27:6,
27:12, 163:20,
226:15, 241:14,
241:18, 242:2

───── **2** ─────

**2**
144:25, 145:2,
145:4, 145:5
**20**
1:8, 4:17, 6:7,
89:25, 155:23,
169:19, 208:16,
210:12, 213:20,
218:21, 240:25,
246:7
**200**
25:8
**2000**
162:23, 162:25
**2003**
162:12
**2008**
161:2, 163:5,
163:10
**2009**
161:1, 161:3,
163:11, 163:12,
165:21, 165:22,
169:1, 169:4,

169:10
**2010**
165:22
**2011**
165:22
**2012**
163:12, 163:14
**2013**
102:22, 161:4,
163:14, 163:17
**2017**
102:23, 161:5
**2019**
16:25, 23:11,
25:4, 25:22,
26:21, 27:6,
27:12, 33:10,
33:13, 163:21
**2020**
19:1, 19:5,
19:8, 21:2,
26:21, 27:20,
33:15, 64:20,
95:6, 95:7,
100:16, 115:23,
119:7, 130:21,
133:10, 137:9,
142:25, 148:14,
148:19, 153:14,
153:17, 155:15,
174:24, 175:5,
184:3, 188:1,
189:21, 197:7,
197:12, 205:18,
206:15, 208:16,
210:12, 212:6,
213:12, 213:18,
215:20, 216:9,
217:6, 221:15,
226:8, 228:5,
231:10, 234:15,
239:7, 241:14,
242:2, 248:2,
249:10, 256:16,
257:20, 258:7,
258:9, 263:6,
263:8, 263:10,
272:4, 289:10,

290:7
**2021**
26:21, 27:7,
27:13, 28:2,
32:19, 38:11,
226:15, 227:19,
232:8, 258:17,
259:19, 260:2,
291:8
**2022**
1:17, 6:8,
16:20, 296:19
**208**
5:10
**208.06**
38:15, 39:18,
191:1
**208.08**
191:10
**21**
18:3, 27:21
**212.614**
2:9
**216**
5:14
**22**
234:8
**23**
49:22, 49:23,
155:15
**233**
5:15
**24**
4:17, 56:14,
93:2, 93:13,
93:14, 155:23,
229:3
**240**
5:16
**247**
5:18
**25**
206:4, 206:5
**276**
5:22
**277**
5:24
**28**
230:1

**280**
25:9
**284**
4:4
**29**
14:20, 14:21,
205:18, 260:2
**296**
1:24

---

**3**

**30**
45:6, 48:11,
69:6, 76:17,
76:19, 77:5,
77:9, 77:14,
161:12, 161:19,
229:10, 229:25,
230:1, 230:2,
230:14, 231:10,
248:1, 249:9,
264:15, 264:17,
289:22, 289:23
**300**
24:25, 25:5
**3017**
3:5
**30305**
3:7
**30334**
2:16
**31**
27:3, 145:2,
145:4, 226:10
**310**
24:25
**315**
24:25
**320**
25:5
**34**
281:5, 281:7
**36**
33:10, 144:25
**38**
145:4, 145:5
**3rd**
95:6, 209:18,

213:12, 215:20,
219:11, 221:21,
222:25, 223:19,
230:18, 230:23,
231:9, 231:24,
235:20, 236:4,
236:13, 236:14,
236:21, 237:13,
287:12, 288:6,
289:9

---

**4**

**4**
206:2, 206:4,
206:5
**40**
2:15
**404**
3:8
**404.458**
2:17
**424**
141:21
**444141**
1:23
**46**
281:7, 281:8
**48**
43:23
**49**
253:16, 253:17
**4th**
95:7

---

**5**

**5**
58:19, 58:22,
58:24, 231:18,
231:19, 231:20,
253:16, 253:17,
253:18
**50**
47:24
**51**
253:17, 253:18
**52**
280:25
**5317**
183:19

**5:-cv**
1:8
**5:-cv--mtt**
6:7

---

**6**

**6**
264:3, 264:4,
281:5, 281:7,
281:8
**62**
33:19
**666**
2:6

---

**7**

**7**
292:21, 294:13
**70**
25:24, 27:25,
28:3
**706**
141:21
**7th**
2:7, 153:17,
241:14

---

**8**

**80**
25:25, 27:25,
28:3
**841**
3:8
**8420**
240:14
**888**
4:22, 175:23
**8th**
256:16, 258:17,
259:9, 259:19

---

**9**

**9/6/67**
7:20
**90**
43:24, 67:17,
67:19
**91**
67:18

**92**
43:25
**93**
162:1, 162:13,
162:14
**94**
162:14, 162:15
**940**
5:21, 247:8
**95**
162:13, 162:15
**96**
48:19, 67:17,
162:17
**960**
5:9, 196:3,
196:13, 197:17,
256:10
**961**
5:9
**9612**
141:21
**98**
48:19
**99**
4:9
**9th**
258:17, 259:9,
259:19