UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MINUTE SHEET
OF COURT PROCEEDINGS



| | | | |
|---|---|---|---|
| Date: | 1/17/2023 | Type of Hearing: | Jury Trial – Day 1 (Jury Selection) |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | Law Clerk: | Ben Roth |
| Courtroom: | A | | |

**Case Number: 5:20-cv-453 (MTT)**

| | | | |
|---|---|---|---|
| Ashley Diamond | | Counsel: | Scott McCoy<br>Beth Littrell<br>A. Chinyere Ezie<br>Bruce Hamilton<br>Emma Douglas<br>CJ Sandley |
| v. | | | |
| Sharon Lewis, et al. | | Counsel: | Roger Chalmers |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Day 1 – Court time for JS10/MJSTAR:  1 hour / 52 minutes**

| | |
|---|---|
| 9:45 am | Called to order. The Court addressed the Jury. Roll call. Panel sworn. The Court called the case for trial. Court's voir dire. |
| 10:43 am | Voir dire by Mr. Coleman. |
| 11:02 am | Voir dire by Mr. Chalmers. |
| 11:08 am | The Court addressed the jurors. |
| 11:09 am | Recessed. |
| 11:28 am | Reconvened. Jury selection. |
| 11:48 am | Jury seated. The Court addressed the Jury. Jury sworn. The Court addressed the Jury. |
| 11:55 am | Jury excused until Thursday at 8:30 a.m. The Court addressed the remaining jurors who will remain for jury selection in another case. |
| 11:56 am | Recessed. |