UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ASHLEY DIAMOND,

                Plaintiff,

v.

TIMOTHY WARD, *et al.*,

                Defendants.

No. 5:20-cv-00453-MTT

**MOTION TO WITHDRAW REQUEST FOR PRODUCTION OF INCARCERATED WITNESS AND REQUEST TO VACATE ORDER TO PRODUCE**

On January 10, 2023, this Court ordered the production of **HARRY LYDE, GDC 001211352,** presently incarcerated at the Burruss Correctional Training Center in Forsyth, Georgia in anticipation of trial in the above styled proceeding. ECF 207. Plaintiff requests that the Court vacate the pending order.

Respectfully submitted,

Dated: January 18, 2023

A. Chinyere Ezie[*]
Charles Coleman, Jr.[*]
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org
Email: charles@cfcolemanjr.com

Caitlin J. Sandley, Ga. Bar No. 610130
Center for Constitutional Rights
P.O. Box 486
Birmingham, AL 35201
Phone/Fax: (212) 614-6443
Email: csandley@ccrjustice.org

/s/ *Elizabeth Littrell*
Elizabeth Littrell, Ga. Bar No. 454949
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

Scott D. McCoy[*]
Southern Poverty Law Center
2 South Biscayne Boulevard, Suite 3750
Miami, FL 33131
Phone: (334) 224-4309
Fax: (786) 237-2949
Email: scott.mccoy@splcenter.org

1

Bruce Hamilton*
Emma L. Douglas*
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 352-4398
Phone: (504) 377-6086
Fax: (504) 486-8947
Email: bruce.hamilton@splcenter.org
Email: emma.douglas@splcenter.org

* Admitted *Pro Hac Vice*

*Counsel for Plaintiff Ashley Diamond*