# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ASHLEY DIAMOND,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY WARD, *et al.*,<br><br>　　　　　　　Defendants. | No. 5:20-cv-00453-MTT |

## WITHDRAWAL OF MOTION

Plaintiff Ashley Diamond hereby withdraws her motion for spoliation sanctions against Defendants Brooks Benton, Ahmed Holt, and Robert Toole, ECF 165, 166, 167, and 168.

Respectfully submitted.

January 18, 2023

/s/ Caitlin J. Sandley
Caitlin J. Sandley, Ga. Bar No. 610130
Center for Constitutional Rights
P.O. Box 486
Birmingham, AL 35201
Phone/Fax: (212) 614-6443
Email: csandley@ccrjustice.org

A. Chinyere Ezie[*]
Charles Coleman, Jr.[*]
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org
Email: charles@cfcolemanjr.com

Elizabeth Littrell, Ga. Bar No. 454949
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

Scott D. McCoy[*]
Southern Poverty Law Center
2 South Biscayne Boulevard, Suite 3750
Miami, FL 33131
Phone: (334) 224-4309
Fax: (786) 237-2949
Email: scott.mccoy@splcenter.org

Bruce Hamilton[*]
Emma L. Douglas[*]
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170

1

Phone: (504) 352-4398
Phone: (504) 377-6086
Fax: (504) 486-8947
Email: bruce.hamilton@splcenter.org
Email: emma.douglas@splcenter.org

[*] Admitted *Pro Hac Vice*

*Counsel for Plaintiff Ashley Diamond*

## CERTIFICATE OF SERVICE

    I hereby certify that, on this date, the foregoing document and all attachments were served on all counsel of record through the Court's CM/ECF system.

/s/ Name
Name

*Counsel for Plaintiff Ashley Diamond*