

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

### MINUTE SHEET
### OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 1/18/2023 | Type of Hearing: | Telephone Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | Law Clerk: | Ben Roth |
| Courtroom: | A | | |

**Case Number: 5:20-cv-453 (MTT)**

| | | |
|---|---|---|
| Ashley Diamond | Counsel: | Scott McCoy  <br>A. Chinyere Ezie |
| v. | | |
| Sharon Lewis, et al. | Counsel: | Roger Chalmers |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 7 minutes**

| | |
|---|---|
| 5:21 pm | Called to order. The Court addressed the parties. |
| 5:23 pm | Mr. McCoy stated that the plaintiff has decided not to proceed to trial. The parties are working on a stipulation of dismissal. |
| 5:24 pm | Discussion confirmed it would be a dismissal with prejudice. |
| 5:25 pm | The Court addressed the parties regarding the Court's understanding that a stipulation of dismissal with prejudice is forthcoming. The parties agreed this decision is definite. Based on the understanding that this is definite, the Court will release the jury. Discussion regarding whether there is a need to appear in court tomorrow. The parties agreed there is not. |
| 5:28 pm | Adjourned. |