UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ASHLEY DIAMOND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 5:20-cv-00453-MTT |
| | : | |
| TIMOTHY WARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ashley Diamond and Defendants Sharon Lewis, Ahmed Holt, Robert Toole, Brooks Benton, Grace Atchison, and Lachesha Smith, through their respective counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed with prejudice. The parties shall bear their own costs.

Respectfully submitted,

FOR PLAINTIFF

/s/ Scott D. McCoy
Scott D. McCoy*
Southern Poverty Law Center
2 South Biscayne Boulevard, Suite 3750
Miami, FL 33131
Phone: (334) 224-4309
Email: scott.mccoy@splcenter.org

Elizabeth Littrell, Ga. Bar No. 454949
Southern Poverty Law Center
130 E. Ponce de Leon Ave., Ste 340
Decatur, GA 30031
Phone: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

A. Chinyere Ezie*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

Caitlin J. Sandley, Ga. Bar No. 610130
Center for Constitutional Rights
P.O. Box 486
Birmingham, AL 35201
Phone: (212) 614-6443
Email: csandley@ccrjustice.org

*Admitted *Pro Hac Vice*

**FOR DEFENDANTS**

Christopher M. Carr          112505
Attorney General

Loretta L. Pinkston-Pope     580385
Deputy Attorney General

/s/ Roger A. Chalmers
Roger A. Chalmers            118720
Senior Assistant Attorney General

State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3220
Fax: (404) 651-5304
Email: rchalmers@law.ga.gov

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2023, the foregoing document was served on all counsel of record through the Court's CM/ECF system.

/s/ Scott D. McCoy  
Scott D. McCoy
